**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SCHULTE PROPERTIES LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1677615** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**9811 W. CHARLESTON BLVD STE  2-351
LAS VEGAS, NV 89117**
Number, Street, City, State & ZIP Code

**CLARK**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor     **SCHULTE PROPERTIES LLC**

Case number (*if known*) _____

Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | | | | |
|---|---|---|---|---|
| District | **District of Nevada** | When | **5/31/17** | Case number | **17-12883** |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

             Contact name _____

             Phone _____

---

■    **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:* |

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

---

Debtor    **SCHULTE PROPERTIES LLC**                                              Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 10, 2018**
              MM / DD / YYYY

**X** **/s/ MELANI SCHULTE**                              **MELANI SCHULTE**
Signature of authorized representative of debtor         Printed name

Title    **MANAGING MEMBER**

**18. Signature of attorney**

**X** **/s/ Matthew L. Johnson**                    Date    **May 10, 2018**
Signature of attorney for debtor                           MM / DD / YYYY

**Matthew L. Johnson 6004**
Printed name

**JOHNSON & GUBLER, P.C.**
Firm name

**LAKES BUSINESS PARK**
**8831 W SAHARA AVE**
**LAS VEGAS, NV 89117-5865**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 471-0065**          Email address    **mjohnson@mjohnsonlaw.com**

**6004 NV**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known): _____

☐  Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adam's Pool Solutions 4451 N. Walnut Road NORTH LAS VEGAS, NV 89081** | | **pool services** | | | | $850.00 |
| **AMBERLEA DAVIS, ESQ 415 S 6TH STREET STE 300 LAS VEGAS, NV 89101** | | **attorney fees** | | | | $120,000.00 |
| **CITY NATIONAL BANK PO BOX 60938 LOS ANGELES, CA 90060-0938** | | **5218 Misty Morning Dr, Las Vegas, NV 89118 [Value is based on Zillow.com estimate]** | **Contingent Disputed** | $1,000,000.00 | $321,108.00 | $831,892.00 |
| **CITY NATIONAL BANK C/O FENNEMORE CRAIG 300 S FOURTH STREET STE 1400 LAS VEGAS, NV 89101** | | | **Contingent Disputed** | | | $500,000.00 |
| **Cornelio Martin 716 N. 17th Street LAS VEGAS, NV 89101** | | **roofing services for Feather River property** | | | | $2,000.00 |
| **COUNTRYWIDE / BANK OF AMERICA PO BOX 942019 SIMI VALLEY, CA 93094** | | **509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]** | **Contingent Disputed** | $839,500.00 | $2,085,740.00 | $114,525.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **SCHULTE PROPERTIES LLC**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DAVID PIERCE 9811 W CHARLESTON BLVD STE 2-279 LAS VEGAS, NV 89117 | | LOAN | | | | $90,000.00 |
| DAVID SNELL DAVIS 415 S. 6th Street, Suite 300 LAS VEGAS, NV 89101 | | professional fees | | | | $10,000.00 |
| IMAGE FINANCE, LLC 4751 WILSHIRE BOULEVARD STE 203 LOS ANGELES, CA 90010 | | real property located on Avenida Cortes, Feather River, Golden Hawk, Lambert, Marathon, Neopolitan, Peaceful Canyon, Sierra Summit, Surrey Meadows | Contingent Disputed | $1,750,000.00 | $2,635,032.00 | $611,049.00 |
| KUNIN & CARMAN 3551 E BONANZA RD #110 LAS VEGAS, NV 89110 | | possible lien/claim against properties held by Debtor that were previously held by William R. Schulte | Contingent Disputed | | | $6,767.95 |
| LUCY INNUSO 7413 LATTIMORE DR LAS VEGAS, NV 89110 | | Pool services | | | | $900.00 |
| PALM GARDENS C/O ASSOCIA NEVADA SOUTH PO BOX 60998 PHOENIX, AZ 85082-0998 | | [NOTICE ONLY] | Contingent Disputed | | | $1,500.00 |
| PEBBLE CREEK HOA C/O COLONIAL PROPERTY MANAGEMENT PO BOX 63275 850823275 | | [NOTICE ONLY] | Contingent Disputed | | | $1,500.00 |

Debtor  **SCHULTE PROPERTIES LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RANCHO ALTA MIRA C/O TERRA WEST PROP MGMT PO BOX 80900 LAS VEGAS, NV 89180-0900 | | [NOTICE ONLY] | Contingent Disputed | | | $800.00 |
| RANCHO LAS BRISAS HOA 9440 W SAHARA AVE, STE 237 LAS VEGAS, NV 89117 | | [NOTICE ONLY] | Contingent Disputed | | | $2,000.00 |
| RIDGEMONT TOWNHOMES ASSOCIATION 5601 RIDGETREE AVE LAS VEGAS, NV 89107 | | [NOTICE ONLY] | Contingent Disputed | | | $5,000.00 |
| SAGECREEK HOA C/O CAMCO PO BOX 12117 LAS VEGAS, NV 89112 | | [NOTICE ONLY] | Contingent Disputed | | | $880.00 |
| SAN MARINO C/O FIRST SERVICE RESIDENTIAL PO BOX 54089 LOS ANGELES, CA 90054-0089 | | [NOTICE ONLY] | Contingent Disputed | | | $3,400.00 |
| SILVERADO RANCH LMA C/O FIRST SERVICE RESIDENTIAL PO BOX 54089 LOS ANGELES, CA 90054-0890 | | [NOTICE ONLY] | Contingent Disputed | | | $200.00 |
| WEST SAHARA COMMUNITY C/O FIRST SERVICE RESIDENTIAL PO BOX 54089 LOS ANGELES, CA 90054-0089 | | [NOTICE ONLY] | Contingent Disputed | | | $3,000.00 |

SCHULTE PROPERTIES LLC
9811 W. CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117

Matthew L. Johnson
JOHNSON & GUBLER, P.C.
LAKES BUSINESS PARK
8831 W SAHARA AVE
LAS VEGAS, NV 89117-5865

Adam's Pool Solutions
4451 N. Walnut Road
NORTH LAS VEGAS, NV 89081

AMBERLEA DAVIS, ESQ
415 S 6TH STREET STE 300
LAS VEGAS, NV 89101

AMERICA'S SERVICING COMPANY
PO BOX 981
FREDERICK, MD 21705-0981

AMERICAN WEST VILLAGE
C/O FIRST SERVICE RESIDENTIAL
PO BOX 54089
LOS ANGELES, CA 90054-0089

Andrew Schanda & Taylor Sinnott
9521 Sierra Summit Avenue
LAS VEGAS, NV 89134

Anthony Hunt & Akila Zamba-Martin
2525 Via Di Autostrada
HENDERSON, NV 89074

BANK OF AMERICA
PO BOX 21848
GREENSBORO, NC 27420-1848

BANK OF NEVADA
PO BOX 26237
LAS VEGAS, NV 89126-0237

BANK OF NEW YORK
Acct No xxxxxx0145
225 LIBERTY ST
NEW YORK, NY 10286

BANK OF NEW YORK
Acct No xxxxxx4912
225 LIBERTY ST
NEW YORK, NY 10286

```
BANK OF NEW YORK
Acct No xxxxxx6861
225 LIBERTY ST
NEW YORK, NY 10286

BANK OF NEW YORK
Acct No xxxxxx4913
225 LIBERTY ST
NEW YORK, NY 10286

BANK OF NEW YORK
Acct No xxxxxx6860
225 LIBERTY ST
NEW YORK, NY 10286

BANK OF NEW YORK
Acct No xxxxxx5845
225 LIBERTY ST
NEW YORK, NY 10286

BANK OF NEW YORK
Acct No xxxxxx4304
225 LIBERTY ST
NEW YORK, NY 10286

BANK OF NY MELLON
Acct No Schulte
2200 PASEO VERDE PKWY STE 200
HENDERSON, NV 89052-2703

BAYVIEW LOAN SERVICING
Acct No xxxxxx1979
4425 PONCE DE LEON BLVD
MIAMI, FL 33146

BAYVIEW LOAN SERVICING
Acct No xxxxxx1769
4425 PONCE DE LEON BLVD
MIAMI, FL 33146

BAYVIEW LOAN SERVICING
Acct No xxxxxx4912
4425 PONCE DE LEON BLVD
MIAMI, FL 33146

BAYVIEW LOAN SERVICING
Acct No xxxxxx4913
4425 PONCE DE LEON BLVD
MIAMI, FL 33146

BAYVIEW LOAN SERVICING
Acct No xxxxxx2065
4425 PONCE DE LEON BLVD
MIAMI, FL 33146
```

BAYVIEW LOAN SERVICING
Acct No xxxxxx4304
4425 PONCE DE LEON BLVD
MIAMI, FL 33146

Billy Obedoza & Kami Conselva
5218 Misty Morning Drive
LAS VEGAS, NV 89118

BLUFFS COMMUNITY ASSOCIATION HOA
C/O COLONIAL PROPERTY MANAGEMENT
PO BOX 63275
PHOENIX, AZ 85082-3275

BSI
Acct No xxxxxx8391
PO BOX 517
314 S FRANKLIN ST
TITUSVILLE, PA 16354

CALIBER HOME LOANS
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

CANYON FAIRWAYS HOA
PO BOX 93177
LAS VEGAS, NV 89193-3177

CHASE
Acct No xxxxxx7609
3415 VISION DRIVE
COLUMBUS, OH 43219-6009

CHASE HOME FINANCE / WAMU
7255 BAYMEADOWS WAY
JACKSONVILLE, FL 32256

Chris & Mary Wirta
2460 Avenida Cortes
HENDERSON, NV 89074

CITIMORTGAGE
Acct No xxxxxxx8517
PO BOX 6728
SIOUX FALLS, SD 57117-6728

CITY NATIONAL BANK
Acct No A556882
C/O FENNEMORE CRAIG
300 S FOURTH STREET STE 1400
LAS VEGAS, NV 89101

CITY NATIONAL BANK
Acct No xxx4409
PO BOX 6728
SIOUX FALLS, SD 57117-6728

CITY NATIONAL BANK
Acct No xxx4409
PO BOX 60938
LOS ANGELES, CA 90060-0938

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155-1401

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS, NV 89155-1220

Clint Fisher
956 Ostrich Fern Court
LAS VEGAS, NV 89123

COPPER RIDGE
C/O COLONIAL PROPERTY MANAGEMENT
PO BOX 63275
PHOENIX, AZ 85082-3275

Cornelio Martin
716 N. 17th Street
LAS VEGAS, NV 89101

COUNTRYWIDE
PO BOX 5170
SIMI VALLEY, CA 93062-5170

COUNTRYWIDE / BANK OF AMERICA
Acct No xxxxx5785
PO BOX 942019
SIMI VALLEY, CA 93094

COUNTRYWIDE HOME LOANS / BAC
PO BOX 10219
VAN NUYS, CA 91410

CREEKSIDE HOA
C/O FIRST SERIVCE RESIDENTIAL
PO BOX 54089
LOS ANGELES, CA 90054

Dagger Properties 1-6, LLC
c/o Gary Horns
4382 Carta Luna Street
LAS VEGAS, NV 89135

Darlene Seltmann & Logan Kiplinger
2614 Sweet Leilani Avenue
NORTH LAS VEGAS, NV 89031

DAVID PIERCE
9811 W CHARLESTON BLVD STE 2-279
LAS VEGAS, NV 89117

DAVID PIERCE
509 Canyon Greens Drive
LAS VEGAS, NV 89144

DAVID SNELL DAVIS
415 S. 6th Street, Suite 300
LAS VEGAS, NV 89101

Davila Tree Service & Landscaping
1416 Tequesta Road
LAS VEGAS, NV 89108

DITECH FINANCIAL LLC
PO BOX 6176
RAPID CITY, SD 57709-6176

Donald and Bonnie Lee
5709 Ridgetree Avenue
LAS VEGAS, NV 89107

ELDORADO FIRST
C/O TERRA WEST PROPERTY MANAGEMENT
PO BOX 80900
LAS VEGAS, NV 89180-0900

Equity Title of Nevada
Acct No xxxxxx xxxxxx/ xxxx xxx6092
10777 W. Twain Avenue #110
LAS VEGAS, NV 89135

FANNIE MAE
Acct No xxxxxx0925
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx3144
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx1737
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx7644
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx1059
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx0246
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xx7708
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx2275
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx0483
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx2256
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx8391
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx3594
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx8319
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xx7690
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FANNIE MAE
Acct No xxxxxx9857
3900 WISCONSIN AVE NW
WASHINGTON, DC 20016

FIDELITY BANK
Acct No xxxxxx0769
100 E ENGLISH
PO BOX 1007
WICHITA, KS 67201

FIFTH THIRD BANK
Acct No xxxxxx6682
MD 1 MOCFP
5050 KINGSLEY DR
CINCINNATI, OH 45263

FREEDIE MAC
Acct No xxxxxx1979
8250 JONES BRANCH DR
MC LEAN, VA 22102

FREEDIE MAC
Acct No xxxxxx1769
8250 JONES BRANCH DR
MC LEAN, VA 22102

FREEDIE MAC
Acct No xxxxxx2065
8250 JONES BRANCH DR
MC LEAN, VA 22102

FREEDIE MAC
Acct No xxxxxx4232
8250 JONES BRANCH DR
MC LEAN, VA 22102

FREEDIE MAC
Acct No xxxxxx6682
8250 JONES BRANCH DR
MC LEAN, VA 22102

FREEDIE MAC
Acct No xx8721
8250 JONES BRANCH DR
MC LEAN, VA 22102

```
GOVERNMENT NATIONAL MORTGAGE ASSOC
Acct No xxxxxxx8517
451 SEVENTH STREET, ROOM B-133
WASHINGTON, DC 20410

GOVERNMENT NATIONAL MORTGAGE ASSOC
Acct No xxxxxx4241
451 SEVENTH STREET, ROOM B-133
WASHINGTON, DC 20410

GREEN TREE SERVICING LLC - DITECH
Acct No xxxxxx7644
PO BOX 6176
RAPID CITY, SD 57709-6176

GREEN TREE SERVICING LLC - DITECH
Acct No xxxx0620
PO BOX 6176
RAPID CITY, SD 57709-6176

GREEN TREE SERVICING LLC - DITECH
Acct No xxxx7943
PO BOX 6176
RAPID CITY, SD 57709-6176

GREEN VALLEY RANCH HOA
C/O TERRA WEST PROPERTY MGMT
PO BOX 94617
LAS VEGAS, NV 89193-4617

IMAGE FINANCE, LLC
Acct No xxxxx6328
4751 WILSHIRE BOULEVARD STE 203
LOS ANGELES, CA 90010

Image Finance, LLC
Acct No xxxxx6328
4751 Wilshire Boulevard, Suite 203
Los Angeles, CA 90010

INTERNAL REVENUE SERVICE
ATTN: CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICES
ATTN: BANKRUPTCY UNIT
110 N CITY PKWY STE 100
LAS VEGAS, NV 89106-6085

Ivy Flores & Jason Scott
1701 Emprie Mine Drive
HENDERSON, NV 89014
```

James Craig
9020 Feather River Court
LAS VEGAS, NV 89117

Janice Williams
922 Saddle Horn Drive
HENDERSON, NV 89002

Jason Cowie
1392 Echo Falls Avenue
LAS VEGAS, NV 89123

Javier Linares & Doris Cajas
8216 Peaceful Canyon Drive
LAS VEGAS, NV 89128

JEFFREY SYLVESTER, ESQ.
1731 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

Jesse Gaytan & Dulce Soliz
6091 Pumpkin Patch Avenue
LAS VEGAS, NV 89142

JESSE SBAIH AND DEBORAH DRAKE
170 S GREEN VALLEY PKWY #280
HENDERSON, NV 89012

John Letus
5524 Rock Creek Lane
LAS VEGAS, NV 89130

Jonathan Hayes
5609 Sand Ardo Place
LAS VEGAS, NV 89130

Karen Taylor & Aja Campbell
3729 Discovery Creek
NORTH LAS VEGAS, NV 89031

Kelly Frey
2861 Marathon Drive
HENDERSON, NV 89074

KUNIN & CARMAN
3551 E BONANZA RD #110
LAS VEGAS, NV 89110

Kyle & Corinna Case
4710 Brentley Place
LAS VEGAS, NV 89122

Laimonas Gubista & Siga Urdakyte
276 Manzanita Ranch Lane
HENDERSON, NV 89012

Leola Brinker
9811 W. Charleston Blvd. Suite 2-351
LAS VEGAS, NV 89117

Linda Reina
7873 Bridgefield Lane
LAS VEGAS, NV 89147

LITTON LOAN SERVICING
4828 LOOP CENTRAL DRIVE
HOUSTON, TX 77081

LUCY INNUSO
7413 LATTIMORE DR
LAS VEGAS, NV 89110

Maria Cabrera
4521 W. La Madre Way
NORTH LAS VEGAS, NV 89031

Melani Schulte
9811 W. Charleston Blvd. Suite 2-351
LAS VEGAS, NV 89117

Monica Montero & Brenda Torres Lopez
9500 Aspen Glow Drive
LAS VEGAS, NV 89134

NATIONSTAR MORTGAGE
Acct No xxxxxx0483
CUSTOMER RELATIONS
PO BOX 619098
DALLAS, TX 75261-9741

Nettie Johnston & Juris Ore
2290 Surrey Meadows Avenue
HENDERSON, NV 89052

Nevada Title Company
Acct No xxxxx6328
2500 N. Buffalo Drive, suite 150
Las Vegas, NV 89128

OCWEN
PO BOX 1330
WATERLOO, IA 50704-1330

Office of the U.S. Trustee
Dept. of Justice
300 Las Vegas Blvd., S, Suite 4300
Las Vegas, NV 89101

PALM GARDENS
C/O ASSOCIA NEVADA SOUTH
PO BOX 60998
PHOENIX, AZ 85082-0998

PEBBLE CREEK HOA
C/O COLONIAL PROPERTY MANAGEMENT
PO BOX 63275
850823275

Quality Loan Servicing Corporation
Acct No NV-17-772696-AB/ 06-25430486
411 Ivy Street
San Diego, CA 92101

RANCHO ALTA MIRA
C/O TERRA WEST PROP MGMT
PO BOX 80900
LAS VEGAS, NV 89180-0900

RANCHO LAS BRISAS HOA
9440 W SAHARA AVE, STE 237
LAS VEGAS, NV 89117

RIDGEMONT TOWNHOMES ASSOCIATION
5601 RIDGETREE AVE
LAS VEGAS, NV 89107

Robert & Rosanna Lopez
1528 Splinter Rock Way
NORTH LAS VEGAS, NV 89031

Robin & Tyrel James
3383 Cloverdale Court
LAS VEGAS, NV 89117

Rodney & Gina Brown
1194 Stormy Valley Road
LAS VEGAS, NV 89123

Rodney Ashton
2144 Hillsgate Street
LAS VEGAS, NV 89134

Roni & Miri David
10317 Neopolitan Place
LAS VEGAS, NV 89144

RUSHMORE LOAN MANAGEMENT SERVICES
Acct No xxxxxx0925
PO BOX 52262
IRVINE, CA 92619-2263

```
RUSHMORE LOAN MANAGEMENT SERVICES
Acct No xxxxxx2275
PO BOX 52262
IRVINE, CA 92619-2263

SABRECO INC
9811 W. Charleston Suite 2-351
LAS VEGAS, NV 89117

SAGECREEK HOA
C/O CAMCO
PO BOX 12117
LAS VEGAS, NV 89112

SAN MARINO
C/O FIRST SERVICE RESIDENTIAL
PO BOX 54089
LOS ANGELES, CA 90054-0089

Sanctuary Condos, LLC
c/o Gary R. Horns
3233 W. Charleston Blvd. #101
LAS VEGAS, NV 89102

Sanctuary Homes, LLC
c/o Gary R. Horns
3233 W. Charleston Blvd. #101
LAS VEGAS, NV 89102

SELENE FINANCE LP
Acct No xxxxxx1737
9990 RICHMOND AVE STE 400
HOUSTON, TX 77042

SELENE FINANCE LP
Acct No xxxxxx1059
9990 RICHMOND AVE STE 400
HOUSTON, TX 77042

SELENE FINANCE LP
Acct No xx7708
9990 RICHMOND AVE STE 400
HOUSTON, TX 77042

SELENE FINANCE LP
Acct No xx8721
9990 RICHMOND AVE STE 400
HOUSTON, TX 77042

SELENE FINANCE LP
Acct No xx7690
9990 RICHMOND AVE STE 400
HOUSTON, TX 77042
```

```
SETERUS, INC.
Acct No xxxxxx3144
PO BOX 1077
HARTFORD, CT 06143

SETERUS, INC.
Acct No xxxxxx0246
PO BOX 1077
HARTFORD, CT 06143

SETERUS, INC.
Acct No xxxxxx8319
PO BOX 1077
HARTFORD, CT 06143

SETERUS, INC.
Acct No xxxxxx9857
PO BOX 1077
HARTFORD, CT 06143

Shauna Brogan
1624 Desert Canyon Ct
LAS VEGAS, NV 89128

SHELLPOINT MORTGAGE SERVICING LLC
Acct No xxxxxx6861
PO BOX 10826
GREENVILLE, SC 29603-0826

SHELLPOINT MORTGAGE SERVICING LLC
Acct No xxxxxx4232
PO BOX 10826
GREENVILLE, SC 29603-0826

SHELLPOINT MORTGAGE SERVICING LLC
Acct No xxxxxx6860
PO BOX 10826
GREENVILLE, SC 29603-0826

SHELLPOINT MORTGAGE SERVICING LLC
Acct No xxxxxx2256
PO BOX 10826
GREENVILLE, SC 29603-0826

SHELLPOINT MORTGAGE SERVICING LLC
Acct No xxxxxx5845
PO BOX 10826
GREENVILLE, SC 29603-0826

SHELLPOINT MORTGAGE SERVICING LLC
Acct No xxxxxx3594
PO BOX 10826
GREENVILLE, SC 29603-0826
```

```
SILVERADO RANCH II, LMC
PO BOX 93625
LAS VEGAS, NV 89193-3625

SILVERADO RANCH LMA
C/O FIRST SERVICE RESIDENTIAL
PO BOX 54089
LOS ANGELES, CA 90054-0890

SNELL & WILMER LLP
Acct No Shulte/Image Finance
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169

SNELL & WILMER LLP
Acct No Schulte/Image Finance
3883 HOWARD HUGHES PKWY, STE 1100
LAS VEGAS, NV 89169

STATE OF NEVADA - HR
100 N STEWART ST STE 110
CARSON CITY, NV 89701-4211

STATE OF NV DEPT OF MOTOR VEHICLES
BANKRUPTCY SECTION
555 WRIGHT WAY
CARSON CITY, NV 89701-5229

STATE OF NV EMPLOYMENT SECURITY
2800 E SAINT LOUIS AVE
LAS VEGAS, NV 89104-4267

Steven McCoy
8562 Lambert Drive
LAS VEGAS, NV 89147

SUMMERLIN NORTH COMMUNITY ASSOC
PO BOX 54138
LOS ANGELES, CA 90054-0138

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

Varry Heramis, Amamlia Kutlu, & S. Kutlu
1013 Golden Hawk Way
LAS VEGAS, NV 89108

WELLS FARGO
Acct No xxxxxxxxxxxxx1998
PO BOX 1323
PORTLAND, OR 97208-4233
```

WELLS FARGO
Acct No xxxxxxxxxxxxx1998
PO BOX 1323
PORTLAND, OR 97208-4233

WELLS FARGO
Acct No xxxxxxxxxxxxx1998
PO BOX 1323
PORTLAND, OR 97208-4233

WELLS FARGO HOME MORTGAGE
Acct No xxxxxx0145
PO BOX 10335
DES MOINES, IA 50306-0335

WELLS FARGO HOME MORTGAGE
Acct No xxxxxx4241
PO BOX 10335
DES MOINES, IA 50306-0335

WEST SAHARA COMMUNITY
C/O FIRST SERVICE RESIDENTIAL
PO BOX 54089
LOS ANGELES, CA 90054-0089

William Hallman
3322 Cheltenham Street
LAS VEGAS, NV 89129

William R. Schulte
8252 Neice Court
LAS VEGAS, NV 89129

Z'REA LIMITED PARTNERSHIP
7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128

# United States Bankruptcy Court
### District of Nevada

In re    **SCHULTE PROPERTIES LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **SCHULTE PROPERTIES LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 10, 2018**

Date

**/s/ Matthew L. Johnson**

**Matthew L. Johnson 6004**

Signature of Attorney or Litigant

Counsel for    **SCHULTE PROPERTIES LLC**

**JOHNSON & GUBLER, P.C.**
**LAKES BUSINESS PARK**
**8831 W SAHARA AVE**
**LAS VEGAS, NV 89117-5865**
**(702) 471-0065 Fax:(702) 471-0075**
**mjohnson@mjohnsonlaw.com**