United States Bankruptcy Court
District of Nevada

In re:                                                          Case No. 18-12734-leb
SCHULTE PROPERTIES LLC                                          Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0978-2        User: pereaeg          Page 1 of 4           Date Rcvd: May 11, 2018
                           Form ID: 309F           Total Noticed: 167


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db          +SCHULTE PROPERTIES LLC,   9811 W. CHARLESTON BLVD STE  2-351,   LAS VEGAS, NV 89117-7528
aty         +AMBERLEA DAVIS,   415 S. 6TH STREET, STE 300,   LAS VEGAS, NV 89101-6937
cr          +AMBERLEA DAVIS,   Law Office of Amberlea Davis,   415 S. 6TH STREET, STE. 300,
             LAS VEGAS, NV 89101-6937
10437436    +AMBERLEA DAVIS, ESQ,   415 S 6TH STREET STE 300,   LAS VEGAS, NV 89101-6937
10437437     AMERICA'S SERVICING COMPANY,   PO BOX 981,   FREDERICK, MD 21705-0981
10437438     AMERICAN WEST VILLAGE,   C/O FIRST SERVICE RESIDENTIAL,   PO BOX 54089,
             LOS ANGELES, CA 90054-0089
10437435    +Adam's Pool Solutions,   4451 N. Walnut Road,   NORTH LAS VEGAS, NV 89081-2725
10437439    +Andrew Schanda & Taylor Sinnott,   9521 Sierra Summit Avenue,   LAS VEGAS, NV 89134-0113
10437440    +Anthony Hunt & Akila Zamba-Martin,   2525 Via Di Autostrada,   HENDERSON, NV 89074-6380
10437442     BANK OF NEVADA,   PO BOX 26237,   LAS VEGAS, NV 89126-0237
10437443    +BANK OF NEW YORK,   Acct No xxxxxx0145,   225 LIBERTY ST,   NEW YORK, NY 10281-1048
10437449    +BANK OF NEW YORK,   Acct No xxxxxx4304,   225 LIBERTY ST,   NEW YORK, NY 10281-1048
10437444    +BANK OF NEW YORK,   Acct No xxxxxx4912,   225 LIBERTY ST,   NEW YORK, NY 10281-1048
10437446    +BANK OF NEW YORK,   Acct No xxxxxx4913,   225 LIBERTY ST,   NEW YORK, NY 10281-1048
10437448    +BANK OF NEW YORK,   Acct No xxxxxx5845,   225 LIBERTY ST,   NEW YORK, NY 10281-1048
10437447    +BANK OF NEW YORK,   Acct No xxxxxx6860,   225 LIBERTY ST,   NEW YORK, NY 10281-1048
10437445    +BANK OF NEW YORK,   Acct No xxxxxx6861,   225 LIBERTY ST,   NEW YORK, NY 10281-1048
10437450     BANK OF NY MELLON,   Acct No Schulte,   2200 PASEO VERDE PKWY STE 200,
             HENDERSON, NV 89052-2703
10437458     BLUFFS COMMUNITY ASSOCIATION HOA,   C/O COLONIAL PROPERTY MANAGEMENT,   PO BOX 63275,
             PHOENIX, AZ 85082-3275
10437459    +BSI,   Acct No xxxxxx8391,   PO BOX 517,   314 S FRANKLIN ST,   TITUSVILLE, PA 16354-2168
10437457    +Billy Obedoza & Kami Conselva,   5218 Misty Morning Drive,   LAS VEGAS, NV 89118-0600
10437461     CANYON FAIRWAYS HOA,   PO BOX 93177,   LAS VEGAS, NV 89193-3177
10437462     CHASE,   Acct No xxxxxx7609,   3415 VISION DRIVE,   COLUMBUS, OH 43219-6009
10437463    +CHASE HOME FINANCE / WAMU,   7255 BAYMEADOWS WAY,   JACKSONVILLE, FL 32256-6851
10437465     CITIMORTGAGE,   Acct No xxxxxxx8517,   PO BOX 6728,   SIOUX FALLS, SD 57117-6728
10437466    +CITY NATIONAL BANK,   Acct No A556882,   C/O FENNEMORE CRAIG,   300 S FOURTH STREET STE 1400,
             LAS VEGAS, NV 89101-6021
10437467     CITY NATIONAL BANK,   Acct No xxx4409,   PO BOX 6728,   SIOUX FALLS, SD 57117-6728
10437468     CITY NATIONAL BANK,   Acct No xxx4409,   PO BOX 60938,   LOS ANGELES, CA 90060-0938
10437469     CLARK COUNTY ASSESSOR,   C/O BANKRUPTCY CLERK,   500 S GRAND CENTRAL PKWY,   BOX 551401,
             LAS VEGAS, NV 89155-1401
10437470     CLARK COUNTY TREASURER,   C/O BANKRUPTCY CLERK,   500 S GRAND CENTRAL PKWY,   PO BOX 551220,
             LAS VEGAS, NV 89155-1220
10437472     COPPER RIDGE,   C/O COLONIAL PROPERTY MANAGEMENT,   PO BOX 63275,   PHOENIX, AZ 85082-3275
10437475    +COUNTRYWIDE / BANK OF AMERICA,   Acct No xxxxx5785,   PO BOX 942019,
             SIMI VALLEY, CA 93094-2019
10437477    +CREEKSIDE HOA,   C/O FIRST SERIVCE RESIDENTIAL,   PO BOX 54089,   LOS ANGELES, CA 90054-0089
10437464    +Chris & Mary Wirta,   2460 Avenida Cortes,   HENDERSON, NV 89074-6349
10437471    +Clint Fisher,   956 Ostrich Fern Court,   LAS VEGAS, NV 89183-4050
10437473    +Cornelio Martin,   716 N. 17th Street,   LAS VEGAS, NV 89101-2750
10437480    +DAVID PIERCE,   9811 W CHARLESTON BLVD STE 2-279,   LAS VEGAS, NV 89117-7528
10437481    +DAVID PIERCE,   509 Canyon Greens Drive,   LAS VEGAS, NV 89144-0830
10437482    +DAVID SNELL DAVIS,   415 S. 6th Street, Suite 300,   LAS VEGAS, NV 89101-6937
10437484     DITECH FINANCIAL LLC,   PO BOX 6176,   RAPID CITY, SD 57709-6176
10437478    +Dagger Properties 1-6, LLC,   c/o Gary Horns,   4382 Carta Luna Street,
             LAS VEGAS, NV 89135-2430
10437479    +Darlene Seltmann & Logan Kiplinger,   2614 Sweet Leilani Avenue,
             NORTH LAS VEGAS, NV 89031-0693
10437483    +Davila Tree Service & Landscaping,   1416 Tequesta Road,   LAS VEGAS, NV 89108-1400
10437485    +Donald and Bonnie Lee,   5709 Ridgetree Avenue,   LAS VEGAS, NV 89107-1529
10437486     ELDORADO FIRST,   C/O TERRA WEST PROPERTY MANAGEMENT,   PO BOX 80900,
             LAS VEGAS, NV 89180-0900
10437487    +Equity Title of Nevada,   Acct No xxxxxx xxxxxx/ xxxx xxx6092,   10777 W. Twain Avenue #110,
             LAS VEGAS, NV 89135-3037
10437501    +FANNIE MAE,   Acct No xx7690,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437494    +FANNIE MAE,   Acct No xx7708,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437493    +FANNIE MAE,   Acct No xxxxxx0246,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437496    +FANNIE MAE,   Acct No xxxxxx0483,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437488    +FANNIE MAE,   Acct No xxxxxx0925,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437492    +FANNIE MAE,   Acct No xxxxxx1059,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437490    +FANNIE MAE,   Acct No xxxxxx1737,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437497    +FANNIE MAE,   Acct No xxxxxx2256,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437495    +FANNIE MAE,   Acct No xxxxxx2275,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437489    +FANNIE MAE,   Acct No xxxxxx3144,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437499    +FANNIE MAE,   Acct No xxxxxx3594,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437491    +FANNIE MAE,   Acct No xxxxxx7644,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437500    +FANNIE MAE,   Acct No xxxxxx8319,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437498    +FANNIE MAE,   Acct No xxxxxx8391,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437502    +FANNIE MAE,   Acct No xxxxxx9857,   3900 WISCONSIN AVE NW,   WASHINGTON, DC 20016-2806
10437503    +FIDELITY BANK,   Acct No xxxxxx0769,   100 E ENGLISH,   PO BOX 1007,   WICHITA, KS 67201-1007

```
District/off: 0978-2          User: pereaeg          Page 2 of 4              Date Rcvd: May 11, 2018
                              Form ID: 309F           Total Noticed: 167


10437504        +FIFTH THIRD BANK,   Acct No xxxxxx6682,   MD 1 MOCFP,   5050 KINGSLEY DR,
                  CINCINNATI, OH 45227-1115
10437510        +FREEDIE MAC,   Acct No xx8721,   8250 JONES BRANCH DR,   MC LEAN, VA 22102-3107
10437506        +FREEDIE MAC,   Acct No xxxxxx1769,   8250 JONES BRANCH DR,   MC LEAN, VA 22102-3107
10437505        +FREEDIE MAC,   Acct No xxxxxx1979,   8250 JONES BRANCH DR,   MC LEAN, VA 22102-3107
10437507        +FREEDIE MAC,   Acct No xxxxxx2065,   8250 JONES BRANCH DR,   MC LEAN, VA 22102-3107
10437508        +FREEDIE MAC,   Acct No xxxxxx4232,   8250 JONES BRANCH DR,   MC LEAN, VA 22102-3107
10437509        +FREEDIE MAC,   Acct No xxxxxx6682,   8250 JONES BRANCH DR,   MC LEAN, VA 22102-3107
10437512        +GOVERNMENT NATIONAL MORTGAGE ASSOC,   Acct No xxxxxx4241,   451 SEVENTH STREET, ROOM B-133,
                  WASHINGTON, DC 20410-0001
10437511        +GOVERNMENT NATIONAL MORTGAGE ASSOC,   Acct No xxxxxxx8517,   451 SEVENTH STREET, ROOM B-133,
                  WASHINGTON, DC 20410-0001
10437514         GREEN TREE SERVICING LLC - DITECH,   Acct No xxxx0620,   PO BOX 6176,
                  RAPID CITY, SD 57709-6176
10437515         GREEN TREE SERVICING LLC - DITECH,   Acct No xxxx7943,   PO BOX 6176,
                  RAPID CITY, SD 57709-6176
10437513         GREEN TREE SERVICING LLC - DITECH,   Acct No xxxxxx7644,   PO BOX 6176,
                  RAPID CITY, SD 57709-6176
10437516         GREEN VALLEY RANCH HOA,   C/O TERRA WEST PROPERTY MGMT,   PO BOX 94617,
                  LAS VEGAS, NV 89193-4617
10437517        +IMAGE FINANCE, LLC,   Acct No xxxxx6328,   4751 WILSHIRE BOULEVARD STE 203,
                  LOS ANGELES, CA 90010-3860
10437521        +Ivy Flores & Jason Scott,   1701 Emprie Mine Drive,   HENDERSON, NV 89014-4081
10437526        +JEFFREY SYLVESTER, ESQ.,   1731 VILLAGE CENTER CIRCLE,   LAS VEGAS, NV 89134-0516
10437528        +JESSE SBAIH AND DEBORAH DRAKE,   170 S GREEN VALLEY PKWY #280,   HENDERSON, NV 89012-3145
10437522        +James Craig,   9020 Feather River Court,   LAS VEGAS, NV 89117-2367
10437523        +Janice Williams,   922 Saddle Horn Drive,   HENDERSON, NV 89002-9536
10437524        +Jason Cowie,   1392 Echo Falls Avenue,   LAS VEGAS, NV 89183-6377
10437525        +Javier Linares & Doris Cajas,   8216 Peaceful Canyon Drive,   LAS VEGAS, NV 89128-7926
10437527        +Jesse Gaytan & Dulce Soliz,   6091 Pumpkin Patch Avenue,   LAS VEGAS, NV 89142-0791
10437529        +John Letus,   5524 Rock Creek Lane,   LAS VEGAS, NV 89130-1956
10437530        +Jonathan Hayes,   5609 Sand Ardo Place,   LAS VEGAS, NV 89130-5187
10437533        +KUNIN & CARMAN,   3551 E BONANZA RD #110,   LAS VEGAS, NV 89110-2198
10437531        +Karen Taylor & Aja Campbell,   3729 Discovery Creek,   NORTH LAS VEGAS, NV 89031-3603
10437532        +Kelly Frey,   2861 Marathon Drive,   HENDERSON, NV 89074-2497
10437534        +Kyle & Corinna Case,   4710 Brentley Place,   LAS VEGAS, NV 89122-7588
10437538        +LITTON LOAN SERVICING,   4828 LOOP CENTRAL DRIVE,   HOUSTON, TX 77081-2166
10437539        +LUCY INNUSO,   7413 LATTIMORE DR,   LAS VEGAS, NV 89128-3214
10437535        +Laimonas Gubista & Siga Urdakyte,   276 Manzanita Ranch Lane,   HENDERSON, NV 89012-2186
10437536        +Leola Brinker,   9811 W. Charleston Blvd. Suite 2-351,   LAS VEGAS, NV 89117-7528
10437537        +Linda Reina,   7873 Bridgefield Lane,   LAS VEGAS, NV 89147-5099
10437540        +Maria Cabrera,   4521 W. La Madre Way,   NORTH LAS VEGAS, NV 89031-0243
10437541        +Melani Schulte,   9811 W. Charleston Blvd. Suite 2-351,   LAS VEGAS, NV 89117-7528
10437542        +Monica Montero & Brenda Torres Lopez,   9500 Aspen Glow Drive,   LAS VEGAS, NV 89134-0134
10437543        +NATIONSTAR MORTGAGE,   Acct No xxxxxx0483,   CUSTOMER RELATIONS,   PO BOX 619098,
                  DALLAS, TX 75261-9098
10437544        +Nettie Johnston & Juris Ore,   2290 Surrey Meadows Avenue,   HENDERSON, NV 89052-2335
10437545        +Nevada Title Company,   Acct No xxxxx6328,   2500 N. Buffalo Drive, suite 150,
                  Las Vegas, NV 89128-7854
10437546         OCWEN,   PO BOX 1330,   WATERLOO, IA 50704-1330
10437548         PALM GARDENS,   C/O ASSOCIA NEVADA SOUTH,   PO BOX 60998,   PHOENIX, AZ 85082-0998
10437549         PEBBLE CREEK HOA,   C/O COLONIAL PROPERTY MANAGEMENT,   PO BOX 63275,   850823275
10437550        +Quality Loan Servicing Corporation,   Acct No NV-17-772696-AB/ 06-25430486,   411 Ivy Street,
                  San Diego, CA 92101-2108
10437551         RANCHO ALTA MIRA,   C/O TERRA WEST PROP MGMT,   PO BOX 80900,   LAS VEGAS, NV 89180-0900
10437552        +RANCHO LAS BRISAS HOA,   9440 W SAHARA AVE, STE 237,   LAS VEGAS, NV 89117-8821
10437553        +RIDGEMONT TOWNHOMES ASSOCIATION,   5601 RIDGETREE AVE,   LAS VEGAS, NV 89107-1599
10437559        +RUSHMORE LOAN MANAGEMENT SERVICES,   Acct No xxxxxx0925,   PO BOX 52262,
                  IRVINE, CA 92619-2262
10437560        +RUSHMORE LOAN MANAGEMENT SERVICES,   Acct No xxxxxx2275,   PO BOX 52262,
                  IRVINE, CA 92619-2262
10437554        +Robert & Rosanna Lopez,   1528 Splinter Rock Way,   NORTH LAS VEGAS, NV 89031-1617
10437555        +Robin & Tyrel James,   3383 Cloverdale Court,   LAS VEGAS, NV 89117-3951
10437556        +Rodney & Gina Brown,   1194 Stormy Valley Road,   LAS VEGAS, NV 89123-3171
10437557        +Rodney Ashton,   2144 Hillsgate Street,   LAS VEGAS, NV 89134-0368
10437558        +Roni & Miri David,   10317 Neopolitan Place,   LAS VEGAS, NV 89144-1215
10437561        +SABRECO INC,   9811 W. Charleston Suite 2-351,   LAS VEGAS, NV 89117-7528
10437562        +SAGECREEK HOA,   C/O CAMCO,   PO BOX 12117,   LAS VEGAS, NV 89112-0117
10437563         SAN MARINO,   C/O FIRST SERVICE RESIDENTIAL,   PO BOX 54089,   LOS ANGELES, CA 90054-0089
10437572        +SETERUS, INC.,   Acct No xxxxxx0246,   PO BOX 1077,   HARTFORD, CT 06143-1077
10437571        +SETERUS, INC.,   Acct No xxxxxx3144,   PO BOX 1077,   HARTFORD, CT 06143-1077
10437573        +SETERUS, INC.,   Acct No xxxxxx8319,   PO BOX 1077,   HARTFORD, CT 06143-1077
10437574        +SETERUS, INC.,   Acct No xxxxxx9857,   PO BOX 1077,   HARTFORD, CT 06143-1077
10437579         SHELLPOINT MORTGAGE SERVICING LLC,   Acct No xxxxxx2256,   PO BOX 10826,
                  GREENVILLE, SC 29603-0826
10437581         SHELLPOINT MORTGAGE SERVICING LLC,   Acct No xxxxxx3594,   PO BOX 10826,
                  GREENVILLE, SC 29603-0826
10437577         SHELLPOINT MORTGAGE SERVICING LLC,   Acct No xxxxxx4232,   PO BOX 10826,
                  GREENVILLE, SC 29603-0826
```

```
District/off: 0978-2          User: pereaeg          Page 3 of 4          Date Rcvd: May 11, 2018
                              Form ID: 309F           Total Noticed: 167


10437580        SHELLPOINT MORTGAGE SERVICING LLC,    Acct No xxxxxx5845,    PO BOX 10826,
                GREENVILLE, SC 29603-0826
10437578        SHELLPOINT MORTGAGE SERVICING LLC,    Acct No xxxxxx6860,    PO BOX 10826,
                GREENVILLE, SC 29603-0826
10437576        SHELLPOINT MORTGAGE SERVICING LLC,    Acct No xxxxxx6861,    PO BOX 10826,
                GREENVILLE, SC 29603-0826
10437582        SILVERADO RANCH II, LMC,    PO BOX 93625,    LAS VEGAS, NV 89193-3625
10437583       +SILVERADO RANCH LMA,    C/O FIRST SERVICE RESIDENTIAL,    PO BOX 54089,
                LOS ANGELES, CA 90054-0089
10437585       +SNELL & WILMER LLP,    Acct No Schulte/Image Finance,    3883 HOWARD HUGHES PKWY, STE 1100,
                LAS VEGAS, NV 89169-0965
10437584       +SNELL & WILMER LLP,    Acct No Shulte/Image Finance,    3883 HOWARD HUGHES PKWY, STE 1100,
                LAS VEGAS, NV 89169-0965
10437586        STATE OF NEVADA - HR,    100 N STEWART ST STE 110,    CARSON CITY, NV 89701-4211
10437587        STATE OF NV DEPT OF MOTOR VEHICLES,    BANKRUPTCY SECTION,    555 WRIGHT WAY,
                CARSON CITY, NV 89701-5229
10437588        STATE OF NV EMPLOYMENT SECURITY,    2800 E SAINT LOUIS AVE,    LAS VEGAS, NV 89104-4267
10437564       +Sanctuary Condos, LLC,    c/o Gary R. Horns,    3233 W. Charleston Blvd. #101,
                LAS VEGAS, NV 89102-1923
10437565       +Sanctuary Homes, LLC,    c/o Gary R. Horns,    3233 W. Charleston Blvd. #101,
                LAS VEGAS, NV 89102-1923
10437575       +Shauna Brogan,    1624 Desert Canyon Ct,    LAS VEGAS, NV 89128-7900
10437589       +Steven McCoy,    8562 Lambert Drive,    LAS VEGAS, NV 89147-5269
10437592       +Varry Heramis, Amamlia Kutlu, & S. Kutlu,    1013 Golden Hawk Way,    LAS VEGAS, NV 89108-1841
10437593       +WELLS FARGO,    Acct No xxxxxxxxxxxxx1998,    PO BOX 1323,    PORTLAND, OR 97207
10437598        WEST SAHARA COMMUNITY,    C/O FIRST SERVICE RESIDENTIAL,    PO BOX 54089,
                LOS ANGELES, CA 90054-0089
10437599       +William Hallman,    3322 Cheltenham Street,    LAS VEGAS, NV 89129-7227
10437600       +William R. Schulte,    8252 Neice Court,    LAS VEGAS, NV 89129-7372
10437601       +Z'REA LIMITED PARTNERSHIP,    7201 W LAKE MEAD BLVD #550,    LAS VEGAS, NV 89128-8364

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: annabelle@mjohnsonlaw.com May 12 2018 02:02:35      MATTHEW L. JOHNSON,
                JOHNSON & GUBLER, P.C.,    8831 WEST SAHARA AVENUE,    LAS VEGAS, NV  89117
10437441        EDI: BANKAMER.COM May 12 2018 05:53:00      BANK OF AMERICA,    PO BOX 21848,
                GREENSBORO, NC 27420-1848
10437453       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 12 2018 02:03:21
                BAYVIEW LOAN SERVICING,    Acct No xxxxxx4912,    4425 PONCE DE LEON BLVD,
                MIAMI, FL 33146-1837
10437454       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 12 2018 02:03:21
                BAYVIEW LOAN SERVICING,    Acct No xxxxxx4913,    4425 PONCE DE LEON BLVD,
                MIAMI, FL 33146-1837
10437456       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 12 2018 02:03:21
                BAYVIEW LOAN SERVICING,    Acct No xxxxxx4304,    4425 PONCE DE LEON BLVD,
                MIAMI, FL 33146-1837
10437455       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 12 2018 02:03:21
                BAYVIEW LOAN SERVICING,    Acct No xxxxxx2065,    4425 PONCE DE LEON BLVD,
                MIAMI, FL 33146-1837
10437452       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 12 2018 02:03:21
                BAYVIEW LOAN SERVICING,    Acct No xxxxxx1769,    4425 PONCE DE LEON BLVD,
                MIAMI, FL 33146-1837
10437451       +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 12 2018 02:03:21
                BAYVIEW LOAN SERVICING,    Acct No xxxxxx1979,    4425 PONCE DE LEON BLVD,
                MIAMI, FL 33146-1837
10437460       +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 12 2018 02:03:38      CALIBER HOME LOANS,
                13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
10437474        EDI: BANKAMER.COM May 12 2018 05:53:00      COUNTRYWIDE,    PO BOX 5170,
                SIMI VALLEY, CA 93062-5170
10437476       +EDI: BANKAMER.COM May 12 2018 05:53:00      COUNTRYWIDE HOME LOANS / BAC,    PO BOX 10219,
                VAN NUYS, CA 91410-0219
10437519        EDI: IRS.COM May 12 2018 05:53:00      INTERNAL REVENUE SERVICE,
                ATTN: CENTRALIZED INSOLVENCY OPERATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
10437547       +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov May 12 2018 02:02:57      Office of the U.S. Trustee,
                Dept. of Justice,    300 Las Vegas Blvd., S Suite, Suite 4300,    Las Vegas, NV 89101-5803
10437570       +E-mail/Text: bkteam@selenefinance.com May 12 2018 02:02:41      SELENE FINANCE LP,
                Acct No xx7690,    9990 RICHMOND AVE STE 400,    HOUSTON, TX 77042-4546
10437568       +E-mail/Text: bkteam@selenefinance.com May 12 2018 02:02:41      SELENE FINANCE LP,
                Acct No xx7708,    9990 RICHMOND AVE STE 400,    HOUSTON, TX 77042-4546
10437569       +E-mail/Text: bkteam@selenefinance.com May 12 2018 02:02:42      SELENE FINANCE LP,
                Acct No xx8721,    9990 RICHMOND AVE STE 400,    HOUSTON, TX 77042-4546
10437567       +E-mail/Text: bkteam@selenefinance.com May 12 2018 02:02:42      SELENE FINANCE LP,
                Acct No xxxxxx1059,    9990 RICHMOND AVE STE 400,    HOUSTON, TX 77042-4546
10437566       +E-mail/Text: bkteam@selenefinance.com May 12 2018 02:02:42      SELENE FINANCE LP,
                Acct No xxxxxx1737,    9990 RICHMOND AVE STE 400,    HOUSTON, TX 77042-4546
10437590        E-mail/Text: north.accounting@howardhughes.com May 12 2018 02:03:17
                SUMMERLIN NORTH COMMUNITY ASSOC,    PO BOX 54138,    LOS ANGELES, CA 90054-0138
10437591        E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov May 12 2018 02:02:57      U.S. TRUSTEE - LV - 11,
                300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
10437596        EDI: WFFC.COM May 12 2018 05:53:00      WELLS FARGO HOME MORTGAGE,    Acct No xxxxxx0145,
                PO BOX 10335,    DES MOINES, IA 50306-0335
```

```
District/off: 0978-2         User: pereaeg          Page 4 of 4          Date Rcvd: May 11, 2018
                             Form ID: 309F           Total Noticed: 167


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
10437597          EDI: WFFC.COM May 12 2018 05:53:00     WELLS FARGO HOME MORTGAGE,   Acct No xxxxxx4241,
                    PO BOX 10335,   DES MOINES, IA 50306-0335
                                                                        TOTAL: 22


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*          +U.S. TRUSTEE - LV - 11,   300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
10437520*      INTERNAL REVENUE SERVICES,   ATTN: BANKRUPTCY UNIT,   110 N CITY PKWY STE 100,
                 LAS VEGAS, NV 89106-6085
10437518*     +Image Finance, LLC,   Acct No xxxxx6328,   4751 Wilshire Boulevard, Suite 203,
                 Los Angeles, CA 90010-3860
10437594*     +WELLS FARGO,   Acct No xxxxxxxxxxxxx1998,   PO BOX 1323,   PORTLAND, OR 97207
10437595*     +WELLS FARGO,   Acct No xxxxxxxxxxxxx1998,   PO BOX 1323,   PORTLAND, OR 97207
                                                                   TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
          MATTHEW L. JOHNSON    on behalf of Debtor    SCHULTE PROPERTIES LLC annabelle@mjohnsonlaw.com,
           mjohnson@mjohnsonlaw.com;sue@mjohnsonlaw.com
          U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
                                                                        TOTAL: 2
```

**Information to identify the case:**

| Debtor | | |
|---|---|---|
| **SCHULTE PROPERTIES LLC** | | EIN **82–1677615** |
| Name | | |

| United States Bankruptcy Court **District of Nevada** | |
|---|---|
| Case number: **18–12734–leb** | Date case filed for chapter **11**   **5/10/18** |

## Official Form 309F (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

**12/17**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | SCHULTE PROPERTIES LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9811 W. CHARLESTON BLVD STE 2–351 LAS VEGAS, NV 89117 | |
| 4. | **Debtor's attorney** Name and address | MATTHEW L. JOHNSON JOHNSON & GUBLER, P.C. 8831 WEST SAHARA AVENUE LAS VEGAS, NV 89117 | Contact phone (702) 471–0065 Email annabelle@mjohnsonlaw.com |
| 5. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Las Vegas Blvd., South Las Vegas, NV 89101 | Office Hours 9:00 AM – 4:00 PM Contact phone (702) 527–7000 Date: 5/11/18 |
| 6. | **Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 14, 2018 at 12:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** |

**For more information, see page 2 >**

Debtor  **SCHULTE PROPERTIES LLC**                                                                                        Case number **18–12734–leb**

| | | |
|---|---|---|
| **7.** | **Proof of claim deadline** | **Deadline for filing proof of claim: 9/12/18**  For a governmental unit: **11/6/18** |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. |
| | | Your claim will be allowed in the amount scheduled unless: |
| | | • your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. |
| | | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | | You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. |
| | | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.** | **Exception to discharge deadline**<br><span style="font-weight:normal">The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.</span> | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**  None |
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |