WRIGHT, FINLAY & ZAK, LLP
Nichole L. Glowin, Esq., SBN 14204
4665 MacArthur Court, Suite 280
Newport Beach, CA  92660
Tel: (949) 477-5050; Fax: (949) 608-9142
nglowin@wrightlegal.net
*Attorneys for Secured Creditor SETERUS, INC. as the authorized subservicer for FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae"), creditor c/o SETERUS, INC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 16-16200-abl |
| | Chapter:   13 |
| SCHULTE PROPERTIES LLC | |
| Debtor | |

---

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

///
///
///
///
///
///
///
///
///
///

1    I request that all notices given in this case and all papers served or required to be

2  served in this case be given to and served upon the undersigned at the following address and

3  telephone number:

4  WRIGHT, FINLAY & ZAK, LLP

5  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660

6  (949) 477-5050

7

8  DATED this 21th day of May,  2018.

9  WRIGHT, FINLAY & ZAK, LLP

10  /s/ *Nichole L. Glowin, Esq.*

11  Nichole L. Glowin, Esq.,

   Nevada Bar No. 14204

12  4665 MacArthur Court, Suite 280

13  Newport Beach, CA 92660
   ***Attorney for Secured Creditor,***

14  *SETERUS, INC. as the authorized subservicer for*

   *FEDERAL NATIONAL MORTGAGE*

15  *ASSOCIATION ("Fannie Mae"), creditor c/o*

16  *SETERUS, INC.*

17

18

19

20

21

22

23

24

25

26

27

28