| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | MELANI SCHULTE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of NV (State) |
| Case number | 18-12734 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Fidelity Bank                    Court claim no. (if known): N/A

Last 4 digits of any number you use to identify the debtor's account: 0 7 6 9

Date of payment change:
Must be at least 21 days after date of this notice    07 / 01 / 2018

New total payment:                $ 602.72
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 128.23          New escrow payment: $ 129.57

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1    **MELANI   SCHULTE**
        First Name   Middle Name   Last Name

Case number *(if known)* 18-12734

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ *Janelle Hughes*
Signature

Date 5/24/18

Print: **Janelle   R   Hughes**
    First Name   Middle Name   Last Name

Title **Bankruptcy Processor**

Company **Fidelity Bank**

Address **100 E. English**
    Number   Street

**Wichita**   **KS**   **67202**
City   State   ZIP Code

Contact phone ( **316** ) **268** - **7234**

Email **jhughes@fidelitybank.com**

```
                    FIDELITY BANK
                    100 E ENGLISH
                    PO BOX 1007
                    WICHITA, KS  67201
                         1-800-304-6161
                                                              5/22/18

WILLIAM R SCHULTE                            RE: LOAN # ▓▓▓▓▓▓▓▓▓
MELANI SCHULTE                               5524 ROCK CREEK LN
9811 W CHARLESTON BLVD STE 2-351             LAS VEGAS NV 89130
LAS VEGAS NV 89117-7528
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

This is a statement of your actual escrow account transactions since the last annual analysis statement or initial disclosure. Please review this statement closely - your mortgage payment may be affected. This statement reflects the anticipated payments and disbursements as well as your actual payments and disbursements for the last cycle. Please keep this statement to compare to your next annual disclosure.

Effective Date: 7/01/18                                 7/18 Thru  6/19

ACCOUNT HISTORY

```
Previous Payment:  P&I . . . . . . . .:     473.15
                   Escrow. . . . . . .:     128.23
                   Discretionary Items:        .00
                   Total . . . . . . .:     601.38
```

| Month | Pmt to Esc act Proj | Pmt to Esc act Actual | Pmt from Esc act Proj | Pmt from Esc act Actual | Desc | Escrow Balance Proj | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Starting Balance | | | | | | 592.32 | 179.91 |
| Jun,17 | | 128.45* | | | PAYMENT | | 308.36 |
| Jul,17 | | 128.45* | | | PAYMENT | 592.32 | 436.81 |
| Aug,17 | 125.97 | 128.45* | | | PAYMENT | 571.74 | 565.26 |
| Aug,17 | | | | 442.00* | HAZARD INS | 571.74 | 123.26 |
| Aug,17 | | | | 279.54* | COUNTY TAX | 571.74 | 156.28- |
| Aug,17 | | | 427.00 | | HAZARD INS | 144.74 | 156.28- |
| Sep,17 | 125.97 | 128.23* | | | PAYMENT | 270.71 | 28.05- |
| Sep,17 | | | 270.71 | | COUNTY TAX | .00 < | 28.05- |
| Sep,17 | | | | 277.75* | COUNTY TAX | .00 | 305.80- |
| Oct,17 | 125.97 | | | | PAYMENT | 125.97 | 305.80- |
| Nov,17 | 125.97 | 128.23* | | | PAYMENT | 251.94 | 177.57- |
| Dec,17 | 125.97 | | | | PAYMENT | 377.91 | 177.57- |
| Dec,17 | | | 270.71 | | COUNTY TAX | 107.20 | 177.57- |
| Dec,17 | | | | 277.75* | COUNTY TAX | 107.20 | 455.32-< |
| Jan,18 | 125.97 | 128.23* | | | PAYMENT | 233.17 | 327.09- |
| Jan,18 | | 128.23* | | | PAYMENT | 233.17 | 198.86- |
| Jan,18 | | 128.23* | | | PAYMENT | 233.17 | 70.63- |
| Feb,18 | 125.97 | 128.23* | | | PAYMENT | 359.14 | 57.60 |
| Feb,18 | | | 270.71 | | COUNTY TAX | 88.43 | 57.60 |
| Mar,18 | 125.97 | 128.23* | | | PAYMENT | 214.40 | 185.83 |
| Apr,18 | 125.97 | 128.23*E | | | PAYMENT | 340.37 | 314.06 |
| Apr,18 | | 128.23* | | | PAYMENT | 340.37 | 442.29 |
| Apr,18 | | 128.23* | | | PAYMENT | 340.37 | 570.52 |
| May,18 | 125.97 | 128.23*E | | | PAYMENT | 466.34 | 698.75 |
| Jun,18 | 125.97 | 128.23*E | | | PAYMENT | 592.31 | 826.98 |
| Totals | | 1,924.11 | | 1,277.04 | | | |
| | 1,385.67 | | 1,239.13 | | | | |

LOAN #: ███████

Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed $251.94    or 1/6th of the total annual projected disbursement from your escrow account, unless your mortgage documents or state law specifies a lower amount. When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount. Under your Mortgage Contract or State or Federal Law, your targeted low point in your escrow account is $.00    and your actual low point was $455.32-;    the amounts are indicated with an arrow (<).

By comparing the projected escrow payments with the actual escrow payments you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date. The estimated payments to escrow and payments from escrow are indicated with an (E).

### PROJECTION FOR NEXT CYCLE

Projected Annual Disbursements

```
HAZARD INS              442.00
COUNTY TAX            1,112.79
                      --------
Total                 1,554.79

New Escrow Deposit    1,554.79 /12=      129.57
```

The escrow deposit is 1/12th of your total annual projected escrow disbursements. Your escrow balance may contain a cushion. A cushion is an amount of money held in your escrow account to prevent your escrow balance from being overdrawn when increases in the disbursements occur. Under Federal Law (RESPA) the lowest monthly balance in your escrow account should not exceed 1/6th of the total annual anticipated disbursements from your escrow account, unless your mortgage documents or state law specifies a lower amount. The cushion amount in your escrow account is $.00.    When your escrow balance reaches its lowest point during the account cycle, that balance is targeted to be your cushion amount and is marked with an arrow (<).

| Month | Payments to Escrow Acct | Payments from Escrow Acct | Description | Curr Bal | Req Bal |
|---|---|---|---|---|---|
| Starting Balance | . . . . . . . . . . . . . . . . | | | 826.98 | 610.58 |
| Jul,18 | 129.57 | | PAYMENT | 956.55 | 740.15 |
| Jul,18 | | 279.54 | COUNTY TAX | 677.01 | 460.61 |
| Aug,18 | 129.57 | | PAYMENT | 806.58 | 590.18 |
| Aug,18 | | 442.00 | HAZARD INS | 364.58 | 148.18 |
| Sep,18 | 129.57 | | PAYMENT | 494.15 | 277.75 |
| Sep,18 | | 277.75 | COUNTY TAX | 216.40 | .00 < |
| Oct,18 | 129.57 | | PAYMENT | 345.97 | 129.57 |
| Nov,18 | 129.57 | | PAYMENT | 475.54 | 259.14 |
| Dec,18 | 129.57 | | PAYMENT | 605.11 | 388.71 |
| Dec,18 | | 277.75 | COUNTY TAX | 327.36 | 110.96 |
| Jan,19 | 129.57 | | PAYMENT | 456.93 | 240.53 |
| Feb,19 | 129.57 | | PAYMENT | 586.50 | 370.10 |
| Feb,19 | | 277.75 | COUNTY TAX | 308.75 | 92.35 |
| Mar,19 | 129.57 | | PAYMENT | 438.32 | 221.92 |
| Apr,19 | 129.57 | | PAYMENT | 567.89 | 351.49 |
| May,19 | 129.57 | | PAYMENT | 697.46 | 481.06 |
| Jun,19 | 129.57 | | PAYMENT | 827.03 | 610.63 |
| Total | 1,554.84 | 1,554.79 | | | |

According to this analysis your escrow balance should be $610.58,    but your projected escrow balance is $826.98.    Therefore you have a surplus of $216.40. Any surplus over $50.00 is automatically refunded to you, an amount less can remain in your escrow account and lower your monthly payments. We are sending you a check for the surplus, if your account is current.

```
                                                            LOAN #: ▓▓▓▓▓▓▓
Below is your new monthly payment breakdown effective 07/01/18.
Estimated Low Point:        216.40    New P&I . . . . . . . . .:    473.15
RESPA Low Point . .:        259.14    New Esc Pmt . . . . . . .:    129.57
Doc/St Low Point. .:           .00    Discretionary Items Pmt:         .00
Total Surplus . . .:        216.40    Surplus Spread. . . . .:         .00
Less NSF/Lt chgs. .:           .00    Deficiency Spread . . .:         .00
Spread Months . . .:            00    Payment Rnd Adj . . . .:         .00
Deficiency. . . . .:           .00    Total Payments. . . . .:      602.72
Def Spread Months .:            00
Surplus Refunded. .:        216.40
```

If your loan is an adjustable rate mortgage, the principal interest portion of your payment may change within this cycle in accordance with your loan documents. If you are enrolled in our automated payment program, the draft(s) for your payment will be updated to accomodate the new amount. If your payments are remitted on your behalf by another provider, please notify them of the change in payment. If you you have questions, or would like to pay the shortage in full, please call our customer service department at 1-800-304-6161.

## CERTIFICATE OF SERVICE

The undersigned states that copies of Fidelity Bank's Notice of Mortgage Payment Change were served upon the following parties, either electronically or by depositing said copies on 5/24/2018 in the U.S. mail, postage prepaid, properly addressed as follows:

MELANI SCHULTE
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117
**DEBTOR**

Matthew L. Johnson
Johnson & Gubler, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
**ATTORNEY FOR DEBTOR**

Janelle Hughes
Bankruptcy Processor
jhughes@fidelitybank.com
**Fidelity Bank**
PO Box 1007
Wichita, KS  67201