**Fill in this information to identify the case:**

Debtor name   **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-12734**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 24, 2018**          X **/s/ MELANI SCHULTE**
                                          Signature of individual signing on behalf of debtor

                                          **MELANI SCHULTE**
                                          Printed name

                                          **MANAGING MEMBER**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-12734**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **10,383,035.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **8,450.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    **10,391,485.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **9,805,265.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **748,977.95**

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b

$    **10,554,242.95**

**Fill in this information to identify the case:**

Debtor name    **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-12734**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**        **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Debtor In Possession (from 2017 case)** | 3878 | **$1,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                    | **$1,000.00** |
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**        **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**        **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 1,050.00 | - | 0.00 | = .... | **$1,050.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(If known)* **18-12734** |
|---|---|---|
| | Name | |

**12.** **Total of Part 3.** $1,050.00

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>household appliances located in each rental<br>property [value is estimated] | $6,400.00 | Liquidation | $6,400.00 |

**51.** **Total of Part 8.** $6,400.00

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number *(If known)* **18-12734**
_____
Name

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **1528 Splinter Rock Way, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]** | Fee simple | $0.00 | | $246,775.00 |
| 55.2.  **2614 Sweet Leilani Ave, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $272,178.00 |
| 55.3.  **3729 Discovery Creek Ave, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $266,804.00 |
| 55.4.  **9500 Aspen Glow Dr, Las Vegas NV 89134 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $299,137.00 |
| 55.5.  **1624 Desert Canyon Ct, Las Vegas, NV 89128 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $329,445.00 |
| 55.6.  **6091 Pumpkin Patch Ave, Las Vegas, NV 89142 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $240,357.00 |

| Debtor | **SCHULTE PROPERTIES LLC** | | Case number *(If known)* **18-12734** |
|---|---|---|---|
| | Name | | |

| 55.7. | **9020 Feather River Ct, Las Vegas, NV 89117 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $300,910.00 |
|---|---|---|---|---|---|
| 55.8. | **3383 Cloverdale Ct, Las Vegas, NV 89117 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $304,893.00 |
| 55.9. | **7873 Bridgefield Ln, Las Vegas, NV 89147 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $238,498.00 |
| 55.10. | **5218 Misty Morning Dr, Las Vegas, NV 89118 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $321,108.00 |
| 55.11. | **1392 Echo Falls Ave, Las Vegas, NV 89183 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $277,850.00 |
| 55.12. | **956 Ostrich Fern Ct, Las Vegas, NV 89183 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $264,581.00 |
| 55.13. | **2460 Avenida Cortes, Henderson, NV 89074 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $266,769.00 |
| 55.14. | **2290 Surrey Meadows Ave., Henderson, NV 89052 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $370,092.00 |
| 55.15. | **4521 W La Madre Way, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $245,437.00 |
| 55.16. | **5524 Rock Creek Ln, Las Vegas, NV 89130 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $244,804.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **SCHULTE PROPERTIES LLC** | | Case number *(If known)* **18-12734** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 55.17 | **10317 Neopolitan Pl, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $300,052.00 |
| 55.18 | **5609 San Ardo Pl, Las Vegas, NV 89130 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $259,500.00 |
| 55.19 | **3322 Cheltenham St, Las Vegas, NV 89129 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $228,554.00 |
| 55.20 | **9521 Sierra Summit Ave, Las Vegas, NV 89134 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $311,749.00 |
| 55.21 | **8216 Peaceful Canyon Dr., Las Vegas, NV 89128 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $287,751.00 |
| 55.22 | **5709 Ridgetree Ave., Las Vegas, NV 89107 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $168,810.00 |
| 55.23 | **1013 Golden Hawk Way, Las Vegas, NV 89108  [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $235,106.00 |
| 55.24 | **509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $2,085,740.00 |
| 55.25 | **4710 Brently Pl, Las Vegas, NV 89122 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $207,637.00 |
| 55.26 | **8562 Lambert Dr., Las Vegas, NV 89147 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | $294,027.00 |

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number *(If known)*  **18-12734**
           Name

| | | | | | |
|---|---|---|---|---|---|
| 55.27 · | **2861 Marathon Dr., Henderson, NV 89074 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $268,576.00 |
| 55.28 · | **1194 Stormy Valley Rd., Las Vegas, NV 89123 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $244,631.00 |
| 55.29 · | **2525 Via Di Autostrada, Henderson, NV 89074 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $283,883.00 |
| 55.30 · | **276 Manzanita Ranch Ln, Henderson, NV 89012 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $280,051.00 |
| 55.31 · | **922 Saddle Horn Dr., Henderson, NV 89002 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $238,207.00 |
| 55.32 · | **1701 Empire Mine Dr., Henderson, NV 89014 [Value is based on Zillow.com estimate]** | Fee Simple | $0.00 | | $199,123.00 |

56.  **Total of Part 9.**                                                                    | $10,383,035.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (*If known*) | **18-12734** |
|---|---|---|---|
| | Name | | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Potential claims against various loan servicers/lenders for failure to abide by terms of confirmed plan, breach of application of monthly periodic application of payment rules, improper fees, advances, & charges, contempt of discharge order, unlawful acts and practices re the collection or attempt to collect unlawful charges, failure to correct notices of errors and breaches of the mortgage instrument/deed of trust, multiple violations of Reg X of RESPA and Reg Z of TILA to the extent applicable, common law fraud, FDCPA, FCRA, and other claims to be alleged based on these transaction and circumstances, failure to provide information, improper loan practices and/or other relief. Claims are against Citimortgage, City National Bank, Chase Home Finance/WAMU, Countrywide/Bank of America/BAC, Greentree/Ditech, America's Servicing Co./Wells Fargo, Bank of Nevada/Image Finance, Seterus, Selene Finance, LP, Litton Loan Servicing, OCWEN Loan Servicing, Shell Point Mortgage Servicing, Bayview Loan Servicing, Rushmore Loan Mgt. Services, Fifth Third Bank Mortgage Loan Servicing, Nationstar/Mr. Cooper, American Home Servicing, Inc., Fidelity Bank, BSI, Caliber Home Loans, Quality Loan Service, First American Trustee Serv. Solutions, Nat'l Default Serv. Corp., TD Service Co., Nevada Title, etc [Value is unknown]** | **Unknown** |
| | Nature of claim | **various** |
| | Amount requested | **$0.00** |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **SCHULTE PROPERTIES LLC**
Name

Case number *(If known)*    **18-12734**

☐ Yes

| Debtor | **SCHULTE PROPERTIES LLC** | | Case number *(If known)* **18-12734** |
|---|---|---|---|
| | Name | | |

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,050.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $10,383,035.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,450.00 | + 91b. $10,383,035.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,391,485.00 |

**Fill in this information to identify the case:**

Debtor name **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) **18-12734**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  BANK OF AMERICA**<br>Creditor's Name<br>**PO BOX 21848**<br>**GREENSBORO, NC**<br>**27420-1848**<br>Creditor's mailing address<br><br>**68189001596799**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**4710 Brently Pl, Las Vegas, NV 89122  [Value is based on Zillow.com estimate]**<br><br>Describe the lien<br>**Deed of Trust (previously stripped in prior case)**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **$207,637.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. RUSHMORE LOAN MANAGEMENT SERVICES**<br>**2. BANK OF AMERICA**<br>**3. JESSE SBAIH AND DEBORAH DRAKE** | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2  BAYVIEW LOAN SERVICING**<br>Creditor's Name<br>**4425 PONCE DE LEON BLVD**<br>**MIAMI, FL 33146**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**2460 Avenida Cortes, Henderson, NV 89074 [Value is based on Zillow.com estimate]**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No | **$102,000.00** | **$266,769.00** |

Debtor    **SCHULTE PROPERTIES LLC**
_____
Name

Case number (if know)    **18-12734**

| | |
|---|---|
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Last 4 digits of account number**
**1979**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **BAYVIEW LOAN SERVICING** | | $104,000.00 | $238,498.00 |
|---|---|---|---|---|

Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1769**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BAYVIEW LOAN SERVICING**
**2. Image Finance, LLC**

**Describe debtor's property that is subject to a lien**
**7873 Bridgefield Ln, Las Vegas, NV 89147**
**[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **BAYVIEW LOAN SERVICING** | | $221,000.00 | $304,893.00 |
|---|---|---|---|---|

Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4912**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3383 Cloverdale Ct, Las Vegas, NV 89117**
**[Value is based on Zillow.com estimate]**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **SCHULTE PROPERTIES LLC**                                    Case number (if know)  **18-12734**
        Name

| 2.5 | **BAYVIEW LOAN SERVICING** | Describe debtor's property that is subject to a lien | $140,000.00 | $199,123.00 |
|-----|---------------------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

**1701 Empire Mine Dr., Henderson, NV 89014**
**[Value is based on Zillow.com estimate]**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4913**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

| 2.6 | **BAYVIEW LOAN SERVICING** | Describe debtor's property that is subject to a lien | $112,000.00 | $300,910.00 |
|-----|---------------------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

**9020 Feather River Ct, Las Vegas, NV 89117**
**[Value is based on Zillow.com estimate]**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2065**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BAYVIEW LOAN SERVICING**
**2. GREEN TREE SERVICING LLC - DITECH**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

| 2.7 | **BAYVIEW LOAN SERVICING** | Describe debtor's property that is subject to a lien | $128,000.00 | $272,178.00 |
|-----|---------------------------|-----------------------------------------------------|-------------|-------------|

Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

**2614 Sweet Leilani Ave, North Las Vegas, NV 89031  [Value is based on Zillow.com estimate]**

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Debtor    **SCHULTE PROPERTIES LLC**
　　　　　Name

Case number (if know)    18-12734

---

**Date debt was incurred**

**Last 4 digits of account number**
**4304**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **BSI** | Describe debtor's property that is subject to a lien | $142,000.00 | $238,207.00 |

Creditor's Name
**PO BOX 517**
**314 S FRANKLIN ST**
**TITUSVILLE, PA 16354**
Creditor's mailing address

**922 Saddle Horn Dr., Henderson, NV 89002**
**[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8391**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **CHASE** | Describe debtor's property that is subject to a lien | $110,000.00 | $240,357.00 |

Creditor's Name
**3415 VISION DRIVE**
**COLUMBUS, OH**
**43219-6009**
Creditor's mailing address

**6091 Pumpkin Patch Ave, Las Vegas, NV 89142  [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7609**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **CITIMORTGAGE** | Describe debtor's property that is subject to a lien | $163,000.00 | $299,137.00 |

---

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number (if know)    **18-12734**
_____
Name

| | |
|---|---|
| Creditor's Name | **9500 Aspen Glow Dr, Las Vegas NV 89134** |
| **PO BOX 6728** | **[Value is based on Zillow.com estimate]** |
| **SIOUX FALLS, SD** | |
| **57117-6728** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8517**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. CITIMORTGAGE**
**2. CITY NATIONAL BANK**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **CITY NATIONAL BANK** | **Describe debtor's property that is subject to a lien** | $25,000.00 | $299,137.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **9500 Aspen Glow Dr, Las Vegas NV 89134** |
| **PO BOX 6728** | **[Value is based on Zillow.com estimate]** |
| **SIOUX FALLS, SD** | |
| **57117-6728** | |
| Creditor's mailing address | **Describe the lien** |
| | **Deed of Trust** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4409**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.10**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **CITY NATIONAL BANK** | **Describe debtor's property that is subject to a lien** | $1,000,000.00 | $321,108.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **5218 Misty Morning Dr, Las Vegas, NV 89118** |
| **PO BOX 60938** | **[Value is based on Zillow.com estimate]** |
| **LOS ANGELES, CA** | |
| **90060-0938** | |
| Creditor's mailing address | **Describe the lien** |
| | **Deed of Trust (previously stripped in prior case)** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

Debtor    **SCHULTE PROPERTIES LLC**
_____
Name

Case number (if know)    **18-12734**

---

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4409**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FIFTH THIRD BANK**
**2. CITY NATIONAL BANK**

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

---

| | | | |
|---|---|---|---|
| 2.1 3 | **COUNTRYWIDE / BANK OF AMERICA** <br> Creditor's Name <br><br> **PO BOX 942019** <br> **SIMI VALLEY, CA 93094** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **509 Canyon Greens Dr, Las Vegas, NV 89144** <br> **[Value is based on Zillow.com estimate]** | **$839,500.00** | **$2,085,740.00** |

**Describe the lien**
**Deed of Trust (2nd position - stripped in prior bankruptcy)**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5785**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. WELLS FARGO HOME MORTGAGE**
**2. COUNTRYWIDE / BANK OF AMERICA**
**3. Z'REA LIMITED PARTNERSHIP**
**4. JESSE SBAIH AND DEBORAH DRAKE**
**5. JEFFREY SYLVESTER, ESQ.**

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

Creditor's email address, if known

---

| | | | |
|---|---|---|---|
| 2.1 4 | **FIDELITY BANK** <br> Creditor's Name <br><br> **100 E ENGLISH** <br> **PO BOX 1007** <br> **WICHITA, KS 67201** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **5524 Rock Creek Ln, Las Vegas, NV 89130** <br> **[Value is based on Zillow.com estimate]** | **$83,000.00** | **$244,804.00** |

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0769**

---

Debtor  **SCHULTE PROPERTIES LLC**
        Name                                    Case number (if know)   **18-12734**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. FIDELITY BANK** | ■ Disputed |
| **2. WELLS FARGO** | |

---

| 2.1 5 | **FIFTH THIRD BANK** | Describe debtor's property that is subject to a lien | **$153,000.00** | **$321,108.00** |
|---|---|---|---|---|

Creditor's Name

**MD 1 MOCFP**
**5050 KINGSLEY DR**
**CINCINNATI, OH 45263**

5218 Misty Morning Dr, Las Vegas, NV 89118
[Value is based on Zillow.com estimate]

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6682**

**As of the petition filing date, the claim is:**
Check all that apply

| Do multiple creditors have an interest in the same property? | |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.12** | ■ Disputed |

---

| 2.1 6 | **GREEN TREE SERVICING LLC - DITECH** | Describe debtor's property that is subject to a lien | **$137,000.00** | **$266,804.00** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 6176**
**RAPID CITY, SD**
**57709-6176**

3729 Discovery Creek Ave, North Las Vegas, NV 89031  [Value is based on Zillow.com estimate]

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2005**

**Last 4 digits of account number**
**7644**

**As of the petition filing date, the claim is:**
Check all that apply

| Do multiple creditors have an interest in the same property? | |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 7 | **GREEN TREE SERVICING LLC - DITECH** | Describe debtor's property that is subject to a lien | **$65,000.00** | **$300,910.00** |
|---|---|---|---|---|

5/24/18 10:58AM

Debtor    **SCHULTE PROPERTIES LLC**
_____
Name

Case number (if know)    **18-12734**
_____

---

Creditor's Name

**PO BOX 6176
RAPID CITY, SD
57709-6176**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0620**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

**9020 Feather River Ct, Las Vegas, NV 89117
[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.18 | **GREEN TREE SERVICING LLC - DITECH** | | |

Creditor's Name

**PO BOX 6176
RAPID CITY, SD
57709-6176**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
7943**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. NATIONSTAR
MORTGAGE
2. GREEN TREE
SERVICING LLC - DITECH**

**Describe debtor's property that is subject to a lien**
**10317 Neopolitan Pl, Las Vegas, NV 89144
[Value is based on Zillow.com estimate]**

$0.00    $300,052.00

**Describe the lien**
**Deed of Trust (previously stripped in prior
case)**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.19 | **IMAGE FINANCE, LLC** | | |

Creditor's Name

**4751 WILSHIRE
BOULEVARD STE 203
LOS ANGELES, CA 90010**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**real property located on Avenida Cortes,
Feather River, Golden Hawk, Lambert,
Marathon, Neopolitan, Peaceful Canyon,
Sierra Summit, Surrey Meadows**

$1,750,000.00    $2,635,032.00

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor     **SCHULTE PROPERTIES LLC**
_____
Name

Case number *(if know)*     **18-12734**
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6328**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 0 | **Image Finance, LLC** | **Describe debtor's property that is subject to a lien** | **$93,000.00** | **$329,445.00** |

Creditor's Name

**4751 Wilshire Boulevard, Suite 203**
**Los Angeles, CA 90010**

**1624 Desert Canyon Ct, Las Vegas, NV 89128 [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6328**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SELENE FINANCE LP**
**2. Image Finance, LLC**

---

| 2.2 1 | **Image Finance, LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$246,775.00** |

Creditor's Name

**4751 Wilshire Boulevard, Suite 203**
**Los Angeles, CA 90010**

**1528 Splinter Rock Way, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6328**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **SCHULTE PROPERTIES LLC**
_____
Name

Case number (if know)    **18-12734**

---

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. WELLS FARGO HOME MORTGAGE**
**2. Image Finance, LLC**

☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.2 2 | **Image Finance, LLC**<br>Creditor's Name<br><br>**4751 Wilshire Boulevard, Suite 203**<br>**Los Angeles, CA 90010**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 6328**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.3** | Describe debtor's property that is subject to a lien<br>**7873 Bridgefield Ln, Las Vegas, NV 89147**<br>**[Value is based on Zillow.com estimate]**<br><br><br>Describe the lien<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | $0.00 | $238,498.00 |
| --- | --- | --- | --- |

---

| 2.2 3 | **JEFFREY SYLVESTER, ESQ.**<br>Creditor's Name<br>**1731 VILLAGE CENTER CIRCLE**<br>**LAS VEGAS, NV 89134**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**real property located on Sweet Leilani and Canyon Greens (Canyon Greens deed is in 5th place and property is over-encumbered)**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | $72,000.00 | $2,357,918.00 |
| --- | --- | --- | --- |

---

| 2.2 4 | **JEFFREY SYLVESTER, ESQ.**<br>Creditor's Name<br>**1731 VILLAGE CENTER CIRCLE**<br>**LAS VEGAS, NV 89134** | Describe debtor's property that is subject to a lien<br>**509 Canyon Greens Dr, Las Vegas, NV 89144**<br>**[Value is based on Zillow.com estimate]** | $0.00 | $2,085,740.00 |
| --- | --- | --- | --- |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 10 of 24

Debtor    **SCHULTE PROPERTIES LLC**
          Name

Case number (if know)    **18-12734**

---

Creditor's mailing address

Describe the lien
**Judgment Lien (stripped in prior bankruptcy)**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

As of the petition filing date, the claim is:
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **JESSE SBAIH AND DEBORAH DRAKE** | Describe debtor's property that is subject to a lien | $155,000.00 | $2,721,687.00 |
|---|---|---|---|---|

Creditor's Name
**170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012**

Describe debtor's property that is subject to a lien
**real property located on Brently Pl, Canyon Greens, Ridgetree Ave, San Aardo Pl**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | **JESSE SBAIH AND DEBORAH DRAKE** | Describe debtor's property that is subject to a lien | $0.00 | $168,810.00 |
|---|---|---|---|---|

Creditor's Name
**170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012**

Describe debtor's property that is subject to a lien
**5709 Ridgetree Ave., Las Vegas, NV 89107 [Value is based on Zillow.com estimate]**

Creditor's mailing address

Describe the lien
**Judgment Lien (stripped in prior bankruptcy)**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if know) | **18-12734** |
|---|---|---|---|
| | Name | | |

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SHELLPOINT MORTGAGE SERVICING LLC**
**2. JESSE SBAIH AND DEBORAH DRAKE**

☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.27 | **JESSE SBAIH AND DEBORAH DRAKE** | | $0.00 | $2,085,740.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

**Describe debtor's property that is subject to a lien**
**509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]**

**Describe the lien**
**Judgment Lien (stripped in prior bankruptcy)**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.28 | **JESSE SBAIH AND DEBORAH DRAKE** | | $0.00 | $207,637.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**4710 Brently Pl, Las Vegas, NV 89122 [Value is based on Zillow.com estimate]**

**Describe the lien**
**Judgment Lien (stripped in prior bankruptcy)**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.29 | **NATIONSTAR MORTGAGE** | Describe debtor's property that is subject to a lien | $165,000.00 | $300,052.00 |
|---|---|---|---|---|

---

5/24/18 10:58AM

Debtor    **SCHULTE PROPERTIES LLC**
Name

Case number (if know)    **18-12734**

---

Creditor's Name
**CUSTOMER RELATIONS**
**PO BOX 619098**
**DALLAS, TX 75261-9741**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0483**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.18**

**10317 Neopolitan Pl, Las Vegas, NV 89144**
**[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.30 | **RUSHMORE LOAN MANAGEMENT SERVICES** | |
|---|---|---|

Creditor's Name

**PO BOX 52262**
**IRVINE, CA 92619-2263**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0925**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**4710 Brently Pl, Las Vegas, NV 89122  [Value is based on Zillow.com estimate]**

$160,000.00    $207,637.00

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.31 | **RUSHMORE LOAN MANAGEMENT SERVICES** | |
|---|---|---|

Creditor's Name

**PO BOX 52262**
**IRVINE, CA 92619-2263**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2275**

**Describe debtor's property that is subject to a lien**
**2861 Marathon Dr., Henderson, NV 89074 [Value is based on Zillow.com estimate]**

$144,000.00    $268,576.00

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if know) | **18-12734** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 2 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | **$138,000.00** | **$329,445.00** |
|---|---|---|---|---|

Creditor's Name

**9990 RICHMOND AVE STE 400**
**HOUSTON, TX 77042**

Creditor's mailing address

**1624 Desert Canyon Ct, Las Vegas, NV 89128 [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2001**

**Last 4 digits of account number**
**1737**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.20**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 3 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | **$103,000.00** | **$245,437.00** |
|---|---|---|---|---|

Creditor's Name

**9990 RICHMOND AVE STE 400**
**HOUSTON, TX 77042**

Creditor's mailing address

**4521 W La Madre Way, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1059**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. SELENE FINANCE LP**
**2. WELLS FARGO**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 4 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | **$232,000.00** | **$280,051.00** |
|---|---|---|---|---|

---

Debtor    **SCHULTE PROPERTIES LLC**

Name

Case number *(if know)*    **18-12734**

---

| | |
|---|---|
| Creditor's Name | **276 Manzanita Ranch Ln, Henderson, NV 89012  [Value is based on Zillow.com estimate]** |
| **9990 RICHMOND AVE STE 400**<br>**HOUSTON, TX 77042** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**7708** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. SELENE FINANCE LP**<br>**2. WELLS FARGO** | ☐ Unliquidated<br>■ Disputed |

---

| 2.3 5 | **SELENE FINANCE LP** | **Describe debtor's property that is subject to a lien** | $145,000.00 | $311,749.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **9521 Sierra Summit Ave, Las Vegas, NV 89134  [Value is based on Zillow.com estimate]** |
| **9990 RICHMOND AVE STE 400**<br>**HOUSTON, TX 77042** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**8721** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>■ Disputed |

---

| 2.3 6 | **SELENE FINANCE LP** | **Describe debtor's property that is subject to a lien** | $251,000.00 | $370,092.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2290 Surrey Meadows Ave., Henderson, NV 89052  [Value is based on Zillow.com estimate]** |
| **9990 RICHMOND AVE STE 400**<br>**HOUSTON, TX 77042** | |
| Creditor's mailing address | **Describe the lien**<br>**Deed of Trust** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 15 of 24

Debtor    **SCHULTE PROPERTIES LLC**                                      Case number (if know)    **18-12734**
         Name

**7690**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☑ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.3 7 | **SETERUS, INC.** | **Describe debtor's property that is subject to a lien** | $120,000.00 | $228,554.00 |
|---|---|---|---|---|
| | Creditor's Name | 3322 Cheltenham St, Las Vegas, NV 89129 [Value is based on Zillow.com estimate] | | |

**PO BOX 1077**
**HARTFORD, CT 06143**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3144**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.3 8 | **SETERUS, INC.** | **Describe debtor's property that is subject to a lien** | $175,000.00 | $294,027.00 |
|---|---|---|---|---|
| | Creditor's Name | 8562 Lambert Dr., Las Vegas, NV 89147 [Value is based on Zillow.com estimate] | | |

**PO BOX 1077**
**HARTFORD, CT 06143**
Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0246**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.3 9 | **SETERUS, INC.** | **Describe debtor's property that is subject to a lien** | $142,000.00 | $244,631.00 |
|---|---|---|---|---|
| | Creditor's Name | 1194 Stormy Valley Rd., Las Vegas, NV 89123 [Value is based on Zillow.com estimate] | | |

**PO BOX 1077**
**HARTFORD, CT 06143**

---

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number (if know)    **18-12734**
_____
Name

| | |
|---|---|
| Creditor's mailing address | Describe the lien |
| | **Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8319** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.40 | **SETERUS, INC.** | Describe debtor's property that is subject to a lien | $124,000.00 | $283,883.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **2525 Via Di Autostrada, Henderson, NV 89074** |
| **PO BOX 1077** | **[Value is based on Zillow.com estimate]** |
| **HARTFORD, CT 06143** | |
| Creditor's mailing address | Describe the lien |
| | **Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **9857** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.41 | **SHELLPOINT MORTGAGE SERVICING LLC** | Describe debtor's property that is subject to a lien | $170,000.00 | $277,850.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **1392 Echo Falls Ave, Las Vegas, NV 89183** |
| **PO BOX 10826** | **[Value is based on Zillow.com estimate]** |
| **GREENVILLE, SC** | |
| **29603-0826** | |
| Creditor's mailing address | Describe the lien |
| | **Deed of Trust** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6861** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

Debtor    **SCHULTE PROPERTIES LLC**                                  Case number (if know)    **18-12734**
_____
Name

■ No                                    ■ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.

---

| 2.4 2 | **SHELLPOINT MORTGAGE SERVICING LLC** | Describe debtor's property that is subject to a lien | $88,000.00 | $235,106.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 10826
GREENVILLE, SC
29603-0826**

Creditor's mailing address

**1013 Golden Hawk Way, Las Vegas, NV 89108
[Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4232**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 3 | **SHELLPOINT MORTGAGE SERVICING LLC** | Describe debtor's property that is subject to a lien | $205,000.00 | $264,581.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 10826
GREENVILLE, SC
29603-0826**

Creditor's mailing address

**956 Ostrich Fern Ct, Las Vegas, NV 89183
[Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
6860**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 4 | **SHELLPOINT MORTGAGE SERVICING LLC** | Describe debtor's property that is subject to a lien | $132,000.00 | $287,751.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 10826
GREENVILLE, SC
29603-0826**

Creditor's mailing address

**8216 Peaceful Canyon Dr., Las Vegas, NV 89128  [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 18 of 24

Debtor    **SCHULTE PROPERTIES LLC**
          _____
          Name

Case number (if know)    **18-12734**
                         _____

---

|  |  |  |
|---|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?** |  |
| | ☒ No | |
| | ☐ Yes | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | |
| | ☐ No | |
| **Last 4 digits of account number** | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **2256** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | |
| ☒ No | Check all that apply | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent | |
| | ☐ Unliquidated | |
| | ☒ Disputed | |

---

| 2.4 5 | **SHELLPOINT MORTGAGE SERVICING LLC** | | $60,000.00 | $168,810.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | **PO BOX 10826 GREENVILLE, SC 29603-0826** | **5709 Ridgetree Ave., Las Vegas, NV 89107 [Value is based on Zillow.com estimate]** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **5845** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☐ No | Check all that apply | | |
| | ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent | | |
| | | ☐ Unliquidated | | |
| | **Specified on line 2.26** | ☒ Disputed | | |

---

| 2.4 6 | **SHELLPOINT MORTGAGE SERVICING LLC** | | $143,000.00 | $259,500.00 |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | **PO BOX 10826 GREENVILLE, SC 29603-0826** | **5609 San Ardo Pl, Las Vegas, NV 89130 [Value is based on Zillow.com estimate]** | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ☒ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **3594** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |

---

Debtor    **SCHULTE PROPERTIES LLC**

Case number (if know)    **18-12734**

Name

---

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 7 | **WELLS FARGO** | | $0.00 | $245,437.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1323 PORTLAND, OR 97208-4233**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**4521 W La Madre Way, North Las Vegas, NV 89031  [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust (previously stripped in prior case)**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 1998**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.33**

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 8 | **WELLS FARGO** | | $13,000.00 | $280,051.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1323 PORTLAND, OR 97208-4233**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**276 Manzanita Ranch Ln, Henderson, NV 89012  [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust (previously stripped in prior case)**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 1998**

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.34**

**As of the petition filing date, the claim is:**
Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.4 9 | **WELLS FARGO** | | $0.00 | $244,804.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1323 PORTLAND, OR 97208-4233**

**Describe debtor's property that is subject to a lien**
**5524 Rock Creek Ln, Las Vegas, NV 89130 [Value is based on Zillow.com estimate]**

---

Debtor    **SCHULTE PROPERTIES LLC**
          Name
                                                        Case number (if know)    **18-12734**

Creditor's mailing address

**Describe the lien**
**Deed of Trust (previously stripped in prior case)**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1998**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.50 | **WELLS FARGO HOME MORTGAGE** | | $1,360,765.00 | $2,085,740.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 10335**
**DES MOINES, IA**
**50306-0335**

**Describe debtor's property that is subject to a lien**
**509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**
**Deed of Trust (1st Position)**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0145**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.51 | **WELLS FARGO HOME MORTGAGE** | | $140,000.00 | $246,775.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 10335**
**DES MOINES, IA**
**50306-0335**

**Describe debtor's property that is subject to a lien**
**1528 Splinter Rock Way, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**1996**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4241**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 21 of 24

Debtor    **SCHULTE PROPERTIES LLC**
          Name

Case number (if know)    **18-12734**

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.21**

☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 2 | **Z'REA LIMITED PARTNERSHIP** | | | |
|---|---|---|---|---|

Creditor's Name

**7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**509 Canyon Greens Dr, Las Vegas, NV 89144
[Value is based on Zillow.com estimate]**

Unknown    $2,085,740.00

Describe the lien
**Deed of Trust (3rd Position)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.13**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $9,805,265.00

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BANK OF NEW YORK
225 LIBERTY ST
NEW YORK, NY 10286** | Line  **2.50** | |
| **BANK OF NEW YORK
225 LIBERTY ST
NEW YORK, NY 10286** | Line  **2.4** | |
| **BANK OF NEW YORK
225 LIBERTY ST
NEW YORK, NY 10286** | Line  **2.41** | |
| **BANK OF NEW YORK
225 LIBERTY ST
NEW YORK, NY 10286** | Line  **2.5** | |
| **BANK OF NEW YORK
225 LIBERTY ST
NEW YORK, NY 10286** | Line  **2.43** | |

---

| | |
|---|---|
| Debtor    **SCHULTE PROPERTIES LLC** | Case number (if know)    **18-12734** |
| Name | |

| | | |
|---|---|---|
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line   **2.45** | |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line   **2.7** | |
| **BANK OF NY MELLON**<br>**2200 PASEO VERDE PKWY STE 200**<br>**HENDERSON, NV 89052-2703** | Line   **2.41** | **Schulte** |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.30** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.37** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.32** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.16** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.33** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.38** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.34** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.31** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.29** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.44** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.8** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.46** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line   **2.39** | |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if know) | **18-12734** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line  **2.36** | |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line  **2.40** | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line  **2.2** | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line  **2.3** | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line  **2.6** | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line  **2.42** | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line  **2.15** | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line  **2.35** | |
| **GOVERNMENT NATIONAL MORTGAGE ASSOC**<br>**451 SEVENTH STREET, ROOM B-133**<br>**WASHINGTON, DC 20410** | Line  **2.10** | |
| **GOVERNMENT NATIONAL MORTGAGE ASSOC**<br>**451 SEVENTH STREET, ROOM B-133**<br>**WASHINGTON, DC 20410** | Line  **2.51** | |
| **Nevada Title Company**<br>**2500 N. Buffalo Drive, suite 150**<br>**Las Vegas, NV 89128** | Line  **2.19** | |
| **Quality Loan Servicing Corporation**<br>**411 Ivy Street**<br>**San Diego, CA 92101** | Line  **2.29** | **0486** |
| **SNELL & WILMER LLP**<br>**3883 HOWARD HUGHES PKWY, STE 1100**<br>**LAS VEGAS, NV 89169** | Line  **2.20** | **Schulte/Image Finance** |
| **SNELL & WILMER LLP**<br>**3883 HOWARD HUGHES PKWY, STE 1100**<br>**LAS VEGAS, NV 89169** | Line  **2.21** | **Schulte/Image Finance** |
| **SNELL & WILMER LLP**<br>**3883 HOWARD HUGHES PKWY, STE 1100**<br>**LAS VEGAS, NV 89169** | Line  **2.22** | **Schulte/Image Finance** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-12734**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00**

**Adam's Pool Solutions**
**4451 N. Walnut Road**
**NORTH LAS VEGAS, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  pool services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,000.00**

**AMBERLEA DAVIS, ESQ**
**415 S 6TH STREET STE 300**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  various

Basis for the claim:  attorney fees

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**AMERICAN WEST VILLAGE**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  [NOTICE ONLY]

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**BLUFFS COMMUNITY ASSOCIATION HOA**
**C/O COLONIAL PROPERTY MANAGEMENT**
**PO BOX 63275**
**PHOENIX, AZ 85082-3275**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  [NOTICE ONLY]

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BLUFFS VILLAGE 2 COMMUNITY ASSOCIATION**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CANYON FAIRWAYS HOA**
**PO BOX 93177**
**LAS VEGAS, NV 89193-3177**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**CITY NATIONAL BANK**
**C/O FENNEMORE CRAIG**
**300 S FOURTH STREET STE 1400**
**LAS VEGAS, NV 89101**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  **6882**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**COPPER RIDGE**
**C/O COLONIAL PROPERTY MANAGEMENT**
**PO BOX 63275**
**PHOENIX, AZ 85082-3275**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**Cornelio Martin**
**716 N. 17th Street**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **roofing services for Feather River property**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CREEKSIDE HOA**
**C/O FIRST SERIVCE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dagger Properties 1-6, LLC**
**c/o Gary Horns**
**4382 Carta Luna Street**
**LAS VEGAS, NV 89135**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

5/24/18 10:58AM

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**DAVID PIERCE**
**9811 W CHARLESTON BLVD STE 2-279**
**LAS VEGAS, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LOAN**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**DAVID SNELL DAVIS**
**415 S. 6th Street, Suite 300**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **professional fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Davila Tree Service & Landscaping**
**1416 Tequesta Road**
**LAS VEGAS, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **landscaping services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ELDORADO FIRST**
**C/O TERRA WEST PROPERTY**
**MANAGEMENT**
**PO BOX 80900**
**LAS VEGAS, NV 89180-0900**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Equity Title of Nevada**
**10777 W. Twain Avenue #110**
**LAS VEGAS, NV 89135**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2009**

Basis for the claim:  **NOTICE ONLY - possible judgment**

Last 4 digits of account number  **6092**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**GREEN VALLEY RANCH HOA**
**C/O TERRA WEST PROPERTY MGMT**
**PO BOX 94617**
**LAS VEGAS, NV 89193-4617**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,767.95** |
|---|---|---|---|

**KUNIN & CARMAN**
**3551 E BONANZA RD #110**
**LAS VEGAS, NV 89110**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **possible lien/claim against properties held by Debtor that were previously held by William R. Schulte**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number (if known)    **18-12734**
           Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**LUCY INNUSO**
**7413 LATTIMORE DR**
**LAS VEGAS, NV 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pool services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**PALM GARDENS**
**C/O ASSOCIA NEVADA SOUTH**
**PO BOX 60998**
**PHOENIX, AZ 85082-0998**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**PEBBLE CREEK HOA**
**C/O COLONIAL PROPERTY MANAGEMENT**
**PO BOX 63275**
**PHOENIX, AZ 85082-3275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**RANCHO ALTA MIRA**
**C/O TERRA WEST PROP MGMT**
**PO BOX 80900**
**LAS VEGAS, NV 89180-0900**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**RANCHO LAS BRISAS HOA**
**9440 W SAHARA AVE, STE 237**
**LAS VEGAS, NV 89117**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**RIDGEMONT TOWNHOMES ASSOCIATION**
**5601 RIDGETREE AVE**
**LAS VEGAS, NV 89107**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RIDGEMOUNT ASSOCIATION**
**C/O FIRST SERVICE RESIDENTIAL**
**8290 ARVILLE ST**
**LAS VEGAS, NV 89139**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if known) | 18-12734 |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$880.00** |
|---|---|---|---|

**SAGECREEK HOA**
**C/O CAMCO**
**PO BOX 12117**
**LAS VEGAS, NV 89112**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,400.00** |
|---|---|---|---|

**SAN MARINO**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sanctuary Condos, LLC**
**c/o Gary R. Horns**
**3233 W. Charleston Blvd. #101**
**LAS VEGAS, NV 89102**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Sanctuary Homes, LLC**
**c/o Gary R. Horns**
**3233 W. Charleston Blvd. #101**
**LAS VEGAS, NV 89102**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SILVERADO RANCH II, LMC**
**PO BOX 93625**
**LAS VEGAS, NV 89193-3625**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**SILVERADO RANCH LMA**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0890**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SUMMERLIN NORTH COMMUNITY ASSOC**
**PO BOX 54138**
**LOS ANGELES, CA 90054-0138**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if known) | **18-12734** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |

**WEST SAHARA COMMUNITY**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** [NOTICE ONLY]

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 748,977.95 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 748,977.95 |

**Fill in this information to identify the case:**

Debtor name **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) **18-12734**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **lease** |
| State the term remaining | |
| List the contract number of any government contract | **Andrew Schanda & Taylor Sinnott**<br>**9521 Sierra Summit Avenue**<br>**LAS VEGAS, NV 89134** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **lease** |
| State the term remaining | |
| List the contract number of any government contract | **Anthony Hunt & Akila Zamba-Martin**<br>**2525 Via Di Autostrada**<br>**HENDERSON, NV 89074** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **lease** |
| State the term remaining | |
| List the contract number of any government contract | **Billy Obedoza & Kami Conselva**<br>**5218 Misty Morning Drive**<br>**LAS VEGAS, NV 89118** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | **lease** |
| State the term remaining | |
| List the contract number of any government contract | **Chris & Mary Wirta**<br>**2460 Avenida Cortes**<br>**HENDERSON, NV 89074** |

5/24/18 10:58AM

Debtor 1   **SCHULTE PROPERTIES LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **18-12734**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Clint Fisher**<br>**956 Ostrich Fern Court**<br>**LAS VEGAS, NV 89123** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Darlene Seltmann & Logan Kiplinger**<br>**2614 Sweet Leilani Avenue**<br>**NORTH LAS VEGAS, NV 89031** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DAVID PIERCE**<br>**509 Canyon Greens Drive**<br>**LAS VEGAS, NV 89144** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Donald and Bonnie Lee**<br>**5709 Ridgetree Avenue**<br>**LAS VEGAS, NV 89107** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ivy Flores & Jason Scott**<br>**1701 Empire Mine Drive**<br>**HENDERSON, NV 89014** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **James Craig**<br>**9020 Feather River Court**<br>**LAS VEGAS, NV 89117** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1   **SCHULTE PROPERTIES LLC**
First Name         Middle Name          Last Name

Case number (*if known*)   **18-12734**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Janice Williams** |
| | List the contract number of any government contract | | **922 Saddle Horn Drive**<br>**HENDERSON, NV 89002** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Jason Cowie** |
| | List the contract number of any government contract | | **1392 Echo Falls Avenue**<br>**LAS VEGAS, NV 89123** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Javier Linares & Doris Cajas** |
| | List the contract number of any government contract | | **8216 Peaceful Canyon Drive**<br>**LAS VEGAS, NV 89128** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Jesse Gaytan & Dulce Soliz** |
| | List the contract number of any government contract | | **6091 Pumpkin Patch Avenue**<br>**LAS VEGAS, NV 89142** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **John Letus** |
| | List the contract number of any government contract | | **5524 Rock Creek Lane**<br>**LAS VEGAS, NV 89130** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | **Jonathan Hayes**<br>**5609 Sand Ardo Place**<br>**LAS VEGAS, NV 89130** |
|---|---|---|---|

5/24/18 10:58AM

Debtor 1    **SCHULTE PROPERTIES LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **18-12734**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Karen Taylor & Aja Campbell** |
| | List the contract number of any government contract | | **3729 Discovery Creek** **NORTH LAS VEGAS, NV 89031** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Kelly Frey** |
| | List the contract number of any government contract | | **2861 Marathon Drive** **HENDERSON, NV 89074** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Kyle & Corinna Case** |
| | List the contract number of any government contract | | **4710 Brentley Place** **LAS VEGAS, NV 89122** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Laimonas Gubista & Siga Urdakyte** |
| | List the contract number of any government contract | | **276 Manzanita Ranch Lane** **HENDERSON, NV 89012** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | **Linda Reina** |
| | List the contract number of any government contract | | **7873 Bridgefield Lane** **LAS VEGAS, NV 89147** |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 4 of 6

Debtor 1   **SCHULTE PROPERTIES LLC**                                    Case number (*if known*)   **18-12734**
          First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Maria Cabrera**<br>**4521 W. La Madre Way**<br>**NORTH LAS VEGAS, NV 89031** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Monica Montero & Brenda Torres Lopez**<br>**9500 Aspen Glow Drive**<br>**LAS VEGAS, NV 89134** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nettie Johnston & Juris Ore**<br>**2290 Surrey Meadows Avenue**<br>**HENDERSON, NV 89052** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Robert & Rosanna Lopez**<br>**1528 Splinter Rock Way**<br>**NORTH LAS VEGAS, NV 89031** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Robin & Tyrel James**<br>**3383 Cloverdale Court**<br>**LAS VEGAS, NV 89117** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Rodney & Gina Brown**<br>**1194 Stormy Valley Road**<br>**LAS VEGAS, NV 89123** |

Debtor 1   **SCHULTE PROPERTIES LLC**
First Name        Middle Name        Last Name

Case number *(if known)*   **18-12734**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Roni & Miri David**<br>**10317 Neopolitan Place**<br>**LAS VEGAS, NV 89144** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Shauna Brogan**<br>**1624 Desert Canyon Ct**<br>**LAS VEGAS, NV 89128** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Steven McCoy**<br>**8562 Lambert Drive**<br>**LAS VEGAS, NV 89147** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Varry Heramis, Amamlia Kutlu, & S. Kutlu**<br>**1013 Golden Hawk Way**<br>**LAS VEGAS, NV 89108** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **William Hallman**<br>**3322 Cheltenham Street**<br>**LAS VEGAS, NV 89129** |

**Fill in this information to identify the case:**

Debtor name      **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **18-12734**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Leola Brinker** | **9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117** | **SELENE FINANCE LP** | ■ D   **2.36** ☐ E/F _____ ☐ G _____ |
| 2.2  **Leola Brinker** | **9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117** | **NATIONSTAR MORTGAGE** | ■ D   **2.29** ☐ E/F _____ ☐ G _____ |
| 2.3  **Leola Brinker** | **9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117** | **SETERUS, INC.** | ■ D   **2.38** ☐ E/F _____ ☐ G _____ |
| 2.4  **Leola Brinker** | **9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117** | **SELENE FINANCE LP** | ■ D   **2.34** ☐ E/F _____ ☐ G _____ |
| 2.5  **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117** | **WELLS FARGO HOME MORTGAGE** | ■ D   **2.51** ☐ E/F _____ ☐ G _____ |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |
|--------|----------------------------|--------------------------|--------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | CITIMORTGAGE | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | SELENE FINANCE LP | ■ D __2.32__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | CHASE | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | BAYVIEW LOAN SERVICING | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | BAYVIEW LOAN SERVICING | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | BAYVIEW LOAN SERVICING | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | FIFTH THIRD BANK | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | SHELLPOINT MORTGAGE SERVICING LLC | ■ D __2.41__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **SHELLPOINT MORTGAGE SERVICING LLC** | ■ D __2.43__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **BAYVIEW LOAN SERVICING** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **SELENE FINANCE LP** | ■ D __2.33__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **FIDELITY BANK** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **SHELLPOINT MORTGAGE SERVICING LLC** | ■ D __2.46__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **SETERUS, INC.** | ■ D __2.37__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **SELENE FINANCE LP** | ■ D __2.35__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Melani Schulte** | **9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **SHELLPOINT MORTGAGE SERVICING LLC** | ■ D __2.44__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                            Column 2: **Creditor**

| 2.22 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | SHELLPOINT MORTGAGE SERVICING LLC | ■ D __2.42__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | COUNTRYWIDE / BANK OF AMERICA | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | Z'REA LIMITED PARTNERSHIP | ■ D __2.52__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | JESSE SBAIH AND DEBORAH DRAKE | ■ D __2.27__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | JEFFREY SYLVESTER, ESQ. | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | RUSHMORE LOAN MANAGEMENT SERVICES | ■ D __2.30__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | BANK OF AMERICA | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351<br>LAS VEGAS, NV 89117 | JESSE SBAIH AND DEBORAH DRAKE | ■ D __2.28__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** — Column 2: **Creditor**

| | Codebtor | Address | Creditor | D / E/F / G |
|---|---|---|---|---|
| 2.30 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | RUSHMORE LOAN MANAGEMENT SERVICES | ■ D __2.31__  ☐ E/F ____  ☐ G ____ |
| 2.31 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | SETERUS, INC. | ■ D __2.39__  ☐ E/F ____  ☐ G ____ |
| 2.32 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | SETERUS, INC. | ■ D __2.40__  ☐ E/F ____  ☐ G ____ |
| 2.33 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | BSI | ■ D __2.8__  ☐ E/F ____  ☐ G ____ |
| 2.34 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | BAYVIEW LOAN SERVICING | ■ D __2.5__  ☐ E/F ____  ☐ G ____ |
| 2.35 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | Sanctuary Condos, LLC | ☐ D ____  ■ E/F __3.28__  ☐ G ____ |
| 2.36 | Melani Schulte | 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | Dagger Properties 1-6, LLC | ☐ D ____  ■ E/F __3.11__  ☐ G ____ |
| 2.37 | Rodney Ashton | 2144 Hillsgate Street LAS VEGAS, NV 89134 | SHELLPOINT MORTGAGE SERVICING LLC | ■ D __2.45__  ☐ E/F ____  ☐ G ____ |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 **SABRECO INC** | 9811 W. Charleston Suite 2-351 LAS VEGAS, NV 89117 | **CITY NATIONAL BANK** | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.39 **SABRECO INC** | 9811 W. Charleston Suite 2-351 LAS VEGAS, NV 89117 | **Image Finance, LLC** | ■ D __2.22__ ☐ E/F _____ ☐ G _____ |
| 2.40 **SABRECO INC** | 9811 W. Charleston Suite 2-351 LAS VEGAS, NV 89117 | **CITY NATIONAL BANK** | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.41 **SABRECO INC** | 9811 W. Charleston Suite 2-351 LAS VEGAS, NV 89117 | **Sanctuary Condos, LLC** | ☐ D _____ ■ E/F __3.28__ ☐ G _____ |
| 2.42 **SABRECO INC** | 9811 W. Charleston Suite 2-351 LAS VEGAS, NV 89117 | **Dagger Properties 1-6, LLC** | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |
| 2.43 **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **BAYVIEW LOAN SERVICING** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.44 **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **GREEN TREE SERVICING LLC - DITECH** | ■ D __2.16__ ☐ E/F _____ ☐ G _____ |
| 2.45 **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **WELLS FARGO HOME MORTGAGE** | ■ D __2.51__ ☐ E/F _____ ☐ G _____ |

| Debtor | **SCHULTE PROPERTIES LLC** | | Case number *(if known)* | **18-12734** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | CITIMORTGAGE | ■ D ___2.10___ ☐ E/F _____ ☐ G _____ |
| 2.47 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | CHASE | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
| 2.48 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | GREEN TREE SERVICING LLC - DITECH | ■ D ___2.17___ ☐ E/F _____ ☐ G _____ |
| 2.49 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | WELLS FARGO | ■ D ___2.47___ ☐ E/F _____ ☐ G _____ |
| 2.50 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | FIDELITY BANK | ■ D ___2.14___ ☐ E/F _____ ☐ G _____ |
| 2.51 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | WELLS FARGO | ■ D ___2.49___ ☐ E/F _____ ☐ G _____ |
| 2.52 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | GREEN TREE SERVICING LLC - DITECH | ■ D ___2.18___ ☐ E/F _____ ☐ G _____ |
| 2.53 | William R. Schulte | 8252 Nice Court LAS VEGAS, NV 89129 | SHELLPOINT MORTGAGE SERVICING LLC | ■ D ___2.46___ ☐ E/F _____ ☐ G _____ |

| Debtor | **SCHULTE PROPERTIES LLC** | Case number *(if known)* | **18-12734** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| | | | |
|---|---|---|---|
| 2.54 | **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **SELENE FINANCE LP** | ■ D __2.35__  ☐ E/F ____  ☐ G ____ |
| 2.55 | **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **SHELLPOINT MORTGAGE SERVICING LLC** | ■ D __2.44__  ☐ E/F ____  ☐ G ____ |
| 2.56 | **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **WELLS FARGO HOME MORTGAGE** | ■ D __2.50__  ☐ E/F ____  ☐ G ____ |
| 2.57 | **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **Z'REA LIMITED PARTNERSHIP** | ■ D __2.52__  ☐ E/F ____  ☐ G ____ |
| 2.58 | **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **RUSHMORE LOAN MANAGEMENT SERVICES** | ■ D __2.31__  ☐ E/F ____  ☐ G ____ |
| 2.59 | **William R. Schulte** | 8252 Nice Court LAS VEGAS, NV 89129 | **WELLS FARGO** | ■ D __2.48__  ☐ E/F ____  ☐ G ____ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **18-12734**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other   **Business Operations** | $112,483.28 |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other   **Business Operation** | $152,934.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |
| 3.1.   **(SEE ATTACHED EXHIBIT 1)** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | SCHULTE PROPERTIES LLC | | Case number (if known) | 18-12734 |
|---|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Thrive Property Management & Investment**<br>**9811 W Charleston Ste 2-351**<br>**LAS VEGAS, NV 89117**<br>**Owned by Melani Schulte** | **Various dates, 07/17/2017-05/07/2018** | **$33,976.00** | **Property Management Fees** |
| 4.2. **Melani Schulte**<br>**9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117**<br>**Owner** | **8/16/2017** | **$1,022.32** | **Reimbursement for repair parts** |
| 4.3. **Melani Schulte**<br>**9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117**<br>**Owner** | **various dates, 6/12/2017 - 04/18/2018** | **$720.00** | **Property Management Fees** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Sabreco, Inc. vs Dagger Properties 1, LLC**<br>**75225** | **Civil Appeal** | **Nevada Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    **SCHULTE PROPERTIES LLC**                                     Case number *(if known)*   **18-12734**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Dagger Properties 1 LLC et al vs Sabreco Inc.**<br>**A-14-694093-C** | **Civil dispute** | **EIGHTH JUDICIAL DISTRICT COURT OF CLARK COUNTY, NEVADA REGIONAL JUSTICE CENTER 200 LEWIS AVENUE LAS VEGAS, NV 89155** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **JOHNSON & GUBLER, P.C.**<br>**LAKES BUSINESS PARK**<br>**8831 W SAHARA AVE**<br>**LAS VEGAS, NV 89117-5865** | **Attorney Fees (plus $1717 filing fee)** | **05/08/2018** | **$45,000.00** |
| Email or website address<br>**mjohnson@mjohnsonlaw.com** | | | |
| Who made the payment, if not debtor? | | | |

---

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number *(if known)*  **18-12734**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | **Previous Locations** |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

5/24/18 10:58AM

Debtor    SCHULTE PROPERTIES LLC                                Case number *(if known)*  18-12734

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor   **SCHULTE PROPERTIES LLC**                              Case number *(if known)*  **18-12734**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Melani Schulte**<br>**9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | **5/26/17 - current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Melani Schulte**<br>**9811 W. Charleston Blvd. Suite 2-351**<br>**LAS VEGAS, NV 89117** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

Debtor    SCHULTE PROPERTIES LLC                                    Case number *(if known)*  18-12734

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melani Schulte | 9811 W. Charleston Blvd., Suite 2-351 LAS VEGAS, NV 89117 | Managing Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Thrive Property Management & Investment** 9811 W Charleston Ste 2-351 LAS VEGAS, NV 89117 | 33976.00 | Various dates, 7/17/2017 -5/7/2018 | Payment for management services |
| | **Relationship to debtor** Owned by Melani Schulte | | | |
| 30.2 . | **Melani Schulte** 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | 720.00 | various dates, 6/12/2017 - 4/18/2018 | Payment for management services |
| | **Relationship to debtor** Owner | | | |
| 30.3 . | **Melani Schulte** 9811 W. Charleston Blvd. Suite 2-351 LAS VEGAS, NV 89117 | 1022.32 | 8/16/2017 | Reimbursement for repair expenses |
| | **Relationship to debtor** Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **SCHULTE PROPERTIES LLC**          Case number *(if known)*  **18-12734**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 24, 2018**

**/s/ MELANI SCHULTE**                           **MELANI SCHULTE**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **MANAGING MEMBER**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# EXHIBIT 1

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | CITY NATIONAL BANK | 02/01/2018 | 9220 - 2ND MORTGAGE EXPENSE | 135.69 | |
| | | | | | 135.69 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | PEBBLE CREEK HOA | 02/01/2018 | 5201 - HOA DUES | 40.00 | |
| | | | | | 40.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | CREEKSIDE HOA | 02/01/2018 | 5201 - HOA DUES | 28.75 | |
| | | | | | 28.75 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | GREEN VALLEY RANCH HOA | 02/01/2018 | 5201 - HOA DUES | 57.00 | |
| | | | | | 57.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | SUMMERLIN NORTH COMMUNITY ASSOC | 02/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | SUMMERLIN NORTH COMMUNITY ASSOC | 02/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | COPPER RIDGE | 02/01/2018 | 5201 - HOA DUES | 35.00 | |
| | | | | | 35.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | REPUBLIC SERVICES #620 | 02/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 44.61 | |
| | | | | | 44.61 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | REPUBLIC SERVICES #620 | 02/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 44.61 | |
| | | | | | 44.61 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | LUCY INNUSO | 02/01/2018 | 5215 - MONTHLY POOL SERVICE | 90.00 | |
| | | | | | 90.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | LUCY INNUSO | 02/01/2018 | 5215 - MONTHLY POOL SERVICE | 100.00 | |
| | | | | | 100.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/01/2018 | 5350 - HOME WARRANTY PREMIUM | 138.00 | |
| | | | | | 138.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/01/2018 | 5350 - HOME WARRANTY PREMIUM | 138.00 | |
| | | | | | 138.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/01/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | IMAGE FINANCE, LLC | 02/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | IMAGE FINANCE, LLC | 02/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | IMAGE FINANCE, LLC | 02/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/01/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 30.00 | |
| | | | | | 30.00 |
| SWEEL - 124-29-615-068 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 40.00 | |
| | | | | | 40.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 30.00 | |
| | | | | | 30.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 30.00 | |
| | | | | | 30.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 40.00 | |
| | | | | | 40.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

**Active Properties Owned By:** SCHULTE PROPERTIES LLC
**Payees:** All
**Bill Status:** All
**Bill Date Range:** 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | K&M LAWN MAINTENANCE | 02/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/05/2018 | 5350 - HOME WARRANTY PREMIUM | 138.00 | |
| | | | | | 138.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | FIRST AMERICAN HOME BUYERS PROTECTION | 02/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | NMI | 02/05/2018 | 4106 - LEGAL NOTICE FEE | 45.00 | |
| | | | | | 45.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | NMI | 02/05/2018 | 4106 - LEGAL NOTICE FEE | 45.00 | |
| | | | | | 45.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | NMI | 02/09/2018 | 4106 - LEGAL NOTICE FEE | 45.00 | |
| | | | | | 45.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | NMI | 02/09/2018 | 4106 - LEGAL NOTICE FEE | 45.00 | |
| | | | | | 45.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 313.95 | |
| | | | | | 313.95 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 297.15 | |
| | | | | | 297.15 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 15.00 | |
| | | | | | 15.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 247.80 | |
| | | | | | 247.80 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 15.00 | |
| | | | | | 15.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 349.65 | |
| | | | | | 349.65 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 308.70 | |
| | | | | | 308.70 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89128-2367 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 282.45 | |
| | | | | | 282.45 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 355.95 | |
| | | | | | 355.95 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 4051 - PET RENT | 4.00 | |
| | | | | | 4.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 280.00 | |
| | | | | | 280.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 15.00 | |
| | | | | | 15.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 270.90 | |
| | | | | | 270.90 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 15.00 | |
| | | | | | 15.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 305.55 | |
| | | | | | 305.55 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 363.00 | |
| | | | | | 363.00 |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 15.00 | |
| | | | | | 15.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 02/10/2018 | 6270 - MONTHLY MANAGEMENT FEE | 313.95 | |
| | | | | | 313.95 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | CITY OF NORTH LAS VEGAS | 02/13/2018 | 5103 - NLV WATER/SEWER/TRASH | 132.33 | |
| | | | | | 132.33 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 310.00 | |
| | | | | | 310.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 290.00 | |
| | | | | | 290.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 247.00 | |
| | | | | | 247.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 330.00 | |
| | | | | | 330.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 318.00 | |
| | | | | | 318.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 280.00 | |
| | | | | | 280.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 358.00 | |
| | | | | | 358.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 291.00 | |
| | | | | | 291.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 261.00 | |
| | | | | | 261.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 294.00 | |
| | | | | | 294.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 370.00 | |
| | | | | | 370.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 302.00 | |
| | | | | | 302.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 267.00 | |
| | | | | | 267.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROP MGMT & INV. | 02/15/2018 | 5300 - REPAIRS & MAINTENANCE | 344.00 | |
| | | | | | 344.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | CENTURY NATIONAL INSURANCE COMPANY | 02/17/2018 | 6320 - Insurance - Property | 675.00 | |
| | | | | | 675.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 413.79 | |
| | | | | | 413.79 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 361.82 | |
| | | | | | 361.82 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 469.21 | |
| | | | | | 469.21 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 420.64 | |
| | | | | | 420.64 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 306.60 | |
| | | | | | 306.60 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 483.99 | |
| | | | | | 483.99 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 294.90 | |
| | | | | | 294.90 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | CLARK COUNTY TREASURER | 02/20/2018 | 6350 - Property Tax | 344.72 | |
| | | | | | 344.72 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROPERTY MGMT & INV. INC. | 02/28/2018 | 6270 - MONTHLY MANAGEMENT FEE | 334.95 | |
| | | | | | 334.95 |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 02/28/2018 | 6270 - MONTHLY MANAGEMENT FEE | 279.93 | |
| | | | | | 279.93 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 02/28/2018 | 4400 - LATE FEE COLLECTED FROM TENANT | 66.00 | |
| | | | | | 66.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | CITY NATIONAL BANK | 03/01/2018 | 9220 - 2ND MORTGAGE EXPENSE | 135.69 | |
| | | | | | 135.69 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | PEBBLE CREEK HOA | 03/01/2018 | 5201 - HOA DUES | 40.00 | |
| | | | | | 40.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | CREEKSIDE HOA | 03/01/2018 | 5201 - HOA DUES | 28.75 | |
| | | | | | 28.75 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | GREEN VALLEY RANCH HOA | 03/01/2018 | 5201 - HOA DUES | 57.00 | |
| | | | | | 57.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | SUMMERLIN NORTH COMMUNITY ASSOC | 03/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | SUMMERLIN NORTH COMMUNITY ASSOC | 03/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | COPPER RIDGE | 03/01/2018 | 5201 - HOA DUES | 35.00 | |
| | | | | | 35.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | REPUBLIC SERVICES #620 | 03/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.76 | |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | REPUBLIC SERVICES #620 | 03/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.76 | |
| | | | | | 43.76 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | CLARK COUNTY TREASURER | 03/01/2018 | 6350 - Property Tax | 298.55 | |
| | | | | | 298.55 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | CLARK COUNTY TREASURER | 03/01/2018 | 6350 - Property Tax | 429.05 | |
| | | | | | 429.05 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | CITY OF LAS VEGAS - SEWER | 03/01/2018 | 5107 - CITY OF LAS VEGAS - SEWER | 62.22 | |
| | | | | | 62.22 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | REPUBLIC SERVICES #620 | 03/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.76 | |
| | | | | | 43.76 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | LUCY INNUSO | 03/01/2018 | 5215 - MONTHLY POOL SERVICE | 90.00 | |
| | | | | | 90.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | LUCY INNUSO | 03/01/2018 | 5215 - MONTHLY POOL SERVICE | 100.00 | |
| | | | | | 100.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/01/2018 | 5350 - HOME WARRANTY PREMIUM | 138.00 | |
| | | | | | 138.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/01/2018 | 5350 - HOME WARRANTY PREMIUM | 138.00 | |
| | | | | | 138.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN LN LAS VEGAS, NV 89183 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/01/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | IMAGE FINANCE, LLC | 03/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | IMAGE FINANCE, LLC | 03/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | IMAGE FINANCE, LLC | 03/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/01/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 30.00 | |
| | | | | | 30.00 |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/18/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 40.00 | |
| | | | | | 40.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 30.00 | |
| | | | | | 30.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 30.00 | |
| | | | | | 30.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 40.00 | |
| | | | | | 40.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | K&M LAWN MAINTENANCE | 03/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 50.00 | |
| | | | | | 50.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | CITY OF LAS VEGAS - SEWER | 03/01/2018 | 5107 - CITY OF LAS VEGAS - SEWER | 63.03 | |
| | | | | | 63.03 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | CITY OF LAS VEGAS - SEWER | 03/01/2018 | 5107 - CITY OF LAS VEGAS - SEWER | 63.03 | |
| | | | | | 63.03 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/05/2018 | 5350 - HOME WARRANTY PREMIUM | 138.00 | |
| | | | | | 138.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | FIRST AMERICAN HOME BUYERS PROTECTION | 03/05/2018 | 5350 - HOME WARRANTY PREMIUM | 156.00 | |
| | | | | | 156.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | CENTURY NATIONAL INSURANCE COMPANY | 03/05/2018 | 6320 - Insurance - Property | 512.00 | |
| | | | | | 512.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | CENTURY NATIONAL INSURANCE COMPANY | 03/05/2018 | 6320 - Insurance - Property | 582.00 | |
| | | | | | 582.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | CENTURY NATIONAL INSURANCE COMPANY | 03/07/2018 | 6320 - Insurance - Property | 522.00 | |
| | | | | | 522.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | CITY OF LAS VEGAS - SEWER | 03/13/2018 | 5107 - CITY OF LAS VEGAS - SEWER | 63.03 | |
| | | | | | 63.03 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | CITY OF NORTH LAS VEGAS | 03/13/2018 | 5103 - NLV WATER/SEWER/TRASH | 125.62 | |
| | | | | | 125.62 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 313.95 | |
| | | | | | 313.95 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4099 - Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 297.15 | |
| | | | | | 297.15 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4099 - Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 247.80 | |
| | | | | | 247.80 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 349.65 | |
| | | | | | 349.65 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 136.50 | |
| | | | | | 136.50 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 277.20 | |
| | | | | | 277.20 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 308.70 | |
| | | | | | 308.70 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 282.45 | |
| | | | | | 282.45 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 355.95 | |
| | | | | | 355.95 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4051 - PET RENT | 4.00 | |
| | | | | | 4.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 280.00 | |
| | | | | | 280.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 270.90 | |
| | | | | | 270.90 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 305.55 | |
| | | | | | 305.55 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 363.00 | |
| | | | | | 363.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | 6270 - MONTHLY MANAGEMENT FEE | 313.95 | |
| | | | | | 313.95 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 03/13/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 310.00 | |
| | | | | | 310.00 |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/18/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 290.00 | |
| | | | | | 290.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 247.00 | |
| | | | | | 247.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 330.00 | |
| | | | | | 330.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 318.00 | |
| | | | | | 318.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 280.00 | |
| | | | | | 280.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 358.00 | |
| | | | | | 358.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 291.00 | |
| | | | | | 291.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 261.00 | |
| | | | | | 261.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 294.00 | |
| | | | | | 294.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 370.00 | |
| | | | | | 370.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 302.00 | |
| | | | | | 302.00 |
| DISCC - 124-30-710-008 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 267.00 | |
| | | | | | 267.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROP MGMT & INV. | 03/15/2018 | 5300 - REPAIRS & MAINTENANCE | 344.00 | |
| | | | | | 344.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | CLARK COUNTY RECORDER | 03/21/2018 | 5609 - OTHER PROFESSIONAL SERVICES | 40.00 | |
| | | | | | 106.00 |
| | | | | | -106.00 |
| | | | | | 40.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | CLARK COUNTY RECORDER | 03/21/2018 | 5609 - OTHER PROFESSIONAL SERVICES | 40.00 | |
| | | | | | 40.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | CLARK COUNTY RECORDER | 03/21/2018 | 5609 - OTHER PROFESSIONAL SERVICES | 40.00 | |
| | | | | | 40.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | CLARK COUNTY RECORDER | 03/21/2018 | 5609 - OTHER PROFESSIONAL SERVICES | 40.00 | |
| | | | | | 40.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | CLARK COUNTY RECORDER | 03/21/2018 | 5609 - OTHER PROFESSIONAL SERVICES | 40.00 | |
| | | | | | 40.00 |
| | | | | | -40.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | CLARK COUNTY RECORDER | 03/22/2018 | 5609 - OTHER PROFESSIONAL SERVICES | 40.00 | |
| | | | | | 40.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | ADAMS POOL SOLUTIONS | 03/30/2018 | 5312 - POOL/SPA REPAIRS | 4,150.00 | |
| | | | | | 415.00 |
| | | | | | 2,905.00 |
| | | | | | 830.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROPERTY MGMT & INV. INC. | 03/31/2018 | 6270 - MONTHLY MANAGEMENT FEE | 147.00 | |
| | | | | | 147.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 03/31/2018 | 6270 - MONTHLY MANAGEMENT FEE | 8.40 | |
| | | | | | 8.40 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 03/31/2018 | 4150 - APPLICATION FEE BILLED TO TENANT | 100.00 | |
| | | | | | 100.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | CITY NATIONAL BANK | 04/01/2018 | 9220 - 2ND MORTGAGE EXPENSE | 135.69 | |
| | | | | | 135.69 |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| AVENC - 178-19-110-070 - 2450 AVENIDA CORTES HENDERSON, NV 89074-6349 | PEBBLE CREEK HOA | 04/01/2018 | 5201 - HOA DUES | 40.00 | |
| | | | | | 40.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | CREEKSIDE HOA | 04/01/2018 | 5201 - HOA DUES | 28.75 | |
| | | | | | 28.75 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | GREEN VALLEY RANCH HOA | 04/01/2018 | 5201 - HOA DUES | 57.00 | |
| | | | | | 57.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | SUMMERLIN NORTH COMMUNITY ASSOC | 04/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | SUMMERLIN NORTH COMMUNITY ASSOC | 04/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | COPPER RIDGE | 04/01/2018 | 5201 - HOA DUES | 35.00 | |
| | | | | | 35.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | WEST SAHARA COMMUNITY | 04/01/2018 | 5201 - HOA DUES | 70.00 | |
| | | | | | 64.86 |
| | | | | | -54.86 |
| | | | | | 70.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | CLARK COUNTY WATER RECLAMATION | 04/01/2018 | 5108 - CLARK COUNTY WATER RELCAMATION - SEWE | 62.27 | |
| | | | | | 62.27 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | CLARK COUNTY WATER RECLAMATION | 04/01/2018 | 5108 - CLARK COUNTY WATER RELCAMATION - SEWE | 67.33 | |
| | | | | | 67.33 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | CLARK COUNTY WATER RECLAMATION | 04/01/2018 | 5108 - CLARK COUNTY WATER RELCAMATION - SEWE | 62.27 | |
| | | | | | 62.27 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | CLARK COUNTY WATER RECLAMATION | 04/01/2018 | 5108 - CLARK COUNTY WATER RELCAMATION - SEWE | 61.57 | |
| | | | | | 61.57 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | CLARK COUNTY WATER RECLAMATION | 04/01/2018 | 5108 - CLARK COUNTY WATER RELCAMATION - SEWE | 62.27 | |
| | | | | | 62.27 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | CLARK COUNTY WATER RECLAMATION | 04/01/2018 | 5108 - CLARK COUNTY WATER RELCAMATION - SEWE | 61.57 | |
| | | | | | 61.57 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | REPUBLIC SERVICES #620 | 04/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.62 | |
| | | | | | 43.62 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | REPUBLIC SERVICES #620 | 04/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.62 | |
| | | | | | 43.62 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | REPUBLIC SERVICES #620 | 04/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.62 | |
| | | | | | 43.62 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | REPUBLIC SERVICES #620 | 04/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.62 | |
| | | | | | 43.62 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | REPUBLIC SERVICES #620 | 04/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.62 | |
| | | | | | 43.62 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | REPUBLIC SERVICES #620 | 04/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 43.62 | |
| | | | | | 43.62 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | LUCY INNUSO | 04/01/2018 | 5215 - MONTHLY POOL SERVICE | 90.00 | |
| | | | | | 90.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | LUCY INNUSO | 04/01/2018 | 5215 - MONTHLY POOL SERVICE | 100.00 | |
| | | | | | 100.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | IMAGE FINANCE, LLC | 04/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | IMAGE FINANCE, LLC | 04/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | IMAGE FINANCE, LLC | 04/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | CORNELIO MARTIN | 04/10/2018 | 5313 - ROOF REPAIRS | 5,500.00 | |
| | | | | | 3,500.00 |
| | | | | | 2,000.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROPERTY MGMT & INV, INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 313.95 | |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

**Active Properties Owned By: SCHULTE PROPERTIES LLC**
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| | | | | | 313.95 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 297.15 | |
| | | | | | 297.15 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 258.30 | |
| | | | | | 258.30 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 401.10 | |
| | | | | | 401.10 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 386.40 | |
| | | | | | 386.40 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 19.00 | |
| | | | | | 19.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 277.20 | |
| | | | | | 277.20 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 308.70 | |
| | | | | | 308.70 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 282.45 | |
| | | | | | 282.45 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 355.95 | |
| | | | | | 355.95 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4051 - PET RENT | 4.00 | |
| | | | | | 4.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4106 - LEGAL NOTICE FEE | 47.50 | |
| | | | | | 47.50 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4400 - LATE FEE COLLECTED FROM TENANT | 89.50 | |
| | | | | | 89.50 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 280.00 | |
| | | | | | 280.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 270.90 | |
| | | | | | 270.90 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| | | | | | 5.50 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 305.55 | |
| | | | | | 305.55 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 363.00 | |
| | | | | | 363.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | 6270 - MONTHLY MANAGEMENT FEE | 322.35 | |
| | | | | | 322.35 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 04/11/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | FIRST AMERICAN HOME BUYERS PROTECTION | 04/13/2018 | 5350 - HOME WARRANTY PREMIUM | 201.00 | |
| | | | | | 201.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | MELANI SCHULTE | 04/13/2018 | 5609 - OTHER PROFESSIONAL SERVICES | 144.00 | |
| | | | | | 144.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | FIRST AMERICAN HOME BUYERS PROTECTION | 04/13/2018 | 5350 - HOME WARRANTY PREMIUM | 183.00 | |
| | | | | | 183.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | USPS | 04/14/2018 | 6506 - OFFICE EXPENSE | 6.70 | |
| | | | | | 6.70 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 310.00 | |
| | | | | | 310.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 290.00 | |
| | | | | | 290.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 247.00 | |
| | | | | | 247.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 330.00 | |
| | | | | | 330.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 318.00 | |
| | | | | | 318.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 280.00 | |
| | | | | | 280.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 358.00 | |
| | | | | | 358.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 291.00 | |
| | | | | | 291.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 261.00 | |
| | | | | | 261.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 294.00 | |
| | | | | | 294.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 370.00 | |
| | | | | | 370.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 302.00 | |
| | | | | | 302.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 267.00 | |
| | | | | | 267.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROP MGMT & INV. | 04/15/2018 | 5300 - REPAIRS & MAINTENANCE | 344.00 | |
| | | | | | 344.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | FIRST AMERICAN HOME BUYERS PROTECTION | 04/16/2018 | 5301 - WARRANTY DEDUCTIBLE | 75.00 | |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| | | | | | 75.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | USPS | 04/17/2018 | 6506 - OFFICE EXPENSE | 6.70 | |
| | | | | | 6.70 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | CITY OF LAS VEGAS - SEWER | 04/18/2018 | 5107 - CITY OF LAS VEGAS - SEWER | 7.89 | |
| | | | | | 7.89 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | USPS | 04/18/2018 | 6506 - OFFICE EXPENSE | 15.66 | |
| | | | | | 15.66 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | USPS | 04/18/2018 | 6506 - OFFICE EXPENSE | 15.66 | |
| | | | | | 15.66 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | USPS | 04/19/2018 | 6506 - OFFICE EXPENSE | 8.04 | |
| | | | | | 8.04 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | USPS | 04/21/2018 | 6506 - OFFICE EXPENSE | 8.04 | |
| | | | | | 8.04 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 87.50 | |
| | | | | | 87.50 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 100.00 | |
| | | | | | 100.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 60.00 | |
| | | | | | 60.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 80.00 | |
| | | | | | 80.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 60.00 | |
| | | | | | 60.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 100.00 | |
| | | | | | 100.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 60.00 | |
| | | | | | 60.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 80.00 | |
| | | | | | 80.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 100.00 | |
| | | | | | 100.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 87.50 | |
| | | | | | 87.50 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 100.00 | |
| | | | | | 100.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

**Active Properties Owned By: SCHULTE PROPERTIES LLC**
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| | | | | | 35.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | K&M LAWN MAINTENANCE | 04/23/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 35.00 | |
| | | | | | 35.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | USPS | 04/24/2018 | 6506 - OFFICE EXPENSE | 8.46 | |
| | | | | | 8.46 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | USPS | 04/24/2018 | 6506 - OFFICE EXPENSE | 8.25 | |
| | | | | | 8.25 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | USPS | 04/25/2018 | 6506 - OFFICE EXPENSE | 8.46 | |
| | | | | | 8.46 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | USPS | 04/25/2018 | 6506 - OFFICE EXPENSE | 8.67 | |
| | | | | | 8.67 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | USPS | 04/25/2018 | 6506 - OFFICE EXPENSE | 8.04 | |
| | | | | | 8.04 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | USPS | 04/25/2018 | 6506 - OFFICE EXPENSE | 7.83 | |
| | | | | | 7.83 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | USPS | 04/25/2018 | 6506 - OFFICE EXPENSE | 7.83 | |
| | | | | | 7.83 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | HOME DEPOT | 04/26/2018 | 5360 - PARTS PURCHASE FOR REPAIRS | 323.04 | |
| | | | | | 323.04 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | USPS | 04/26/2018 | 6506 - OFFICE EXPENSE | 8.04 | |
| | | | | | 8.04 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | USPS | 04/26/2018 | 6506 - OFFICE EXPENSE | 8.46 | |
| | | | | | 8.46 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | USPS | 04/26/2018 | 6506 - OFFICE EXPENSE | 8.67 | |
| | | | | | 8.67 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | USPS | 04/26/2018 | 6506 - OFFICE EXPENSE | 8.04 | |
| | | | | | 8.04 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | USPS | 04/27/2018 | 6506 - OFFICE EXPENSE | 8.67 | |
| | | | | | 8.67 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | USPS | 04/27/2018 | 6506 - OFFICE EXPENSE | 16.50 | |
| | | | | | 16.50 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | USPS | 04/27/2018 | 6506 - OFFICE EXPENSE | 18.18 | |
| | | | | | 18.18 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | FIRST AMERICAN HOME BUYERS PROTECTION | 04/30/2018 | 5301 - WARRANTY DEDUCTIBLE | 75.00 | |
| | | | | | 75.00 |
| BRIDL - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | CHASE HOME FINANCE, LLC | 05/01/2018 | 9110 - 1st Mortgage Expense | 395.60 | |
| | | | | | 395.60 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | CITY NATIONAL BANK | 05/01/2018 | 9220 - 2ND MORTGAGE EXPENSE | 135.69 | |
| | | | | | 135.69 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | PEBBLE CREEK HOA | 05/01/2018 | 5201 - HOA DUES | 40.00 | |
| | | | | | 40.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | CREEKSIDE HOA | 05/01/2018 | 5201 - HOA DUES | 28.75 | |
| | | | | | 28.75 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | GREEN VALLEY RANCH HOA | 05/01/2018 | 5201 - HOA DUES | 57.00 | |
| | | | | | 57.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | SUMMERLIN NORTH COMMUNITY ASSOC | 05/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | SUMMERLIN NORTH COMMUNITY ASSOC | 05/01/2018 | 5201 - HOA DUES | 50.00 | |
| | | | | | 50.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | COPPER RIDGE | 05/01/2018 | 5201 - HOA DUES | 35.00 | |
| | | | | | 35.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | REPUBLIC SERVICES #620 | 05/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 44.61 | |
| | | | | | 44.61 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | REPUBLIC SERVICES #620 | 05/01/2018 | 5105 - REPUBLIC SERVICES - TRASH SERVICE | 44.61 | |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/15/2018 08:44 AM

**Active Properties Owned By: SCHULTE PROPERTIES LLC**
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| | | | | | 44.61 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | LUCY INNUSO | 05/01/2018 | 5215 - MONTHLY POOL SERVICE | 90.00 | |
| | | | | | 90.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | LUCY INNUSO | 05/01/2018 | 5215 - MONTHLY POOL SERVICE | 100.00 | |
| | | | | | 100.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | IMAGE FINANCE, LLC | 05/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | IMAGE FINANCE, LLC | 05/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | IMAGE FINANCE, LLC | 05/01/2018 | 9110 - 1st Mortgage Expense | 190.97 | |
| | | | | | 190.97 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 70.00 | |
| | | | | | 70.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 125.00 | |
| | | | | | 125.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 75.00 | |
| | | | | | 75.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 100.00 | |
| | | | | | 100.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 75.00 | |
| | | | | | 75.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 125.00 | |
| | | | | | 125.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 75.00 | |
| | | | | | 75.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 100.00 | |
| | | | | | 100.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 125.00 | |
| | | | | | 125.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 76.00 | |
| | | | | | 76.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | K&M LAWN MAINTENANCE | 05/01/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 125.00 | |
| | | | | | 125.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 05/01/2018 | 6270 - MONTHLY MANAGEMENT FEE | 200.00 | |
| | | | | | 200.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | AMERICAN GUARDIAN REALTY | 05/03/2018 | 5604 - REFERRAL AGENT COMMISSION | 350.00 | |
| | | | | | 350.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | USPS | 05/03/2018 | 6506 - OFFICE EXPENSE | 26.64 | |
| | | | | | 26.64 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 310.00 | |
| | | | | | 310.00 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 290.00 | |
| | | | | | 290.00 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 247.00 | |
| | | | | | 247.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 330.00 | |
| | | | | | 330.00 |
| ECHOF - 177-26-711-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 318.00 | |
| | | | | | 318.00 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 280.00 | |
| | | | | | 280.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 358.00 | |
| | | | | | 358.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 291.00 | |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/15/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| | | | | | 291.00 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 261.00 | |
| | | | | | 261.00 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 294.00 | |
| | | | | | 294.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 370.00 | |
| | | | | | 370.00 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 302.00 | |
| | | | | | 302.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 267.00 | |
| | | | | | 267.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROP MGMT & INV. | 05/05/2018 | 5300 - REPAIRS & MAINTENANCE | 344.00 | |
| | | | | | 344.00 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 313.95 | |
| | | | | | 313.95 |
| ASPEG - 138-19-515-038 - 9500 ASPEN GLOW DR LAS VEGAS, NV 89134-0134 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 297.15 | |
| | | | | | 297.15 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| AVENC - 178-19-110-070 - 2460 AVENIDA CORTES HENDERSON, NV 89074-6349 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 258.30 | |
| | | | | | 258.30 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| BRIDL - 163-21-617-059 - 7873 BRIDGEFIELD LN LAS VEGAS, NV 89147-5099 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 402.15 | |
| | | | | | 402.15 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 15.00 | |
| | | | | | 15.00 |
| DESEC - 138-21-415-018 - 1624 DESERT CANYON CT LAS VEGAS, NV 89128-7900 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 126.00 | |
| | | | | | 126.00 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 277.20 | |
| | | | | | 277.20 |
| DISCC - 124-30-710-098 - 3729 DISCOVERY CREEK AVE NORTH LAS VEGAS, NV 89031-3603 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 308.70 | |
| | | | | | 308.70 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 282.45 | |
| | | | | | 282.45 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 355.95 | |
| | | | | | 355.95 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 4051 - PET RENT | 4.00 | |
| | | | | | 4.00 |
| MISTM - 163-26-610-009 - 5218 MISTY MORNING DR LAS VEGAS, NV 89118-0600 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 280.00 | |

**Schulte Properties LLC Payments Made 2/1/2018 thru 5/11/2018**
Exported On: 05/16/2018 08:44 AM

Active Properties Owned By: SCHULTE PROPERTIES LLC
Payees: All
Bill Status: All
Bill Date Range: 02/01/2018 to 05/11/2018

| Property | Payee Name | Bill Date | Expense Account | Amount | Unpaid/Paid |
|---|---|---|---|---|---|
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 280.00 |
| OSTRF - 177-27-711-248 - 956 OSTRICH FERN CT LAS VEGAS, NV 89183 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 270.90 | |
| | | | | | 270.90 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| PUMPP - 161-03-413-041 - 6091 PUMPKIN PATCH AVE LAS VEGAS, NV 89142-0791 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 305.55 | |
| | | | | | 305.55 |
| SPLIR - 124-28-314-011 - 1528 SPLINTER ROCK WAY NORTH LAS VEGAS, NV 89031-1617 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 363.00 | |
| | | | | | 363.00 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 4099 - RENTERS LEGAL LIABILITY INSURANCE | 5.50 | |
| | | | | | 5.50 |
| SURRM - 178-19-712-019 - 2290 SURREY MEADOWS AVE HENDERSON, NV 89052-2335 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | 6270 - MONTHLY MANAGEMENT FEE | 322.35 | |
| | | | | | 322.35 |
| SWEEL - 124-29-615-080 - 2614 SWEET LEILANI AVE NORTH LAS VEGAS, NV 89031-0693 | THRIVE PROPERTY MGMT & INV. INC. | 05/07/2018 | Liability to Landlord Insurance | 9.50 | |
| | | | | | 9.50 |
| FEATR - 163-08-213-045 - 9020 FEATHER RIVER CT LAS VEGAS, NV 89117-2367 | CENTURY NATIONAL INSURANCE COMPANY | 05/08/2018 | 6320 - Insurance - Property | 471.00 | |
| | | | | | 471.00 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | WATER DISTRICT | 05/08/2018 | 5102 - LVVWD - LAS VEGAS VALLEY WATER DISTRICT | 39.58 | |
| | | | | | 39.58 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | DAVILA TREE SERVICE | 05/08/2018 | 5220 - MONTHLY LANDSCAPING SERVICE | 180.00 | |
| | | | | | 180.00 |
| ECHOF - 177-26-211-146 - 1392 ECHO FALLS AVE LAS VEGAS, NV 89183-6377 | USPS | 05/10/2018 | 6506 - OFFICE EXPENSE | 6.20 | |
| | | | | | 6.20 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | NV ENERGY | 05/11/2018 | 5101 - NV ENERGY - ELECTRICITY | 29.58 | |
| | | | | | 29.58 |
| CLOVC - 163-16-515-031 - 3383 CLOVERDALE CT LAS VEGAS, NV 89117-3951 | SW GAS CORPORATION | 05/11/2018 | 5106 - SOUTHWEST GAS | 33.57 | |
| | | | | | 33.57 |
| | | | | | |
| **Total** | | | | **66,304.88** | |

5/24/18 10:58AM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re **SCHULTE PROPERTIES LLC**

Debtor(s)

Case No. **18-12734**

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 45,000.00 |
| Prior to the filing of this statement I have received | $ | 45,000.00 |
| Balance Due | $ | 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **All work performed pursuant to the employment application and any application for approval of compensation.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 24, 2018** | **/s/ Matthew L. Johnson** |
| *Date* | **Matthew L. Johnson 6004** |
| | *Signature of Attorney* |
| | **JOHNSON & GUBLER, P.C.** |
| | **LAKES BUSINESS PARK** |
| | **8831 W SAHARA AVE** |
| | **LAS VEGAS, NV 89117-5865** |
| | **(702) 471-0065   Fax: (702) 471-0075** |
| | **mjohnson@mjohnsonlaw.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Nevada

In re    **SCHULTE PROPERTIES LLC**                           Case No.    **18-12734**

                               Debtor(s)                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the MANAGING MEMBER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 24, 2018**                             **/s/ MELANI SCHULTE**

                                                     **MELANI SCHULTE**/MANAGING MEMBER

                                                      Signer/Title