Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
T: (702) 471-0065
F: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com

*Attorneys for Debtor*

E-filed: June 29, 2018

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 18-12734-MKN |
| SCHULTE PROPERTIES LLC, | Chapter: 11 |
| Debtor. | Hearing Date: June 27, 2018<br>Hearing Time: 9:30 a.m. |

### NOTICE OF ENTRY OF ORDER GRANTING APPLICATION TO EMPLOY ATTORNEYS

TO:    ALL PARTIES

PLEASE TAKE NOTICE that an Order Granting Application to Employ Attorneys [Dkt 47] (the "Order") was entered on June 28, 2018, in the above-entitled matter. A copy of the said Order is attached hereto.

DATED this 29th day of June, 2017.

JOHNSON & GUBLER, P.C.

/s/ Matthew Johnson
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
T: (702) 471-0065
F: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com

*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Entry of Order Granting Application to Employ Attorneys in the following manner:

[X]  a.  Electronic Service on the date of filing

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document(s) were electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]  b.  United States Mail on

By depositing a copy of the above-referenced document(s) for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known addresses, on the date above written.

See attached service list.

Signed on:   June 29, 2018        /s/ Annabelle Nudo
                                  An Employee of JOHNSON & GUBLER, P.C.

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 28, 2018

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
T: (702) 471-0065
F: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com

*Attorneys for Debtor*

E-Lodged: June 27, 2018

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | ) | Case No.: 18-12734-MKN |
|---|---|---|
| SCHULTE PROPERTIES LLC, | ) | Chapter: 11 |
| Debtor. | ) | **Hearing Date: June 27, 2018**<br>**Hearing Time: 9:30 a.m.** |

### ORDER GRANTING APPLICATION TO EMPLOY ATTORNEYS

Upon the application of the Debtor, SCHULTE PROPERTIES LLC praying for authority to employ and appoint the law firm of JOHNSON & GUBLER, P.C. as counsel to represent the Debtor in the above-captioned matter under a general retainer with regards to the administration of the Chapter 11 proceeding:

It appearing that the required notice of said Application has been given to all parties in interest and a hearing on the Application having been held on June 27, 2017 at the hour of 9:30 a.m.; it further appearing that JOHNSON & GUBLER, P.C. are lawyers duly licensed in the

1. State of Nevada, the Court being satisfied that JOHNSON & GUBLER, P.C. represent no
2. interest adverse to said bankruptcy estate or interested parties in the matters upon which
3. JOHNSON & GUBLER, P.C. is necessary and would be to the best interest of the estate, and
4. for the reasons stated orally and recorded in open court that shall constitute the decision of the
5. Court pursuant to Rule 7052 of the Federal Rules of Civil Bankruptcy Procedure, and good
6. cause appearing, it is hereby:

**ORDERED** that the Application to Employ Attorneys is GRANTED, and that the Debtor is authorized to employ and appoint the law firm of JOHNSON & GUBLER, P.C. as Debtor's counsel to represent the Debtor in any and all bankruptcy related matters.

Respectfully Submitted By:

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
T: (702) 471-0065
F: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com

*Attorneys for Debtor*

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

____  The court has waived the requirement set forth in LR 9021(b)(1).

  X   No party appeared at the hearing or filed an objection to the motion.

____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____  I certify that this is a case under Chapter 7 or 13, that I have served a copy fo this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Matthew L. Johnson
Matthew L. Johnson, Esq.

- 2 -