# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: SCHULTE PROPERTIES LLC | **Case No.** | 18-12734-leb |
|---|---|---|
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(REAL ESTATE CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** May-18          **PETITION DATE:** 5/10/2018 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here    X
the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| | | **End of Current Month** | **End of Prior Month** | **As of Petition Filing** |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $2,450 | $0 | |
| | b. Total Assets | $10,393,935 | $0 | $10,391,485 |
| | c. Current Liabilities | $3,000 | $0 | |
| | d. Total Liabilities | $10,557,243 | $0 | $10,554,243 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $4,000 | | $0 |
| | b. Total Disbursements | $1,550 | | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $2,450 | $0 | $0 |
| | d. Cash Balance Beginning of Month | $0 | $0 | $0 |
| | e. Cash Balance End of Month (c + d) | $2,450 | $0 | $0 |

| | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | ($550) | $0 | ($550) |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $3,000 | $0 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

At the end of this reporting month:

| | | **Yes** | **No** |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | X | |

15. **Check if paid:** Post-petition taxes ____ ;        U.S. Trustee Quarterly Fees ____ ; Check if filing is current for: Post-petition
tax reporting and tax returns: ____ .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings
are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:    7/2/2018 0:00

_____
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (Real Estate Case)
For the Month Ended   5/31/2018

| Actual | Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | **Current Month** | | | | | |
| $1,000 | | $1,000 | 1 | **Revenues:** Rent/Leases | $1,000 | $49,275 |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | | |
| | | $0 | 4 | Other Income: | | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $1,000 | $0 | $1,000 | 7 | **Total Revenues** | $1,000 | $49,275 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| | | $0 | 10 | Administrative | | $38,000 |
| | | $0 | 11 | Interest | | |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| | | $0 | 15 | Management Fees | | $10,000 |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| $1,550 | | ($1,550) | 23 | Other Expenses: | $1,550 | $0 |
| | | $0 | 24 | NOTE: HALF MONTH SINCE FILING | | |
| | | $0 | 25 | | | |
| | | $0 | 26 | | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| $1,550 | $0 | ($1,550) | 32 | **Total Expenses** | $1,550 | $48,000 |
| ($550) | $0 | ($550) | 33 | **Subtotal** | ($550) | $1,275 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 34 | Professional Fees | | $550 |
| | | $0 | 35 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 38 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | $0 | $550 |
| ($550) | $0 | ($550) | 41 | **Net Profit (Loss) Before Federal & State Taxes** | ($550) | $1,825 |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($550) | $0 | ($550) | 43 | **Net Profit (Loss)** | ($550) | $1,825 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (Real Estate Case)
**For the Month Ended**  5/31/2018 0:00

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $2,450 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | |
| 6 | Other: | | |
| 7 | | | |
| 8 | **Total Current Assets** | | $2,450 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $10,391,485 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $10,391,485 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $0 |
| 28 | **Total Assets** | | $10,393,935 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other: LOAN FROM ASSOCIATED LLC | | $3,000 |
| 41 | | | |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $3,000 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $3,000 |

    **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 46 | Secured claims | F | $9,805,265 |
| 47 | Priority unsecured claims | F | $0 |
| 48 | General unsecured claims | F | $748,978 |
| 49 | **Total Pre-Petition Liabilities** | | $10,554,243 |
| 50 | **Total Liabilities** | | $10,557,243 |

**Equity (Deficit)**

| | | | |
|---|---|---|---:|
| 51 | Retained Earnings/(Deficit) at time of filing | | ($163,308) |
| 52 | Capital Stock | | |
| 53 | Additional paid-in capital | | |
| 54 | Cumulative profit/(loss) since filing of case | | |
| 55 | Post-petition contributions/(distributions) or (draws) | | |
| 56 | | | |
| 57 | Market value adjustment | | |
| 58 | **Total Equity (Deficit)** | | ($163,308) |
| 59 | **Total Liabilities and Equity (Deficit)** | | $10,393,935 |

## SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | |
| 91+ Days | | | $0 |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| 32 PROPERTIES PER SCHEDULES PG3 (1) THROUGH (4) | $7,085,450 | $10,391,485 |
| | | |
| | | |
| | | |
| Total | $7,085,450 | $10,391,485 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $9,805,265 | $9,805,265 |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | $748,978 | $748,978 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

**Schedule G**
**Rental Income Information**

**List the Rental Information Requested Below By Properties**

| Description of Property | **Property 1**<br>ASPEN GLOW | **Property 2**<br>AVE CORTES | **Property 3**<br>BRIDGEFIELD | **Property 4**<br>CLOVERDALE |
|---|---|---|---|---|
| Scheduled Gross Rents | 1550 | 1650 | 1370 | 1970 |
| Less: | | | | |
|     Vacancy Factor | | | | |
|     Free Rent Incentives | | | | |
|     Other Adjustments | | | | |
|     PREPAID | $1,550 | $1,650 | $1,370 | $1,970 |
| Total Deductions | $1,550 | $1,650 | $1,370 | $1,970 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less:  Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $0 | $0 | $0 | $0 |

*  To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | US BANK | | | |
| Account Type | CHECKING | | | |
| Account No. | ███████877 | | | |
| Account Purpose | ALL LLC INCOME | | | |
| Balance, End of Month | $2,450 | | | |
| Total Funds on Hand for all Accounts | $2,450 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

**Schedule G**
**Rental Income Information**

<u>**List the Rental Information Requested Below By Properties**</u>

| Description of Property | **Property 5**<br>DESERT CANYON | **Property 6**<br>DISCOVERY CRE | **Property 7**<br>ECHO FALLS | **Property 8**<br>FEATHER RIVER |
|---|---|---|---|---|
| Scheduled Gross Rents | 1650 | 1365 | 1525 | 1400 |
| Less: | | | | |
|     Vacancy Factor | | | | |
|     Free Rent Incentives | | | | |
|     Other Adjustments | | | | |
|     PREPAID | $650 | $1,365 | $1,525 | $1,400 |
| Total Deductions | $650 | $1,365 | $1,525 | $1,400 |
| Scheduled Net Rents | $1,000 | $0 | $0 | $0 |
| Less:  Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $1,000 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | **Account 1** | **Account 2** | **Account 3** | **Account 4** |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

**Schedule G**
**Rental Income Information**

**List the Rental Information Requested Below By Properties**

| Description of Property | Property 9 MISTY MORNING | Property 10 OSTRICH FERN | Property 11 PUMPKIN PATC | Property 12 SPLINTER ROCK |
|---|---|---|---|---|
| Scheduled Gross Rents | 1790 | 1455 | 1345 | 1470 |
| Less: | | | | |
| Vacancy Factor | | | | |
| Free Rent Incentives | | | | |
| Other Adjustments | | | | |
| PREPAID | $1,790 | $1,455 | $1,345 | $1,470 |
| Total Deductions | $1,790 | $1,455 | $1,345 | $1,470 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less:   Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $0 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

**Schedule G**
**Rental Income Information**

<u>**List the Rental Information Requested Below By Properties**</u>

| Description of Property | Property 13 SURREY MEADOWS | Property 14 SWEET LEILA | Property 15 BRENTLY | Property 16 CANYON GREEN |
|---|---|---|---|---|
| Scheduled Gross Rents | 1850 | 1550 | 1370 | 3000 |
| Less: | | | | |
| Vacancy Factor | | | | |
| Free Rent Incentives | | | | |
| Other Adjustments | | | | |
| PREPAID | $1,850 | $1,550 | $1,370 | $3,000 |
| Total Deductions | $1,850 | $1,550 | $1,370 | $3,000 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less:   Rents Receivable  * | | | | |
| Scheduled Net Rents Collected  * | $0 | $0 | $0 | $0 |

*  To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

**Schedule G**
**Rental Income Information**

**List the Rental Information Requested Below By Properties**

| | Property 17 | Property 18 | Property 19 | Property 20 |
|---|---|---|---|---|
| Description of Property | CHELTENHAM | EMPIRE MINE | GOLDEN HAWK | LA MADRE WAY |
| Scheduled Gross Rents | 1335 | 1250 | 1405 | 1430 |
| Less: | | | | |
| Vacancy Factor | | | | |
| Free Rent Incentives | | | | |
| Other Adjustments | | | | |
| PREPAID | $1,335 | $1,250 | $1,405 | $1,430 |
| Total Deductions | $1,335 | $1,250 | $1,405 | $1,430 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less: Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $0 | $0 | $0 | $0 |

* To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**Schedule G**
**Rental Income Information**

<u>**List the Rental Information Requested Below By Properties**</u>

| | <u>Property 21</u> | <u>Property 22</u> | <u>Property 23</u> |
|---|---|---|---|
| Description of Property | LAMBERT | MANZANITA RANCH | MARATHON |
| Scheduled Gross Rents | 1495 | 1475 | 1550 |
| Less: | | | |
| Vacancy Factor | | | |
| Free Rent Incentives | | | |
| Other Adjustments | | | |
| PREPAID | $1,495 | $1,475 | $1,550 |
| Total Deductions | $1,495 | $1,475 | $1,550 |
| Scheduled Net Rents | $0 | $0 | $0 |
| Less:   Rents Receivable  * | | | |
| Scheduled Net Rents Collected  * | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | <u>Account 1</u> | <u>Account 2</u> | <u>Account 3</u> |
|---|---|---|---|
| Bank | | | |
| Account Type | | | |
| Account No. | | | |
| Account Purpose | | | |
| Balance, End of Month | | | |
| Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Opera

**Property 24**

NEOPOLITAN PL

1605

$1,605

$1,605

$0

$0

**Account 4**

ting Report.

**Schedule G**
**Rental Income Information**

### List the Rental Information Requested Below By Properties

| | Property 25 | Property 26 | Property 27 |
|---|---|---|---|
| Description of Property | PEACEFUL CANYON | RIDGETREE AVE | ROCK CREEK LN |
| Scheduled Gross Rents | 1500 | 1010 | 1550 |
| Less: | | | |
| Vacancy Factor | | | |
| Free Rent Incentives | | | |
| Other Adjustments | | | |
| PREPAID | $1,500 | $1,010 | $1,550 |
| Total Deductions | $1,500 | $1,010 | $1,550 |
| Scheduled Net Rents | $0 | $0 | $0 |
| Less:   Rents Receivable  * | | | |
| Scheduled Net Rents Collected  * | $0 | $0 | $0 |

* To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 |
|---|---|---|---|
| Bank | | | |
| Account Type | | | |
| Account No. | | | |
| Account Purpose | | | |
| Balance, End of Month | | | |
| Total Funds on Hand for all Accounts | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Opera

**Property 28**

SADDLE HORN DR

1305

$1,305

$1,305

$0

$0

**Account 4**

ting Report.

**Schedule G**
**Rental Income Information**

**List the Rental Information Requested Below By Properties**

|  | Property 29 | Property 30 | Property 31 |
|---|---|---|---|
| Description of Property | SAN ARDO PL | SIERRA SUMMIT | STORMY VALLEY |
| Scheduled Gross Rents | 1425 | 1790 | 1350 |
| Less: |  |  |  |
| Vacancy Factor |  |  |  |
| Free Rent Incentives |  |  |  |
| Other Adjustments |  |  |  |
| PREPAID | $1,425 | $1,790 | $1,350 |
| Total Deductions | $1,425 | $1,790 | $1,350 |
| Scheduled Net Rents | $0 | $0 | $0 |
| Less:  Rents Receivable  * |  |  |  |
| Scheduled Net Rents Collected  * | $0 | $0 | $0 |

* To be completed by cash basis reporters only.

**Schedule H**
**Recapitulation of Funds Held at End of Month**

|  | Account 1 | Account 2 | Account 3 |
|---|---|---|---|
| Bank |  |  |  |
| Account Type |  |  |  |
| Account No. |  |  |  |
| Account Purpose |  |  |  |
| Balance, End of Month |  |  |  |
| Total Funds on Hand for all Accounts | $0 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Opera

**Property 32**

VIA DI AUTOSTRADA

_____

_____ 1490

_____

_____

_____

_____ $1,490

_____ $1,490

_____ $0

_____

_____

_____ $0

**Account 4**

_____

_____

_____

_____

_____

ting Report.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended  5/31/2018 0:00     5/31/2018 0:00

|   |   | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $1,000 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | $3,000 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $4,000 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | FIRST MONTH (PARTIAL) - GENERAL EXPENSES | $1,550 | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $1,550 | |
| 38 | **Net Increase (Decrease) in Cash** | $2,450 | $0 |
| 39 | **Cash Balance, Beginning of Period** | $0 | |
| 40 | **Cash Balance, End of Period** | $2,450 | $0 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** ########## **5/31/2018**

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | $1,000 | |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | $1,550 | |
| 21 | | | |
| 22 | LOAN FROM KE ALOHA HOLDINGS LLC | ($3,000) | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $2,450 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $2,450 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $2,450 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $0 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $2,450 | $0 |

Revised 1/1/98



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

4552         DUP              S              Y    IP01

Account Number:
███████878

Statement Period:
May 1, 2018
through
May 31, 2018

Page 1 of 3

000127729 01  SP  0.470  106481604153295 P  N
ESTATE OF  SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
300 LAS VEGAS BLVD S
LAS VEGAS NV  89101-5833

☎                                          **To Contact U.S. Bank**

**24-Hour Business
Solutions:**                                          1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                                          usbank.com

## INFORMATION YOU SHOULD KNOW

**Important Note:** Effective May 14, 2018:
- The Extended Overdraft fee will change from $25 per week to a one-time charge of $36. If the available account balance remains negative for seven consecutive calendar days, the fee is charged on the eighth calendar day.
- The Business Reserve Line Annual fee of $20 will be removed.

If you have questions, please call the Commercial Customer Service phone number listed at the top of this statement, or contact your Relationship Manager.

## PREMIUM BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** ███████878

### Account Summary

| | # Items | $ | |
|---|---|---|---|
| Beginning Balance on May 1 | | $ | 1,491.57 |
| Customer Deposits | 9 | | 26,624.50 |
| Other Deposits | 1 | | 2,300.00 |
| Card Withdrawals | 7 | | 152.81- |
| Other Withdrawals | 3 | | 5,519.71- |
| Checks Paid | 41 | | 24,386.92- |
| **Ending Balance on  May 31, 2018** | | $ | **356.63** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | May 1 | 8358752971 | 2,994.00 | | May 3 | 8955704952 | 5,830.00 |
| | May 2 | 8656170448 | 200.00 | | May 4 | 9256022781 | 4,190.00 |
| | May 2 | 8656170450 | 1,970.00 | | May 7 | 8150063129 | 600.00 |
| | May 2 | 8656170446 | 4,000.00 | | May 8 | 8358831779 | 1,650.50 |
| | May 2 | 8655972580 | 5,190.00 | | | | | |
| | | | | | **Total Customer Deposits** | $ | **26,624.50** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 18 | Internet Banking Transfer | From Account 153754821152 | | $ | 2,300.00 |
| | | | **Total Other Deposits** | $ | **2,300.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May 3 | Debit Purchase 323570 ************7620 | USPS PO 31489900 LAS VEGAS   NV On 050218 ILK1TERM REF 812221323570 | 7005021644 | $ | 6.70- |
| May 3 | Debit Purchase 807055 ************7620 | USPS PO 31489900 LAS VEGAS   NV On 050218 ILK1TERM REF 812221807055 | 5505021646 | | 6.70- |



**US bank** 

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
███████878

Statement Period:
May 1, 2018
through
May 31, 2018

Page 2 of 3



| PREMIUM BUSINESS CHECKING | (CONTINUED) |
|---|---|

U.S. Bank National Association                    **Account Number**    ███████878

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-7620

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 4 | Debit Purchase 414219 ************7620 | USPS PO 31489900 LAS VEGAS  NV On 050318 ILNKILNK REF 812323414219 | 1905031855 | 26.64- |
| May 9 | Debit Purchase - VISA NITTAYA`S SECRET ************7620 | On 050718 LAS VEGAS NV REF # 2408162812801705373224 5 | 8017053732 | 44.39- |
| May 9 | Debit Purchase 600474 ************7620 | OFFICE MAX/OFFI  LAS VEGAS  NV On 050918 ILNKILNK REF 812921600474 | 7405091612 | 55.48- |
| May 11 | Debit Purchase 729770 ************7620 | USPS PO 31489900 LAS VEGAS  NV On 051018 ILNKILNK REF 813023729770 | 7005101825 | 6.20- |
| May 21 | Debit Purchase 636931 ************7620 | USPS PO 31489900 LAS VEGAS  NV On 051818 ILNKILNK REF 813823636931 | 3105181815 | 6.70- |

|  | Card 7620  Withdrawals Subtotal | $ | 152.81- |
|---|---|---|---|
|  | Total Card Withdrawals | $ | 152.81- |

### Other Withdrawals

| Date | Description of Transaction | Ref Number | | Amount |
|---|---|---|---|---|
| May 4 | Internet Banking Transfer | To Account 153754820881 | $ | 4,000.00- |
| May 7 | Deposited Item Returned | 1000102518 | | 1,455.00- |
| May 14 | Analysis Service Charge | 1400000000 | | 64.71- |

|  | Total Other Withdrawals | $ | 5,519.71- |
|---|---|---|---|

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 1353 | May 14 | 8057872974 | 40.00 | 1406 | May 7 | 8054420937 | 90.00 |
| 1354 | May 14 | 8057872971 | 40.00 | 1407 | May 9 | 8656256775 | 40.00 |
| 1355 | May 14 | 8057872973 | 40.00 | 1408 | May 15 | 8358339338 | 44.61 |
| 1359* | May 14 | 8057872972 | 40.00 | 1409 | May 15 | 8358339337 | 44.61 |
| 1360 | May 14 | 8057872969 | 40.00 | 1410 | May 7 | 8057754227 | 50.00 |
| 1380* | May 7 | 8054420934 | 100.00 | 1411 | May 7 | 8057754229 | 50.00 |
| 1381 | May 7 | 8054420933 | 90.00 | 1412 | May 10 | 8953318519 | 350.00 |
| 1383* | May 2 | 8655393888 | 43.62 | 1413 | May 8 | 8355653474 | 4,262.00 |
| 1384 | May 2 | 8655393885 | 43.62 | 1414 | May 8 | 8355650766 | 200.00 |
| 1385 | May 2 | 8655393883 | 43.62 | 1415 | May 8 | 8355653476 | 4,324.15 |
| 1386 | May 2 | 8655393886 | 43.62 | 1416 | May 15 | 8357408869 | 830.00 |
| 1387 | May 2 | 8655393882 | 43.62 | 1417 | May 15 | 8356888234 | 471.00 |
| 1388 | May 2 | 8655393880 | 43.62 | 1418 | May 15 | 8357630050 | 39.58 |
| 1397* | May 14 | 8057872970 | 40.00 | 1419 | May 18 | 9255523577 | 180.00 |
| 1398 | May 9 | 8651280443 | 75.00 | 1420 | May 16 | 8655254983 | 1,071.00 |
| 1400* | May 14 | 8053338936 | 135.69 | 1421 | May 21 | 8056955214 | 2,000.00 |
| 1401 | May 9 | 8656256777 | 35.00 | 1422 | May 15 | 8355860676 | 29.58 |
| 1402 | May 9 | 8057751907 | 28.75 | 1423 | May 15 | 8356889894 | 33.57 |
| 1403 | May 3 | 8955851186 | 57.00 | 1424 | May 14 | 8054220527 | 2,306.25 |
| 1404 | May 4 | 9256525427 | 572.91 | 1425 | May 14 | 8054220528 | 6,274.50 |
| 1405 | May 7 | 8054420936 | 100.00 | | | | |

| * Gap in check sequence | Conventional Checks Paid (41) | $ | 24,386.92- |
|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 1 | 4,485.57 | May 2 | 15,583.85 | May 3 | 21,343.45 |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 17-12883-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
█████████878

Statement Period:
May 1, 2018
through
May 31, 2018

Page 3 of 3

## PREMIUM BUSINESS CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                    **Account Number** █████████878

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May  4 | 20,933.90 | May 10 | 11,834.63 | May 16 | 243.33 |
| May  7 | 19,570.15 | May 11 | 11,828.43 | May 18 | 2,363.33 |
| May  8 | 12,434.50 | May 14 | 2,807.28 | May 21 | 356.63 |
| May  9 | 12,184.63 | May 15 | 1,314.33 | | |

Balances only appear for days reflecting change.

  



**Business Statement**

Account Number:
877

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

Statement Period:
May 15, 2018
through
May 31, 2018

4552      DUP          S          Y     IP01

Page 1 of 2

||||||||||||||||||||||||||||||||||||||||||||
000132352 01 SP 0.470 106481604157918 P N
ESTATE OF  SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 18-12734-LEB
BANKRUPTCY CLERK'S OFFICE
300 LAS VEGAS BLVD S
LAS VEGAS NV  89101-5833



☎                                    _To Contact U.S. Bank_

**24-Hour Business
Solutions:**                         1-800-673-3555

**U.S. Bank accepts Relay Calls**

**Internet:**                              usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Important Note:** Effective May 14, 2018:

- The Extended Overdraft fee will change from $25 per week to a one-time charge of $36. If the available account balance remains negative for seven consecutive calendar days, the fee is charged on the eighth calendar day.
- The Business Reserve Line Annual fee of $20 will be removed.

If you have questions, please call the Commercial Customer Service phone number listed at the top of this statement, or contact your Relationship Manager.

---

## PREMIUM BUSINESS CHECKING

_Member FDIC_

U.S. Bank National Association

Account Number           877

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on May 15 |  | $ | 0.00 |
| Customer Deposits | 2 |  | 4,000.00 |
| Card Withdrawals | 2 |  | 384.00- |
| Other Withdrawals | 2 |  | 600.44- |
| Checks Paid | 1 |  | 565.13- |
| **Ending Balance on  May 31, 2018** |  | **$** | **2,450.43** |

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | May 15 | 8358369386 | 1,000.00 |  | May 18 | 9255182105 | 3,000.00 |
|  |  |  |  | **Total Customer Deposits** |  | **$** | **4,000.00** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3454

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| May 22 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************3454 | On 052118 818-7815050  CA<br>REF # 2475542814116141 6037687 | 1161416037 | $ | 183.00- |
| May 22 | Debit Purchase - VISA<br>FIRST AMER HOME<br>************3454 | On 052118 818-7815050  CA<br>REF # 2475542814116141 6037661 | 1161416037 | $ | 201.00- |
|  |  | **Card 3454  Withdrawals Subtotal** |  | **$** | **384.00-** |
|  |  | **Total Card Withdrawals** |  | **$** | **384.00-** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| May 16 | Express Delivery | Card Fee |  | $ | 25.00- |
| May 17 | Electronic Withdrawal<br>REF=181370081022950N00 | From INTUIT<br>0000756346CHECKSFORM8273133 |  |  | 575.44- |
|  |  | **Total Other Withdrawals** |  | **$** | **600.44-** |



Business Statement

Account Number:
███████877

Statement Period:
May 15, 2018
through
May 31, 2018

Page 2 of 2



| PREMIUM BUSINESS CHECKING | (CONTINUED) |
|---|---|

U.S. Bank National Association — Account Number ███████877

### Checks Presented Electronically

| Check | Date | Ref Number | Amount | Description of Transaction | Payee |
|---|---|---|---|---|---|
| 10001 | May 30 | | 565.13 | ECA    NORT NV | NEVADA POWER NEW |

| | Electronic Checks Paid (1) | $ | 565.13- |
|---|---|---|---|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 15 | 1,000.00 | May 17 | 399.56 | May 22 | 3,015.56 |
| May 16 | 975.00 | May 18 | 3,399.56 | May 30 | 2,450.43 |

Balances only appear for days reflecting change.

This page intentionally left blank