**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

Attorney for The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JP Morgan Chase Bank, N.A., successor in interest to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-27
09-74063

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-18-12734-mkn |
|---|---|
| Schulte Properties LLC | Chapter 11 |
| Debtor. | |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

1. This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JP Morgan Chase Bank, N.A., successor in interest to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-27

2. The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

///

///

///

Jason C. Kolbe, Esq.
Attorney for Secured Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

DATED this 10th day of July, 2018.

**TIFFANY & BOSCO, P.A.**

By: /s/Jason C. Kolbe, Esq
**JASON C. KOLBE, ESQ.**
Attorney for Secured Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com

The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JP Morgan Chase Bank, N.A., successor in interest to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-27
09-74063

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Schulte Properties LLC

Debtor.

BK-18-12734-mkn

Chapter 11

### CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On July 10, 2018, I served the following document:

   **REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X  **a. ECF System**

       Matthew L. Johnson
       annabelle@mjohnsonlaw.com
       Attorney for Debtor

    X  **b. United States mail, postage fully prepaid:**

        Matthew L. Johnson
        8831 West Sahara Avenue
        Las Vegas, NV 89117
        Attorney for Debtor

        Schulte Properties LLC
        9811 W. Charleston Blvd
        Ste 2-351
        Las Vegas, NV 89117
        Debtor

**I declare under penalty of perjury the foregoing is true and correct.**

DATED this 10th day of July, 2018.

By: <u>Brad Anderson</u>