UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

IN RE:                                                                    CASE NO.: 18-12734-mkn
                                                                                   CHAPTER 11
MELANI SCHULTE,
  Debtor,
WILLIAM R. SCHULTE,
  Joint Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

PLEASE TAKE NOTICE THAT, on behalf of MTGLQ Investors, L.P. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Can Guner
Can Guner, Esquire
Email: cguner@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 10, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MELANI SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV  89117

WILLIAM R. SCHULTE
9811 W. CHARLESTON BLVD. #2-351
LAS VEGAS, NV  89117

U.S. TRUSTEE - LV - 11, 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV  89101

                                        RAS Crane, LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425
                                        By: /s/Can Guner
                                        Can Guner, Esquire
                                        Email: cguner@rasflaw.com