Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
(702) 471-0065

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  SCHULTE PROPERTIES LLC

Case No.: 18-12734
Chapter: 11

_____ Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

_____ Voluntary Petition (specify reason for amendment)
_____ Summary of Schedules
_____ Statistical Summary of Certain Liabilities
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as exempt
✓ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    ✓ Add/delete creditor(s), change amount or classification of debt - $30.00 Fee required.
    _____ Add/change address of already listed creditor - No fee
_____ Schedule G - Executory Contracts and Unexpired Leases
_____ Schedule H - CoDebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
✓ Declaration Concerning Debtor's Schedules
_____ Statement of Financial Affairs and/or Declaration
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Disclosure of Compensation of Attorney for Debtor(s)
_____ Statement of Current Monthly Income and Means Test Calculation
_____ Certification of Credit Counseling
_____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 9/19/2018    /s/ Melani Schulte
                       Schulte Properties LLC

**Fill in this information to identify the case:**

Debtor name    **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-12734**

☐ Check if this is an
amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 19, 2018**    X **/s/ MELANI SCHULTE**
                                        Signature of individual signing on behalf of debtor

                                        **MELANI SCHULTE**
                                        Printed name

                                        **MANAGING MEMBER**
                                        Position or relationship to debtor

---

Fill in this information to identify the case:

Debtor name __**SCHULTE PROPERTIES LLC**__

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    __**18-12734**__

■ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BANK OF AMERICA**<br>Creditor's Name<br><br>**PO BOX 21848**<br>**GREENSBORO, NC**<br>**27420-1848**<br>Creditor's mailing address<br><br><br>**68189001596799**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**4710 Brently Pl, Las Vegas, NV 89122  [Value is based on Zillow.com estimate]**<br><br>Describe the lien<br>**Deed of Trust (previously stripped in prior case)**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$0.00** | **$207,637.00** |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. RUSHMORE LOAN MANAGEMENT SERVICES**<br>**2. BANK OF AMERICA**<br>**3. JESSE SBAIH AND DEBORAH DRAKE** | As of the petition filing date, the claim is:<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| **2.2** **BAYVIEW LOAN SERVICING**<br>Creditor's Name<br><br>**4425 PONCE DE LEON BLVD**<br>**MIAMI, FL 33146**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | Describe debtor's property that is subject to a lien<br>**2460 Avenida Cortes, Henderson, NV 89074 [Value is based on Zillow.com estimate]**<br><br>Describe the lien<br>**Deed of Trust**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No | **$102,000.00** | **$266,769.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SCHULTE PROPERTIES LLC | Case number (if know) | 18-12734 |
|---|---|---|---|
| | Name | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1979**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **BAYVIEW LOAN SERVICING** | Describe debtor's property that is subject to a lien | $104,000.00 | $238,498.00 |
|---|---|---|---|---|

Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

**7873 Bridgefield Ln, Las Vegas, NV 89147**
**[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1769**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BAYVIEW LOAN SERVICING**
**2. Image Finance, LLC**

---

| 2.4 | **BAYVIEW LOAN SERVICING** | Describe debtor's property that is subject to a lien | $221,000.00 | $304,893.00 |
|---|---|---|---|---|

Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

**3383 Cloverdale Ct, Las Vegas, NV 89117**
**[Value is based on Zillow.com estimate]**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4912**

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **SCHULTE PROPERTIES LLC**                          Case number (if know)    **18-12734**
_____
Name

| 2.5 | **BAYVIEW LOAN SERVICING** | | | $140,000.00 | $199,123.00 |

**BAYVIEW LOAN SERVICING**
Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4913**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1701 Empire Mine Dr., Henderson, NV 89014 [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **BAYVIEW LOAN SERVICING** | | | $112,000.00 | $300,910.00 |

**BAYVIEW LOAN SERVICING**
Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2065**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BAYVIEW LOAN SERVICING**
**2. Real Time Resolutions**

**Describe debtor's property that is subject to a lien**
**9020 Feather River Ct, Las Vegas, NV 89117 [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 | **BAYVIEW LOAN SERVICING** | | | $128,000.00 | $272,178.00 |

**BAYVIEW LOAN SERVICING**
Creditor's Name

**4425 PONCE DE LEON BLVD**
**MIAMI, FL 33146**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2614 Sweet Leilani Ave, North Las Vegas, NV 89031  [Value is based on Zillow.com estimate]**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

Debtor   **SCHULTE PROPERTIES LLC**                                        Case number (if know)   **18-12734**
      Name

---

**Date debt was incurred**

☐ No

**Last 4 digits of account number**
**4304**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.8 | **BSI** | Describe debtor's property that is subject to a lien | $142,000.00 | $238,207.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 517**
**314 S FRANKLIN ST**
**TITUSVILLE, PA 16354**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8391**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**922 Saddle Horn Dr., Henderson, NV 89002 [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.9 | **CHASE** | Describe debtor's property that is subject to a lien | $110,000.00 | $240,357.00 |
|---|---|---|---|---|

Creditor's Name

**3415 VISION DRIVE**
**COLUMBUS, OH**
**43219-6009**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7609**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**6091 Pumpkin Patch Ave, Las Vegas, NV 89142 [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.10 | **CITIMORTGAGE** | Describe debtor's property that is subject to a lien | $163,000.00 | $299,137.00 |
|---|---|---|---|---|

---

Debtor    **SCHULTE PROPERTIES LLC**
_____
Name

Case number (if know)    **18-12734**

---

Creditor's Name

**PO BOX 6728
SIOUX FALLS, SD
57117-6728**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number
8517**
_____

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. CITIMORTGAGE
2. CITY NATIONAL BANK**

**9500 Aspen Glow Dr, Las Vegas NV 89134
[Value is based on Zillow.com estimate]**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **CITY NATIONAL BANK** | | $25,000.00 | $299,137.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 6728
SIOUX FALLS, SD
57117-6728**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number
4409**
_____

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.10**

**Describe debtor's property that is subject to a lien**
**9500 Aspen Glow Dr, Las Vegas NV 89134
[Value is based on Zillow.com estimate]**
_____

**Describe the lien**
**Deed of Trust**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **CITY NATIONAL BANK** | | $1,000,000.00 | $321,108.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 60938
LOS ANGELES, CA
90060-0938**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**5218 Misty Morning Dr, Las Vegas, NV 89118
[Value is based on Zillow.com estimate]**
_____

**Describe the lien**
**Deed of Trust (previously stripped in prior
case)**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **SCHULTE PROPERTIES LLC**                          Case number (if know)    **18-12734**
_____
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4409**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. FIFTH THIRD BANK** | ■ Disputed |
| **2. CITY NATIONAL BANK** | |

---

| 2.1 3 | **COPPER RIDGE COMMUNITY ASSOC** | **Describe debtor's property that is subject to a lien** | $1,505.00 | $370,092.00 |
|---|---|---|---|---|

Creditor's Name

**C/O COLONIAL PROPERTY MANAGEMENT**
**PO BOX 63275**
**PHOENIX, AZ 85082-3275**

Creditor's mailing address

**2290 Surrey Meadows Ave., Henderson, NV 89052  [Value is based on Zillow.com estimate]**

**Describe the lien**
**Homeowners Association**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/19/2002**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. SELENE FINANCE LP** | ■ Disputed |
| **2. COPPER RIDGE COMMUNITY ASSOC** | |

---

| 2.1 4 | **COUNTRYWIDE / BANK OF AMERICA** | **Describe debtor's property that is subject to a lien** | $839,500.00 | $2,085,740.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 942019**
**SIMI VALLEY, CA 93094**

Creditor's mailing address

**509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust (2nd position - stripped in prior bankruptcy)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5785**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **SCHULTE PROPERTIES LLC**
_____
Name

Case number (if know)   **18-12734**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. WELLS FARGO HOME MORTGAGE**
**2. COUNTRYWIDE / BANK OF AMERICA**
**3. Z'REA LIMITED PARTNERSHIP**
**4. JESSE SBAIH AND DEBORAH DRAKE**
**5. JEFFREY SYLVESTER, ESQ.**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 5 | **FIDELITY BANK** |
|---|---|

Creditor's Name

**100 E ENGLISH**
**PO BOX 1007**
**WICHITA, KS 67201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0769**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. FIDELITY BANK**
**2. WELLS FARGO**

**Describe debtor's property that is subject to a lien**
**5524 Rock Creek Ln, Las Vegas, NV 89130**
**[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$83,000.00   $244,804.00

---

| 2.1 6 | **FIFTH THIRD BANK** |
|---|---|

Creditor's Name

**MD 1 MOCFP**
**5050 KINGSLEY DR**
**CINCINNATI, OH 45263**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6682**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**5218 Misty Morning Dr, Las Vegas, NV 89118**
**[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

$153,000.00   $321,108.00

---

| Debtor | SCHULTE PROPERTIES LLC | Case number (if know) | 18-12734 |
|--------|------------------------|------------------------|----------|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.12**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.17 | **GREEN TREE SERVICING LLC - DITECH** | | |
|------|------|------|------|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $137,000.00 · $266,804.00 |

**PO BOX 6176
RAPID CITY, SD
57709-6176**
Creditor's mailing address

**3729 Discovery Creek Ave, North Las Vegas,
NV 89031  [Value is based on Zillow.com
estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2005**

Last 4 digits of account number
**7644**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.18 | **GREEN TREE SERVICING LLC - DITECH** | | |
|------|------|------|------|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 · $300,052.00 |

**PO BOX 6176
RAPID CITY, SD
57709-6176**
Creditor's mailing address

**10317 Neopolitan Pl, Las Vegas, NV 89144
[Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust (previously stripped in prior
case)**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**7943**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. NATIONSTAR
MORTGAGE
2. SAN MARINO
PROPERTY OWNERS
ASSOC
3. GREEN TREE
SERVICING LLC - DITECH**

■ Contingent
☐ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **SCHULTE PROPERTIES LLC**                          Case number (if know)    **18-12734**

Name

---

**2.1 9**

**IMAGE FINANCE, LLC**
Creditor's Name

**4751 WILSHIRE
BOULEVARD STE 203
LOS ANGELES, CA 90010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6328**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien          **$1,750,000.00**          **$2,635,032.00**

**real property located on Avenida Cortes,
Feather River, Golden Hawk, Lambert,
Marathon, Neopolitan, Peaceful Canyon,
Sierra Summit, Surrey Meadows**

**Describe the lien**

**Assignment of Revolving Line of Credit Deed
of Trust doc 200509160003452**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

**2.2 0**

**Image Finance, LLC**
Creditor's Name

**4751 Wilshire Boulevard,
Suite 203
Los Angeles, CA 90010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6328**

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. SELENE FINANCE LP
2. Image Finance, LLC**

Describe debtor's property that is subject to a lien          **$93,000.00**          **$329,445.00**

**1624 Desert Canyon Ct, Las Vegas, NV 89128
[Value is based on Zillow.com estimate]**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

**2.2 1**

**Image Finance, LLC**
Creditor's Name

**4751 Wilshire Boulevard,
Suite 203
Los Angeles, CA 90010**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien          **$0.00**          **$246,775.00**

**1528 Splinter Rock Way, North Las Vegas, NV
89031 [Value is based on Zillow.com
estimate]**

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

---

Debtor   **SCHULTE PROPERTIES LLC**
Name

Case number (if know)   **18-12734**

---

**Date debt was incurred**

**Last 4 digits of account number**
**6328**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. WELLS FARGO HOME MORTGAGE**
**2. Image Finance, LLC**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 2 | **Image Finance, LLC** | | $0.00 | $238,498.00 |
|---|---|---|---|---|

Creditor's Name

**4751 Wilshire Boulevard, Suite 203**
**Los Angeles, CA 90010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6328**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

Describe debtor's property that is subject to a lien
**7873 Bridgefield Ln, Las Vegas, NV 89147**
**[Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 3 | **Image Finance, LLC** | | $0.00 | $235,106.00 |
|---|---|---|---|---|

Creditor's Name

**4751 Wilshire Boulevard, Suite 203**
**Los Angeles, CA 90010**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**1013 Golden Hawk Way, Las Vegas, NV 89108**
**[Value is based on Zillow.com estimate]**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor    **SCHULTE PROPERTIES LLC**                          Case number (if know)    **18-12734**
_____
Name

☐ No                                    ■ Contingent
■ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative
priority.                               ■ Disputed
**1. SHELLPOINT
MORTGAGE SERVICING
LLC
2. Image Finance, LLC**

---

| 2.2 4 | **JEFFREY SYLVESTER, ESQ.** | | $72,000.00 | $2,357,918.00 |
|---|---|---|---|---|

Creditor's Name

**1731 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
real property located on Sweet Leilani and Canyon Greens (Canyon Greens deed is in 5th place and property is over-encumbered)

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **JEFFREY SYLVESTER, ESQ.** | | $0.00 | $2,085,740.00 |
|---|---|---|---|---|

Creditor's Name

**1731 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

**Describe debtor's property that is subject to a lien**
509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]

**Describe the lien**
Judgment Lien (stripped in prior bankruptcy)

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 6 | **JESSE SBAIH AND DEBORAH DRAKE** | Describe debtor's property that is subject to a lien | $155,000.00 | $2,721,687.00 |
|---|---|---|---|---|

---

Debtor    **SCHULTE PROPERTIES LLC**
Name                                                          Case number (if know)    **18-12734**

| | |
|---|---|
| Creditor's Name | **real property located on Brently Pl, Canyon Greens, Ridgetree Ave, San Aardo Pl** |
| **170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012** | |
| Creditor's mailing address | **Describe the lien** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

| | | | | |
|---|---|---|---|---|
| 2.2 7 | **JESSE SBAIH AND DEBORAH DRAKE** | **Describe debtor's property that is subject to a lien** | $0.00 | $168,810.00 |
| | Creditor's Name | **5709 Ridgetree Ave., Las Vegas, NV 89107 [Value is based on Zillow.com estimate]** | | |
| | **170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012** | | | |
| | Creditor's mailing address | **Describe the lien** **Judgment Lien (stripped in prior bankruptcy)** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ■ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | **1. SHELLPOINT MORTGAGE SERVICING LLC** **2. JESSE SBAIH AND DEBORAH DRAKE** **3. REPUBLIC SERVICES OF SOUTHERN NEVADA** **4. REPUBLIC SERVICES OF SOUTHERN NEVADA** **5. REPUBLIC SERVICES OF SOUTHERN NEVADA** | | | |

| | | | | |
|---|---|---|---|---|
| 2.2 8 | **JESSE SBAIH AND DEBORAH DRAKE** | **Describe debtor's property that is subject to a lien** | $0.00 | $2,085,740.00 |
| | Creditor's Name | **509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]** | | |
| | **170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012** | | | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 12 of 27

Debtor    **SCHULTE PROPERTIES LLC**

Case number (if know)    **18-12734**

Name

---

Creditor's mailing address

**Describe the lien**

**Judgment Lien (stripped in prior bankruptcy)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

**Specified on line 2.14**

---

| 2.2 9 | **JESSE SBAIH AND DEBORAH DRAKE** | | **Describe debtor's property that is subject to a lien** | **$0.00** | **$207,637.00** |
|---|---|---|---|---|---|

Creditor's Name

**170 S GREEN VALLEY PKWY #280 HENDERSON, NV 89012**

**4710 Brently Pl, Las Vegas, NV 89122  [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**

**Judgment Lien (stripped in prior bankruptcy)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

■ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

**Specified on line 2.1**

---

| 2.3 0 | **NATIONSTAR MORTGAGE** | | **Describe debtor's property that is subject to a lien** | **$165,000.00** | **$300,052.00** |
|---|---|---|---|---|---|

Creditor's Name

**CUSTOMER RELATIONS PO BOX 619098 DALLAS, TX 75261-9741**

**10317 Neopolitan Pl, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0483**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **SCHULTE PROPERTIES LLC**      Case number (if know)    **18-12734**
Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.18**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 1 | **Real Time Resolutions** | **Describe debtor's property that is subject to a lien** | $65,000.00 | $300,910.00 |
|---|---|---|---|---|

Creditor's Name

**1750 Regal Row**
**Dallas, TX 75235-1655**

Creditor's mailing address

**9020 Feather River Ct, Las Vegas, NV 89117**
**[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0620**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.6**

---

| 2.3 2 | **REPUBLIC SERVICES OF SOUTHERN NEVADA** | **Describe debtor's property that is subject to a lien** | $63.82 | $168,810.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 98508**
**Las Vegas, NV 89193-8508**

Creditor's mailing address

**5709 Ridgetree Ave., Las Vegas, NV 89107**
**[Value is based on Zillow.com estimate]**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/1/2001**

**Last 4 digits of account number**
**8031**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.27**

---

| 2.3 3 | **REPUBLIC SERVICES OF SOUTHERN NEVADA** | **Describe debtor's property that is subject to a lien** | $71.92 | $168,810.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. BOX 98508**
**Las Vegas, NV 89193-8508**

Creditor's mailing address

**5709 Ridgetree Ave., Las Vegas, NV 89107**
**[Value is based on Zillow.com estimate]**

**Describe the lien**

---

Debtor    **SCHULTE PROPERTIES LLC**

Case number (if know)    **18-12734**

Name

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**3/14/2002**

**Last 4 digits of account number**
**8031**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.27**

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 4 | **REPUBLIC SERVICES OF SOUTHERN NEVADA** | **Describe debtor's property that is subject to a lien** | $73.16 | $168,810.00 |

Creditor's Name

**5709 Ridgetree Ave., Las Vegas, NV 89107 [Value is based on Zillow.com estimate]**

**P.O. BOX 98508**
**Las Vegas, NV 89193-8508**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**10/7/2004**

**Last 4 digits of account number**
**8031**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.27**

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 5 | **RUSHMORE LOAN MANAGEMENT SERVICES** | **Describe debtor's property that is subject to a lien** | $160,000.00 | $207,637.00 |

Creditor's Name

**4710 Brently Pl, Las Vegas, NV 89122  [Value is based on Zillow.com estimate]**

**PO BOX 52262**
**IRVINE, CA 92619-2263**

Creditor's mailing address

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0925**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | SCHULTE PROPERTIES LLC | | Case number (if know) | 18-12734 |
|---|---|---|---|---|
| | Name | | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 6 | **RUSHMORE LOAN MANAGEMENT SERVICES** | | | $144,000.00 | $268,576.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

| | | Describe debtor's property that is subject to a lien | | |
| | | **2861 Marathon Dr., Henderson, NV 89074** | | |
| **PO BOX 52262** | | **[Value is based on Zillow.com estimate]** | | |
| **IRVINE, CA 92619-2263** | | | | |
| Creditor's mailing address | | | | |

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**2275**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 7 | **SAN MARINO PROPERTY OWNERS ASSOC** | | | $827.89 | $300,052.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe debtor's property that is subject to a lien
**10317 Neopolitan Pl, Las Vegas, NV 89144**
**[Value is based on Zillow.com estimate]**

**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**
Creditor's mailing address

Describe the lien
**Homeowners Association**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/31/2011**
Last 4 digits of account number
**0317**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.18**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 8 | **SELENE FINANCE LP** | | | $138,000.00 | $329,445.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

Describe debtor's property that is subject to a lien
**1624 Desert Canyon Ct, Las Vegas, NV 89128**
**[Value is based on Zillow.com estimate]**

**9990 RICHMOND AVE STE 400**
**HOUSTON, TX 77042**

---

Debtor    **SCHULTE PROPERTIES LLC**                               Case number (if know)    **18-12734**
_____
Name

| Creditor's mailing address | Describe the lien |
|---|---|

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2001**

**Last 4 digits of account number**

**1737**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.20**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 9 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | $103,000.00 | $245,437.00 |
|---|---|---|---|---|

Creditor's Name

**9990 RICHMOND AVE STE 400**
**HOUSTON, TX 77042**

**4521 W La Madre Way, North Las Vegas, NV 89031  [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**1059**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. SELENE FINANCE LP**
**2. WELLS FARGO**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 0 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | $232,000.00 | $280,051.00 |
|---|---|---|---|---|

Creditor's Name

**9990 RICHMOND AVE STE 400**
**HOUSTON, TX 77042**

**276 Manzanita Ranch Ln, Henderson, NV 89012  [Value is based on Zillow.com estimate]**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**7708**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 17 of 27

Debtor    **SCHULTE PROPERTIES LLC**          Case number *(if know)*    **18-12734**
_____
Name

☐ No                              ■ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative
priority.                        ■ Disputed
**1. SELENE FINANCE LP**
**2. WELLS FARGO**

---

| 2.4 1 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | $145,000.00 | $311,749.00 |
|---|---|---|---|---|

Creditor's Name

**9990 RICHMOND AVE STE 400**
**HOUSTON, TX 77042**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**9521 Sierra Summit Ave, Las Vegas, NV 89134  [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8721**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 2 | **SELENE FINANCE LP** | Describe debtor's property that is subject to a lien | $251,000.00 | $370,092.00 |
|---|---|---|---|---|

Creditor's Name

**9990 RICHMOND AVE STE 400**
**HOUSTON, TX 77042**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2290 Surrey Meadows Ave., Henderson, NV 89052  [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7690**

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.13**

---

| 2.4 3 | **SETERUS, INC.** | Describe debtor's property that is subject to a lien | $120,000.00 | $228,554.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1077**
**HARTFORD, CT 06143**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**3322 Cheltenham St, Las Vegas, NV 89129 [Value is based on Zillow.com estimate]**

Describe the lien

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | SCHULTE PROPERTIES LLC | | Case number (if know) | 18-12734 |
|---|---|---|---|---|
| | Name | | | |

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3144**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.4 4 | SETERUS, INC. | **Describe debtor's property that is subject to a lien** | $175,000.00 | $294,027.00 |
|---|---|---|---|---|

Creditor's Name

**8562 Lambert Dr., Las Vegas, NV 89147 [Value is based on Zillow.com estimate]**

**PO BOX 1077**
**HARTFORD, CT 06143**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0246**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.4 5 | SETERUS, INC. | **Describe debtor's property that is subject to a lien** | $142,000.00 | $244,631.00 |
|---|---|---|---|---|

Creditor's Name

**1194 Stormy Valley Rd., Las Vegas, NV 89123 [Value is based on Zillow.com estimate]**

**PO BOX 1077**
**HARTFORD, CT 06143**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8319**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | SCHULTE PROPERTIES LLC | | Case number (if know) | 18-12734 |
|--------|------------------------|---|----------------------|----------|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
☐ Unliquidated
■ Disputed

---

**2.4 6**

**SETERUS, INC.**

Creditor's Name

**PO BOX 1077
HARTFORD, CT 06143**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
9857**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2525 Via Di Autostrada, Henderson, NV 89074
[Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$124,000.00 | $283,883.00

---

**2.4 7**

**SHELLPOINT MORTGAGE
SERVICING LLC**

Creditor's Name

**PO BOX 10826
GREENVILLE, SC
29603-0826**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6861**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**1392 Echo Falls Ave, Las Vegas, NV 89183
[Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

$170,000.00 | $277,850.00

---

**2.4 8**

**SHELLPOINT MORTGAGE
SERVICING LLC**

Creditor's Name

**PO BOX 10826
GREENVILLE, SC
29603-0826**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1013 Golden Hawk Way, Las Vegas, NV 89108
[Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**

$88,000.00 | $235,106.00

---

Official Form 206D           Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                     page 20 of 27

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if know) | **18-12734** |
|---|---|---|---|
| | Name | | |

---

| | | Is the creditor an insider or related party? | | |
|---|---|---|---|---|
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**4232** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.23** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

---

| 2.4 9 | **SHELLPOINT MORTGAGE SERVICING LLC** | Describe debtor's property that is subject to a lien | $205,000.00 | $264,581.00 |
|---|---|---|---|---|
| | Creditor's Name<br>**PO BOX 10826**<br>**GREENVILLE, SC**<br>**29603-0826** | **956 Ostrich Fern Ct, Las Vegas, NV 89183 [Value is based on Zillow.com estimate]** | | |
| | Creditor's mailing address | Describe the lien<br>**Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**6860** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

---

| 2.5 0 | **SHELLPOINT MORTGAGE SERVICING LLC** | Describe debtor's property that is subject to a lien | $132,000.00 | $287,751.00 |
|---|---|---|---|---|
| | Creditor's Name<br>**PO BOX 10826**<br>**GREENVILLE, SC**<br>**29603-0826** | **8216 Peaceful Canyon Dr., Las Vegas, NV 89128 [Value is based on Zillow.com estimate]** | | |
| | Creditor's mailing address | Describe the lien<br>**Deed of Trust** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**2256** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

| Debtor | **SCHULTE PROPERTIES LLC** | | Case number (if know) | **18-12734** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 1 | **SHELLPOINT MORTGAGE SERVICING LLC** | **Describe debtor's property that is subject to a lien** | | **$60,000.00** | **$168,810.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO BOX 10826
GREENVILLE, SC
29603-0826**

Creditor's mailing address

**5709 Ridgetree Ave., Las Vegas, NV 89107
[Value is based on Zillow.com estimate]**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5845**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.27**

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 2 | **SHELLPOINT MORTGAGE SERVICING LLC** | **Describe debtor's property that is subject to a lien** | | **$143,000.00** | **$259,500.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO BOX 10826
GREENVILLE, SC
29603-0826**

Creditor's mailing address

**5609 San Ardo Pl, Las Vegas, NV 89130
[Value is based on Zillow.com estimate]**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
3594**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 3 | **WELLS FARGO** | **Describe debtor's property that is subject to a lien** | | **$0.00** | **$245,437.00** |
|---|---|---|---|---|---|

Creditor's Name

**PO BOX 1323
PORTLAND, OR
97208-4233**

Creditor's mailing address

**4521 W La Madre Way, North Las Vegas, NV 89031  [Value is based on Zillow.com estimate]**

**Describe the lien**

---

| Debtor | SCHULTE PROPERTIES LLC | | Case number (if know) | 18-12734 |
|---|---|---|---|---|
| | Name | | | |

**Deed of Trust (previously stripped in prior case)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1998**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.39**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.54 | **WELLS FARGO** | Describe debtor's property that is subject to a lien | $9,172.00 | $280,051.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1323**
**PORTLAND, OR**
**97208-4233**

Creditor's mailing address

**276 Manzanita Ranch Ln, Henderson, NV 89012  [Value is based on Zillow.com estimate]**

**Describe the lien**

**Second Deed of Trust**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1998**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.40**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.55 | **WELLS FARGO** | Describe debtor's property that is subject to a lien | $0.00 | $244,804.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 1323**
**PORTLAND, OR**
**97208-4233**

Creditor's mailing address

**5524 Rock Creek Ln, Las Vegas, NV 89130 [Value is based on Zillow.com estimate]**

**Describe the lien**

**Deed of Trust (previously stripped in prior case)**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1998**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | SCHULTE PROPERTIES LLC | Case number (if know) | 18-12734 |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.15**

■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 6 | **WELLS FARGO HOME MORTGAGE** | | $1,360,765.00 | $2,085,740.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 10335
DES MOINES, IA
50306-0335**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0145**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

Describe debtor's property that is subject to a lien
**509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust (1st Position)**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 7 | **WELLS FARGO HOME MORTGAGE** | | $140,000.00 | $246,775.00 |
|---|---|---|---|---|

Creditor's Name

**PO BOX 10335
DES MOINES, IA
50306-0335**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
1996**
**Last 4 digits of account number
4241**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.21**

Describe debtor's property that is subject to a lien
**1528 Splinter Rock Way, North Las Vegas, NV 89031 [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 8 | **Z'REA LIMITED PARTNERSHIP** | | Unknown | $2,085,740.00 |
|---|---|---|---|---|

Creditor's Name

**7201 W LAKE MEAD BLVD #550
LAS VEGAS, NV 89128**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**509 Canyon Greens Dr, Las Vegas, NV 89144 [Value is based on Zillow.com estimate]**

Describe the lien
**Deed of Trust (3rd Position)**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if know) | **18-12734** |
|---|---|---|---|
| | Name | | |

| | | **Is the creditor an insider or related party?** |
|---|---|---|
| | | ■ No |
| Creditor's email address, if known | | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | | ☐ No |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| **Specified on line 2.14** | ☐ Unliquidated |
| | ■ Disputed |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,803,978.79 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ALESSI & KOENIG, LLC**<br>**9500 W FLAMINGO RD., STE 100**<br>**Las Vegas, NV 89147** | Line _2.37_ | **0317** |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line _2.56_ | |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line _2.4_ | |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line _2.47_ | |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line _2.5_ | |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line _2.49_ | |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line _2.51_ | |
| **BANK OF NEW YORK**<br>**225 LIBERTY ST**<br>**NEW YORK, NY 10286** | Line _2.7_ | |
| **BANK OF NY MELLON**<br>**2200 PASEO VERDE PKWY STE 200**<br>**HENDERSON, NV 89052-2703** | Line _2.47_ | **Schulte** |

Debtor    **SCHULTE PROPERTIES LLC**                                Case number *(if know)*    **18-12734**
_____
Name

| | |
|---|---|
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.35**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.43**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.38**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.17**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.39**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.44**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.40**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.36**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.30**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.50**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.8**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.52**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.45**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.42**__ |
| **FANNIE MAE**<br>**3900 WISCONSIN AVE NW**<br>**WASHINGTON, DC 20016** | Line __**2.46**__ |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line __**2.2**__ |

Official Form 206D                    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 26 of 27

Debtor    **SCHULTE PROPERTIES LLC**                                Case number (if know)    **18-12734**
_____
Name

| | | |
|---|---|---|
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line __**2.3**__ | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line __**2.6**__ | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line __**2.48**__ | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line __**2.16**__ | |
| **FREDDIE MAC**<br>**8250 JONES BRANCH DR**<br>**MC LEAN, VA 22102** | Line __**2.41**__ | |
| **GOVERNMENT NATIONAL MORTGAGE ASSOC**<br>**451 SEVENTH STREET, ROOM B-133**<br>**WASHINGTON, DC 20410** | Line __**2.10**__ | |
| **GOVERNMENT NATIONAL MORTGAGE ASSOC**<br>**451 SEVENTH STREET, ROOM B-133**<br>**WASHINGTON, DC 20410** | Line __**2.57**__ | |
| **GREEN TREE SERVICING LLC - DITECH**<br>**PO BOX 6176**<br>**RAPID CITY, SD 57709-6176** | Line __**2.31**__ | |
| **Nevada First Bank dba Bank of Nevada**<br>**2700 West Sahara Avenue**<br>**Las Vegas, NV 89102** | Line __**2.19**__ | **3452** |
| **Nevada Title Company**<br>**2500 N. Buffalo Drive, suite 150**<br>**Las Vegas, NV 89128** | Line __**2.19**__ | |
| **Quality Loan Servicing Corporation**<br>**411 Ivy Street**<br>**San Diego, CA 92101** | Line __**2.30**__ | **0486** |
| **SNELL & WILMER LLP**<br>**3883 HOWARD HUGHES PKWY, STE 1100**<br>**LAS VEGAS, NV 89169** | Line __**2.20**__ | **Schulte/Image**<br>**Finance** |
| **SNELL & WILMER LLP**<br>**3883 HOWARD HUGHES PKWY, STE 1100**<br>**LAS VEGAS, NV 89169** | Line __**2.21**__ | **Schulte/Image**<br>**Finance** |
| **SNELL & WILMER LLP**<br>**3883 HOWARD HUGHES PKWY, STE 1100**<br>**LAS VEGAS, NV 89169** | Line __**2.22**__ | **Schulte/Image**<br>**Finance** |

| Fill in this information to identify the case: |
|---|

Debtor name   **SCHULTE PROPERTIES LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **18-12734**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$850.00** |
| | **Adam's Pool Solutions**<br>**4451 N. Walnut Road**<br>**NORTH LAS VEGAS, NV 89081** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  _pool services_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | **$120,000.00** |
| | **AMBERLEA DAVIS, ESQ**<br>**415 S 6TH STREET STE 300**<br>**LAS VEGAS, NV 89101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred  _various_<br>Last 4 digits of account number _ | Basis for the claim:  _attorney fees_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | **$0.00** |
| | **AMERICAN WEST VILLAGE**<br>**C/O FIRST SERVICE RESIDENTIAL**<br>**PO BOX 54089**<br>**LOS ANGELES, CA 90054-0089** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  _[NOTICE ONLY]_<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | **$1,895.00** |
| | **Antony Hunt and Akila Zamba Martin**<br>**2525 Via Di Autostrada**<br>**Henderson, NV 89074-6380** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred  _2/28/2016_<br>Last 4 digits of account number _ | Basis for the claim:  _Potential claim for security deposit given to Melani Schulte._<br><br>Is the claim subject to offset? ☐ No  ☐ Yes |

| Debtor | **SCHULTE PROPERTIES LLC** | | Case number (if known) | **18-12734** |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,370.00** |
|---|---|---|---|

**Billy Obedoza & Kami Conselva**
**5218 Misty Morning Drive**
**LAS VEGAS, NV 89118**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2016**

**Basis for the claim:** **Potential claim for security deposit given to Melani Schulte.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BLUFFS COMMUNITY ASSOCIATION HOA**
**C/O COLONIAL PROPERTY MANAGEMENT**
**PO BOX 63275**
**PHOENIX, AZ 85082-3275**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **[NOTICE ONLY]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BLUFFS VILLAGE 2 COMMUNITY**
**ASSOCIATION**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **[NOTICE ONLY]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CANYON FAIRWAYS HOA**
**PO BOX 93177**
**LAS VEGAS, NV 89193-3177**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **[NOTICE ONLY]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198,493.10** |
|---|---|---|---|

**CITY NATIONAL BANK**
**C/O FENNEMORE CRAIG**
**300 S FOURTH STREET STE 1400**
**LAS VEGAS, NV 89101**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Clark County District Court Judgment, recorded as document 201302190003849**

Last 4 digits of account number  **6882**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00** |
|---|---|---|---|

**Clint Fisher**
**956 Ostrich Fern Court**
**LAS VEGAS, NV 89123**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/1/2007**

**Basis for the claim:** **Potential claim for security deposit given to 956 Ostrich Fern LLC.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

Debtor    **SCHULTE PROPERTIES LLC**                                    Case number (if known)    **18-12734**
                   Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COPPER RIDGE**
**C/O COLONIAL PROPERTY MANAGEMENT**
**PO BOX 63275**
**PHOENIX, AZ 85082-3275**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Cornelio Martin**
**716 N. 17th Street**
**LAS VEGAS, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **roofing services for Feather River property**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CREEKSIDE HOA**
**C/O FIRST SERIVCE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dagger Properties 1-6, LLC**
**c/o Gary Horns**
**4382 Carta Luna Street**
**LAS VEGAS, NV 89135**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,795.00 |
|---|---|---|---|

**Darlene Seltmann**
**2614 Sweet Leilani Avenue**
**NORTH LAS VEGAS, NV 89031**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **12/17/2017**

Basis for the claim:  **Potential claim for security deposit.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |
|---|---|---|---|

**DAVID PIERCE**
**9811 W CHARLESTON BLVD STE 2-279**
**LAS VEGAS, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **LOAN**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**David Pierce**
**509 Canyon Greens Dr.**
**Las Vegas, NV 89144-0830**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/1/2016**

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ■ Yes

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if known) | **18-12734** |
|---|---|---|---|
| | Name | | |

---

**3.18**

**Nonpriority creditor's name and mailing address**
DAVID SNELL DAVIS
415 S. 6th Street, Suite 300
LAS VEGAS, NV 89101

Date(s) debt was incurred _

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  professional fees 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19**

**Nonpriority creditor's name and mailing address**
Davila Tree Service & Landscaping
1416 Tequesta Road
LAS VEGAS, NV 89108

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$180.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  landscaping services 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**
Donald and Bonnie Lee
5709 Ridgetree Avenue
LAS VEGAS, NV 89107

Date(s) debt was incurred  2/1/2010 

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$1,345.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential claim for security deposit given to Cherish LLC. 

Is the claim subject to offset? ☐ No ■ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
Doris Cajas and Javier Linares
8216 Peaceful Canyon Drive
Las Vegas, NV 89128-7926

Date(s) debt was incurred  6/1/2013 

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$1,395.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential claim for security deposit given to Melani Schulte. 

Is the claim subject to offset? ☐ No ■ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**
ELDORADO FIRST
C/O TERRA WEST PROPERTY
MANAGEMENT
PO BOX 80900
LAS VEGAS, NV 89180-0900

Date(s) debt was incurred _

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [NOTICE ONLY] 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**
Equity Title of Nevada
10777 W. Twain Avenue #110
LAS VEGAS, NV 89135

Date(s) debt was incurred  2009 

Last 4 digits of account number  6092 

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  NOTICE ONLY - possible judgment 

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
GREEN VALLEY RANCH HOA
C/O TERRA WEST PROPERTY MGMT
PO BOX 94617
LAS VEGAS, NV 89193-4617

Date(s) debt was incurred _

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  [NOTICE ONLY] 

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if known) | **18-12734** |
|---|---|---|---|
| | Name | | |

---

**3.25**   Nonpriority creditor's name and mailing address

**Ivy Flores and Jason Scott**
**1701 Empire Mine Drive**
**Henderson, NV 89014-4081**

Date(s) debt was incurred   1/1/2018

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

$1,495.00

---

**3.26**   Nonpriority creditor's name and mailing address

**James and Judy Craig**
**9020 Feather River Court**
**LAS VEGAS, NV 89117**

Date(s) debt was incurred   7/15/2006

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Potential claim for security deposit given to 9020 Feather River LLC.**

Is the claim subject to offset? ☐ No ■ Yes

$1,625.00

---

**3.27**   Nonpriority creditor's name and mailing address

**Janice Williams**
**922 Saddle Horn Drive**
**HENDERSON, NV 89002**

Date(s) debt was incurred   11/21/2016

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

$1,370.00

---

**3.28**   Nonpriority creditor's name and mailing address

**Jason Cowie**
**1392 Echo Falls Avenue**
**LAS VEGAS, NV 89123**

Date(s) debt was incurred   8/1/2017

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Potential claim for security deposit.**

Is the claim subject to offset? ☐ No ■ Yes

$2,650.00

---

**3.29**   Nonpriority creditor's name and mailing address

**Jessie Gaytan Jr. and Dulce Soliz**
**6091 Pumpkin Patch Ave**
**Las Vegas, NV 89142-0791**

Date(s) debt was incurred   05/12/2017

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

$3,000.00

---

**3.30**   Nonpriority creditor's name and mailing address

**John Letus**
**5524 Rock Creek Lane**
**LAS VEGAS, NV 89130**

Date(s) debt was incurred   10/1/2017

Last 4 digits of account number   _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

$1,695.00

---

| Debtor | SCHULTE PROPERTIES LLC | | Case number (if known) | 18-12734 |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|---|---|---|---|

**Jonathan Hayes**
5609 San Ardo Place
LAS VEGAS, NV 89130

Date(s) debt was incurred  4/17/2017

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,800.00 |
|---|---|---|---|

**Karen and Aja Campbell**
3729 Discovery Creek Ave
North Las Vegas, NV 89031-3603

Date(s) debt was incurred  12/15/2015

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,545.00 |
|---|---|---|---|

**Kelly Frey**
2861 Marathon Drive
HENDERSON, NV 89074

Date(s) debt was incurred  3/7/2017

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,767.95 |
|---|---|---|---|

**KUNIN & CARMAN**
3551 E BONANZA RD #110
LAS VEGAS, NV 89110

Date(s) debt was incurred __

Last 4 digits of account number __

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **possible lien/claim against properties held by Debtor that were previously held by William R. Schulte**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Kyle and Corinna Case**
4710 Brently Place
Las Vegas, NV 89122-7588

Date(s) debt was incurred  7/28/2017

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,495.00 |
|---|---|---|---|

**Laimonas Gubista & Siga Urdakyte**
276 Manzanita Ranch Lane
HENDERSON, NV 89012

Date(s) debt was incurred  6/7/2014

Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Is the claim subject to offset? ☐ No ■ Yes

Debtor  **SCHULTE PROPERTIES LLC**                                   Case number (if known)    **18-12734**
Name

| | |
|---|---|

**3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,195.00**

**Linda Reina and Claudia Romero**
**7873 Bridgefield Lane**
**LAS VEGAS, NV 89147**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/29/2009

Basis for the claim:  Potential claim for security deposit given to 7873 Bridgefield LLC.

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.38** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00**

**LUCY INNUSO**
**7413 LATTIMORE DR**
**LAS VEGAS, NV 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  Pool services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,995.00**

**Maria Cabrera**
**4521 W. La Madre Way**
**NORTH LAS VEGAS, NV 89031**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2017

Basis for the claim:  Potential claim for security deposit given to Melani Schulte.

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.40** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,595.00**

**Monica Montero and Brenda Torres Lopez**
**9500 Aspen Glow**
**Las Vegas, NV 89134**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/01/2016

Basis for the claim:  Potential claim for security deposit given to Melani Schulte.

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.41** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,395.00**

**Nettie Johnston & Juris Ore**
**2290 Surrey Meadows Avenue**
**HENDERSON, NV 89052**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2017

Basis for the claim:  Potential claim for security deposit given to Melani Schulte.

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.42** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**PALM GARDENS**
**C/O ASSOCIA NEVADA SOUTH**
**PO BOX 60998**
**PHOENIX, AZ 85082-0998**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Basis for the claim:  [NOTICE ONLY]

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if known) | **18-12734** |
|---|---|---|---|
| | Name | | |

---

**3.43**

**Nonpriority creditor's name and mailing address**
**PEBBLE CREEK HOA**
**C/O COLONIAL PROPERTY MANAGEMENT**
**PO BOX 63275**
**PHOENIX, AZ 85082-3275**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.44**

**Nonpriority creditor's name and mailing address**
**RANCHO ALTA MIRA**
**C/O TERRA WEST PROP MGMT**
**PO BOX 80900**
**LAS VEGAS, NV 89180-0900**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

$800.00

---

**3.45**

**Nonpriority creditor's name and mailing address**
**RANCHO LAS BRISAS HOA**
**9440 W SAHARA AVE, STE 237**
**LAS VEGAS, NV 89117**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Regina Marion and Rodney Brown**
**1194 Stormy Valley Rd**
**Las Vegas, NV 89123-3171**

Date(s) debt was incurred _09/10/2013_

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential claim for security deposit given to Melani_
_Schulte._

Is the claim subject to offset? ☐ No ■ Yes

$2,495.00

---

**3.47**

**Nonpriority creditor's name and mailing address**
**RIDGEMONT TOWNHOMES ASSOCIATION**
**5601 RIDGETREE AVE**
**LAS VEGAS, NV 89107**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

$5,000.00

---

**3.48**

**Nonpriority creditor's name and mailing address**
**RIDGEMOUNT ASSOCIATION**
**C/O FIRST SERVICE RESIDENTIAL**
**8290 ARVILLE ST**
**LAS VEGAS, NV 89139**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Robert and Rosanna Lopez**
**1528 Splinter Rock Way**
**North Las Vegas, NV 89031-1617**

Date(s) debt was incurred _6/27/2014_

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Potential claim for security deposit given to Melani_
_Schulte._

Is the claim subject to offset? ☐ No ■ Yes

$2,295.00

---

Debtor    **SCHULTE PROPERTIES LLC**
_____
       Name

Case number (if known)    **18-12734**

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |

**Roni & Miri David**
**10317 Neopolitan Place**
**LAS VEGAS, NV 89144**

Date(s) debt was incurred  2/1/2017

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential claim for security deposit given to Melani Schulte.

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $880.00 |

**SAGECREEK HOA**
**C/O CAMCO**
**PO BOX 12117**
**LAS VEGAS, NV 89112**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |

**SAN MARINO**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sanctuary Condos, LLC**
**c/o Gary R. Horns**
**3233 W. Charleston Blvd. #101**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sanctuary Homes, LLC**
**c/o Gary R. Horns**
**3233 W. Charleston Blvd. #101**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,595.00 |

**Shauna Brogan**
**1624 Desert Canyon Ct**
**Las Vegas, NV 89128-7900**

Date(s) debt was incurred  6/17/2016

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Potential claim for security deposit given to Melani Schulte.

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**SILVERADO RANCH II, LMC**
**PO BOX 93625**
**LAS VEGAS, NV 89193-3625**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **[NOTICE ONLY]**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if known) | **18-12734** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**SILVERADO RANCH LMA**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0890**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,990.00** |
|---|---|---|---|

**Steven McCoy**
**8562 Lambert Drive**
**LAS VEGAS, NV 89147**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/24/2013**

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**SUMMERLIN NORTH COMMUNITY ASSOC**
**PO BOX 54138**
**LOS ANGELES, CA 90054-0138**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **[NOTICE ONLY]**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,695.00** |
|---|---|---|---|

**Taylor Sinnott and Andrew Schanda**
**9521 Sierra Summit Ave**
**Las Vegas, NV 89134-0113**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/18/2017**

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Tyrel and Robin James**
**3383 Cloverdale Court**
**Las Vegas, NV 89117-3951**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **5/1/2018**

Basis for the claim:  **Potential claim for security deposit.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,650.00** |
|---|---|---|---|

**Varry Heramis, Amamlia Kutlu, & S. Kutlu**
**1013 Golden Hawk Way**
**LAS VEGAS, NV 89108**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/17/2017**

Basis for the claim:  **Potential claim for security deposit given to Melani Schulte.**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **SCHULTE PROPERTIES LLC** | Case number (if known) | **18-12734** |
|---|---|---|---|
| | Name | | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**WEST SAHARA COMMUNITY**
**C/O FIRST SERVICE RESIDENTIAL**
**PO BOX 54089**
**LOS ANGELES, CA 90054-0089**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  [NOTICE ONLY]

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

**William M. Hallman**
**3322 Cheltenham St**
**Las Vegas, NV 89129-7227**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  6/15/2007

Basis for the claim:  Potential claim for security deposit given to 3322 Cheltenham LLC.

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,520,846.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,520,846.05 |