Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor. | Bankruptcy Case No. 18-12734-MKN<br><br>Chapter 11<br><br>Date:  October 24, 2018<br><br>Time: 9:30 a.m. |

### DECLARATION OF MELANI SCHULTE IN SUPPORT OF MOTION TO ASSUME LEASES BETWEEN SCHULTE PROPERTIES LLC AND RESIDENTIAL TENANTS

MELANI SCHULTE makes this declaration in support of Schulte Properties LLC's Motion to ASSUME LEASES Between Schulte Properties LLC and Residential Tenants as follows:

1. This case was commenced on May 10, 2018 by a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

2. I am the sole member of Schulte Properties LLC.

3. The Debtor remains in possession of its assets and the management of its property as debtor in possession under sections 1107 and 1108 of the Bankruptcy Code.

4. No trustee, examiner, or committee of unsecured creditors has been appointed by the

1

1  Office of the United States Trustee in this case.

2      5.    Debtor holds title to 32 residential properties (the "Properties"). *See Exhibit 1.*

3      6.    The Properties were each transferred from their respective prior owners to Schulte Properties LLC, pursuant to the Order Confirming The Debtors' Chapter 11 Plan of Reorganization entered in Melani Schulte's personal bankruptcy proceeding, case 09-29123-MKN (the "2009 Bankruptcy"). *See 2009 Bankruptcy, Doc 912.*

    7.    All of the 32 residential Properties Debtor holds are occupied by tenants that have entered into leases with either the Debtor, or with Melani Schulte or predecessor entities (collectively, the "Leases").

    8.    3 of the 32 residential Properties Debtor holds is occupied by tenants that entered into post-petition leases with the Debtor.

    9.    3 of the 32 residential Properties Debtor holds are occupied by tenants that entered into pre-petition leases with the Debtor.

    10.    26 of the 32 residential Properties Debtor holds are occupied by tenants that entered into pre-petition leases with Melani Schulte or predecessor entities.

    11.    Details of the Properties and Leases are set forth more fully on Exhibit 1 to Declaration of Melani Schulte filed concurrently herewith.

    12.    A copy of each of the pre-petition Leases is available upon request, and has already been provided to the Office of the US Trustee.

    13.    The assumption of the Leases is in the best interest of the estate.

    14.    No prior motions for acceptance of any leases have been filed in this case.

    15.    No plan of reorganization has been filed in this case.

DATED: September 19, 2018

                              */s/ Melani Schulte*
                              MELANI SCHULTE

# EXHIBIT 1

| Address | Tenants | Leassor / Receiver of Deposit | Start of Lease Date | Expiration of Lease | Gross Rent | Security Deposit |
|---|---|---|---|---|---|---|
| 9500 Aspen Glow, Las Vegas NV | Monica Montero and Brenda Torres Lopez | Melani Schulte | 3/1/2016 | 2/28/2019 | $ 1,550.00 | $ 1,595.00 |
| 2460 Avenida Cortes, Henderson NV | Stenberg | Schulte Properties LLC | 8/1/2018 | 7/31/2019 | $ 1,505.00 | $ 2,050.00 |
| 4710 Brently Place, Las Vegas NV | Joseph Stenico and April Madrid | Schulte Properties LLC | 8/18/2018 | 8/31/2019 | $1,430.00 | $1,575.00 |
| 7873 Bridgefield Ln, Las Vegas NV | Reina and Romero | 7873 Bridgefield LLC | 3/29/2009 | 3/31/2019 | $ 1,285.00 | $ 1,195.00 |
| 509 Canyon Greens Dr, Las Vegas NV | Pierce | Melani Schulte | 6/1/2016 | 5/31/2020 | $ 3,000.00 | $ 3,000.00 |
| 3322 Cheltenham St, Las Vegas NV | Hallman | 3322 Cheltenham LLC | 6/15/2007 | 7/31/2019 | $ 1,405.00 | $ 1,300.00 |
| 3383 Cloverdale Ct, Las Vegas NV | James | Schulte Properties LLC | 5/1/2018 | 4/30/2019 | $ 1,970.00 | $ 4,000.00 |
| 1624 Desert Canyon Ct, Las Vegas NV | Brogan | Melani Schulte | 6/17/2016 | 5/31/2019 | $ 1,650.00 | $ 2,595.00 |
| 3729 Discovery Creek, North Las Vegas NV | Taylor and Campbell | Melani Schulte | 12/15/2015 | 2/28/2019 | $ 1,365.00 | $ 3,800.00 |
| 1392 Echo Falls, Las Vegas NV | Cowie | Schulte Properties LLC | 8/1/2017 | 7/31/2019 | $ 1,570.00 | $ 2,650.00 |
| 1701 Empire Mine Dr, Henderson NV | Flores and Scott | Melani Schulte | 1/1/2018 | 3/31/2019 | $ 1,250.00 | $ 1,495.00 |
| 9020 Feather River, Las Vegas NV | Craig | 9020 Feather River LLC | 7/15/2006 | 7/31/2019 | $ 1,450.00 | $ 1,625.00 |
| 1013 Golden Hawk Wy, Las Vegas NV | Heramis and Kutla | Melani Schulte | 4/17/2017 | 4/30/2019 | $ 1,405.00 | $ 1,650.00 |
| 4521 W. La Madre Wy, North Las Vegas | Cabrera | Melani Schulte | 8/1/2017 | 7/31/2019 | $ 1,430.00 | $ 1,995.00 |
| 8562 Lambert Dr, Las Vegas NV | McCoy | Melani Schulte | 7/24/2013 | 7/31/2019 | $ 1,495.00 | $ 2,990.00 |
| 276 Manzanita Ranch, Henderson NV | Gubista and Urvakyte | Melani Schulte | 6/7/2014 | 6/30/2019 | $ 1,535.00 | $ 1,495.00 |
| 2861 Marathon Dr, Henderson NV | Frey | Melani Schulte | 3/7/2017 | 3/31/2019 | $ 1,550.00 | $ 4,545.00 |
| 5218 Misty Morning Dr, Las Vegas NV | Obedoza | Melani Schulte | 7/20/2016 | 7/31/2019 | $ 1,890.00 | $ 5,370.00 |
| 10317 Neopolitan Pl, Las Vegas, NV | David | Melani Schulte | 2/1/2017 | 1/31/2019 | $ 1,605.00 | $ 3,300.00 |
| 956 Ostrich Fern Ct, Las Vegas, NV | Fisher | 956 Ostrich Fern LLC | 9/1/2007 | 4/30/2019 | $ 1,455.00 | $ 1,450.00 |
| 8216 Peaceful Canyon Dr, Las Vegas, NV | Cajas and Linares | Melani Schulte | 6/1/2013 | MONTH TO MONTH | $ 1,500.00 | $ 1,395.00 |
| 6091 Pumpkin Patch Ave, Las Vegas, NV | Gaytan and Soliz | Melani Schulte | 5/12/2017 | 5/31/2019 | $ 1,345.00 | $ 3,000.00 |
| 5709 Ridgetree Ave, Las Vegas, NV | Lee | Cherish LLC | 2/1/2010 | 2/28/2019 | $ 1,010.00 | $ 1,345.00 |
| 5524 Rock Creek Ln, Las Vegas, NV | Letus | Melani Schulte | 10/1/2017 | 9/30/2019 | $ 1,550.00 | $ 1,695.00 |
| 922 Saddle Horn Dr, Henderson, NV | Williams | Melani Schulte | 11/21/2016 | 2/28/2019 | $ 1,305.00 | $ 1,370.00 |
| 5609 San Ardo Pl, Las Vegas, NV | Hayes | Melani Schulte | 4/17/2017 | 4/30/2019 | $ 1,425.00 | $ 1,950.00 |
| 9521 Sierra Summit Ave, Las Vegas, NV | Sinnott and Schanda | Melani Schulte | 5/18/2017 | 5/31/2019 | $ 1,790.00 | $ 2,695.00 |
| 1528 Splinter Rock Wy, North Las Vegas, NV | Patrick Allen and Kristin Klee | Schulte Properties LLC | 9/18/2018 | 3/31/2020 | $ 1,730.00 | $ 2,295.00 |
| 1194 Stormy Valley Rd, Las Vegas, NV | Marion and Brown | Melani Schulte | 9/10/2013 | 3/31/2019 | $ 1,350.00 | $ 2,495.00 |
| 2290 Surrey Meadows Ave, Henderson, NV | Johnston and Ore | Melani Schulte | 6/1/2017 | 9/30/2018 | $ 1,850.00 | $ 2,395.00 |
| 2614 Sweet Leilani Ave, North Las Vegas, NV | Seltmann | Schulte Properties LLC | 12/17/2017 | 3/31/2019 | $ 1,550.00 | $ 1,795.00 |
| 2525 Via Di Autostrada, Henderson, NV | Hunt and Martin | Melani Schulte | 2/28/2016 | 2/28/2019 | $ 1,490.00 | $ 1,895.00 |