Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

SCHULTE PROPERTIES LLC,

                                          Debtor.

Bankruptcy Case No. 18-12734-MKN

Chapter 11

Date:  October 24, 2018

Time: 9:30 a.m.

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2018, I caused to be served a true and correct copy of MOTION TO ASSUME LEASES BETWEEN SCHULTE PROPERTIES LLC AND RESIDENTIAL TENANTS (Doc 84), DECLARATION OF MELANI SCHULTE IN SUPPORT OF MOTION TO ASSUME LEASES BETWEEN SCHULTE PROPERTIES LLC AND RESIDENTIAL TENANTS (Doc 85), and NOTICE OF HEARING (Doc 86) in the following manner:

[X]    **a.    Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

1

[X]   **b.**   **United States Mail**

By depositing a copy of the above-referenced documents for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known mailing addresses, on the date above written.

```
Monica Montero & Brenda Torres Lopez
9500 Aspen Glow Drive
LAS VEGAS, NV 89134

Linda Reina and Claudia Romero
7873 Bridgefield Lane
LAS VEGAS, NV 89147

David Pierce
509 Canyon Greens Dr.
Las Vegas, NV 89144-0830

William Hallman
3322 Cheltenham Street
LAS VEGAS, NV 89129

Robin & Tyrel James
3383 Cloverdale Court
LAS VEGAS, NV 89117

Shauna Brogan
1624 Desert Canyon Ct
Las Vegas, NV 89128-7900

Karen and Aja Campbell
3729 Discovery Creek Ave
North Las Vegas, NV 89031-3603

Jason Cowie
1392 Echo Falls Avenue
LAS VEGAS, NV 89123

Ivy Flores & Jason Scott
1701 Empire Mine Drive
HENDERSON, NV 89014

James and Judy Craig
9020 Feather River Court
LAS VEGAS, NV 89117
```

Varry Heramis, Amamlia Kutlu, & S. Kutlu
1013 Golden Hawk Way
LAS VEGAS, NV 89108

Maria Cabrera
4521 W. La Madre Way
NORTH LAS VEGAS, NV 89031

Steven McCoy
8562 Lambert Drive
LAS VEGAS, NV 89147

Laimonas Gubista & Siga Urdakyte
276 Manzanita Ranch Lane
HENDERSON, NV 89012

Kelly Frey
2861 Marathon Drive
HENDERSON, NV 89074

Billy Obedoza & Kami Conselva
5218 Misty Morning Drive
LAS VEGAS, NV 89118

Roni & Miri David
10317 Neopolitan Place
LAS VEGAS, NV 89144

Clint Fisher
956 Ostrich Fern Court
LAS VEGAS, NV 89123

Doris Cajas and Javier Linares
8216 Peaceful Canyon Drive
Las Vegas, NV 89128-7926

Jesse Gaytan & Dulce Soliz
6091 Pumpkin Patch Avenue
LAS VEGAS, NV 89142

Donald and Bonnie Lee
5709 Ridgetree Avenue
LAS VEGAS, NV 89107

3

1

John Letus
5524 Rock Creek Lane
LAS VEGAS, NV 89130

2

3

Janice Williams
922 Saddle Horn Drive
HENDERSON, NV 89002

4

5

Jonathan Hayes
5609 San Ardo Place
LAS VEGAS, NV 89130

6

7

Taylor Sinnott and Andrew Schanda
9521 Sierra Summit Ave
Las Vegas, NV 89134-0113

8

9

Regina Marion and Rodney Brown
1194 Stormy Valley Rd
Las Vegas, NV 89123-3171

10

11

Nettie Johnston & Juris Ore
2290 Surrey Meadows Avenue
HENDERSON, NV 89052

12

13

Darlene Seltmann
2614 Sweet Leilani Avenue
NORTH LAS VEGAS, NV 89031

14

15

Anthony Hunt & Akila Zamba-Martin
2525 Via Di Autostrada
HENDERSON, NV 89074

16

17

**I declare under penalty of perjury that the foregoing is true and correct.**

18

Signed on:  September 20, 2018        */s/ Suzanne Alexander*                    .
                                      An employee of JOHNSON & GUBLER, P.C.

19

20

21

22

23

4

24