_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 01, 2018

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SCHULTE PROPERTIES LLC,<br><br>                    Debtor. | Bankruptcy Case No. 18-12734-MKN<br><br>Chapter 11<br><br>Date:  October 24, 2018<br><br>Time: 9:30 a.m. |

**<u>ORDER GRANTING MOTION TO ASSUME LEASES BETWEEN SCHULTE PROPERTIES LLC AND RESIDENTIAL TENANTS</u>**

The MOTION TO ASSUME LEASES BETWEEN SCHULTE PROPERTIES LLC AND RESIDENTIAL TENANTS (Doc 84) (the " Motion") filed in this case by Johnson & Gubler, P.C., as Counsel for the Debtor, having come before the Court on the 24th day of October, 2018, the

1

Court having reviewed and considered the Motion and related documents, and due notice of the Motion and the hearing of the Motion having been given to all parties entitled thereto, and having heard the argument of counsel at the hearing on the Motion, at which time all parties in interest were afforded an opportunity to be heard, and for the reasons stated orally and recorded in open court that shall constitute the decision of the Court pursuant to Rule 7052 of the Federal Rules of Civil Bankruptcy Procedure, and having reviewed the Supplemental Declaration of Matthew L. Johnson in Support of motion to Assume Leases Between Schulte Properties LLC and Residential Tenants, and good cause appearing, it is hereby:

**ORDERED** that the pre-petition leases between the Debtor or its predecessor(s) and the tenants residing at the following properties, as set forth in the Motion, are approved and deemed assumed by the Debtor:

1. Monica Montero & Brenda Torres Lopez
   9500 Aspen Glow Drive
   LAS VEGAS, NV 89134

2. Linda Reina and Claudia Romero
   7873 Bridgefield Lane
   LAS VEGAS, NV 89147

3. David Pierce
   509 Canyon Greens Dr.
   Las Vegas, NV 89144-0830

4. William Hallman
   3322 Cheltenham Street
   LAS VEGAS, NV 89129

5. Robin & Tyrel James
   3383 Cloverdale Court
   LAS VEGAS, NV 89117

6. Shauna Brogan
   1624 Desert Canyon Ct
   Las Vegas, NV 89128-7900

7. Karen and Aja Campbell
   3729 Discovery Creek Ave
   North Las Vegas, NV 89031-3603

8. Jason Cowie
   1392 Echo Falls Avenue
   LAS VEGAS, NV 89123

9. Ivy Flores & Jason Scott
   1701 Empire Mine Drive
   HENDERSON, NV 89014

10. James and Judy Craig
    9020 Feather River Court
    LAS VEGAS, NV 89117

11. Varry Heramis, Amamlia Kutlu, & S. Kutlu
    1013 Golden Hawk Way
    LAS VEGAS, NV 89108

12. Maria Cabrera
    4521 W. La Madre Way
    NORTH LAS VEGAS, NV 89031

13. Steven McCoy
    8562 Lambert Drive
    LAS VEGAS, NV 89147

14. Laimonas Gubista & Siga Urdakyte
    276 Manzanita Ranch Lane
    HENDERSON, NV 89012

15. Kelly Frey
    2861 Marathon Drive
    HENDERSON, NV 89074

16. Billy Obedoza & Kami Conselva
    5218 Misty Morning Drive
    LAS VEGAS, NV 89118

17. Roni & Miri David
    10317 Neopolitan Place
    LAS VEGAS, NV 89144

18. Clint Fisher
    956 Ostrich Fern Court
    LAS VEGAS, NV 89123

19. Doris Cajas and Javier Linares
    8216 Peaceful Canyon Drive
    Las Vegas, NV 89128-7926

20. Jesse Gaytan & Dulce Soliz
    6091 Pumpkin Patch Avenue
    LAS VEGAS, NV 89142

21. Donald and Bonnie Lee
    5709 Ridgetree Avenue
    LAS VEGAS, NV 89107

22. John Letus
    5524 Rock Creek Lane
    LAS VEGAS, NV 89130

23. Janice Williams
    922 Saddle Horn Drive
    HENDERSON, NV 89002

24. Jonathan Hayes
    5609 San Ardo Place
    LAS VEGAS, NV 89130

25. Taylor Sinnott and Andrew Schanda
    9521 Sierra Summit Ave
    Las Vegas, NV 89134-0113

26. Regina Marion and Rodney Brown
    1194 Stormy Valley Rd
    Las Vegas, NV 89123-3171

27. Nettie Johnston & Juris Ore
    2290 Surrey Meadows Avenue
    HENDERSON, NV 89052

28. Darlene Seltmann
    2614 Sweet Leilani Avenue
    NORTH LAS VEGAS, NV 89031

29. Anthony Hunt & Akila Zamba-Martin
    2525 Via Di Autostrada
    HENDERSON, NV 89074

**IT IS FURTHER ORDERED** that any leases relating to the following properties, whose tenants entered into their leases with the Debtor post-petition, are specifically excluded from this Order:

4

1. 2460 Avenida Cortes
   Henderson, NV 89074

2. 4710 Brently Place
   Las Vegas, NV 89122

3. 1528 Splinter Rock Way
   North Las Vegas, NV 89031

**IT IS FURTHER ORDERED** that the status hearing on the Motion currently scheduled for December 12, 2018 at 9:30 be vacated.

**IT IS SO ORDERED.**

Respectfully submitted by:

JOHNSON & GUBLER, P.C.

*/s/ Matthew Johnson*
Matthew L. Johnson, Esq.
Russell G. Gubler, Esq.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Debtor*

###

Local Rule 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

__X__   No party appeared at the hearing or filed an objection to the motion.

5