# EXHIBIT

# 3

EXHIBIT 3

RECORDING REQUESTED BY:
RECONTRUST COMPANY, N.A.
AND WHEN RECORDED MAIL DOCUMENT TO:
Bank of America, N.A.
400 National waySIMI VALLEY, CA  93065

Inst #: 201108160000366
Fees: $14.00
N/C Fee: $0.00
08/16/2011 08:29:54 AM
Receipt #: 880422
Requestor:
LSI TITLE AGENCY INC.
Recorded By: MSH  Pgs: 1
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN # 178-04-310-052

## CORPORATION ASSIGNMENT OF DEED OF TRUST NEVADA

FOR VALUE RECEIVED, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFER TO:
THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB

ALL BENEFICIAL INTEREST UNDER THAT CERTAIN DEED OF TRUST DATED 12/03/2004, EXECUTED BY: MELANI SCHULTE, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY, TRUSTOR; TO CTC REAL ESTATE SERVICES, TRUSTEE AND RECORDED AS INSTRUMENT NO. 0001907 ON 12/08/2004, IN BOOK 20041208, OF OFFICIAL RECORDS IN THE COUNTY RECORDER'S OFFICE OF CLARK COUNTY, IN THE STATE OF NEVADA.

DESCRIBING THE LAND THEREIN: AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST.

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE.

DATED: August 08, 2011

State of: Texas
County of: Tarrant

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

BY: _Sandra L. H__ 8-9-11
Sandra L Hickey, Assistant Secretary

On 8.9.11 before me R. Robinson, personally appeared Sandra L Hickey
Asst Sec, know to me (or proved to me on the oath of _____ or through ___) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
Witness my hand and official seal.

Notary Public's Signature

R. ROBINSON
MY COMMISSION EXPIRES
November 17, 2012