# EXHIBIT

# 4

EXHIBIT 4

# ALDRIDGE | PITE
LLP

Alabama · Alaska · Arizona · California · Florida · Georgia · Hawaii · Idaho · Illinois · Nevada · New Jersey · New Mexico · New York · North Carolina · Oregon · Pennsylvania · Tennessee · Texas · Utah · Washington

October 19, 2018

**VIA EMAIL**

Matthew L. Johnson
Johnson & Gubler, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
annabelle@mjohnsonlaw.com

**VIA EMAIL**

Edward M. McDonald
Office of U.S. Trustee
300 Las Vegas Boulevard, SO
Suite 4300
Las Vegas, NV 89101
edward.m.mcdonald@usdoj.gov

Re:  In re SCHULTE PROPERTIES LLC
Bankruptcy Case No.: 18-12734-mkn
Notice of Default/Intent to File Motion for Relief From Automatic Stay
Loan No.: ******4913
Property Address: 1701 Empire Mine Drive, Henderson, Nevada 89014-4081
Our Client: Bayview Loan Servicing, LLC
Our File No.: 000046-001856.001-M

Dear Mr. Johnson and Mr. McDonald:

Please be advised that our office has been retained by Bayview Loan Servicing, LLC, beneficiary and/or servicing agent for the beneficiary of the Note and Deed of Trust encumbering the above-referenced property.

This notice is sent pursuant to Bankruptcy Local Rule 4001(a)(2) to inform you that the above-referenced account is contractually due for September 1, 2015, and the loan is in default in the amount of $16,540.88.

Please contact the undersigned within seventy-two (72) hours of the date of this notice to arrange payment of the above arrears. Please note that absent payment or an arrangement for payment of the arrears within seventy-two (72) hours, our office will immediately file a Motion for Relief From Automatic Stay. Please note that payment should be in certified funds and sent to:

Arnold L. Graff
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Of course, once a Motion is filed, our office may still be willing to attempt an amicable resolution of this matter in order to avoid a hearing.

ALDRIDGE | PITE
LLP

2 | Page

If you have any questions in regard to this matter, please contact the undersigned at (858) 750-7600.

Sincerely,

*/s/ Chansamone Kwan*
Chansamone Kwan
ckwan@aldridgepite.com