# EXHIBIT

# 5

EXHIBIT 5

ARNOLD L. GRAFF (SBN 13343)
agraff@aldridgepite.com
EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Bankruptcy Case No. 18-12734-mkn |
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB'S ORDER TERMINATING AUTOMATIC STAY RE: REAL PROPERTY LOCATED AT 1701 EMPIRE |

|   |   |
|---|---|
|   | MINE DRIVE, HENDERSON, NEVADA 89014-4081 |
|   | **Hearing**: <br> Date: December 12, 2018 <br> Time: 9:30 A.M. |

A hearing on Secured Creditor Bayview Loan Servicing, LLC., as servicer for THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB's Motion for In Rem Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Mike K. Nakagawa.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust encumbering the real property commonly known as 1701 Empire Mine Drive, Henderson, Nevada 89014-4081 ("Real Property"), which is legally described as:

> SEE LEGAL DESCRIPTION ATTACHED HERETO AS
> EXHIBIT A AND MADE A PART HEREOF

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant and/or its foreclosure trustee shall mail written notice of the time, date and place of the foreclosure sale of the Real Property to the Debtor at the address for the Real Property at least 7 calendar days prior to the foreclosure sale. In the event that Movant and/or its foreclosure trustee provides at least 7 calendar days' advance notice of the time, date and place of the foreclosure sale of the Real Property in compliance with the notice requirements set forth in Chapter 107 of Nevada Revised Statutes, those notices shall be sufficient to satisfy the requirement of this Court to provide 7 days' notice to the Debtor.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the requirements of Local Bankruptcy Rules 9021 are waived.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall be binding and effective and supersede any subsequently entered confirmation order that confirms a Chapter 11 Plan of Reorganization providing for the treatment of Movant's claim.

RULE 9021 CERTIFICATION:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| APPROVED/DISAPPROVED | APPROVED/DISAPPROVED | APPROVED/DISAPPROVED |
|---|---|---|
| SCHULTE PROPERTIES LLC<br>DEBTOR(S) | MATTHEW L. JOHNSON<br>DEBTOR(S) ATTORNEY | TRUSTEE |

/././

/././

1  ☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### 

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: November 6, 2018

/s/ Arnold L. Graff
ARNOLD L. GRAFF
Attorney for *Movant* BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB

EXHIBIT A

PARCEL I:

Lot Fifty-Two (52) in Block Eight (8) of Phase I of Village Two (2) of AMENDED PLAT OF THE BLUFFS, as shown by map thereof on file in Book 43 of Plats, Page 83, in the Office of the County Recorder of Clark County, Nevada.

PARCEL II:

A non-exclusive easement for ingress, egress, use, and enjoyment in, to, and over the Phase I Common Area as delineated on the Plat of THE BLUFFS, on file in Book 41 of Plats, Page 2, and delineated on the AMENDED PLAT OF THE BLUFFS, as shown by map thereof on file in Book 43 of Plats, Page 83, and as delineated on the Plat of THE BLUFFS VILLAGE 3A, on file in Book 41 of Plats, Page 58, and further described in the Master Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for The Bluffs, recorded May 12, 1989 in Book 890512 as Document No. 00096 and re-recorded June 14, 1989 in Book 890614 as Document No. 00559 and the Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for Village 2, The Bluffs, recorded May 25, 1989 in Book 890525 as Document No. 00246, and re-recorded June 14, 1989 in Book 890614 as Document No. 00561, as the same may from time to time be amended and/or supplemented of Official Records.