1  ARNOLD L. GRAFF (SBN 13343)
   agraff@aldridgepite.com
2  EDDIE R. JIMENEZ (SBN 10376)
   ejimenez@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   520 South 4th St., Suite 360
4  Las Vegas, Nevada 89101
   Telephone: (858) 750-7600
5  Facsimile:  (619) 590-1385

6  **Mailing Address**:
   4375 Jutland Drive, Suite 200
7  P.O. Box 17933
   San Diego, California 92177-0933
8
   Attorneys for *Movant*
9  Bayview Loan Servicing, LLC., as servicer for THE BANK OF NEW YORK, AS TRUSTEE
   ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN
10 TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB

11
                    **UNITED STATES BANKRUPTCY COURT**
12
                           **DISTRICT OF NEVADA**
13

14 | In re | Bankruptcy Case No. 18-12734-mkn |
| --- | --- |
15 | SCHULTE PROPERTIES LLC, | Chapter 11 |
16 |  | **BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB'S NOTICE OF MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY** |
17 | Debtor. |  |
18 |  |  |
19 |  |  |
20 |  |  |
21 |  |  |
22 |  | **Hearing:**<br>Date:   December 12, 2018<br>Time:   9:30 A.M.<br>Ctrm:   2 |
23 |  |  |

24
25 TO:   DEBTOR(S): SCHULTE PROPERTIES LLC

26 TO:   ATTORNEY FOR DEBTOR(S): MATTHEW L. JOHNSON

27 TO:   TRUSTEE:

28 TO:   ALL PARTIES IN INTEREST

                                    - 1 -                        CASE NO. 18-12734-mkn
         **NOTICE OF MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**

1  **NOTICE IS HEREBY GIVEN** that a Motion for In Rem Relief from the Automatic Stay
2  ("Motion") was filed on November 6, 2018, by Arnold L. Graff, Esq., on behalf of *movant* Bayview
3  Loan Servicing, LLC., as servicer for THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF
4  OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB
5  MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB ("Movant") so that
6  Movant may avail itself of applicable state law in foreclosing its security interest in the collateral.
7  The real property is located at: 1701 Empire Mine Drive, Henderson, Nevada 89014-4081. The
8  motion seeks relief from stay on real property presently in possession of the Debtor herein. Any
9  opposition must be filed pursuant to Local Rule 9014(d)(1).

10  **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought
11  in the Motion, or if you want the court to consider your views on the Motion, then you must file an
12  opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days***
13  prior to the hearing on the Motion. If the hearing date has been set on less than 14 days' notice, then
14  the opposition must be filed and served ***no later than 5 business days*** before the hearing. The
15  opposition must state your position, set forth all relevant facts and legal authority, and be supported
16  by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> o The court may *refuse to allow you to speak* at the scheduled hearing, and
> o The court may *rule against you* without formally calling the matter at the hearing.

24  **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before
25  a United States Bankruptcy Judge, in the Foley Federal Building 300 Las Vegas Boulevard South
26  Bankruptcy Courtroom Third Floor Las Vegas, Nevada on December 12, 2018 at the hour of
27  9:30 A.M.

**SPECIAL NOTICE**

**In the event the provisions of the <u>Federal Fair Debt Collection Practice Act</u> are deemed applicable hereunder, please note that this communication is an attempt to collect a debt and any information obtained during the pendency hereof will be used for that purpose.**

**Unless you notify this office, in writing, within thirty (30) days after being served herewith, that you dispute the validity of the debt stated herein or any portion thereof, this office will assume that the subject debt is valid. If you notify this office, in writing, within thirty (30) days after being served herewith that you dispute the validity of the debt stated herein or any portion thereof, this office will obtain verification of the debt or obtain a copy of the judgment and mail the same to you. If you so request, in writing, that this office do so within thirty (30) days after being served herewith, this office will provide you with the name and address of the original creditor, if different from the current creditor.[1]**

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: November 6, 2018

/s/ Arnold L. Graff
ARNOLD L. GRAFF
Attorneys for *Movant* BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB

---

[1] Please take notice that this Motion has been set for hearing and served pursuant to governing <u>Local Rules of Practice</u>.