1  ARNOLD L. GRAFF (SBN 13343)
   agraff@aldridgepite.com
2  EDDIE R. JIMENEZ (SBN 10376)
   ejimenez@aldridgepite.com
3  **ALDRIDGE PITE, LLP**
   520 South 4th St., Suite 360
4  Las Vegas, Nevada 89101
   Telephone: (858) 750-7600
5  Facsimile:  (619) 590-1385

6
   **Mailing Address**:
7  4375 Jutland Drive, Suite 200
   P.O. Box 17933
8  San Diego, CA 92177-0933

9  Attorney for *Movant*
   Bayview Loan Servicing, LLC., as servicer for THE BANK OF NEW YORK, AS TRUSTEE
10 ON BEHALF OF THE CERTIFICATEHOLDERS  CWALT, INC., ALTERNATIVE LOAN
   TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB
11

12                    **UNITED STATES BANKRUPTCY COURT**

13                            **DISTRICT OF NEVADA**

14 | In re | Bankruptcy Case No. 18-12734-mkn |
   | --- | --- |
15 | SCHULTE PROPERTIES LLC, | Chapter 11 |
16 | Debtor. | **BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS  CWALT, INC., ALTERNATIVE LOAN TRUST 2004-36CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-36CB'S CERTIFICATE OF MAILING OF NOTICE OF MOTION AND MOTION FOR IN REM RELIEF FROM THE AUTOMATIC STAY** |
   | | **Hearing**: |
   | | Date:   December 12, 2018 |
   | | Time:  9:30 A.M. |
   | | Ctrm:  2 |

25      I, Chansamone Kwan, declare that:

26      I am over the age of 18 and not a party to the proceeding. My business address is 4375

27 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933.

28

---
                                          1                          CASE NO. 18-12734-mkn
                              **CERTIFICATE OF SERVICE**

On November 6, 2018, I caused the Notice of Hearing, Motion for Relief from the Automatic Stay, and Request for Special Notice to be served on the parties listed herein via electronic means through the Court's CM/ECF system or by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

Schulte Properties LLC
9811 W. Charleston Blvd Ste 2-351
Las Vegas, NV 89117

Matthew L. Johnson
Johnson & Gubler, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
annabelle@mjohnsonlaw.com

U.S. Trustee
Department of Justice
300 Las Vegas Boulevard, S.  Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

Adam's Pool Solutions
4451 N. Walnut Road
North Las Vegas, NV 89081

Amberlea Davis, Esq
415 S 6th Street Ste 300
Las Vegas, NV 89101

City National Bank
PO Bank 60937
Los Angeles, CA 90060-0938

City National Bank
c/o Fennemore Craig
300 S Fourth Street Ste 1400
Las Vegas, NV 89101

Cornelio Martin
716 N. 17th Street
Las Vegas, NV 89101

Countrywide/Bank of America
PO Box 942019
Simi Valley, CA 93094

David Pierce
9811 W Charleston Blvd Ste 2-279
Las Vegas, NV 89117

| | |
|---|---|
| 1 | David Snell Davis |
| | 415 S. 6th Street |
| 2 | Suite 300 |
| | Las Vegas, NV 89101 |
| 3 | |
| | Image Finance, LLC |
| 4 | 4751 Wilshire Blvd Ste 203 |
| | Los Angles, CA 90010 |
| 5 | |
| | Kunin & Carman |
| 6 | 3551 E Bonanza Rd #110 |
| | Las Vegas, NV 89110 |
| 7 | |
| | Lucy Innuso |
| 8 | 7413 Lattimore Dr |
| | Las Vegas, NV 89110 |
| 9 | Palm Gardens |
| 10 | c/o Associa Nevada South |
| | PO Box 60998 |
| 11 | Phoenix, AZ 85082-0998 |
| 12 | Pebble Creek HOA |
| | c/o Colonial Property Management |
| 13 | PO Box 63275 |
| | Phoenix, AZ 85082 |
| 14 | |
| | Rancho Alta Mira |
| 15 | c/o Terra West Prop Mgmt |
| | PO Box 80900 |
| 16 | Las Vegas, NV 89180-0900 |
| 17 | Rancho Las Brisas HOA |
| | 9440 W Sahara Ave, Ste 237 |
| 18 | Las Vegas, NV 89117 |
| 19 | Ridgemont Townhomes Association |
| | 5601 Ridgetree Ave |
| 20 | Las Vegas, NV 89107 |
| 21 | Sagecreek HOA |
| | c/o Camco |
| 22 | PO Box 12117 |
| | Las Vegas, NV 89112 |
| 23 | |
| | San Marino |
| 24 | c/o First Service Residential |
| | PO Box 54089 |
| 25 | Los Angeles, CA 90054-0089 |
| 26 | Silverado Ranch LMA |
| | c/o First Service Residential |
| 27 | PO BOx 54089 |
| | Los Angeles, CA 90054-0890 |
| 28 | |

3    CASE NO. 18-12734-mkn

**CERTIFICATE OF SERVICE**

1  West Sahara Community
   c/o First Service Residential
2  PO Box 54089
   Los Angeles, CA 90054-0089
3
   Melani Schulte
4  1701 Empire Mine Drive
   Henderson, NV 89014-4081
5

6  /s/ Chansamone Kwan

**CERTIFICATE OF SERVICE**