```
 1  ACE VAN PATTEN (SBN 11731)
    avanpatten@piteduncan.com
 2  EDDIE R. JIMENEZ (SBN 10376)
    ejimenez@piteduncan.com
 3  ALDRIDGE PITE, LLP
    520 South 4th St., Suite 360,
 4  Las Vegas, NV 89101
    Telephone: (858) 750-7600
 5  Facsimile:  (619) 590-1385

 6

    MAILING ADDRESS:
 7  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 8  San Diego, California 92177-0933

 9  Attorneys for Movant
    CitiMortgage, Inc
10
```

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA - LAS VEGAS DIVISION

| In re | Case No. 18-12734 |
|---|---|
| SCHULTE PROPERTIES, LLC, | Chapter 11 |
| Debtor. | **PROOF OF SERVICE** |

I, Meliza Hernandez, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On March 26, 2019, I served the **OBJECTION TO APPROVAL OF DISCLOSURE STATEMENT AND CONFIRMATION OF CHAPTER 11 PLAN** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

Schulte Properties, LLC
9811 W. Charleston Blvd., Ste 2-351
Las Vegas, NV 89117

Matthew L. Johnson
Johnson & Gubler, P.C.
annabelle@mjohnsonlaw.com,
mjohnson@mjohnsonlaw.com;
sue@mjohnsonlaw.com

- 1 -

1
2  Caitlyn N. Wells
   11300 N. Central Expy., Ste 301
3  Dallas, TX 75243
4
   Karen L. Kellett
5  akbecf@gmail.com, kkellett@kblawtx.com;
   caitlyn@kblawtx.com;
6  randi@kblawtx.com;
   parrym@kblawtx.com
7
   U.S. Trustee
8  USTPRegion17.lv.ecf@usdoj.gov
9
   Jason Blumberg
10 Jason.blumberg@usdoj.gov
11
   Edward M. McDonald
12 edward.m.mcdonald@usdoj.gov
13
   I declare under penalty of perjury that the foregoing is true and correct and that this
14 declaration was executed on March 26, 2019, at San Diego, California.
15
   /s/ *Meliza Hernandez*
16 MELIZA HERNANDEZ
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -