**Business Name:**
SCHULTE PROPERTIES LLC

**Status:**
Active

**Type:**
Domestic Limited-Liability Company

**File Date:**
5/26/2017

**Entity Number:**
E0255362017-2

**NV Business ID:**
NV20171342483

**List of Officers Due:**
5/31/2019

**Expiration Date:**

### Additional Info

Registered Agent Info

Current Officers

View full details at nvsos.gov

© 2017 Nevada Secretary of State

Exhibit A

**Back**   **Officers**   **Home**

Managing Member:
**MELANI SCHULTE**