EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
RAYMOND JEREZA (SBN 11823)
rjereza@aldridgepite.com
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorney for *Creditor*
Fifth Third Mortgage Company

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor. | Bankruptcy Case No. 18-12734-mkn<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Megan Pellow, certify as follows:

I am employed in the County of San Diego, State of California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935. I am over the age of eighteen years and not a party to this cause.

On April 3, 2019, true and correct copies of Fifth Third Mortgage Company's:

- **Objection To Approval Of Disclosure Statement And Confirmation Of Chapter 11 Plan**

were served, as indicated below, by the Court via NEF and hyperlink to the document and/or by first class United States Mail:

/./././

/./././

/./././

- 1 -    Case No. 18-12734-mkn
**PROOF OF SERVICE**

HON. MIKE K. NAKAGAWA
FOLEY FEDERAL BUILDING
300 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV
(VIA U.S. MAIL)

SCHULTE PROPERTIES LLC
9811 W. CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117
(VIA U.S. MAIL)

MATTHEW L. JOHNSON
JOHNSON & GUBLER, P.C.
8831 WEST SAHARA AVENUE
LAS VEGAS, NV 89117

JOHNSON & GUBLER, P.C.
8831 W. SAHARA AVE
LAS VEGAS, NV 89117

KAREN L. KELLETT
11300 N. CENTRAL EXPY., STE 301
DALLAS, TX 75243

CAITLYN N. WELLS
11300 N. CENTRAL EXPY., STE 301
DALLAS, TX 75243
(VIA U.S. MAIL)

U.S. TRUSTEE - LV - 11
JASON BLUMBERG
EDWARD M. MCDONALD
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101
(VIA U.S. MAIL)

I declare under penalty of perjury that the foregoing is true and correct

Dated: April 3, 2019        /s/ *Megan Pellow*
                            MEGAN PELLOW

- 2 -    Case No. 18-12734-mkn
**PROOF OF SERVICE**