_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 12, 2019

_____

Karen L. Kellett (TX Bar No. 11199520)
*Admitted Pro Hac Vice 1/23/2019*
Caitlyn N. Wells (TX Bar No. 24070635)
*Admitted Pro Hac Vice 1/23/2019*
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001
kkellett@kblawtx.com

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Schulte Properties LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re:<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor(s) | Case No. BK-18-12734-mkn<br>Chapter 11<br><br>**ORDER GRANTING EX PARTE MOTION FOR ORDER REQUIRING THE PERSON MOST KNOWLEDGEABLE OF SETERUS, INC. TO APPEAR FOR EXAMINATION PURSUANT TO FED. R.** |
|---|---|

1

|   |   |
|---|---|
| 1 | **BANKR. P. 2004 REGARDING PROPERTY LOCATED AT 8562 LAMBERT DRIVE** |

This Court having reviewed the *Ex Parte* Motion for Order Requiring the Person Most Knowledgeable of Seterus, Inc. to Appear for Examination Pursuant to Fed. R. Bankr. P. 2004 regarding property located at 8562 Lambert Drive (the "Motion") submitted by debtor Schulte Properties LLC, and for good cause appearing;

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Person Most Knowledgeable of Seterus, Inc. shall appear for an examination under oath regarding the Debtor's mortgage account and Seterus's servicing of Debtor's mortgage loan account located at 8562 Lambert Drive, before a certified court reporter, at a time, place, and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days written notice by Schulte Properties LLC for examination.

IT IS FURTHER ORDERED that the oral examination shall continue from day to day, as necessary.

IT IS SO ORDERED.

Respectfully Submitted By:

*/s/ Karen L. Kellett*
Karen L. Kellett (TX Bar No. 11199520)
*Admitted Pro Hac Vice 1/23/2019*
Caitlyn N. Wells (TX Bar No. 24070635)
*Admitted Pro Hac Vice 1/23/2019*
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243

| | |
|---|---|
| 1 | |
| 2 | Matthew L. Johnson (6004)<br>Russell G. Gubler (10889) |
| 3 | Ashveen S. Dhillon (14189)<br>8831 West Sahara Avenue |
| 4 | Las Vegas, NV  89117 |
| 5 | *Attorneys for Schulte Properties LLC.* |

# # #