**TIFFANY & BOSCO, P.A.**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 17-72136

Attorneys for *Secured Creditor* Bayview Loan Servicing, LLC

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>SCHULTE PROPERTIES LLC,<br><br><br><br><br><br><br>Debtor. | Case No. 18-12734-mkn<br>Chapter 11<br><br>**STIPULATION TO CONTINUE HEARING**<br><br>PRIOR HEARING DATE: May 15, 2019<br>OLD HEARING TIME: 9:30 a.m.<br><br>NEW HEARING DATE: May 29, 2019<br>NEW HEARING TIME: 9:30 a.m. |

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF ORDERS GRANTING DEBTOR'S EX PARTE MOTIONS FOR 2004 EXAMINATION OF BAYVIEW LOAN SERVICING, LLC OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER TO LIMIT SCOPE OF 2004 EXAMINATIONS**

COMES NOW the Debtor, Schulte Properties LLC ("Debtor") and Creditor, Bayview Loan Servicing, LLC ("Creditor"), by and through their undersigned counsels of record, and enter into that certain stipulation as follows:

WHEREAS Creditor's Motion for Reconsideration of Orders Granting Debtor's Ex Parte Motions for 2004 Examination of Bayview Loan Servicing, LLC or, in the Alternative, Motion for Protective order to Limit Scope of 2004 Examinations ("Motion") (Docket Entry No. 354) is currently scheduled for

hearing on May 15, 2019 at 9:30 a.m..; and the parties having discussed this matter and agreed to continue said hearing;

      IT IS THEREFORE HEREBY STIPULATED that the hearing on the Motion be continued to May 29, 2019 at 9:30 a.m. to be held before the honorable Judge Mike K. Nakagawa in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101.

      IT IS FURTHER STIPULATED that Debtor shall have until May 15, 2019 to file a Response to the Motion, if necessary, and any Reply by Creditor shall be due May 22, 2019.

Submitted by:

**TIFFANY & BOSCO, P.A.**

By /s/ Ace C. Van Patten, Esq.
Ace C. Van Patten, Esq.
Attorney for Creditor


By /s/ Caitlyn N. Wells, Esq.
Karen L. Kellett, Esq.
Caitlyn N. Wells, Esq.
Attorneys for Debtors