Karen L. Kellett (TX Bar No. 11199520)
*Admitted Pro Hac Vice 1/23/2019*
Caitlyn N. Wells (TX Bar No. 24070635)
*Admitted Pro Hac Vice 1/23/2019*
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001
kkellett@kblawtx.com

*Special Counsel for Schulte Properties LLC.*

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Schulte Properties LLC.*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BK-18-12734-MKN<br>Chapter 11 |
| SCHULTE PROPERTIES LLC, | **STIPULATION TO CONTINUE HEARING** |
| | PRIOR HEARING DATE: May 15, 2019 |
| | PRIOR HEARING TIME: 9:30 a.m. |
| | NEW HEARING DATE: May 29, 2019 |
| Debtor. | NEW HEARING TIME: 9:30 a.m. |

1

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR ORDER REQUIRING THE PERSON MOST KNOWLEDGEABLE OF FIDELITY BANK TO APPEAR FOR EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 REGARDING PROPERTY LOCATED AT 5524 ROCK CREEK**

COMES NOW the Debtor, Schulte Properties LLC ("Debtor") and Creditor, Fidelity Bank, (the "Creditor"), by and through their undersigned counsels of record, and enter into that certain stipulation as follows:

WHEREAS Creditors Motion for Relief from Order Granting Debtor's Ex Parte Motion for Order Requiring the Person Most Knowledgeable of Fidelity Bank to appear from Examination Pursuant to Fed. R. Bankr. P. 2004 Regarding Property Located at 5524 Rock Creek (the "Motion") (Docket Entry No. 369) is currently scheduled for hearing on May 15, 2019 at 9:30 a.m.; and the parties having discussed this matter and agreed to continue said hearing;

IT IS THEREFORE HEREBY STIPULATED that the hearing on the Motion be continued to May 29, 2019 at 9:30 a.m. to be held before the honorable Judge Mike K. Nakagawa in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101.

IT IS FURTHER STIPULATED that Debtor shall have until May 15, 2019 to file a Response to the Motion, if necessary, and any Reply by Creditor shall be due May 22, 2019.

Submitted by:

*/s/ Caitlyn N. Wells*
Karen L. Kellett, Esq.
Caitlyn N. Wells, Esq.
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001
kkellett@kblawtx.com

| | |
|---|---|
| 1 | Matthew L. Johnson, Esq. |
| 2 | Russell G. Gubler, Esq. |
| | Ashveen S. Dhillon, Esq. |
| 3 | 8831 West Sahara Avenue |
| | Las Vegas, NV  89117 |
| 4 | Telephone (702) 388-1996 |
| | Facsimile (702) 471-0075 |
| 5 | mjohnson@mjohnsonlaw.com |
| 6 | *Attorneys for Schulte Properties LLC* |
| 7 | |
| 8 | */s/ Nathan F. Smith* |
| | Nathan F. Smith, Esq. |
| 9 | Malcolm Cisneros, A Law Corporation |
| | 2112 Business Center Drive |
| 10 | Irvine, CA 92612 |
| | Tel: (949) 252-9400 |
| 11 | Fac: (949) 252-1032 |
| 12 | nathan@mclaw.org |
| 13 | *Attorneys for Creditor Fidelity Bank* |