Karen L. Kellett (TX Bar No. 11199520)
*Admitted Pro Hac Vice 1/23/2019*
Caitlyn N. Wells (TX Bar No. 24070635)
*Admitted Pro Hac Vice 1/23/2019*
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001
kkellett@kblawtx.com

*Special Counsel for Schulte Properties LLC.*

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Schulte Properties LLC.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: <br><br> SCHULTE PROPERTIES LLC, <br><br><br><br><br><br> Debtor. | Case No. BK-18-12734-MKN <br> Chapter 11 <br><br> **STIPULATION TO CONTINUE HEARING** <br><br> PRIOR HEARING DATE: May 15, 2019 <br> PRIOR HEARING TIME: 9:30 a.m. <br><br> NEW HEARING DATE: May 29, 2019 <br> NEW HEARING TIME: 9:30 a.m. |

1

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF ORDERS GRANTING DEBTOR'S EX PARTE MOTIONS FOR 2004 EXAMINATION OF NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER AND JPMORGAN CHASE BANK, N.A. OR, IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER TO LIMIT SCOPE OF 2004 EXAMINATIONS**

COME NOW the Debtor, Schulte Properties LLC ("Debtor") and Creditors, Nationstar Mortgage LLC d/b/a Mr. Cooper and JPMorgan Chase Bank, N.A., (collectively the "Creditors"), by and through their undersigned counsels of record, and enter into that certain stipulation as follows:

WHEREAS Creditors' Motions for Reconsideration of Orders Granting Debtor's Ex Parte Motions for 2004 Examination of Nationstar Mortgage LLC d/b/a Mr. Cooper and JPMorgan Chase Bank, N.A., or, in the Alternative, Motion for Protective order to Limit Scope of 2004 Examinations (the "Motions") (Docket Entry No. 339 and 341) is currently scheduled for hearing on May 15, 2019 at 9:30 a.m.; and the parties having discussed this matter and agreed to continue said hearing;

IT IS THEREFORE HEREBY STIPULATED that the hearing on the Motions be continued to May 29, 2019 at 9:30 a.m. to be held before the honorable Judge Mike K. Nakagawa in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101.

IT IS FURTHER STIPULATED that Debtor shall have until May 15, 2019 to file a Response to the Motions, if necessary, and any Reply by Creditor shall be due May 22, 2019.

Submitted by:

*/s/ Caitlyn N. Wells*
Karen L. Kellett, Esq.
Caitlyn N. Wells, Esq.
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000

|   |   |
|---|---|
| 1 | Facsimile (214) 696-9001 |
|   | kkellett@kblawtx.com |
| 2 |   |
| 3 | Matthew L. Johnson, Esq. |
|   | Russell G. Gubler, Esq. |
| 4 | Ashveen S. Dhillon, Esq. |
|   | 8831 West Sahara Avenue |
| 5 | Las Vegas, NV  89117 |
|   | Telephone (702) 388-1996 |
| 6 | Facsimile (702) 471-0075 |
| 7 | mjohnson@mjohnsonlaw.com |
| 8 | *Attorneys for Schulte Properties LLC* |
| 9 |   |
|   | <u>/s/Lindsey H. Morales</u> |
| 10 | Lindsey H. Morales, Esq. |
|   | Justin T. Grim, Esq. |
| 11 | McCalla Raymer Leibert Pierce, LLP |
| 12 | 1635 Village Center Circle, Suite 130 |
|   | Las Vegas, Nevada 89134 |
| 13 | Tel: (702) 425-7267 |
|   | Fac: (702) 444-3103 |
| 14 | lindsey.morales@mccalla.com |
|   | justin.grim@mccalla.com |
| 15 |   |
| 16 | *Attorneys for Creditors Nationstar Mortgage LLC* |
|   | *d/b/a Mr. Cooper successor in Interest to Seterus, Inc.* |
| 17 | *and JPMorgan Chase Bank, N.A.* |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |