

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 22, 2019

Karen L. Kellett (TX Bar No. 11199520)
*Admitted Pro Hac Vice 1/23/2019*
Caitlyn N. Wells (TX Bar No. 24070635)
*Admitted Pro Hac Vice 1/23/2019*
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001
kkellett@kblawtx.com

*Special Counsel for Schulte Properties LLC.*

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Schulte Properties LLC.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

1

| | |
|---|---|
| In Re:<br><br>SCHULTE PROPERTIES LLC,<br><br><br><br><br><br>Debtor. | Case No. BK-18-12734-MKN<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING**<br><br>PRIOR HEARING DATE: May 15, 2019<br>PRIOR HEARING TIME: 9:30 a.m.<br><br>NEW HEARING DATE: May 29, 2019<br>NEW HEARING TIME: 9:30 a.m. |

**ORDER APPROVING STIPULATION TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF ORDERS GRANTING DEBTOR'S EX PARTE MOTIONS FOR 2004 EXAMINATION OF CITIMORTGAGE, INC, BAYVIEW LOAN SERVICING, LLC, AND FIFTH THIRD BANK OR, IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER TO LIMIT SCOPE OF 2004 EXAMINATIONS**

The Court having considered that certain Stipulation to Continue Hearing on Motion for Reconsideration of Orders Granting Debtor's Ex Parte Motions for 2004 Examination of CitiMortgage, Inc. (Docket No. 326), Bayview Loan Servicing, LLC (Docket No. 328), and Fifth Third Bank (Docket No. 330), attached hereto as Exhibit 1, and good cause appearing;

IT IS HEREBY ORDERED that the Stipulation is approved and the hearing on the Motion for Reconsideration of Orders Granting Debtor's Ex Parte Motions for 2004 Examinations of CitiMortgage, Inc. (Docket No. 326), Bayview Loan Servicing, LLC (Docket No. 328), and Fifth Third Bank (Docket No. 330) currently scheduled for May 15, 2019 at 9:30 a.m. is continued to May 29, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Submitted by:

1  */s/ Caitlyn N. Wells*
Karen L. Kellett, Esq.
2  Caitlyn N. Wells, Esq.
KELLETT & BARTHOLOW PLLC
3  11300 N. Central Expy, Suite 301
4  Dallas, TX 75243
Telephone (214) 696-9000
5  Facsimile (214) 696-9001
kkellett@kblawtx.com
6
7  Matthew L. Johnson, Esq.
Russell G. Gubler, Esq.
8  Ashveen S. Dhillon, Esq.
8831 West Sahara Avenue
9  Las Vegas, NV  89117
Telephone (702) 388-1996
10 Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
11
12 *Attorneys for Schulte Properties LLC*

13
                                         ###
14

15

16

17

18

19

20

21

22

23

24

25

26

# EXHIBIT 1

Karen L. Kellett (TX Bar No. 11199520)
*Admitted Pro Hac Vice 1/23/2019*
Caitlyn N. Wells (TX Bar No. 24070635)
*Admitted Pro Hac Vice 1/23/2019*
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001
kkellett@kblawtx.com

*Special Counsel for Schulte Properties LLC.*

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Schulte Properties LLC.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: | Case No. BK-18-12734-MKN<br>Chapter 11 |
| SCHULTE PROPERTIES LLC, | **STIPULATION TO CONTINUE HEARING**<br>PRIOR HEARING DATE: May 15, 2019<br>PRIOR HEARING TIME: 9:30 a.m.<br><br>NEW HEARING DATE: May 29, 2019 |
| Debtor. | NEW HEARING TIME: 9:30 a.m. |

1

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF ORDERS GRANTING DEBTOR'S EX PARTE MOTIONS FOR 2004 EXAMINATION OF CITIMORTGAGE, INC, BAYVIEW LOAN SERVICING, LLC, AND FIFTH THIRD BANK OR, IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER TO LIMIT SCOPE OF 2004 EXAMINATIONS**

COMES NOW the Debtor, Schulte Properties LLC ("Debtor") and Creditors, CitiMortgage, Inc., Bayview Loan Servicing, LLC, and Fifth Third Bank, (collectively the "Creditors"), by and through their undersigned counsels of record, and enter into that certain stipulation as follows:

WHEREAS Creditors' Motions for Reconsideration of Orders Granting Debtor's Ex Parte Motions for 2004 Examination of CitiMortgage, Inc., Bayview Loan Servicing, LLC, and Fifth Third Bank or, in the Alternative, Motion for Protective order to Limit Scope of 2004 Examinations (the "Motions") (Docket Entry No. 326, 328, 330) is currently scheduled for hearing on May 15, 2019 at 9:30 a.m.; and the parties having discussed this matter and agreed to continue said hearing;

IT IS THEREFORE HEREBY STIPULATED that the hearing on the Motions be continued to May 29, 2019 at 9:30 a.m. to be held before the honorable Judge Mike K. Nakagawa in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101.

IT IS FURTHER STIPULATED that Debtor shall have until May 15, 2019 to file a Response to the Motions, if necessary, and any Reply by Creditor shall be due May 22, 2019.

Submitted by:

*/s/ Caitlyn N. Wells*
Karen L. Kellett, Esq.
Caitlyn N. Wells, Esq.
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000

| | |
|---|---|
| 1 | Facsimile (214) 696-9001 |
| | kkellett@kblawtx.com |
| 2 | |
| 3 | Matthew L. Johnson, Esq. |
| | Russell G. Gubler, Esq. |
| 4 | Ashveen S. Dhillon, Esq. |
| | 8831 West Sahara Avenue |
| 5 | Las Vegas, NV  89117 |
| | Telephone (702) 388-1996 |
| 6 | Facsimile (702) 471-0075 |
| 7 | mjohnson@mjohnsonlaw.com |
| 8 | *Attorneys for Schulte Properties LLC* |
| 9 | |
| | */s/ Eddie Jimenez* |
| 10 | Eddie Jimenez, Esq. |
| | Raymond Jereza, Esq. |
| 11 | Aldridge Pite, LLP |
| | 520 South 4th St., Suite 360 |
| 12 | Las Vegas, Nevada 89101 |
| 13 | Tel: (858) 750-7600 |
| | Fac: (619) 590-1385 |
| 14 | ejimenez@aldridgepite.com |
| 15 | *Attorneys for Creditor CitiMortgage, Inc.* |

3