Jennifer R. Bergh, Esq. (SBN 14480)
GHIDOTTI | BERGER LLP
8716 Spanish Ridge Avenue #115
Las Vegas, NV 89148
Telephone: (949) 427-2010
Facsimile: (949) 427-2732
Email: jbergh@ghidottilaw.com

Attorneys for U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, its successors and/or assignees

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| Schulte Properties LLC, | CASE NO. 18-12734-mkn |
| Debtor | Chapter 11 |
| | **WITHDRAWAL OF NOTICE OF SECURITY INTEREST IN RENTS AND PROFITS** |

To DEBTOR, DEBTOR'S ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, its successors and/or assignees, hereby withdraws, without prejudice, the notice of interest in rents and profits with regard to that certain real property commonly

///

///

1

known as **4521 WEST LA MADRE WAY, NORTH LAS VEGAS, NV 89031** ("subject property") filed on April 5, 2019 as docket entry number 319.

Dated: April 22, 2019                    GHIDOTTI | BERGER LLP

/s/ Jennifer R. Bergh
Jennifer R. Bergh, Esq.
8716 Spanish Ridge Avenue #115
Las Vegas, NV 89148
Attorneys for Secured Creditor

2

| | |
|---|---|
| 1 | Jennifer R. Bergh, Esq. (SBN 14480) |
| 2 | GHIDOTTI | BERGER LLP |
|   | 8716 Spanish Ridge Avenue #115 |
| 3 | Las Vegas, NV 89148 |
|   | Telephone: (949) 427-2010 |
| 4 | Facsimile: (949) 427-2732 |
| 5 | Email: jbergh@ghidottiberger.com |

Attorney for Creditor
U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.: 18-12734-mkn |
|  | ) |  |
| SCHULTE PROPERTIES LLC, | ) | CHAPTER 11 |
|  | ) |  |
| Debtor. | ) | **CERTIFICATE OF SERVICE** |
|  | ) |  |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On April 22, 2019 I served the following documents described as:

1
CERTIFICATE OF SERVICE

1
2
- **WITHDRAWAL OF NOTICE OF SECURITY INTEREST IN RENTS AND PROFITS**

3  on the interested parties in this action by placing a true and correct copy thereof in a sealed

4  envelope addressed as follows:

5  (Via United States Mail)

| | |
|---|---|
| **Debtor**<br>SCHULTE PROPERTIES LLC<br>9811 W. CHARLESTON BLVD STE 2-351<br>LAS VEGAS, NV 89117 | **U.S. Trustee**<br>U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101 |
| **Debtor's Counsel**<br>MATTHEW L. JOHNSON<br>JOHNSON & GUBLER, P.C.<br>8831 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89117 | **Creditor**<br>Adam's Pool Solutions<br>4451 N. Walnut Road<br>NORTH LAS VEGAS, NV 89081 |
| **Debtor's Counsel**<br>JOHNSON & GUBLER, P.C.<br>8831 W. SAHARA AVE<br>LAS VEGAS, NV 89117 | **Creditor**<br>AMBERLEA DAVIS, ESQ<br>415 S 6TH STREET STE 300<br>LAS VEGAS, NV 89101 |
| **Debtor's Counsel**<br>KAREN L. KELLETT<br>11300 N. CENTRAL EXPY., STE 301<br>DALLAS, TX 75243 | **Creditor**<br>CITY NATIONAL BANK<br>PO BOX 60938<br>LOS ANGELES, CA 90060-0938 |
| **Debtor's Counsel**<br>CAITLYN N. WELLS<br>11300 N. CENTRAL EXPY., STE 301<br>DALLAS, TX 75243 | **Creditor**<br>CITY NATIONAL BANK<br>C/O FENNEMORE CRAIG<br>300 S FOURTH STREET STE 1400<br>LAS VEGAS, NV 89101 |
| **Creditor**<br>Cornelio Martin<br>716 N. 17th Street<br>LAS VEGAS, NV 89101 | **Creditor**<br>COUNTRYWIDE / BANK OF AMERICA<br>PO BOX 942019<br>SIMI VALLEY, CA 93094 |
| **Creditor**<br>DAVID PIERCE<br>9811 W CHARLESTON BLVD STE 2-279<br>LAS VEGAS, NV 89117 | **Creditor**<br>DAVID SNELL DAVIS<br>415 S. 6th Street, Suite 300<br>LAS VEGAS, NV 89101 |
| **Creditor**<br>IMAGE FINANCE, LLC<br>4751 WILSHIRE BOULEVARD STE 203<br>LOS ANGELES, CA 90010 | |

2
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | **Creditor**<br>LUCY INNUSO<br>7413 LATTIMORE DR<br>LAS VEGAS, NV 89110 | **Creditor**<br>KUNIN & CARMAN<br>3551 E BONANZA RD #110<br>LAS VEGAS, NV 89110 |
| 2 | | |
| 3 | | |
| 4 | **Creditor**<br>PALM GARDENS<br>C/O ASSOCIA NEVADA SOUTH<br>PO BOX 60998<br>PHOENIX, AZ 85082-0998 | **Creditor**<br>RANCHO ALTA MIRA<br>C/O TERRA WEST PROP MGMT<br>PO BOX 80900<br>LAS VEGAS, NV 89180-0900 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | **Creditor**<br>RANCHO LAS BRISAS HOA<br>9440 W SAHARA AVE, STE 237<br>LAS VEGAS, NV 89117 | **Creditor**<br>RIDGEMONT TOWNHOMES<br>ASSOCIATION<br>5601 RIDGETREE AVE<br>LAS VEGAS, NV 89107 |
| 9 | | |
| 10 | | |
| 11 | **Creditor**<br>SAGECREEK HOA<br>C/O CAMCO<br>PO BOX 12117<br>LAS VEGAS, NV 89112 | **Creditor**<br>SAN MARINO<br>C/O FIRST SERVICE RESIDENTIAL<br>PO BOX 54089<br>LOS ANGELES, CA 90054-0089 |
| 12 | | |
| 13 | | |
| 14 | **Creditor**<br>SILVERADO RANCH LMA<br>C/O FIRST SERVICE RESIDENTIAL<br>PO BOX 54089<br>LOS ANGELES, CA 90054-0890 | **Creditor**<br>WEST SAHARA COMMUNITY<br>C/O FIRST SERVICE RESIDENTIAL<br>PO BOX 54089<br>LOS ANGELES, CA 90054-0089 |
| 15 | | |
| 16 | | |
| 17 | | |

_xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2019 at Santa Ana, California

/*s / Enrique Alarcon*
Enrique Alarcon

3
CERTIFICATE OF SERVICE