EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
RAYMOND JEREZA (SBN 11823)
rjereza@aldridgepite.com
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorney for *Creditor* CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA - LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>SCHULTE PROPERTIES, LLC,<br><br>Debtor. | Case No. 18-12734-mkn<br><br>Chapter 11<br><br>**PROOF OF SERVICE** |

I, Meliza Hernandez, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On May 13, 2019, I served the **OBJECTION TO APPROVAL OF AMENDED DISCLOSURE STATEMENT AND CONFIRMATION OF AMENDED CHAPTER 11 PLAN** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

HON. MIKE K. NAKAGAWA
FOLEY FEDERAL BUILDING
300 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NV
(VIA U.S. MAIL)

- 1 -

SCHULTE PROPERTIES LLC
9811 W. CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117
(Via U.S. Mail)

MATTHEW L. JOHNSON
JOHNSON & GUBLER, P.C.
8831 WEST SAHARA AVENUE
LAS VEGAS, NV 89117

JOHNSON & GUBLER, P.C.
8831 W. SAHARA AVE
LAS VEGAS, NV 89117

KAREN L. KELLETT
11300 N. CENTRAL EXPY., STE 301
DALLAS, TX 75243

CAITLYN N. WELLS
11300 N. CENTRAL EXPY., STE 301
DALLAS, TX 75243
(Via U.S. Mail)

U.S. TRUSTEE - LV - 11
JASON BLUMBERG
EDWARD M. MCDONALD
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101
(Via U.S. Mail)

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 13, 2019, at San Diego, California.

/s/ *Meliza Hernandez*
MELIZA HERNANDEZ

- 2 -