Lindsey H. Morales, NV Bar No. 11519     Electronically filed on May 16, 2019
McCalla Raymer Leibert Pierce, LLP
1635 Village Center Circle, Suite 130
Las Vegas, NV 89134
Telephone: 702-425-7267
Fax: 702-444-3103
Lindsey.Morales@Mccalla.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re: | Case No. 18-12734-MKN |
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |

I, Kathy MacElwain, declare:

1. I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1635 Village Center Circle, Suite 130, Las Vegas, NV 89134.

2. On May 16, 2019 true and correct copies of the foregoing documents described:

   • **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER SUCCESSOR IN INTEREST TO SETERUS, INC.'S RENEWED MOTION FOR RECONSIDERATION OF ORDER GRANTING DEBTORS EX-PARTE MOTION FOR 2004 EXAMINATION AS TO 3322 CHELTENHAM STREET, LAS VEGAS, NEVADA 89129**

were served by the notice of electronic filing for parties and counsel who are filing users:

Arnold L. Graff
ecfnvb@aldridgepite.com
*Bayview Loan Servicing, LLC; CitiMortgage; Fifth Third Bank; Rushmore Management Services, LLC; The Bank of New York Mellon et al.; Wells Fargo Bank, N.A.*

Eddie R. Jimenez
ecfnvb@aldridgepite.com
*Bayview Loan Servicing, LLC; CitiMortgage; Fifth Third Bank; Fifth Third Mortgage Company; The Bank of New York Mellon et al.; Wilmington Savings et al.*

| | |
|---|---|
| 1 | Jason C. Kolbe |
| | Jck@tblaw.com |
| 2 | *Bayview Loan Servicing, LLC; CitiMortgage; Ditech Financial, LLC; JPMorgan Chase Bank; The Bank of New York Mellon et al.; Wells Fargo Bank, N.A.* |
| 3 | |
| 4 | Ace C. Van Patten |
| | avp@tblaw.com |
| 5 | *Bayview Loan Servicing, LLC; CitiMortgage; Ditech Financial, LLC; JPMorgan Chase Bank; The Bank of New York Mellon et al.; Wells Fargo Bank, N.A.* |
| 6 | |
| 7 | Amberlea Davis |
| | Amber@SheIsMyLawyer.com |
| 8 | *Law Offices of Amberlea Davis* |
| 9 | |
| 10 | Michael C. Chen |
| | bknotice@mccarthyholthus.com |
| | *Federal National Mortgage Association ("Fannie Mae") & Wilmington Savings et al.* |
| 11 | |
| 12 | Nathan F. Smith |
| | nathan@mclaw.org |
| 13 | *Fidelity Bank* |
| 14 | |
| | Ryan D. Stibor |
| 15 | rstibor@zbslaw.com |
| | *MTGLQ Investors, LP* |
| 16 | |
| 17 | William S. Habdas |
| | William.habdas@akerman.com |
| 18 | *Rushmore Management Services, LLC* |
| 19 | |
| | Natalie Winslow |
| 20 | Natalie.winslow@akerman |
| | *Rushmore Management Services, LLC; Wilmington Savings Fund Society et al.* |
| 21 | |
| 22 | Karen L. Kellett |
| | akbecf@gmail.com |
| 23 | *Schulte Properties, LLC* |
| 24 | Kristin A. Schuler-Hintz |
| | bknotice@mccarthyholthus.com |
| 25 | *U.S. Bank et al.* |
| 26 | |
| | Michelle Rene Ghidotti-Gonsalves |
| 27 | mghidotti@ghidottilaw.com |
| | *U.S. Bank et al.* |
| 28 | |

1 Jennifer Bergh
jbergh@ghidottilaw.com
2 *U.S. Bank et al.*
3
Can Guner
4 Cguner@rasflaw.com
*MTGLQ Investors, LP*
5
6 Matthew L. Johnson, Esq.
JOHNSON & GUBLER
7 annabelle@mjohnsonlaw.com
*Counsel for Schulte Properties LLC*
8
9 Jason Blumberg
Jason.blumberg@usdoj.gov
10 *United States Trustee*
11 Edward M. McDonald
Edward.m.mcdonald@usdoj.gov
12 *United States Trustee*
13
United States Trustee-Las Vegas-11
14 USTPRegion17.lv.ecf@usdoj.gov

15 and by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class,

16 postage prepaid, on the following interested parties:

17
Schulte Properties LLC
18 9811 W. Charleston Blvd., Ste. 2-351
Las Vegas, NV 89117
19

20

21
     I declare under penalty of perjury under the laws of the United States of America that the
22 foregoing is true and correct.

23 Dated: 5/16/2019                              By:    *Kathy MacElwain*
24                                                                             Kathy MacElwain

25

26

27

28