Karen L. Kellett (TX Bar No. 11199520)
*Admitted Pro Hac Vice 1/23/2019*
Caitlyn N. Wells (TX Bar No. 24070635)
*Admitted Pro Hac Vice 1/23/2019*
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001
kkellett@kblawtx.com

*Special Counsel for Schulte Properties LLC.*

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Schulte Properties LLC.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: <br><br> SCHULTE PROPERTIES LLC, <br><br><br><br><br><br> Debtor. | Case No. BK-18-12734-MKN <br> Chapter 11 <br><br> **STIPULATION TO CONTINUE HEARING** <br><br> PRIOR HEARING DATE: June 12, 2019 <br> PRIOR HEARING TIME: 9:30 a.m. <br><br> NEW HEARING DATE: May 29, 2019 <br> NEW HEARING TIME: 9:30 a.m. |

1

**STIPULATION TO CONTINUE HEARING ON MOTION FOR RECONSIDERATION OF ORDERS GRANTING DEBTOR'S EX PARTE MOTIONS FOR 2004 EXAMINATION OF CENTRAL LOAN ADMINISTRATION & REPORTING OR, IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER TO LIMIT SCOPE OF 2004 EXAMINATIONS**

COME NOW the Debtor, Schulte Properties LLC ("Debtor") and Creditors, Central Loan Administration & Reporting, ("Creditor"), by and through their undersigned counsel of record, and enter into that certain stipulation as follows:

WHEREAS Creditor's Motions for Reconsideration of Order Granting Debtor's Ex Parte Motion for 2004 Examination of Central Loan Administration & Reporting or, in the Alternative, Motion for Protective Order to Limit Scope of 2004 Examinations (the "Motion") (Docket Entry No. 450) is currently scheduled for hearing on June 12, 2019 at 9:30 a.m.; and the parties having discussed this matter and agreed to move said hearing date so that all motions for reconsideration regarding Debtor's motions for 2004 examination can be heard at the same time;

IT IS THEREFORE HEREBY STIPULATED that the hearing on the Motion is set for May 29, 2019 at 9:30 a.m. before the honorable Judge Mike K. Nakagawa in the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd. South, Courtroom 2, Las Vegas, Nevada 89101.

IT IS FURTHER STIPULATED that Debtor shall have until May 15, 2019 to file a Response to the Motion, if necessary, and any Reply by Creditor shall be due May 22, 2019.

Submitted by:

*/s/ Caitlyn N. Wells*
Karen L. Kellett, Esq.
Caitlyn N. Wells, Esq.
KELLETT & BARTHOLOW PLLC
11300 N. Central Expy, Suite 301
Dallas, TX 75243
Telephone (214) 696-9000
Facsimile (214) 696-9001

| | |
|---|---|
| 1 | kkellett@kblawtx.com |
| 2 | |
| | Matthew L. Johnson, Esq. |
| 3 | Russell G. Gubler, Esq. |
| | Ashveen S. Dhillon, Esq. |
| 4 | 8831 West Sahara Avenue |
| | Las Vegas, NV  89117 |
| 5 | Telephone (702) 388-1996 |
| | Facsimile (702) 471-0075 |
| 6 | mjohnson@mjohnsonlaw.com |
| 7 | |
| | *Attorneys for Schulte Properties LLC* |
| 8 | |
| 9 | */s/ Eddie Jimenez* |
| | Eddie Jimenez, Esq. |
| 10 | Raymond Jereza, Esq. |
| | Aldridge Pite, LLP |
| 11 | 520 South 4th St., Suite 360 |
| | Las Vegas, Nevada 89101 |
| 12 | Tel: (858) 750-7600 |
| | Fac: (619) 590-1385 |
| 13 | ejimenez@aldridgepite.com |
| 14 | |
| | *Attorneys for Creditor Central Loan Administration & Reporting* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |