E-filed: **May 20, 2019**

Amy F. Sorenson, Esq. (NV Bar No. 12495)
Blakeley E. Griffith, Esq. (NV Bar No. 12386)
Jennifer L McBee, Esq. (NV Bar No. 9110)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: asorenson@swlaw.com
       bgriffith@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Wells Fargo Bank, N.A.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. 18-12734-MKN |
|---|---|
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Wells Fargo Bank, N.A., by and through its undersigned counsel:

    Amy F. Sorenson, Esq.
    Blakeley E. Griffith, Esq.
    Jennifer L. McBee, Esq.
    SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, Nevada 89169

hereby formally appears and requests that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer L.L.P. at the address

///
///
///
///
///

4852-8992-8087

1  listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be
2  added to the master mailing matrix.

3  DATED this 20th day of May 2019.

SNELL & WILMER L.L.P.

/s/ Blakeley E. Griffith
Amy F. Sorenson (NV Bar No. 12495)
Blakeley E. Griffith (NV Bar No. 12386)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Wells Fargo Bank, N.A.*

4852-8992-8087

- 2 -