

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 06, 2019

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCHULTE PROPERTIES LLC<br><br>Debtor, | Case No. BK-S-18-12734-MKN<br>Chapter 11<br><br>**ORDER APPROVING DISCLOSURE STATEMENT FOR DEBTOR'S PLAN OF REORGANIZATION #2**<br><br>Hearing Date: May 29, 2019<br>Hearing Time: 9:30 a.m. |

      This matter having been heard for approval of the Debtor's Disclosure Statement for Debtor's Plan of Reorganization #2 (Doc 345)(the "Disclosure Statement"), due notice having been given to all parties entitled thereto, having heard the argument of counsel at the hearing on the Disclosure Statement, at which time all parties in interest were afforded an opportunity to be heard,

for the reasons stated orally and recorded in open court that shall constitute the decision of the Court pursuant to Rule 7052 of the Federal Rules of Civil Procedure, and good cause appearing;

IT IS HEREBY ORDERED that the Debtor's Disclosure Statement is approved and found to contain adequate information;

IT IS FURTHER ORDERED that a status hearing shall be set for December 4, 2019 at 9:30 a.m. to determine a hearing date regarding confirmation of the Debtor's Plan of Reorganization #2 (Doc 346), and related deadlines.

IT IS SO ORDERED.

Respectfully submitted by:

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
8831 West Sahara Avenue
Las Vegas, NV  89117
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

### #

Local Rule 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

  X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| William S. Habdas, Esq.<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>william.habdas@akerman.com | Lindsey Morales, Esq.<br>McCalla Raymer Leibert Pierce, LLC<br>1635 Village Center Circle, Suite 130<br>Las Vegas, NV 89134<br>lindsey.morales@mccalla.com |
|  X  Approve ____ Disapprove ____ No Response | ____ Approve ____ Disapprove X  No Response<br>*(Emailed 5/30/19 and 6/4/19)* |
| Raymond Jereza, Esq.<br>Aldridge Pite, LLP<br>520 South 4th St., Suite 360<br>Las Vegas, NV 89101<br>rjereza@aldridgepite.com | Ramir M. Hernandez, Esq.<br>Write, Finlay & Zak LLP<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>rhernandez@wrightlegal.net |
|  X  Approve ____ Disapprove ____ No Response |  X  Approve ____ Disapprove ____ No Response |
| Ace C. Van Patten, Esq.<br>Tiffany & Bosco, P.A.<br>10100 W. Charleston Blvd, Suite 220<br>Las Vegas, NV 89135<br>avp@tblaw.com | |
| ____ Approve ____ Disapprove X  No Response<br>*(Emailed 5/30/19 and 6/4/19)* | |

Respectfully submitted:

*/s/Matthew L. Johnson*
Matthew L. Johnson, Esq.