**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**
**LAS VEGAS DIVISION**

IN RE:                                                                                   CASE NO.: 18-12734-mkn
                                                                                                                        CHAPTER 11

**SCHULTE PROPERTIES LLC,**

  Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                             RAS Crane, LLC
                                             Authorized Agent for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425
                                             By: /s/Paul Crockett
                                             Paul Crockett
                                             Email: pcrockett@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MATTHEW L. JOHNSON
JOHNSON & GUBLER, P.C.
8831 WEST SAHARA AVENUE
LAS VEGAS, NV 89117

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

SCHULTE PROPERTIES LLC
9811 W. CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117

                                    RAS Crane, LLC
                                    Authorized Agent for Secured Creditor
                                    10700 Abbott's Bridge Road, Suite 170
                                    Duluth, GA 30097
                                    Telephone: 470-321-7112
                                    Facsimile: 404-393-1425
                                    By: /s/Paul Crockett
                                    Paul Crockett
                                    Email: pcrockett@rascrane.com