NVB IA-11-2BK (Rev. 2/17)

Name, Address, Telephone No., Bar Number & E-mail address
Claude D. Smith (TX Bar No. 24028778) claude@kblawtx.com
Kellett & Bartholow, PLLC
11300 N. Central Expy, Ste. 301, Dallas, Texas 75243
214-696-9000

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re:  )  BK-18-12734

SCHULTE PROPERTIES, LLC  )

)  CHAPTER 11

)  VERIFIED PETITION FOR
)  PERMISSION TO PRACTICE IN THIS
)  CASE ONLY BY ATTORNEY NOT
)  ADMITTED TO THE BAR OF THIS
)  COURT

Debtor.  )

)  **EFFECTIVE JANUARY 1, 2015**
)  **FILING FEE IS $250.00**

_Claude D. Smith_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in _Austin_____, _Texas_____.

2. That Petitioner is an attorney at law and a member of the law firm of
_Kellett & Bartholow, PLLC_____, with offices at _____
_11300 N. Central Expy, Suite 301_____
_Dallas_____, _TX 75243_____, _214-696-9000_____

3. That Petitioner has been retained personally or as a member of the law firm by

1  Schulte Properties, LLC _____ to provide legal representation in connection
2  with the above-entitled case now pending before this Court.

3  4. That since December 2000 _____, Petitioner has been and presently is a member in good
4  standing of the bar of the highest Court of the State of Texas _____ where Petitioner
5  regularly practices law.

6  5. That Petitioner was admitted to practice before the following United States District Courts,
7  United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
8  States on the dates indicated for each, and that Petitioner is presently a member in good standing of
   said Courts.                                          Date Admitted
9  Northern District of Texas                            1.22.2001
10 Southern District of Texas                            4.24.2014
   Eastern District of Texas                             12.2.2003
11 Western District of Texas                             9.12.2018
12

13
14 6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any
   suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
15 administrative body, or any resignation or termination order to avoid disciplinary or disbarment
16 proceedings, except as described in detail below:
   Applicant was subject to two related grievances with Texas State Bar filed in 2004 under
17 Case Nos. D0040423568 and D0010410426. Both cases were dismissed on summary disposition
18 without hearing.

19
20
21                                                          .

22 7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars
   of any denied admission):
23
24
25
26       .

2

8. That Petitioner is a member of good standing in the following Bar Associations: Austin Bar Association
_____
_____
_____
_____.

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: June 25, 2019

_____
Petitioner's Signature

1  STATE OF <u>TEXAS</u>        )
                               )
2  COUNTY OF <u>DALLAS</u>      )
3
4  <u>Claude D. Smith</u>      , Petitioner, being first duly sworn, deposes and says:
   That the foregoing statements are true.
5
6
7  (SEAL)  [Notary Seal: CAITLYN NICOLE WELLS, Notary Public, State of Texas, Comm. Expires 02-22-2023, Notary ID 128304636]    _____
8                                                                                                                               Petitioner's Signature
9  Subscribed and sworn to me before this
10
11  __25TH_____ day of __JUNE_____, __2019_____.
12  __Caitlyn M. Wells_____Notary public
13
14
15
...
26

4

CAITLYN NICOLE WELLS
Notary Public, State of Texas
Comm. Expires 02-22-2023
Notary ID 132304538

Case 18-12734-mkn    Doc 534    Entered 06/25/19 13:48:18    Page 5 of 5