NVB 4001 (Rev. 12/15)

# * * § 362 INFORMATION SHEET * *

SCHULTE PROPERTIES, LLC          18-12734-mkn          GB-1
**DEBTOR**                        BK-                  MOTION #:
US Bank Trust N.A., as Trustee of the Lodge Series III Trust
                                  CHAPTER: 11
**MOVANT**

***Certification of Attempt to Resolve the Matter Without Court Action:***

Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: 04/10/2020          Signature: Allison Schmidt, Esq.
                                    *Attorney for Movant*

PROPERTY INVOLVED IN THIS MOTION: 4521 West La Madre, Las Vegas, NV 89117
NOTICE SERVED ON: Debtor(s) ✔ ; Debtor's counsel ✔ ; Trustee ✔ ;
DATE OF SERVICE: 04/10/2020

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st $102,810.69 as of April 25, 2020. | 1st |
| 2nd | 2nd |
| 3rd | 3rd |
| 4th | 4th |
| Other: | Other: |
| Total Encumbrances: $102810.69 | Total Encumbrances: |
| APPRAISAL of OPINION as to VALUE: $245,437.00 based on debtor's schedule A. | APPRAISAL of OPINION as to VALUE: |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):: | DEBTOR'S OFFER of "ADEQUATE PROTECTION" for MOVANT : |
|---|---|
| Amount of Note: $70,784.10 as of April 25, 20 | . |
| Interest Rate: 5.25 | . |
| Duration: 30 years | . |
| Payment per Month: $410.31 | . |
| Date of Default: 11/01/2019 post-petition | . |
| Amount in Arrears: $6,913.99 post-petition | . |
| Date of Notice of Default: | . |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: Allison Schmidt, Esq.   /S/ Allison Schmidt, Esq. | SUBMITTED BY: SIGNATURE: |