Allison Schmidt, Esq.
Nevada State Bar # 10743
GHIDOTTI BERGER, LLP
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email:aschmidt@ghidottiberger.com

Attorney for Secured Creditor
US Bank Trust N.A., as Trustee
Of the Lodge Series III Trust,
Its successors and assigns

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| In Re: | CASE NO.:  18-12734-MKN |
| SCHULTE PROPERTIES, LLC, | CHAPTER 11 |
| Debtor. | CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On April 10, 2020 I served the following documents described as:

- **§362 INFORMATION SHEET**
- **NOTICE O F HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
- **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
- **DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| | |
|---|---|
| **Debtors:**<br>Melani Schulte<br>William R. Schulte<br>9811 W. Charleston Blvd. #2-351<br>Las Vegas, NV 89117<br><br>Debtors Counsel:<br>Daniel L. McGookey<br>225 Meigs Street<br>Sandusky, OH 44870<br><br>Debtors Counsel:<br>David A Riggi<br>5550 Painted Mirgage Road #320<br>Las Vegas, NV 89149<br><br>Debtors Counsel:<br>Steven L. Yarmy<br>7464 W. Sahara Avenue<br>Las Vegas,NV 89117<br><br>Joint Admin Debtor:<br>5218 Misty Morning, LLC<br>7201 W. Lake Mead Blvd<br>Las Vegas, NV 89128<br><br>Joint Admin Debtor:<br>Hot Endeavor LLC<br>7201 W. Lake Mead Blvd<br>Las Vegas, NV 89128 | **U.S. Trustee**<br>United States Trustee-LV-11, 11<br>300 Las Vegas Boulevard, SO. Suite 4300<br>Las Vegas, NV 89101<br><br>Federal National Mortgage Association<br>c/o McCarthey & Holthus, LLP<br>9510 West Sahara Avenue, Suite 200<br>Las Vegasm NV 89117-8804<br><br>Cenlar FSB<br>Aldrige Pite, LLP<br>4375 Jutland, Dr Ste 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921<br><br>Ditech Financial LLC<br>c/o Jason C Kolbe<br>10100 W. Charleston Blvd., Ste 220<br>Las Vegas, NV 89135-5001<br><br>Fidelity Bank<br>100 E. English<br>Wichita, KS 67202-3759<br><br>Fifth Third Bank<br>c/o Arnold L. Graff<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |

| | | |
|---|---|---|
| 1 | Joint Admin Debtor: | Matthew L. Johnson |
| 2 | 2704 Sattley LLC | Johnson & Gubler, P.C. |
|   | 7201 W. Lake Mead Blvd | 8831 W. Sahara Ave |
| 3 | Las Vegas, NV 89128 | Las Vegas, NV 89117-5865 |
| 4 | Joint Admin Debtor: | Kellet & Bartholow, PLLC |
| 5 | 1341 Minuet LLC | 11300 North Central Expressway, Ste 301 |
|   | 7201 W. Lake Mead Blvd | Dallas, TX 75243-6738 |
| 6 | Las Vegas, NV 89128 | |
|   | | MTGLQ Investors, L.P. |
| 7 | Joint Admin Debtor: | Ras Crane, LLC |
| 8 | 1708 Plato Pico LLC | 10700 Abbots Bridge Rd, Ste 170 |
|   | 7201 W. Lake Mead Blvd | Duluth, GA 30097-8461 |
| 9 | Las Vegas, NV 89128 | |
|   | | MTGLQ Investors, L.P. |
| 10 | Joint Admin Debtor: | Wright Finlay & Zak, LLP/N. Glowin |
| 11 | 2228 Warm Walnut LLC | 7785 W Sahara Ave., Ste 200 |
|   | 7201 W. Lake Mead Blvd | Las Vegas, NV 89117-2789 |
| 12 | Las Vegas, NV 89128 | |
|   | | MTGLQ Investor, LP |
| 13 | Joint Admin Debtor: | Robertson, Anschutz & Schneid, P.L |
| 14 | 9425 Valley Hills LLC | 6409 Congress Ave, Ste #100 |
|   | 7201 W. Lake Mead Blvd | Boca Raton, FL 33487-2853 |
| 15 | Las Vegas, NV 89128 | |
|   | | Nationstar Mortgage, LLC |
| 16 | Joint Admin Debtor: | Ras Crane, LLC |
| 17 | 9500 Aspen Glow LLC | 10700 Abbott's Bridge Rd, STe 170 |
|   | 7201 W. Lake Mead Blvd | Duluth, GA 30097-8461 |
| 18 | Las Vegas, NV 89128 | |
|   | | Nationstar Mortgage, LLC, DBA as Mr. |
| 19 | Joint Admin Debtor: | Cooper |
| 20 | Cherish LLC | McCalla Raymer Leibert Pierce, LLP |
|   | 7201 W. Lake Mead Blvd | 1635 Village CTR Cr. Ste 130 |
| 21 | Las Vegas, NV 89128 | Las Vegas, NV 83134-6375 |
| 22 | | |
|   | Joint Admin Debtor: | Schulte Properties, LLC |
| 23 | Sabreco Inc. | 9811 W. Charleston Blvd St 2-351 |
|   | 7201 W. Lake Mead Blvd | Las Vegas, NV 89117-7528 |
| 24 | Las Vegas, NV 89128 | |
| 25 | | Selene Finance, LP |
|   | Joint Admin Debtor: | Wright Finlay & Zak, LLP |
| 26 | Keep Safe LLC | 7785 W Sahara Ave, Ste 200 |
|   | 7201 W. Lake Mead Blvd | Las Vegas, NV 89117-2789 |
| 27 | Las Vegas, NV 89128 | |
| 28 | | Seterus, Inc., as the Authorized Subservicer |
|   | | Wright Finlay & Zak, LLP |
|   | | c/o Nichole L. Glowin |
|   | | 4665 MacArthure Court, Suite 200 |

| | | |
|---|---|---|
| 1 | Shellpoint Mortgage Servicing<br>c/o Shadd A. Wade<br>ZBS LAW, LLP<br>9435 West Russell Road, Suite 120<br>Las Vegas, NV 89148-5608 | Newport Beach, CA 92660-1811<br>Alessi & koenic, LLC<br>Acct No 25584-10317<br>9500 W Flamingo Rd., Ste 100<br>Las Vegas, NV 89147-5720 |
| 5 | Specialized Loan Servicing, LLC<br>8742 Lucent Blvd, Suite 300<br>Highland Ranch, CO 80129-2386 | Amberlea Davis, Esq<br>415 S 6th Street Ste 300<br>Las Vegas, NV 89101-6937 |
| 7<br>8<br>9<br>10 | The Bank of New York Mellon fka The Bank of New York<br>c/o Aldridge Pite, LLP<br>4375 Jutland Dr, Sute 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | America's Servicing Company<br>PO Box 981<br>Federick, MD 21705-0981<br><br>American West Village<br>c/o First Service Residential<br>P.O. Box 54089<br>Los Angeles, CA 90054-0089 |
| 11<br>12<br>13<br>14 | The Bank of New York Mellon fka The Bank of New York<br>c/o Jason C. Kolbe<br>10100 W. Charleston Blvd., STe 220<br>Las Vegas, NV 89135-5001 | Adam's Pool Solutions<br>4451 N. Walnut Road<br>North Las Vegas, NV 89081-2725 |
| 15<br>16<br>17 | The Bank of New York Mellon fka The Bank of New York<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Andrew Schanda & Taylor Sinnott<br>9521 Sierra Summit Avenue<br>Las Vegas, NV 89134-0113<br><br>Anthony Hunt & Akiila Zamba-Martin<br>2525 Vi Di Autostrada<br>Henderson, NV 89074-6380 |
| 18<br>19<br>20 | U.S. Bank National Association<br>c/o McCarthy & Holthus, LLP<br>9510 West Sahara Avenue, Suite 200<br>Las Vegas, NV 8917-8804 | Bank Of America<br>PO Box 21848<br>Greensboro, NC 27420-1848 |
| 21<br>22<br>23 | Wells Fargo Bank, N.A.<br>c/o Jason C. Kolbe<br>10100 W. Charleston Blvd., Ste 220<br>Las Vegas, NV 89135-5001 | Bank of America<br>PO Box 26237<br>Las Vegas, NV 89126-0237 |
| 24<br>25<br>26 | Wilmington Savings Fund Society, FSB<br>c/o McCarthy & Holthus, LLP<br>9510 West Sahara Avenue, Suite 200<br>Las Vegas, NV 8917-8804 | Bank of New York<br>225 Liberty St<br>New York, NY 10281-1048 |
| 27<br>28 | United States Bankruptcy Court<br>300 Las Vegas Blvd. South<br>Las Vegas, NV 89101-5833 | Bank of New York as Trustee for CWALT 2004-2<br>c/o Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 |

4
CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Bank of New York Melllon | |
| 2 | Acct No Schulte | Copper Ridge |
| | 2200 Pase Verde Pkwy Ste 200 | c/o Colonial Property Management |
| 3 | Henderson, NV 89052-2703 | PO Box 63275 |
| 4 | | Phoenix, AZ 85082-3275 |
| | Bayview Loan Servicing | |
| 5 | 4425 Ponce De Leon Blvd | Countrywide |
| | Miami, FL 33146-1873 | PO Box 5170 |
| 6 | | Simi Valley, CA 93062-5170 |
| 7 | Bayview Loan Servicing, LLC | |
| | c/o Arnold L. Graff | Countrywide/Bank of America |
| 8 | 4375 Jutland Drive, Suite 200 | PO Box 942019 |
| | PO Box 17933 | Simi Valley, CA 93094-2019 |
| 9 | San Diego, CA 92177-7921 | |
| 10 | | Countrywide Home Loans/BAC |
| | Bluffs Community Association HOA | PO Box 10219 |
| 11 | c/o Colonial Property Management | Van Nuys, CA 91410-0219 |
| | PO Box 63275 | |
| 12 | Phoenix, AZ 85082-3275 | Countrywide Home Loans, Inc |
| 13 | | c/o Selene Finance |
| | Bluffs Village 2 Community Association | 99990 Richmond Ave, Suite 400 South |
| 14 | c/o First Service Residential | Houston, TX 77042-4546 |
| | PO Box 54089 | |
| 15 | Los Angeles, CA 90054-0089 | Creekside HOA |
| 16 | | c/o First Service Residential |
| | BSI | PO Box 54089 |
| 17 | Account No. xxxxx8391 | Los Angeles, CA 90054-0089 |
| | PO Box 517 | |
| 18 | 314 S Franklin St | Chase Records Center |
| | Titusville, PA 16354-2168 | Att: Corerespondence Mail |
| 19 | | Mail Code LA4-5555 |
| 20 | Billy Obedoza & Kami Conselva | 700 Kansas Lane |
| | 5218 Misty Morning Drive | Monroe, LA 71203-4774 |
| 21 | Las Vegas, NV 89118-0600 | |
| 22 | | Christ & Mary Wirta |
| | Caliber Home Loans | 2460 Avenida Cortes |
| 23 | 13801 Wireless Way | Henderson, NV 89074-6349 |
| | Oklahoma City, OK 73134-2500 | |
| 24 | | CitiMortgage, Inc. |
| 25 | Canyon Fairways HOA | PO Box 6030 |
| | PO Box 93177 | Sioux Falls, SD 57117-6030 |
| 26 | Las Vegas, NV 89193-3177 | |
| | | Clint Fisher |
| 27 | Chase | 956 Ostrich Fern Court |
| 28 | Acct No xxxxx7609 | Las Vegas, NV 89183-4050 |
| | 3415 Vision Drive | |
| | Columbus, OH 43219-6009 | Cornelio Martin |
| | | 716 N. 17th Street |

| | |
|---|---|
| Chase Home Finance/WAMU<br>7255 Baymeadows Way<br>Jacksonville, FL 32256-6851 | Las Vegas, NV 89101-2750<br>David Pierce<br>509 Canyon Greens Drive<br>Las Vegas, NV 89144-0830 |
| Citi Mortgage<br>Acct No xxxxx8517<br>PO Box 6728<br>Sioux Falls, SD 57117-6728 | David Pierce<br>9411 W. Charleston Blvd STe 2-279<br>Las Vegas, NV 89117-7528 |
| CitiMortgage, Inc<br>c/o Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | David Snell Davis<br>415 S 6th Street, Suite 300<br>Las Vegas, NV 89101-6937 |
| CitiMortgage, Inc<br>c/o Rushmore Loan Management Service<br>PO Bod 55004<br>Irvine, CA 92619-5004 | Ditech Financial LLC<br>PO Box 6176<br>Rapid City, SD 57709-6176 |
| City National Bank<br>555 South Flower Street<br>Los Angeles, Ca 90071-2326 | Dagger Properties 1-6, LLC<br>c/o Gary Horns<br>4382 Carta Luna Street<br>Las Vegas, NV 89135-2430 |
| City Natiional Bank<br>c/o Fennemore Craig<br>300 S Fourth Street Ste 1400<br>Las Vegas, NV 89101-6021 | Darlene SEltmann & Logan Kiplinger<br>2614 Sweet Leilani Avenue<br>North Las Vegas, NV 893031-0693 |
| City National Bank<br>PO Box 60938<br>Los Angeles, CA 90060-0938 | Davila Tree Service & Landscaping<br>1416 Tequesta Road<br>Las Vegas, NV 89108-1400 |
| City National Bank<br>PO Box 6828<br>Sioux Falls, SD 57117-6728 | Donald And Bonnie Lee<br>5709 Ridgetree Avenue<br>Las Vegas, NV 89107-1529 |
| Clark County Assessor<br>c/o Bankrutpcy Clerk<br>500 S Grand Central Pkwy<br>Box 551401<br>Las Vegas, NV 89155-1401 | El Dorado First<br>c/o Terra West Property Management<br>PO Box 8090010<br>Las Vegas, NV 89180-0900 |
| Clark County Treasurer<br>c/o Bankrutpcy Clerk<br>500 S Grand Central Pkwy<br>Box 551220<br>Las Vegas, NV 89155-1401 | Equity Title Of Nevada<br>10777 W Twain Avenue #110<br>Las Vegas, NV 89135-3037<br><br>Fannie Mae<br>3900 Wisconsin Ave NW<br>Washington, DC 20016-2806 |

| | | |
|---|---|---|
| 1 | Federal Nation Mortgage Association c/o Seterus PO Box 1047 Hartford, CT 06143-1047 | Federal Nation Mortgage Association c/o Selene Finance 9990 Richmond Ave, Suite 400 South Houston, TX 77042-4546 |
| 4 | Federal Nation Mortgage Association c/o BSI Financial Services PO Box 517 314 S Franklin St Titusville, PA 16354-0517 | Ivy Flores & Jason Scott 1701 Emprie Mine Drive Henderson, NV 89014-4081 |
| 7 | Fidelity Bank 100 E English PO Box 1007 Wichita, KS 67201-1007 | Jeffrey Sylvestor, Esq 1731 Village Center Circle Las Vegas, NV 89134-0516 |
| 10 | Fifth Third Bank MD 1 MOCFP 5050 Kinglsey Dr Cincinnati, OH 45227-1115 | Jesse Sbai and Deborah Drake 170 S Green Valleyt Pkwy # 280 Henderson NV 89012-3145 |
| 13 | Freddie Mac 8250 Jones Branch Dr MC Lean, VA 22102-3112 | James Craig 9020 Feather River Court Las Vegas, NV 89117-2367 |
| 16 | Government National Mortgage, 451 Seventh Street, Room B-133 Washington, DC 20410-0001 | Janice Williams 922 Saddle Horn Drive Henderson, NV 89002-9536 |
| 19 | Greent Tree Servicing, LLC PO Box 6176 Rapid City, SD 57009-6176 | Jason Cowie 1392 Echo Falls Avenue Las Vegas, NV 89183-6377 |
| 21 | Green Valley Ranch HOA c/o Terra West Property MGMT Po Box 94617 Las Vegas, NV 89193-4617 | Javier Linares & Doris Cajas 8216 Peaceful Canyon Drive Las Vegas, NV 89128-7926 |
| 24 | Image Finance, LLC 4751 Wilshire Boulevard Ste 203 Los Angeles, CA 90010-3860 | Jesse Gaytan & Dulce Soliz 6091 Pumpkin Patch Avenue Las Vegas, NV 89142-0791 |
| 26 | Internal Revenue Service Attn: Centralized Insolvency Opertation Po Box 7346 Philadelphia, PA 19101-7346 | John Letus 5524 Rock Creek Lane Las Vegas, NV 89130-1956 |
| | | Jonathan Hayes 5609 Sand Ardo Place Las Vegas, NV 89130-5187 |
| | | Kunin & Carman 3551 E Bonanza Rd #110 |

7
CERTIFICATE OF SERVICE

| | |
|---|---|
| Internal Revenue Services<br>Attn: Bankrutpcy Unit<br>110 N City Pkwy Ste 100<br>Las Vegas, NV 89106-6085 | Las Vegas, NV 89110-2198<br>Karen Taylor & Aja Campbell<br>3729 Discovery Creek<br>North Las Vegas, NV 89031-3603 |
| Kelly Frey<br>2861 Marathon Drive<br>Henderson, NV 89074-2497 | Nationstar Mortgage, LLC dba Mr. Cooper<br>c/o Tiffany & Bosco, P.A.<br>c/o Ace C. Van Patten Esq<br>10100 W. Charleston Boulevard, Suite 220<br>Las Vegas, NV 89135-5001 |
| Kyle & Corinna Case<br>4710 Brentley Place<br>Las Vegas, NV 89122-7588 | Nevada First Bank dba Bank of Nevada dba<br>Western Alliance c/o Image Finance LLC |
| Litton Loan Servicing<br>4828 Loop Central Drive<br>Houston, TX 77081-2166 | 4751 Wilshire Blvd, Suite 203<br>Los Angeles, CA 90010-3860 |
| Lucy Innuso<br>7413 Lattimore Dr<br>Las Vegas, NV 89128-3214 | Nettie Johnson & Juris Ore<br>2290 Surrey Meadows Avenue<br>Henderson, NV 89052-2335 |
| Laimonas Gubista & Siga Urdakyte<br>276 Manzanita Ranch Lane<br>Henderson, NV 89012-2186 | Nevada Title Company<br>2500 N Buffalo Drve, Suite 150<br>Las Vegas, NV 89128-7854 |
| Leola Brinker<br>9811 W. Charleston Blvd. Suite 2-351<br>Las Vegas, NV 89117-7258 | New Penn Financial dba Shellpoint Mortgage<br>PO Box 10826<br>Greenville, SC 29603-0826 |
| Linda Reina<br>7873 Bridgefield Lane<br>Las Vegas NV 89147-5099 | Nichole L.Glowin Esq<br>7785 W Sahara Ave, Suite 200<br>Las Vegas, NV 89117-2789 |
| Monica Montero & Brenda Torres Lopez<br>9500 Aspen Glow Drive<br>Las Vegas, NV 89134-0134 | Ocwen<br>PO Box 1330<br>Waterloo, IA 50704-1330 |
| Palm Gardens<br>c/o Association Nevada South<br>PO Box 60998<br>Phoenix, AZ 85082-0998 | Office of the U.S Trustee<br>Dept of Justice<br>300 Las Vegas, NV 89101-5803 |
| Pebble Creek<br>c/o Colonial Property Management<br>PO Box 63275 | Quality Loan Servicing Corporation<br>411 Ivy Street<br>San Diego, CA 92101-2108 |
| | Rancho Alta Mira<br>c/o Terra West Prop Mgmt<br>PO Box 80900<br>Las Vegas, NV 89180-0900 |

CERTIFICATE OF SERVICE

| | |
|---|---|
| Rancho Las Brias HOA<br>9440 W Sahara Ave, Ste 237 | San Marino<br>c/o First Service Residential<br>PO Box 54089<br>Los Angeles, CA 90054-0089 |
| Ridgemont Townhomes Association<br>5601 Ridgetree Ave<br>Las Vegas, NV 89107-1599 | Seterus<br>Po Box 1077<br>Hartford, CT 06143-1077 |
| Ridgemount Association<br>c/o First Service Residential<br>8290 Arville St<br>Las Vegas, NV 89139-7114 | Silverado Ranch II, LMC<br>PO Box 93625<br>Las Vegas, NV 89193-3625 |
| Rushmore Loan Management Services<br>PO Box 52262<br>Irvine, CA 92619-2262 | Silverando Rancho LMA<br>c/o First Service Residential<br>PO Box 540089<br>Los Angeles, CA 90054-0089 |
| Rushmore Loan Management Services<br>c/o Lilith V Xara<br>Akerman LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134-6375 | Snell & Wilmer LLP<br>3883 Howard Hughes Pkwy, Ste 1100<br>Las Vegas, NV 89169-0965 |
| Robert & Rosanna Lopez<br>1528 Splinter Rock Way<br>North Las Vegas, NV 89031-1617 | State of Nevada- HR<br>100 N Stewartd St Ste 110<br>Carson City, NV 89701-4211 |
| Robin & Tyrel James<br>3383 Cloverdale Court<br>Las Vegas, NV 89117-3951 | State of NV Dept of Motor Vehicles<br>Bankruptcy Section<br>555 Wright Way<br>Carson City, NV 89701-5229 |
| Rodney & Gina Brown<br>1194 Stormy Valley Road<br>Las Vegas, NV 89123-3171 | State of NV Employment Security<br>2800 E Saint Louis Ave<br>Las Vegas, NV 89104-4267 |
| Rodney Ashton<br>2144 Hillsgate Street<br>Las Vegas, NV 89134-0368 | Successor in interest to Countrywide Home Loan INc. c/o Real Time Resolution Inc<br>PO Box 36655<br>Dallas, TX 75235-1655 |
| Roni & Miri David<br>10317 Neopolitan Place<br>Las Vegas, NV 89144-1215 | Summerlin North Community Assoc<br>PO Box 54138<br>Los Angeles, CA 90054-0138 |
| Sagecreek HOA<br>c/o CAMCO<br>PO Box 12117<br>Las Vegas, NV 89112-0117 | Sanctuary Condos LLC<br>c/o Gary R Horns<br>3233 W. Charleston Blvd. #101 |

| | |
|---|---|
| Shauna Brogan<br>1624 Desert Canyon<br>Las Vegas, NV 89128-7900<br><br>Specialized Loan Servicing, LLC<br>8742 Lucent Blvd, Suite 300<br>Highland Ranch, Colorado 80129-2386<br><br>Steven McCoy<br>8562 Lambert Drive<br>Las Vegas, NV 89147-5269<br><br>US Bank NA<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305<br><br>Varry Heramis, Amalia Kutlu & S. Kutlu<br>1013 Golden Hawk Way<br>Las Vegas, NV 89108-1841<br><br>Wells Fargo<br>PO Box 1323<br>Portland, OR 97207<br><br>Wells Fargo, NA.<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700<br><br>Wells Fargo Bank, NA<br>c/o Amy F. Sorenson<br>Snell & Wilmer LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169-0965<br><br>Wells Fargo Bank, NA<br>c/o Arnold L. Graff<br>4375 Jutland Dr., Ste 200<br>PO Box 17933<br>San Diego, CA 92177-7921<br><br>Wells Fargo Bank, NA<br>c/o Jennifer L. McBee<br>Snell & Wilmer LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169-0965 | Las Vegas, NV 89102-1923<br>West Sahara Community<br>c/o First Service Residential<br>PO Box 54089<br>Los Angeles, CA 90054-0089<br><br>William Hallman<br>3322 Cheltenham Street<br>Las Vegas, NV 89129-7227<br><br>Z' REA Limited Partnership<br>7201 W Lake Mead Blvd #550<br>Las Vegas, NV 89128-8364<br><br>Amberlea Davis<br>Law Offices of Amberlea Davis<br>415 S 6th Street, Ste 300<br>Las Vegas, NV 89101-6937 |

CERTIFICATE OF SERVICE

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2020 at Santa Ana, California

/s / Ana Palacios
Ana Palacios

CERTIFICATE OF SERVICE