Allison R. Schmidt, Esq.
Nevada Bar No.: 10743
GHIDOTTI | BERGER
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: aschmidt@ghidottiberger.com

Attorney for Secured Creditor
US Bank Trust N.A., as Trustee
Of the Lodge Series III Trust,
Its successors and assigns

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS

In re:                                    )     **CASE NO.: 18-12734-mkn**
                                          )     **Chapter 13**
SCHULTE PROPERTIES, LLC,                  )
                                          )     DECLARATION IN SUPPORT OF REPLY IN
                                          )     SUPPORT OF MOTION FOR RELIEF FROM
        Debtor.                           )     STAY (11 U.S.C. *Section* 362 Bankruptcy Rule
                                          )     4001)
                                          )
                                          )
                                          )
                                          )
                                          )

I, Allison R. Schmidt, declare and state as follows:

1.  I am an attorney licensed to practice before all state and federal courts in the State of

    Nevada. The facts set for the below are known to me personally, or based on my review

Declaration in Support of Reply in support of Motion
for Relief
Page 1

my notes related to this file and I have first-hand knowledge of them.  If called as a witness, I could and would testify competently under oath to such facts.

2. I am the attorney for Creditor U. S. Bank Trust, National Associatoin as Trustee for the Lodge Series III Trust

3. I am In accordance with LR 4001(a)(2), on April 7, 2020, I e-mailed debtor's counsel regarding Creditor's intention to file a motion for relief from stay.

4. The same day, I received a response from Debtor's counsel indicating that he believed his client to be current, and was attempting to call me but meeting with difficulties due to my firm's phone system.

5. I called debtor's counsel back and discussed the matter at length on the phone.  I indicated that the confirmed 2011 plan called for taxes and insurance to be escrowed and that debtor was not paying her escrow.  Debtor's counsel indicated that he would have Ms. Schlte pull her records with respect to the subject property, but that he was onut of the office on a trip and would not be able send them until he returned.

6. In the interim, Creditor filed its motion for relief from stay.

7. Following the filing of the motion, Debtor;s counsel sent copies of checks purporting to be payments for taxes and insurance.  I reviewed these documents with my client, and determined that Creditor had been payinf the property taxes and had been paying insurance premiums on the property, and that Ms. Schulte had not provided any declaration pages for an independent policy.  Thus, after a careful review, it appeared that the facts as set forth in the Motion for relief were accurate.

. . .

Declaration in Support of Reply in support of Motion for Relief
Page 2

1   . . .

2   . . .

3         I declare, under penalty of perjury under the laws of the State of Nevada and the United

4   States the foregoing is true and correct.

5         DATED this 8th day of May, 2020

6

7

8                                         *s/ Allison R. Schmidt*

9                                         _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Declaration in Support of Reply in support of Motion
     for Relief
28   Page 3