Allison Schmidt, Esq.
Nevada State Bar # 10743
GHIDOTTI BERGER, LLP
8716 Spanish Ridge Ave., #115
Las Vegas, NV 89148
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: aschmidt@ghidottiberger.com

Attorney for Secured Creditor
US Bank Trust N.A., as Trustee
Of the Lodge Series III Trust,
Its successors and assigns

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS

| | |
|---|---|
| In Re: | CASE NO.: 18-12734-MKN |
| SCHULTE PROPERTIES, LLC, | CHAPTER 11 |
| Debtor. | CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1
CERTIFICATE OF SERVICE

|   |   |
|---|---|
| 1 | be deposited with the United States Postal Service the same day of deposit in the ordinary |
| 2 | course of business. |
| 3 | |
| 4 | On May 11, 2020 I served the following documents described as: |
| 5 | • **REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY** (11 U.S.C. *Section* 362Bankruptcy Rule 4001) |
| 6 | • **SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| 7 | • **DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STAY** (11 U.S.C. *Section* 362Bankruptcy Rule 4001) |
| 8 | |
| 9 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 10 | envelope addressed as follows: |
| 11 | (Via United States Mail) |

| **Debtors:** | **U.S. Trustee** |
|---|---|
| Melani Schulte | United States Trustee-LV-11, 11 |
| William R. Schulte | 300 Las Vegas Boulevard, SO. Suite 4300 |
| 9811 W. Charleston Blvd. #2-351 | Las Vegas, NV 89101 |
| Las Vegas, NV 89117 | |
| | Schulte Properties, LLC |
| Debtors Counsel: | 9811 W. Charleston Blvd St 2-351 |
| Matthew L. Johnson | Las Vegas, NV 89117-7528 |
| Johnson & Gubler, P.C | |
| 8831 West Sahara Avenue | Amberlea Davis, Esq |
| Las Vegas, NV 89117 | 415 S 6th Street Ste 300 |
| | Las Vegas, NV 89101-6937 |
| City National Bank | |
| c/o Fennemore Craig | Adam's Pool Solutions |
| 300 S Fourth Street Ste 1400 | 4451 N. Walnut Road |
| Las Vegas, NV 89101-6021 | North Las Vegas, NV 89081-2725 |
| | |
| City National Bank | Countrywide/Bank of America |
| PO Box 60938 | PO Box 942019 |
| Los Angeles, CA 90060-0938 | Simi Valley, CA 93094-2019 |
| | |
| Image Finance, LLC | Creekside HOA |
| 4751 Wilshire Boulevard Ste 203 | c/o First Service Residential |
| Los Angeles, CA 90010-3860 | PO Box 54089 |
| | Los Angeles, CA 90054-0089 |
| Lucy Innuso | |
| 7413 Lattimore Dr | Cornelio Martin |
| Las Vegas, NV 89128-3214 | 716 N. 17th Street |
| | Las Vegas, NV 89101-2750 |
| Palm Gardens | |

2
CERTIFICATE OF SERVICE

|   |   |
|---|---|
| c/o Association Nevada South<br>PO Box 60998<br>Phoenix, AZ 85082-0998<br><br>Pebble Creek HOA<br>c/o Colonial Property Management<br>PO Box 63275<br>850823275<br><br>Silverando Rancho LMA<br>c/o First Service Residential<br>PO Box 540089<br>Los Angeles, CA 90054-0089<br><br>SageCreek HOA<br>c/o CAMCO<br>PO Box 12117<br>Las Vegas, NV 89112<br><br>West Sahara Community<br>c/o First Service Residential<br>PO Box 54089<br>Los Angeles, CA 90054-0089<br><br>Rancho Las Brias HOA<br>9440 W Sahara Ave, Ste 237<br>Las Vegas, NV 89117 | David Pierce<br>9411 W. Charleston Blvd STe 2-279<br>Las Vegas, NV 89117-7528<br><br>David Snell Davis<br>415 S 6th Street, Suite 300<br>Las Vegas, NV 89101-6937<br><br>Kunin & Carman<br>3551 E Bonanza Rd #110<br>Las Vegas, NV 89110-2198<br><br>Office of the U.S Trustee<br>Dept of Justice<br>300 Las Vegas, NV 89101-5803<br><br>Rancho Alta Mira<br>c/o Terra West Prop Mgmt<br>PO Box 80900<br>Las Vegas, NV 89180-0900<br><br>San Marino<br>c/o First Service Residential<br>PO Box 54089<br>Los Angeles, CA 90054-0089 |

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on May 11, 2020 at Santa Ana, California

/s / Ana Palacios
Ana Palacios