Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Ashveen S. Dhillon (14189)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

SCHULTE PROPERTIES LLC,

           Debtor.

Case No. 18-12734-mkn
Chapter 11

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of JOHNSON & GUBLER, P.C., and that on the 6th day of May, 2020, I served a true and correct copy of the following:

1) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 1624 Desert Canyon Court, Las Vegas, NV 89128)

2) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 1624 Desert Canyon Court, Las Vegas, NV 89128)

3) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 1624 Desert Canyon Court, Las Vegas, NV 89128)

4) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 4521 W. La Madre Way, North Las Vegas, NV 89031)

5) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 4521 W. La Madre Way, North Las Vegas, NV 89031)

6) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 4521 W. La Madre Way, North Las Vegas, NV 89031)

7) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 276 Manzanita Ranch Lane, Henderson, NV 89012)

8) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 276 Manzanita Ranch Lane, Henderson, NV 89012)

9) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 276 Manzanita Ranch Lane, Henderson, NV 89012)

10) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 922 Saddle Horn Drive, Henderson, NV 89002)

11) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 922 Saddle Horn Drive, Henderson, NV 89002)

12) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 922 Saddle Horn Drive, Henderson, NV 89002)

13) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 5609 San Ardo Place, Las Vegas, NV 89130)

14) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 5609 San Ardo Place, Las Vegas, NV 89130)

15) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 5609 San Ardo Place, Las Vegas, NV 89130)

16) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 1194 Stormy Valley Road, Las Vegas, NV 89123)

17) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 1194 Stormy Valley Road, Las Vegas, NV 89123)

18) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 1194 Stormy Valley Road, Las Vegas, NV 89123)

19) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2290 Surrey Meadows Avenue, Henderson, NV 89052)

20) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2290 Surrey Meadows Avenue, Henderson, NV 89052)

21) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2290 Surrey Meadows Avenue, Henderson, NV 89052)

22) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2525 Via Di Autostrada, Henderson, NV 89074)

23) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2525 Via Di Autostrada, Henderson, NV 89074)

24) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2525 Via Di Autostrada, Henderson, NV 89074)

25) Debtor's First Set of Requests for Admissions to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2861 Marathon Drive, Henderson, NV 89074)

26) Debtor's First Set of Interrogatories to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2861 Marathon Drive, Henderson, NV 89074)

27) Debtor's First Set of Requests for Production of Documents to Seterus, Inc. and Federal National Mortgage Association aka Fannie Mae (Regarding 2861 Marathon Drive, Henderson, NV 89074)

by serving a copy on all parties in the manner indicated below:

Electronic mail:

    Lindsey H Morales    : lindsey.morales@mccalla.com

Dated this 11th day of May, 2020.

                                      */s/ Annabelle Nudo*
                                      An employee of JOHNSON & GUBLER, P.C.