Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 471-0065
Fax: (702) 471-0075
email: mjohnson@mjohnsonlaw.com
*Attorneys for the Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Case No. 18-12734-MKN |
|---|---|
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | **ERRATA TO MONTHLY OPERATING REPORT** |

    JOHNSON & GUBLER, P.C. hereby files its *Errata to Monthly Operating Report*, Docket No. 695, as the Bank Statements attached hereto was inadvertently not included.

    DATED this 1st day of June, 2020.

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
8831 W. Sahara Ave
Las Vegas, NV 89117
Telephone: (702) 471-0065
Fax: (702) 471-0075
mjohnson@mjohnsonlaw.com

*Attorneys for Debtor*

1

# U.S. Bank. Business Statement

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552    110    S    Y    ST01

Account Number:
3877
Statement Period:
Apr 1, 2020
through
Apr 30, 2020

Page 1 of 6

000000484 01 SP    000638448783082 P
ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 18-12734-LEB
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519



**To Contact U.S. Bank**

**24-Hour Business Solutions:**    1-800-673-3555

**U.S. Bank accepts Relay Calls**

Internet:    usbank.com

## INFORMATION YOU SHOULD KNOW

**Effective May 11, 2020** the *"Your Deposit Account Agreement"* booklet will include updates that may affect your rights. The main updates to note in the revised *"Your Deposit Account Agreement"* booklet sections, and sub sections, are:
- Included in multiple sections
    - Clarification around reoccurring or one-time merchant debit card transactions
    - Rebranding of the Premier Line of Credit product to Personal Line of Credit
    - Clarification on ATM deposit availability
- Addition of "Special Provisions for Third Party Accounts" section
- Definitions section
    - Added the definition for "account" or "statement" cycle
- Savings Account section
    - Clarification on "Transfer and/or Withdrawal Restrictions"
    - Clarification on "Excessive Transfers and/or Withdrawals"
- Levies, Garnishments and other Legal Process section
    - Additional language and clarity on the legal process
- Funds Availability section
    - Changes to the Funds Availability section to reflect inflationary adjustments to certain specified dollar amounts for deposited funds:

| Funds Availability Section | Current Amounts | Amounts effective as of May 11, 2020 |
|---|---|---|
| Immediate Availability - All Accounts | Up to first $200 | Up to first $225 |
| Longer Delays May Apply - Case by Case Delays | The first $200 of your deposit | (Increases to) $225 |
| Longer Delays May Apply - Safeguard Exceptions | Deposit of Check(s) greater than $5,000 | (Increases to) $5,525 |
| Special Rules for New Accounts - Retail Consumer and Business Accounts | All references of $5,000 | (Increases to) $5,525 |

- Determining the Availability of a Deposit - All Accounts sub-section
    - Updated timing on deposits done at an ATM
- Deposits at Automated Teller Machines sub-section
    - Addition of Partner ATMs section
- Removed the following content and will be distributed upon individual product purchase
    - Safe Deposit Box Agreement
    - Consumer Reserve Line Agreement
    - Business Reserve Line Agreement

Starting May 11, download a copy of the revised booklet at **usbank.com/tmtermsandconditions**. You may also call your customer service team at the phone number listed at the top of this statement to request a copy.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.
2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.
3. Enter the ending balance shown on this statement. $_____
4. Enter the total deposits recorded in the Outstanding Deposits section. $_____
5. Total lines 3 and 4. $_____
6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____
7. Subtract line 6 from line 5. This is your balance. $_____
8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.
9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.
10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING LENDER

Member FDIC



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 18-12734-LEB
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
3877
Statement Period:
Apr 1, 2020
through
Apr 30, 2020



Page 2 of 6

# PREMIUM BUSINESS CHECKING                                            Member FDIC
U.S. Bank National Association                                   Account Number     -3877

## Account Summary
|                              | # Items |              |
|------------------------------|---------|--------------|
| Beginning Balance on Apr 1   |         | $ 5,345.03   |
| Customer Deposits            | 34      | 63,688.00    |
| Other Deposits               | 2       | 139.73       |
| Card Withdrawals             | 38      | 6,134.83-    |
| Other Withdrawals            | 9       | 461.43-      |
| Checks Paid                  | 76      | 54,434.82-   |
| **Ending Balance on Apr 30, 2020** | | **$ 8,141.68** |

## Customer Deposits
| Number | Date  | Ref Number | Amount   | Number | Date   | Ref Number | Amount    |
|--------|-------|-----------|---------:|--------|--------|-----------|----------:|
|        | Apr 1 | 8654241007 | 1,255.00 |        | Apr 3  | 9254518620 | 90.00     |
|        | Apr 1 | 8654241009 | 1,605.00 |        | Apr 3  | 9254518663 | 1,460.00  |
|        | Apr 1 | 8654240889 | 1,610.00 |        | Apr 3  | 9254518622 | 1,500.00  |
|        | Apr 1 | 8654241015 | 1,650.00 |        | Apr 3  | 9254518624 | 1,500.00  |
|        | Apr 1 | 8654241024 | 1,650.00 |        | Apr 3  | 9254518659 | 1,545.00  |
|        | Apr 1 | 8654240891 | 1,695.00 |        | Apr 3  | 9254518661 | 1,550.00  |
|        | Apr 1 | 8654241013 | 1,730.00 |        | Apr 6  | 8056791913 | 1,585.00  |
|        | Apr 1 | 8654241011 | 1,750.00 |        | Apr 6  | 8056791909 | 1,630.00  |
|        | Apr 1 | 8654240885 | 1,990.00 |        | Apr 6  | 8056791904 | 1,850.00  |
|        | Apr 1 | 8654241020 | 2,185.00 |        | Apr 6  | 8056791902 | 2,150.00  |
|        | Apr 1 | 8654240887 | 3,000.00 |        | Apr 7  | 8356318139 | 1,650.00  |
|        | Apr 2 | 8953850606 | 1,475.00 |        | Apr 8  | 8654144367 | 1,633.00  |
|        | Apr 2 | 8953850602 | 1,510.00 |        | Apr 16 | 8953737086 | 1,500.00  |
|        | Apr 2 | 8953850604 | 1,605.00 |        | Apr 21 | 8355636065 | 10,000.00 |
|        | Apr 2 | 8953850598 | 1,730.00 |        | Apr 23 | 8953544446 | 200.00    |
|        | Apr 2 | 8953850600 | 1,750.00 |        | Apr 23 | 8953544448 | 3,190.00  |
|        | Apr 2 | 8953850608 | 1,920.00 |        | Apr 30 | 8953667702 | 545.00    |
|        |       |            |          | **Total Customer Deposits** |  |  | **$ 63,688.00** |

## Other Deposits
| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|-------:|
| Apr 7  | Debit Purchase Ret - VISA<br>LOWES #00784*<br>************0933 | On 040620 LAS VEGAS NV<br>REF # 74692160097100541653 US1 | 7100541653 | $ 120.24 |
| Apr 20 | Debit Purchase Ret - VISA<br>LOWES #00784*<br>************0933 | On 041720 LAS VEGAS NV<br>REF # 74692160108100528362 US1 | 8100528362 | 19.49 |
|        |                            | **Total Other Deposits** |  | **$ 139.73** |

## Card Withdrawals
Card Number: xxxx-xxxx-xxxx-0933

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|-------:|
| Apr 2 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************0933 | On 033020 LAS VEGAS NV<br>REF # 24610430092010179838965 | 2010179838 | $ 417.71- |
| Apr 2 | Debit Purchase - VISA<br>FERGUSON ENT #67<br>************0933 | On 040120 844-872-3857 NV<br>REF # 24435650092839102601173 | 2839102601 | 453.86- |
| Apr 3 | Debit Purchase - VISA<br>THE HOME DEPOT 3<br>************0933 | On 040120 LAS VEGAS NV<br>REF # 24692160093100194939345 | 3100194939 | 82.93- |
| Apr 3 | Debit Purchase - VISA<br>LOWES #01836*<br>************0933 | On 040120 LAS VEGAS NV<br>REF # 24692160093100009436255 | 3100009436 | 857.18- |

**U.S. bank**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 18-12734-LEB
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
3877
Statement Period:
Apr 1, 2020
through
Apr 30, 2020

Page 3 of 6

## PREMIUM BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                    Account Number    -3877

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0933

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 6 | Debit Purchase - VISA<br>LOWES #01703*<br>************0933 | On 040320 LAS VEGAS NV<br>REF # 24692160094100979735842 | 4100979735 | 22.69- |
| Apr 7 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************0933 | On 040520 LAS VEGAS NV<br>REF # 24610430097010189551140 | 7010189551 | 74.39- |
| Apr 7 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************0933 | On 040520 LAS VEGAS NV<br>REF # 24610430097010189543386 | 7010189543 | 160.32- |
| Apr 8 | Debit Purchase - VISA<br>LOUIS AND COMPAN<br>************0933 | On 040620 714-529-1771 CA<br>REF # 24789300098513300018765 | 8513300018 | 40.65- |
| Apr 8 | Debit Purchase - VISA<br>NELLIS AUCTION<br>************0933 | On 040720 702-531-1300 NV<br>REF # 24055230098207167903542 | 8207167903 | 498.53- |
| Apr 9 | Debit Purchase - VISA<br>NELLIS AUCTION<br>************0933 | On 040820 702-531-1300 NV<br>REF # 24055230099207167202407 | 9207167202 | 93.46- |
| Apr 10 | Debit Purchase - VISA<br>NELLIS AUCTION<br>************0933 | On 040920 702-531-1300 NV<br>REF # 24055230100207167603247 | 0207167603 | 174.48- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095668932 | 2001095668 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669013 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669195 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669278 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669351 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669435 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669500 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669682 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669765 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669849 | 2001095669 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095669922 | 2001095669 | 6.95- |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 18-12734-LEB
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
3877
Statement Period:
Apr 1, 2020
through
Apr 30, 2020



Page 4 of 6

**PREMIUM BUSINESS CHECKING** (CONTINUED)

U.S. Bank National Association        Account Number    3877

**Card Withdrawals (continued)**
Card Number: xxxx-xxxx-xxxx-0933

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095670243 | 2001095670 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095670326 | 2001095670 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095670409 | 2001095670 | 6.95- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095670086 | 2001095670 | 7.10- |
| Apr 13 | Debit Purchase - VISA<br>USPS PO 31489900<br>************0933 | On 041020 LAS VEGAS NV<br>REF # 24137460102001095670169 | 2400095670 | 7.10- |
| Apr 13 | Debit Purchase - VISA<br>NELLIS AUCTION<br>************0933 | On 041020 702-531-1300 NV<br>REF # 24055230101207167900915 | 1207167900 | 180.72- |
| Apr 14 | Debit Purchase - VISA<br>NELLIS AUCTION<br>************0933 | On 041320 702-531-1300 NV<br>REF # 24055230104207167702185 | 4207167702 | 99.71- |
| Apr 14 | Debit Purchase - VISA<br>PACIFIC WEST FLO<br>************0933 | On 041320 702-2217922  NV<br>REF # 24000970104550200590753 | 4550200590 | 210.37- |
| Apr 14 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************0933 | On 041220 LAS VEGAS NV<br>REF # 24610430104010192422827 | 4010192422 | 519.56- |
| Apr 16 | Debit Purchase - VISA<br>COSTCO WHSE #068<br>************0933 | On 041520 LAS VEGAS NV<br>REF # 24431060107898000116105 | 7898000116 | 86.68- |
| Apr 17 | Debit Purchase - VISA<br>LOWES #01863*<br>************0933 | On 041620 LAS VEGAS NV<br>REF # 24692160107100282916290 | 7100282916 | 124.63- |
| Apr 17 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************0933 | On 041520 LAS VEGAS NV<br>REF # 24610430107010186548063 | 7010186548 | 131.99- |
| Apr 17 | Debit Purchase - VISA<br>LOWES #01863*<br>************0933 | On 041620 LAS VEGAS NV<br>REF # 24692160107100282916241 | 7100282916 | 321.83- |
| Apr 20 | Debit Purchase - VISA<br>LOWES #00784*<br>************0933 | On 041620 LAS VEGAS NV<br>REF # 24692160108100528362407 | 8100528362 | 521.15- |
| Apr 24 | Debit Purchase - VISA<br>LOWES #02844*<br>************0933 | On 042220 LAS VEGAS NV<br>REF # 24692160114100064802016 | 4100064802 | 455.26- |
| Apr 28 | Debit Purchase - VISA<br>LOWES #01863*<br>************0933 | On 042620 LAS VEGAS NV<br>REF # 24692160118100356202020 | 8100356202 | 495.23- |
| | | Card 0933  Withdrawals Subtotal | $ | 6,134.83- |
| | | Total Card Withdrawals | $ | 6,134.83- |

**Other Withdrawals**

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Apr 14 | Analysis Service Charge | 1400000000 | $    141.43- |
| Apr 20 | Overdraft Paid Fee | 9252688693 | 40.00- |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 18-12734-LEB
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number: 3877
Statement Period:
Apr 1, 2020
through
Apr 30, 2020

Page 5 of 6

# PREMIUM BUSINESS CHECKING                                                        (CONTINUED)

U.S. Bank National Association                                      Account Number      3877

## Other Withdrawals (continued)

| Date | Description of Transaction | Ref Number | Amount |
|---|---|---|---|
| Apr 20 | Overdraft Paid Fee | 9254087611 | 40.00- |
| Apr 21 | Overdraft Paid Fee | 8100528362 | 40.00- |
| Apr 21 | Overdraft Paid Fee | 8056875050 | 40.00- |
| Apr 21 | Overdraft Paid Fee | 8056875049 | 40.00- |
| Apr 21 | Overdraft Paid Fee | 8056875048 | 40.00- |
| Apr 21 | Overdraft Paid Fee | 8056846767 | 40.00- |
| Apr 21 | Overdraft Paid Fee | 8056846766 | 40.00- |
| | **Total Other Withdrawals** | **$** | **461.43-** |

## Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 12368 | Apr 3 | 9253505116 | 2,705.00 | 12421 | Apr 6 | 8057405448 | 50.00 |
| 12378* | Apr 6 | 8056749513 | 97.02 | 12422 | Apr 14 | 8355979835 | 210.00 |
| 12383* | Apr 6 | 8053707682 | 1,500.00 | 12423 | Apr 8 | 8654565108 | 430.00 |
| 12384 | Apr 9 | 8953922872 | 895.00 | 12424 | Apr 6 | 8057405447 | 35.00 |
| 12386* | Apr 20 | 8056875050 | 395.60 | 12425 | Apr 8 | 8654420817 | 28.75 |
| 12387 | Apr 20 | 8056875049 | 393.03 | 12426 | Apr 6 | 8057249799 | 63.00 |
| 12388 | Apr 20 | 8056875048 | 372.75 | 12427 | Apr 6 | 8057249800 | 63.00 |
| 12389 | Apr 14 | 8356192093 | 534.17 | 12428 | Apr 8 | 8654420772 | 112.00 |
| 12390 | Apr 17 | 9253528268 | 522.64 | 12429 | Apr 6 | 8057405454 | 40.00 |
| 12391 | Apr 14 | 8353829783 | 788.08 | 12430 | Apr 6 | 8057405453 | 40.00 |
| 12392 | Apr 23 | 8953968374 | 135.69 | 12431 | Apr 8 | 8654565296 | 70.00 |
| 12393 | Apr 15 | 8654310674 | 602.72 | 12432 | Apr 14 | 8355979890 | 58.00 |
| 12394 | Apr 17 | 9254553817 | 760.36 | 12433 | Apr 7 | 8353940621 | 50.00 |
| 12395 | Apr 13 | 8056492603 | 572.91 | 12434 | Apr 7 | 8353940620 | 50.00 |
| 12397* | Apr 17 | 9252686263 | 657.20 | 12435 | Apr 7 | 8353940618 | 50.00 |
| 12398 | Apr 21 | 8355747727 | 602.49 | 12436 | Apr 7 | 8353940617 | 50.00 |
| 12399 | Apr 17 | 9252686262 | 559.24 | 12437 | Apr 7 | 8353940615 | 50.00 |
| 12400 | Apr 16 | 8953261014 | 887.52 | 12438 | Apr 7 | 8353940616 | 50.00 |
| 12401 | Apr 16 | 8953261015 | 676.60 | 12439 | Apr 6 | 8057403597 | 64.94 |
| 12402 | Apr 15 | 8653637932 | 557.35 | 12440 | Apr 16 | 8953412276 | 793.00 |
| 12403 | Apr 27 | 9252210498 | 692.72 | 12474* | Apr 16 | 8953412277 | 734.00 |
| 12404 | Apr 16 | 8953065591 | 358.13 | 12475 | Apr 16 | 8953412278 | 707.00 |
| 12405 | Apr 16 | 8953065590 | 320.08 | 12476 | Apr 16 | 8953412279 | 691.00 |
| 12406 | Apr 16 | 8953065586 | 932.43 | 12477 | Apr 16 | 8953412280 | 619.00 |
| 12407 | Apr 16 | 8953065589 | 818.33 | 12478 | Apr 16 | 8953412281 | 601.00 |
| 12408 | Apr 16 | 8953065588 | 721.85 | 12481* | Apr 17 | 9254087611 | 1,053.00 |
| 12409 | Apr 16 | 8953065587 | 708.60 | 12491* | Apr 16 | 8953765524 | 5.00 |
| 12410 | Apr 15 | 8652814504 | 591.75 | 12492 | Apr 15 | 8653037626 | 22.27 |
| 12411 | Apr 15 | 8652814503 | 555.37 | 12493 | Apr 20 | 8056846767 | 75.00 |
| 12412 | Apr 15 | 8652814502 | 551.14 | 12494 | Apr 20 | 8056846766 | 10.00 |
| 12413 | Apr 15 | 8652814501 | 500.12 | 12506* | Apr 14 | 8355171515 | 32.71 |
| 12414 | Apr 15 | 8652814500 | 470.92 | 12507 | Apr 7 | 8354026376 | 8,415.30 |
| 12415 | Apr 15 | 8652814499 | 467.00 | 12508 | Apr 6 | 8056749514 | 3,612.25 |
| 12416 | Apr 15 | 8652814505 | 410.31 | 12509 | Apr 7 | 8354026377 | 5,948.70 |
| 12417 | Apr 17 | 9252688693 | 5,458.82 | 12510 | Apr 16 | 8953446482 | 200.00 |
| 12418 | Apr 13 | 8055858341 | 568.72 | 12511 | Apr 24 | 9253986762 | 500.00 |
| 12419 | Apr 13 | 8055774503 | 49.24 | 12512 | Apr 24 | 9253986763 | 100.00 |
| 12420 | Apr 7 | 8354377683 | 160.00 | 12513 | Apr 27 | 8055196509 | 200.00 |

*\* Gap in check sequence*     **Conventional Checks Paid (76)    $    54,434.82-**

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 1 | 25,465.03 | Apr 6 | 40,210.45 | Apr 9 | 26,386.59 |
| Apr 2 | 34,583.46 | Apr 7 | 26,921.98 | Apr 10 | 26,212.11 |
| Apr 3 | 38,583.35 | Apr 8 | 27,375.05 | Apr 13 | 24,729.02 |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE # 18-12734-LEB
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
3877
Statement Period:
Apr 1, 2020
through
Apr 30, 2020



Page 6 of 6

## PREMIUM BUSINESS CHECKING                                                                  (CONTINUED)
U.S. Bank National Association                                                  **Account Number**        -3877

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr 14 | 22,134.99 | Apr 20 | 2,371.93- | Apr 27 | 8,091.91 |
| Apr 15 | 17,406.04 | Apr 21 | 6,785.58 | Apr 28 | 7,596.68 |
| Apr 16 | 9,045.82 | Apr 23 | 10,039.89 | Apr 30 | 8,141.68 |
| Apr 17 | 543.89- | Apr 24 | 8,984.63 | | |

Balances only appear for days reflecting change.

us bank.

This page intentionally left blank