Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor. | Bankruptcy Case No. 18-12734-MKN<br>Chapter 11<br><br><br>Date:  April 28, 2021<br>Time:  9:30 a.m. |

### SUPPLEMENTAL DECLARATION OF MATTHEW L. JOHNSON IN SUPPORT OF APPLICATION FOR EMPLOYMENT FOR MATTHEW CARLYON AS SPECIAL COUNSEL

MATTHEW L. JOHNSON, states under penalty of perjury as follows:

1. I am over 18 years of age and I have personal knowledge of all facts contained within this Declaration, except where made on information and belief.

2. I am an attorney and counselor at law, admitted to practice in the courts of the States of Nevada, Utah, Arizona, Colorado, and in the above-captioned Court. This case was filed on May 10, 2018.

3. I make this Supplemental Declaration in support of the application to employ special litigation counsel and in support of the proposed arrangement for compensation.

4. The Debtor is attempting to retain Mr. Carlyon on a flat-fee basis for $60,000.00 to prepare and argue claim objections for the Debtor.

1. 5. It is anticipated that there will be approximately thirty (30) claim objections in this matter, each of which will require the special litigation counsel, Matthew Carlyon, to extensively track the accounting of the individual loans from the date of the conformation order, March 8, 2011 forward. Many of the loans have been transferred on multiple occasions.

2. 6. Additionally, it is expected that each claim objection will require significant work to adequately respond to as the loans span over a ten (10) year time period and many have been transferred by the original loan servicer, requiring additional work to track the full accounting of each loan.

3. 7. By way of example, in the Citibank matter, brought in the individual case of Melani Schulte, it took her retained counsel, Christopher Burke, over two (2) weeks of work to prepare just one motion.

4. 8. Further, Karen Kellet, former special counsel of the debtor, billed over $60,000.00 in work during her first month on this matter. The debtor was unable to afford those services, and therefore she is no longer assisting the Debtor.

5. 9. The substantial amount of work required in this matter, if billed by the hour, would likely produce an exorbitant bill for the debtor. The proposed flat-fee retainer of $60,000.00 to employ the special litigation counsel is immensely beneficial to the debtor, as there is a known amount to be charged, which the Debtor believes will be significantly less than if billed hourly.

6. 10. Johnson & Gubler, P.C. will take measure to not duplicate the work being performed by Mr. Carlyon.

/ / /

/ / /

/ / /

11. Mr. Carlyon was employed by Johnson & Gubler, P.C. from June 3, 2013 through August 8, 2014. He is no longer affiliated with Johnson & Gubler, P.C. and has not worked for Johnson & Gubler, P.C. since leaving the firm in August of 2014. There is no relationship between Johnson & Gubler, P.C. and Mr. Carlyon, and this is the only case in which Johnson & Gubler, P.C. would be working with Mr. Carlyon.

DATED: April 16th, 2021.

/s/ Matthew L. Johnson
MATTHEW L. JOHNSON

# CERTIFICATE OF SERVICE

1. I caused the following document(s) to be served:

**SUPPLEMENTAL DECLARATION OF MATTHEW L. JOHNSON IN SUPPORT OF APPLICATION FOR EMPLOYMENT FOR MATTHEW CARLYON AS SPECIAL COUNSEL**

2. I served the above-named document(s) by the following means to the persons listed below:

[X]   **a.   ECF System:**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]   **b.   United States mail, postage fully prepaid, on_____:**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known mailing addresses, on the date above written:

See attached list.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: April 16, 2021

Shae Bode                                         /s/ *Shae Bode*
Name of Declarant                         Signature of Declarant