Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
T: (702) 471-0065
F: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 18-12734-MKN |
| SCHULTE PROPERTIES LLC, | Chapter: 11 |
| Debtor. | **Hearing Date: April 28, 2021** <br> **Hearing Time: 9:30 a.m.** |

## <u>NOTICE OF ENTRY OF ORDER GRANTING APPLICATION TO EMPLOY SPECIAL LITIGATION COUNSEL</u>

TO:    ALL PARTIES

PLEASE TAKE NOTICE that an *Order Granting Application to Employ Special Litigation Counsel* [Dkt 853] was entered on April 28, 2021, in the above-entitled matter, a copy of which is attached hereto.

DATED this 29th day of April, 2021.

JOHNSON & GUBLER, P.C.


*/s/ Matthew L. Johnson*
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
T: (702) 471-0065
F: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2021, I caused to be served a true and correct copy of the foregoing *Notice of Entry of Order Granting Application to Employ Special Litigation Counsel* in the following manner:

[X]    a.    Electronic Service on the date of filing

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document(s) were electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]    b.    United States Mail on

By depositing a copy of the above-referenced document(s) for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known addresses, on the date above written.

See attached service list.

DATED: April 29, 2021

*/s/ Annabelle Nudo*
An Employee of JOHNSON & GUBLER, P.C.

- 2 -



Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 28, 2021

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 471-0065
Fax: (702) 471-0075
email: mjohnson@mjohnsonlaw.com
*Attorneys for the Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.  18-12734-MKN |
| | Chapter 11 |
| SCHULTE PROPERTIES LLC, | |
| | **ORDER GRANTING APPLICATION** |
| Debtor. | **TO EMPLOY SPECIAL LITIGATION** |
| | **COUNSEL** |
| | |
| | Hearing Date: April 28, 2021 |
| | Hearing Time: 9:30 a.m. |

The *Application to Employ Special Litigation Counsel* [ECF No. 843] ("Application")

filed by Schulte Properties LLC was heard and considered by the Court on April 28, 2021, at

9:30 AM.  Debtor appeared at the hearing by and through its counsel, Matthew L. Johnson of

the law firm of Johnson & Gubler, P.C.  Other counsel appeared as set forth on the record.

The Court reviewed and considered the Application and due notice of the Application

and the hearing of the Application having been given to all parties entitled thereto, and having

heard the argument of counsel at the hearing on the Application, at which time all parties in

interest were afforded an opportunity to be heard, and for the reasons stated orally and recorded

1

in open court that shall constitute the decision of the Court, and good cause appearing, it is hereby:

**ORDERED** that the Application is **GRANTED**, and Matthew Carlyon is approved to act as special counsel for the Debtor on the terms set forth in the application

**IT IS SO ORDERED.**

Respectfully submitted:

JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*
MATTHEW L. JOHNSON, ESQ.

###

In accordance with LR 9021, an attorney submitting this document certifies as follows (check one):

X     The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_     No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_     I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each as approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_     I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

*/s/ Matthew L. Johnson*
Matthew L. Johnson, Esq.