Regina Habermas, Esq. (8481)
GHIDOTTI | BERGER LLP
415 S. 6th Street, Ste. 310
Las Vegas, NV 89101
Tel: (949) 427-2010
Fax: (949) 427-2732
ghabermas@ghidottiberger.com

Authorized Agent for Secured Creditor,
U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re:<br><br>SCHULTE PROPERTIES LLC,<br><br><br>Debtor. | Chapter 11<br><br>BK Case No.: 18-12734-mkn<br><br>Withdrawal of Motion to Clarify Order for Plan Treatment Regarding Real Properties, Declaration Of: SN Servicing Corporation in Support of Motion to Clarify Order for Plan Treatment Regarding Real Properties and Notice of Hearing on Motion to Clarify Order for Plan Treatment Regarding Real Properties (DOCKET NOS. 855, 856, 857) |

U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST, its Successors and Assigns, hereby withdraws its Withdrawal of Motion to Clarify Order for Plan Treatment Regarding Real Properties, Declaration Of: SN Servicing Corporation in Support of Motion to Clarify Order for Plan Treatment Regarding Real Properties and Notice of Hearing on Motion to Clarify Order for Plan Treatment Regarding Real Properties regarding–Docket Nos. 855, 856 and 857, filed on May 21, 2021

Dated: May 21, 2021                /s/ Regina Habermas
                                    Attorney for U.S. BANK TRUST N.A. AS
                                    TRUSTEE OF THE LODGE SERIES III TRUST, its
                                    Successors and Assigns

## **CERTIFICATE OF SERVICE**

On May 21, 2021, I served the foregoing documents described as Withdrawal of Motion to Clarify Plan Treatment, Declaration in Support of Motion to Clarify Plan Treatment and Notice of Hearing on Motion to Clarify Plan Treatment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
MATTHEW L. JOHNSON         annabelle@mjohnsonlaw.com

US TRUSTEE
US Trustee                 USTPRegion17.lv.ecf@usdoj.gov

COUNSEL FOR US TRUSTEE
JASON BLUMBERG             Jason.blumberg@usdoj.gov
EDWARD M. MCDONALD         edward.m.mcdonald@usdoj.gov

OTHER CREDITORS/ATTORNEYS
ARNOLD L. GRAFF            graff@wrightlegal.net
RAMIR M. HERNANDEZ         rhernandez@wrightlegal.net
RAYMOND A. JEREZA          ecfnvb@aldridgepite.com
EDDIE R. JIMENEZ           ecfnvb@aldridgepite.com
JASON C. KOLBE             jck@tblaw.com
ACE C VAN PATTEN           avp@tblaw.com
AMBERLEA DAVIS             Amber@SheIsMyLawyer.com
MICHAEL W. CHEN            bknotice@mccarthyholthus.com
NATHAN F. SMITH            nathan@mclaw.org
LINDSEY H MORALES          LINDSEY.MORALES@MCCALLA.COM
KAREN L. KELLETT           akbecf@gmail.com
RYAN D. STIBOR             rstibor@zbslaw.com
NICHOLE L GLOWIN           nglowin@trusteecorps.com
CAN GUNER                  cguner@rasflaw.com
PAUL ROBERT CROCKETT, II   pcrockett@rascrane.com
RYAN D. STIBOR             swade@zbslaw.com
ALEXA MARTINI STINSON      astinson@rascrane.com
SHADD A. WADE              swade@zbslaw.com
JAMIE COMBS                jamie.combs@akerman.com
NATALIE L. WINSLOW         natalie.winslow@akerman.com
LILITH VALA XARA           agraff@wrightlegal.net
MARK S BLACKMAN            NVECF@BDFGROUP.COM
KRISTIN A. SCHULER-HINTZ   bknotice@mccarthyholthus.com
BLAKELEY E. GRIFFITH       bgriffith@swlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Brandy Carroll
Brandy Carroll