ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No.: 18-12734-MKN |
|---|---|
| SCHULTE PROPERTIES, LLC, | Chapter 11 |
| Debtor. | **NOTICE OF DISASSOCIATION** |

**TO:    ALL PARTIES OF RECORD AND THEIR COUNSEL:**

**PLEASE TAKE NOTICE** that Jamie K. Combs, Esq. is no longer associated with the law firm of Akerman LLP, and Akerman LLP requests that Ms. Combs be removed from the service list.

Akerman LLP continues to serve as counsel for Rushmore Loan Management Services, LLC. and requests copies of all future pleadings, notices, and correspondence be provided to and served upon the undersigned.

DATED this 27th day of May, 2021.

**AKERMAN LLP**

*/s/ Natalie L. Winslow, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Rushmore Loan Management Services, LLC*

58348570;1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2021, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, through this Court's automatically electronic service system and/or deposited for mailing in the U.S. Mail to those parties listed on the Court's Master Service List

signed on: May 27, 2021.

| Doug J. Layne | /s/ Doug J. Layne |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

58348570;1