```
EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
ALDRIDGE PITE, LLP
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
Mailing Address:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933
```

Attorneys for CitiMortgage, Inc.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor. | CASE NO. 18-12734-MKN<br><br>CHAPTER 11<br><br>**DECLARATION OF EDDIE R. JIMENEZ IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, MOTION FOR MODIFICATION OF SUBPOENA [FED. R. CIV. PROC. 26(C); FED R. BANKR. PROC. 7026; LBR 7037]** |

I, Eddie Jimenez, declare:

1. I am over the age of 18 and am employed as a Supervising Partner by Aldridge Pite, LLP ("Aldridge Pite"), attorneys for CitiMortgage, Inc. ("Citi") in this proceeding. I am a member in good standing of the State Bar of Nevada. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, could and would competently testify thereto.

2  As part of my job responsibilities for Aldridge Pite, I have personal knowledge of and am familiar with the records maintained by Aldridge Pite in connection with this matter and the procedures for creating those types of records. I have access to and have reviewed the books, records, and files of Aldridge Pite that pertain to this matter.

- 1 -

**DECLARATION IN SUPPORT OF CITIMORTGAGE, INC.'S MOTION FOR PROTECTIVE ORDER**

3. The information in this declaration is taken from Aldridge Pite's business records regarding this case. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Aldridge Pite's regularly conducted business activities. It is the regular practice of Aldridge Pite to create and maintain such records.

4. On March 25, 2021, the Parties executed a confidential *Settlement Agreement and Release* ("Settlement Agreement"). The Settlement Agreement included Melani Schulte in her individual capacity, and in her capacity as the authorized managing member and agent of Schulte Properties, LLC, or any other entity holding title to the Property. The Settlement Agreement contained the compromise between the Parties, resolving all Claims related to the Subject Accounts (including the Subject Loan), and all claims related to the Bankruptcy Cases (including Bankruptcy Case No. 18-12734). Pursuant to Paragraph 5 of the Settlement Agreement Debtor agreed to a broad release of any claims against Citi.

5. Pursuant to Aldridge Pite's records, Debtor served *Requests for Production of Documents* ("Discovery Requests") on Citi.

6. On or about May 28, 2020, Citi responded to the Discovery Requests with thousands of pages of documents ("Discovery Responses"). Specifically, Citi provided Debtor with copies of the loan documents, filed claims, filed pleadings, payment histories, monthly statements, escrow statements, and communications with the borrower. However, Citi objected to several requests as irrelevant, burdensome, overbroad, vague, proprietary, confidential, or subject to privilege.

7. Debtor failed to meet and confer with Aldridge Pite regarding the Discovery Responses, file a motion to compel seeking additional production, or request a ruling on Citi's objections to the Discovery Requests. In the meantime, the discovery period expired.

8. Citi provided Debtor with updated payment histories in connection with the Judicial Settlement Conference in December 2020. Thus, the documents were either: (i) already provided to the Debtor; (ii) equally available to the Debtor; or (iii) already objected to by Citi.

9. On May 28, 2021, the Debtor filed *a Notice of Issuance of Subpoena Duces Tecum ("Subpoena")* requesting production of documents from Citi. The Debtor seeks production of the same documents Citi previously produced.

10 Following the issuance of the Subpoena, Aldridge Pite sent a Meet & Confer letter to Debtor's counsel seeking to resolve the Subpoena and seeking clarification of any discoverable documents the Debtor believed Citi failed to produce. To date, Citi has yet to resolve its dispute with the Debtor.

11. Aldridge Pite has incurred attorneys' fees and costs in responding to the discovery dispute.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, CA on June 11, 2021.

Dated: June 11, 2021

**ALDRIDGE PITE, LLP**

 /s/ Eddie R. Jimenez
EDDIE R. JIMENEZ
Attorneys for CitiMortgage, Inc.

Case 18-12734-mkn    Doc 861-1    Entered 06/11/21 14:13:14    Page 4 of 4