EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for Fifth Third Mortgage Company

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 18-12734-mkn |
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | **DECLARATION OF EDDIE R. JIMENEZ IN SUPPORT OF FIFTH THIRD MORTGAGE COMPANY'S MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, MOTION FOR MODIFICATION OF SUBPOENA [FED. R. CIV. PROC. 26(c); FED R. BANKR. PROC. 7026; LBR 7037]** |

I, Eddie Jimenez, declare:

1. I am over the age of 18 and am employed as a Supervising Partner by Aldridge Pite, LLP ("Aldridge Pite"), attorneys for Fifth Third Mortgage Company ("Fifth Third") in this proceeding. I am a member in good standing of the State Bar of Nevada. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, could and would competently testify thereto.

2  As part of my job responsibilities for Aldridge Pite, I have personal knowledge of and am familiar with the records maintained by Aldridge Pite in connection with this matter and

1 the procedures for creating those types of records. I have access to and have reviewed the books, records, and files of Aldridge Pite that pertain to this matter.

3. The information in this declaration is taken from Aldridge Pite's business records regarding this case. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Aldridge Pite's regularly conducted business activities. It is the regular practice of Aldridge Pite to create and maintain such records.

4. Pursuant to Aldridge Pite's records, Debtor served *Requests for Production of Documents* ("Discovery Requests") on Fifth Third.

5. Fifth Third responded to the Discovery Requests with hundreds of pages of documents ("Discovery Responses"). Specifically, Fifth Third provided Debtor with copies of the loan documents, filed claim, filed pleadings, payment histories, monthly statements, escrow statements, and communications with the borrower. However, Fifth Third objected to several requests as irrelevant, burdensome, overbroad, vague, proprietary, confidential, or subject to privilege.

6. Debtor failed to meet and confer with Aldridge Pite regarding the Discovery Responses, file a motion to compel seeking additional production, or request a ruling on Fifth Third's objections to the Discovery Requests. In the meantime, the discovery period expired.

7. On May 28, 2021, the Debtor filed *a Notice of Issuance of Subpoena Duces Tecum* ("Subpoena") requesting production of documents from Fifth Third. The Debtor seeks production of the same documents Citi previously produced.

8. Following the issuance of the Subpoena, Aldridge Pite sent a Meet & Confer letter to Debtor's counsel seeking to resolve the Subpoena and seeking clarification of any discoverable documents Debtor believed Fifth Third failed to produce. To date, Aldridge Pite has yet to receive a substantive response from the Debtor's counsel.

9. Aldridge Pite has incurred attorneys' fees and costs in responding to the discovery dispute.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct and that this declaration was executed at San Diego, CA on June 11, 2021.

Dated: June 11, 2021

**ALDRIDGE PITE, LLP**

　/s/ Eddie R. Jimenez
EDDIE R. JIMENEZ
Attorneys for Fifth Third Mortgage Company

Case 18-12734-mkn    Doc 863-1    Entered 06/11/21 14:30:17    Page 4 of 4