NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−18−12734−mkn |
| | CHAPTER 11 |
| SCHULTE PROPERTIES LLC | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *864* – Ex Parte Substitution of Attorney adding Foran Glennon, Filed by MATTHEW R. CARLYON on behalf of MATTHEW CARLYON (CARLYON, MATTHEW) |
| Filed On: | 6/14/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 6/15/21

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**