NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
SCHULTE PROPERTIES LLC

BK−18−12734−mkn  
CHAPTER 11

Debtor(s)

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **867** – Notice of Withdrawal of Subpoena to Carrington Mortgage Services, LLC with Certificate of Service Filed by MATTHEW L. JOHNSON on behalf of SCHULTE PROPERTIES LLC (Related document(s)860 Subpoena filed by Debtor SCHULTE PROPERTIES LLC) (JOHNSON, MATTHEW) |
| Filed On: | 6/15/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* Document references attachments which were not included and must be re−filed in its entirety as an amended document immediately.

Dated: 6/16/21

*Mary A. Schott*

Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**