United States Bankruptcy Court
District of Nevada

In re:     Case No. 18-12734-mkn

SCHULTE PROPERTIES LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: youngbloo | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: node | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | + MATTHEW CARLYON, 205 NORTH MICHIGAN AVE., STE 810, CHICAGO, IL 60601-5902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 17, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER avp@tblaw.com nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A. avp@tblaw.com, nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor JPMORGAN CHASE BANK N.A. avp@tblaw.com, nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor DITECH FINANCIAL LLC avp@tblaw.com nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB avp@tblaw.com, nvbk@tblaw.com |

Case 18-12734-mkn    Doc 869    Entered 06/17/21 21:40:14    Page 2 of 7

| District/off: 0978-2 | User: youngbloo | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Jun 15, 2021 | Form ID: node | Total Noticed: 1 |

**ACE C VAN PATTEN**
on behalf of Creditor WELLS FARGO BANK  N.A. avp@tblaw.com, nvbk@tblaw.com

**ACE C VAN PATTEN**
on behalf of Creditor BAYVIEW LOAN SERVICING  LLC avp@tblaw.com, nvbk@tblaw.com

**ACE C VAN PATTEN**
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK  N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB MORTGAGE-BACKED avp@tblaw.com, nvbk@tblaw.com

**ALEXA MARTINI STINSON**
on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING astinson@rascrane.com

**ALLISON SCHMIDT**
on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST aschmidt@ghidottiberger.com  bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

**ALLISON SCHMIDT**
on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF CHALET SERIES III TRUST aschmidt@ghidottiberger.com  bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

**ALLISON SCHMIDT**
on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST aschmidt@ghidottiberger.com  bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

**ALLISON SCHMIDT**
on behalf of Creditor BSI FINANCIAL SERVICES aschmidt@ghidottiberger.com  bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

**AMBERLEA DAVIS**
on behalf of Creditor AMBERLEA DAVIS Amber@SheIsMyLawyer.com

**ARNOLD L. GRAFF**
on behalf of Creditor WELLS FARGO BANK  N.A. agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

**ARNOLD L. GRAFF**
on behalf of Creditor BAYVIEW LOAN SERVICING  LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

**ARNOLD L. GRAFF**
on behalf of Creditor THE BANK OF NEW YORK  AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

**ARNOLD L. GRAFF**
on behalf of Creditor CITIMORTGAGE  INC. agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

**ARNOLD L. GRAFF**
on behalf of Creditor BAYVIEW LOAN SERVICING  LLC agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

**ARNOLD L. GRAFF**
on behalf of Creditor FIFTH THIRD BANK agraff@wrightlegal.net  jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

**BLAKELEY E. GRIFFITH**
on behalf of Creditor WELLS FARGO BANK  N.A. bgriffith@swlaw.com, docket_las@swlaw.com;gkim@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com;mfull@swlaw.com

**CAN GUNER**
on behalf of Creditor MTGLQ INVESTORS  L.P. cguner@rasflaw.com, cguner@rasflaw.com

**CAN GUNER**
on behalf of Creditor MTGLQ INVESTORS  LP cguner@rasflaw.com, cguner@rasflaw.com

**EDDIE R. JIMENEZ**
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

**EDDIE R. JIMENEZ**
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK  N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB MORTGAGE-BACKED ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

**EDDIE R. JIMENEZ**
on behalf of Creditor CENLAR FSB ecfnvb@aldridgepite.com  ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

**EDDIE R. JIMENEZ**
on behalf of Creditor FIFTH THIRD BANK ecfnvb@aldridgepite.com  ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

**EDDIE R. JIMENEZ**
on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfnvb@aldridgepite.com,

| | |
|---|---|
| | ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor CITIMORTGAGE INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor SHELLPOINT MORTGAGE SERVICING ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor THE BANK OF NEW YORK AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDWARD M. MCDONALD | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov |
| FIDELITY BANK (jh) | bankrupt@fidelitybank.com |
| JAMIE COMBS | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES LLC jamie.combs@akerman.com, akermanlas@akerman.com;elizabeth.streible@akerman.com |
| JASON BLUMBERG | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 Jason.blumberg@usdoj.gov |
| JASON C. KOLBE | on behalf of Creditor CITIMORTGAGE INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK N.A. SUCCESSOR IN INTEREST TO BANK ONE, N.A. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor WELLS FARGO BANK N.A. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB MORTGAGE-BACKED jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor JPMORGAN CHASE BANK N.A. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor DITECH FINANCIAL LLC jck@tblaw.com  nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor BAYVIEW LOAN SERVICING LLC jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JENNIFER BERGH | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF CHALET SERIES III TRUST jbergh@qslwm.com |
| JENNIFER BERGH | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com |
| JENNIFER BERGH | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST jbergh@qslwm.com |
| JENNIFER L. MCBEE | on behalf of Creditor WELLS FARGO BANK N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com |
| LILITH VALA XARA | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES LLC lilith.xara@akerman.com |
| LINDSEY H MORALES | on behalf of Creditor JPMORGAN CHASE BANK N.A. LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com |
| LINDSEY H MORALES | on behalf of Creditor SETERUS INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR, C/O SETERUS, INC. LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com |
| LINDSEY H MORALES | on behalf of Creditor NATIONSTAR MORTGAGE LLC, DBA AS MR COOPER LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com |

Case 18-12734-mkn    Doc 869    Entered 06/17/21 21:40:14    Page 4 of 7

| | | |
|---|---|---|
| District/off: 0978-2 | User: youngbloo | Page 4 of 6 |
| Date Rcvd: Jun 15, 2021 | Form ID: node | Total Noticed: 1 |

MATTHEW L. JOHNSON
    on behalf of Attorney JOHNSON & GUBLER P.C. annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;maria@mjohnsonlaw.com;sbode@mjohnsonlaw.com

MATTHEW L. JOHNSON
    on behalf of Debtor SCHULTE PROPERTIES LLC annabelle@mjohnsonlaw.com mjohnson@mjohnsonlaw.com;maria@mjohnsonlaw.com;sbode@mjohnsonlaw.com

MATTHEW R. CARLYON
    on behalf of Special Counsel MATTHEW CARLYON MCarlyon@fgppr.com jfecteau@fgppr.com

MICHAEL W. CHEN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHELLE RENE GHIDOTTI-GONSALVES
    on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST ECFNotifications@ghidottilaw.com

MICHELLE RENE GHIDOTTI-GONSALVES
    on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF CHALET SERIES III TRUST ECFNotifications@ghidottilaw.com

NATALIE L. WINSLOW
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST natalie.winslow@akerman.com, ariel.stern@akerman.com;akermanlas@akerman.com

NATALIE L. WINSLOW
    on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES LLC natalie.winslow@akerman.com, ariel.stern@akerman.com;akermanlas@akerman.com

NATALIE L. WINSLOW
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT natalie.winslow@akerman.com, ariel.stern@akerman.com;akermanlas@akerman.com

NATHAN F. SMITH
    on behalf of Creditor FIDELITY BANK nathan@mclaw.org NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NICHOLE L GLOWIN
    on behalf of Creditor SELENE FINANCE LP nvbkfiling@wrightlegal.net

NICHOLE L GLOWIN
    on behalf of Creditor SETERUS INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR, C/O SETERUS, INC. nvbkfiling@wrightlegal.net

NICHOLE L GLOWIN
    on behalf of Creditor SELENE FINANCE LP AS SERVICER AND ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST nvbkfiling@wrightlegal.net

NICHOLE L GLOWIN
    on behalf of Creditor MTGLQ INVESTORS L.P. nvbkfiling@wrightlegal.net

PAUL ROBERT CROCKETT, II
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pcrockett@rascrane.com

RAMIR M. HERNANDEZ
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAMIR M. HERNANDEZ
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAMIR M. HERNANDEZ
    on behalf of Creditor SELENE FINANCE LP rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAMIR M. HERNANDEZ
    on behalf of Creditor SELENE FINANCE LP AS SERVICER AND ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAYMOND A. JEREZA
    on behalf of Creditor CITIMORTGAGE INC. ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com

RAYMOND A. JEREZA
    on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ecfnvb@aldridgepite.com RJereza@ecf.courtdrive.com

RAYMOND A. JEREZA

| | |
|---|---|
| | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC ecfnvb@aldridgepite.com  RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2004-36CB) ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK  N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A. AS TRUSTEE FOR CSFB MORTGAGE-BACKED ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor CITIMORTGAGE  INC. AND ITS LOAN SERVICER, CENLAR FSB ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FAK THE BANK OF NEW YORK  AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT , INC. ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor CENLAR FSB ecfnvb@aldridgepite.com  RJereza@ecf.courtdrive.com |
| REGINA A. HABERMAS | |
| | on behalf of Creditor U.S. BANK TRUST N.A.  AS TRUSTEE OF THE BUNGALOW SERIES F TRUST ghabermas@ghidottiberger.com, bknotifications@ghidottiberger.com |
| REGINA A. HABERMAS | |
| | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com |
| RYAN D. STIBOR | |
| | on behalf of Creditor MTGLQ INVESTORS  L.P. rstibor@zbslaw.com, nvbankruptcy@zbslaw.com |
| RYAN D. STIBOR | |
| | on behalf of Creditor NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING rstibor@zbslaw.com  nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor SHELLPOINT MORTGAGE SERVICING swade@zbslaw.com  shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor NEW PENN FINANCIAL  LLC DBA SHELLPOINT MORTGAGE SERVICING swade@zbslaw.com, shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST swade@zbslaw.com, shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING swade@zbslaw.com  shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| U.S. TRUSTEE - LV - 11 | |
| | USTPRegion17.lv.ecf@usdoj.gov |
| WILLIAM S HABDAS | |
| | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC AS SERVICER FOR U.S. BANK N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST AkermanLAS@Akerman.com |
| WILLIAM S HABDAS | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT AkermanLAS@Akerman.com |
| WILLIAM S HABDAS | |
| | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST AkermanLAS@Akerman.com |
| WILLIAM S HABDAS | |
| | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC AkermanLAS@Akerman.com |
| WILLIAM S HABDAS | |
| | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY |

District/off: 0978-2      User: youngbloo      Page 6 of 6
Date Rcvd: Jun 15, 2021      Form ID: node      Total Noticed: 1

BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST AkermanLAS@Akerman.com

TOTAL: 94

NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                                BK−18−12734−mkn
CHAPTER 11

SCHULTE PROPERTIES LLC

                         Debtor(s)                        NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **864** − Ex Parte Substitution of Attorney adding Foran Glennon, Filed by MATTHEW R. CARLYON on behalf of MATTHEW CARLYON (CARLYON, MATTHEW) |
| Filed On: | 6/14/21 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

   \*     PDF is an incorrect image per the event selected, which is not contained in the title. Please file an amended pleading or file it in the correct case immediately.

Dated: 6/15/21

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**