Matthew L. Johnson (6004)            E-filed 6/30/2021
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCHULTE PROPERTIES LLC<br><br>Debtor, | Case No. BK-S-18-12734-MKN<br>Chapter 11<br><br>**DEBTOR'S LIMITED OPPOSITION TO SHELLPOINT MORTGAGE SERVICING; FIFTH THIRD MORTGAGE COMPANY; AND CITIMORTGAGE, INC'S MOTION FOR PROTECTIVE ORDER OR, IN ALTERNATIVE, MOTION FOR MODIFICATION OF SUBPOENA [FED. R. CIV. PROC. 26(c); FED R. BANKR. PROC. 7026; LBR 7037]**<br><br>Hearing Date: July 14, 2021<br>Hearing Time: 10:30 a.m. |

Debtor SCHULTE PROPERTIES LLC (hereinafter "Debtor"), by and through its counsel, Matthew L. Johnson, of the law firm of Johnson & Gubler, P.C., submits its limited Opposition to the Motion for Protective Order or, in Alternative, Motion for Modification of Subpoena as follows:

    1.    Debtor is not requesting documents that have already been produced in this matter.

    2.    Debtor is only requesting documents that have not been provided and documents that are not accessible by the Debtor.

    3.    Additionally, Debtor is requesting documents to have a complete loan file to better

1  respond to objection claims in this matter.

2  C.     Conclusion

3      The Debtor respectfully requests that the documents requested in Exhibit A of the Subpoena

4  be provided.

5  DATED: June 30, 2021.

6                      JOHNSON & GUBLER, P.C.
                    /s/ Matthew L. Johnson          .
7                      Matthew L. Johnson (6004)
                    8831 West Sahara Avenue
8                      Las Vegas, Nevada 89117
9                      E-mail: mjohnson@mjohnsonlaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE

1. I caused the following document(s) to be served:

**Debtor's Limited Opposition to Motion for Protective Order or, in Alternative, Motion for Modification of Subpoena**

I served the above-named document(s) by the following means to the persons listed below:

[X]   a.   **ECF System on June 30 2021:**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: June 30, 2021

/s/ Shae Bode
An employee of Johnson & Gubler, P.C.