EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385
**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for CitiMortgage, Inc.

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor. | Case No. 18-12734-mkn<br><br>Chapter 11<br><br>**AMENDED  NOTICE OF HEARING ON CITIMORTGAGE, INC.'S MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, MOTION FOR MODIFICAION OF SUBPOENA [FED. R. CIV. PROC. 26(c); FED R. BANKR. PROC. 7026; LBR 7037]**<br><br>**Hearing**:<br><br>Date: July 28, 2021<br>Time:   9:30am<br>Judge: Honorable Mike K. Nakagawa<br>Courtroom:2 |

Pursuant to Federal Rule of Civil Procedure 26(c), adopted by Bankruptcy Rule of Civil Procedure 7026, *Creditor* CitiMortgage, Inc. ("Citi") hereby provides this *Amended Notice of Hearing* on the Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c) and Memorandum of Points and Authorities in support thereof filed on June 11, 2021 at Docket No. 861.

/./../

/././

- 1 -

**CITIMORTGAGE, INC.'S AMENDED NOTICE OF HEARING ON MOTION FOR PROTECTIVE ORDER**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The above captioned hearing on the Motion is scheduled for July 28, 2021 at 9:30am before the Honorable Mike K. Nakagawa at the U.S. Bankruptcy Court for the District of Nevada – Las Vegas Division.

**PLEASE TAKE NOTICE** that Creditor CitiMortgage, Inc. ("Citi") hereby moves this Court pursuant to Federal Rules of Civil Procedure, Rule 26(b)(2)(C)(i) and 26(c) adopted by Bankruptcy Rule of Civil Procedure 7026, for a protective order against the Debtor, Schulte Properties, LLC's ("Debtor") *Subpoena Duces Tecum* ("Subpoena"), which seeks production of documents from Citi.

The Motion is made on the grounds that the Parties executed a confidential *Settlement Agreement and Release* dated March 25, 2021. Pursuant to the Settlement Agreement, Debtor agreed to a broad release of any claims against Citi. The Settlement Agreement resolved all contested matters between the Parties and covers Debtor's present Subpoena. In addition, documents Debtor requests were either: (i) already produced by Citi; (ii) equally available to Debtor; or (iii) objectionable as outlined in Citi's Responses to the original production requests. To the extent Debtor was dissatisfied with Citi's Responses to the production requests, Debtor failed to meet and confer regarding the Responses, file a motion to compel seeking additional production, or request a ruling on Citi's objections to the discovery requests. In the meantime, the discovery period expired. Debtor now seeks the same documents from Citi. Debtor's continued pursuit of said documents is inappropriate, burdensome, and an abuse of the judicial process.

Based on the foregoing, Citi requests the Court issue a protective order preventing Debtor from continuing its pursuit of: (1) documents already produced by Citi; (2) documents already in the Debtor's possession, or equally available to the Debtor; (3) documents related to any and all claims released pursuant to the Settlement Agreement; and (4) privileged, proprietary, or confidential documents of Citi, which are irrelevant to a pending contested matter.

Citi attempted to circumvent the need to file the present Motion by sending a meet and confer letter to Debtor's counsel. Citi advised Debtor it intended to file the instant Motion for

Protective Order absent the withdrawal of the Subpoena. To date, Debtor has yet to withdraw the Subpoena. Based upon the foregoing, Citi had no choice but to seek protection from the Court.

This Motion is based on this Notice of Motion and Motion, the Declaration of Eddie R. Jimenez, the accompanying Memorandum of Points and Authorities, and the pleadings and papers on file in this action.

**PLEASE ALSO TAKE NOTICE** that the above captioned hearing on the Motion is scheduled for July 28, 2021 at 9:30am before the Honorable Mike K. Nakagawa at the U.S. Bankruptcy Court for the District of Nevada – Las Vegas Division.

**PLEASE ALSO TAKE NOTICE** that unless the Court orders otherwise, any party opposing this Motion must file and serve any objections or oppositions no later than fourteen (14) days preceding the hearing date for the Motion in accordance with LR 9014(d). The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of LR 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**ALDRIDGE PITE, LLP**

Dated: July 1, 2021        /s/ Eddie R. Jimenez
                           EDDIE R. JIMENEZ

EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Bankruptcy Case No. 18-12734-mkn |
|---|---|
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |

I, <u>Lauren Timby</u>, declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On July 1, 2021, I caused the **AMENDED NOTICE OF HEARING ON CITIMORTGAGE, INC.'S MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, MOTION FOR MODIFICATION OF SUBPOENA [FED. R. CIV. PROC. 26(c); FED R. BANKR. PROC. 7026; LBR 7037]** to be served on the parties listed herein via electronic means through the Court's CM/ECF system or by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows:

/././

1  /./././

2  Schulte Properties LLC                    Matthew L. Johnson
   9811 W. Charleston Blvd Ste 2-351         Johnson & Gubler, P.C.
3  Las Vegas, NV 89117                       8831 West Sahara Avenue
                                             Las Vegas, NV 89117
4                                            annabelle@mjohnsonlaw.com

5

6  U.S. Trustee
   Department of Justice
7  300 Las Vegas Boulevard, SO.
   Suite 4300  Las Vegas, NV 89101
8  USTPRegion17.LV.ECF@usdoj.gov

9

10

11

12

13

14  /s/ Lauren Timby

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                                   CASE NO. 18-12734-mkn
**CERTIFICATE OF SERVICE**