_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 07, 2021

Matthew R. Carlyon
Nevada Bar No. 12712
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
Tel: (312) 863-5000; Fax: (312) 863-5099
*Proposed Special Litigation Counsel for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy Case No. 18-12734-MKN |
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| | **ORDER FOR SUBSTITUTION OF COUNSEL** |
| Debtor. | |

IT IS HEREBY ORDERED that Matthew R. Carlyon, Esq., and the law firm of Foran Glennon Palandech Ponzi & Rudloff PC, are substituted as Special Litigation Counsel for Schulte Properties LLC in the place of Matthew R. Carlyon, Special Litigation Counsel to Debtor.

**IT IS SO ORDERED:**

Submitted by:

FORAN GLENNON
By: */s/ Matthew R. Carlyon*
Matthew R. Carlyon, Esq.
Nevada Bar No. 12712