Matthew L. Johnson (6004)                                    E-filed 7/21/2021
Russell G. Gubler (10889)
JOHNSON & GUBLER P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCHULTE PROPERTIES LLC, <br><br> Debtor. | Bankruptcy Case No. 18-12734-MKN <br><br> Chapter 11 <br><br> **STATUS REPORT** |

Schulte Properties, LLC, through its attorneys, Matthew L. Johnson, of the law firm of Johnson & Gubler, P.C., respectfully submits this Status Report to the Court.

1.      Claims Objections

The Debtor has retained, with court authority, attorney Matthew Carlyon, who is evaluating and preparing various objections to claims to be filed with the Court. These claims objections, along with settlement conferences and settlements regarding various properties, will have a significant effect on the Debtor's current plan.

2.      Subpoenas

In order to facilitate the claims objections process and to avoid unnecessarily filing claims objections where not necessary, the Debtor has issued subpoenas to various current and former lenders and servicers of the Debtor's properties. The purpose of the subpoenas is to ensure that the Debtor has current and complete information regarding the various claims so that the Debtor may properly evaluate and/or object to claims. Many of the recipients have filed objections, and others

1 | have provided the requested information. The Debtor may seek additional documents and may

2 | require court intervention to obtain full and complete records regarding its 32 rental properties.

3 | 3.    Plan

4 |     The Debtor has filed a plan and obtained approval of a disclosure statement. However,

5 | since that time the Debtor has engaged in many day-long settlement conferences and has resolved

6 | several claims. The Debtor is currently evaluating claims and likely claims objections that it

7 | intends to file in the next few months to reduce and/or amend the claims on file in this case.

8 | Because of the settlements and the anticipated claims objections, the Debtor anticipates that it will

9 | file an amended plan and disclosure statement once the claims objections have been filed.

10 | DATED: July 21, 2021.

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for the Debtor*

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on July 21, 2021

3 I caused to be served a true and correct copy of STATUS REPORT in the following manner:

4       [X]    **a.**    **Electronic Service**

5               Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy
Court for the District of Nevada, the above-referenced documents were
6               electronically filed and served through the Notice of Electronic Filing
automatically generated by that Court's facilities on the dates of filing.

7

8       [X]    **b.**    **United States Mail**

9               By depositing a copy of the above-referenced document for mailing in the United
States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following
10               parties, at their last known mailing addresses, on the date above written.

11               See attached service list.

12

13 **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: July 21, 2021.

14

15                     */s/ Annabelle Nudo*
                    An employee of Johnson & Gubler, P.C.

16

17

18

19

20

21

22

23

24

25

26

27

28