Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCHULTE PROPERTIES LLC,<br><br>  Debtor. | Bankruptcy Case No. 18-12734-MKN<br><br>Chapter 11 |

### NOTICE OF WITHRAWAL OF SUBPOENA TO CITIMORTGAGE

**PLEASE TAKE NOTICE** that the debtor hereby withdraws the subpoena issued to Carrington Mortgage Services, LLC.

DATED: August 11, 2021.

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for the Debtor*

### CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on August 11, 2021 I caused to be served a true and correct copy of **NOTICE OF WITHRAWAL OF SUBPOENA TO CARRINGTON MORTGAGE SERVICES, LLC** in the following manner:

[X]  **a.  Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed and served through the Notice of Electronic Filing automatically generated by that Court's facilities on the dates of filing.

[X]  **b.  United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known mailing addresses, on the date above written.

See attached service list.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: August 11, 2021.

*/s/ Shae Bode*
An employee of Johnson & Gubler, P.C.