1  Matthew L. Johnson (6004)
2  Russell G. Gubler (10889)
   JOHNSON & GUBLER P.C.
3  8831 West Sahara Avenue
   Las Vegas, NV  89117
4  Telephone (702) 471-0065
   Facsimile (702) 471-0075
5  mjohnson@mjohnsonlaw.com
   *Attorneys for Debtor*
6

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Bankruptcy Case No. 18-12734-MKN |
|---|---|
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | |

### AMENDED NOTICE OF WITHRAWAL OF SUBPOENA TO CITIMORTGAGE, INC.

**PLEASE TAKE NOTICE** that the debtor hereby withdraws the subpoena issued to CitiMortgage, Inc.

DATED: August 12, 2021.

                                JOHNSON & GUBLER, P.C.

                                /s/ *Matthew L. Johnson*
                                Matthew L. Johnson (6004)
                                Russell G. Gubler (10889)
                                8831 West Sahara Avenue
                                Las Vegas, Nevada 89117
                                *Attorneys for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on August 12, 2021 I caused to be served a true and correct copy of **AMENDED NOTICE OF WITHRAWAL OF SUBPOENA TO CITIMORTGAGE, INC.** in the following manner:

[X]    a.    **Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed and served through the Notice of Electronic Filing automatically generated by that Court's facilities on the dates of filing.

[X]    b.    **United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known mailing addresses, on the date above written.

See attached service list.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: August 12, 2021.

/s/ *Annabelle Nudo*
An employee of JOHNSON & GUBLER, P.C.