# EXHIBIT A

# July 2, 2021 Letter

# Exhibit A



Natalie L. Winslow

Akerman LLP
1635 Village Center Circle
Suite 200
Las Vegas, NV  89134

T: 702 634 5000
F: 702 380 8572

July 2, 2021

**<u>VIA E-MAIL (mjohnson@mjohnsonlaw.com) AND U.S. MAIL</u>**

Melani Schulte and Schulte Properties LLC
c/o Matthew Johnson
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117

Re:     Schulte Properties LLC - Request for Information pursuant to Settlement Agreements

Mr. Johnson, Ms. Schulte, and Schulte Properties LLC:

As you know, I represent Rushmore Loan Management Services LLC with respect to two properties that are part of the Schulte Properties LLC bankruptcy proceeding, case no. 18-12734-mkn—10317 Neopolitan Place, Las Vegas, Nevada 89144 and 2681 Marathon Drive, Henderson, Nevada 89074.  Schulte Properties LLC, Melani Schulte, and Rushmore entered into written settlement agreements and releases related to these properties in February 2021.

Pursuant to the terms of the agreements, Ms. Schulte and Schulte Properties LLC are required to pay all taxes and insurance associated with the loans for these properties. They shall pay the taxes and insurance directly to the applicable taxing authorities and insurance companies.  Rushmore is entitled to proof of payment of the taxes and insurance.

I have asked for proof of insurance for the loan for the Marathon property on multiple occasions over the past few weeks.  I have not yet received proof of insurance.  **<u>Please provide me with proof of insurance for the loans associated with the Marathon property and Neopolitan property immediately</u>**.  If I do not receive proof of payment within 30 days of the date of this written correspondence, Rushmore will seek court intervention.  If Rushmore is required to seek court intervention, it will also seek all costs and attorneys' fees related to this matter.

Sincerely,

*/s/ Natalie L. Winslow*

Natalie L. Winslow

akerman.com