# EXHIBIT A

# Attorney Information Sheet for Proposed Order Shortening Time

# EXHIBIT A

NVB 9006 (Rev. 12/15)

Natalie L. Winslow (SBN 12125)
1635 Village Center Circle, Suite 200
TEL:(702) 634-5000 FAX: (702) 380-8572, natalie.winslow@akerman.com

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re: Schulte Properties, LLC ) BK: 18-12734
)
) ATTORNEY INFORMATION
) SHEET FOR PROPOSED ORDER
Debtor(s) ) SHORTENING TIME
)

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| Matthew Johnson | 8/11/2021 | | |
| Matthew Johnson | 8/12/2021 | | |

COMMENTS: Did not respond to request

Date: 8/12/2021

Natalie L Winslow
Submitted by