NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                            BK−18−12734−mkn
CHAPTER 11

SCHULTE PROPERTIES LLC

                           Debtor(s)                    NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *889* – Notice of Hearing on Motion to Enforce Settlement Terms Hearing Date: 09/15/2021 Hearing Time: 9:30 a.m. with Certificate of Service Filed by NATALIE L. WINSLOW on behalf of RUSHMORE LOAN MANAGEMENT SERVICES, LLC (Related document(s)888 Motion to Enforce filed by Creditor RUSHMORE LOAN MANAGEMENT SERVICES, LLC) (WINSLOW, NATALIE) |
| Filed On: | 8/12/21 |
| With A Hearing Date Of: | 9/15/21 |
| And A Hearing Time Of: | 9:30 A.M. |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Hearing Date or Time, Hearing will be set

Dated: 8/13/21

*Mary A. Schott*
Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**