

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 13, 2021

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>Schulte Properties, LLC,<br><br>                    Debtor. | Case No.: 18-12734-mkn<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME ON MOTION TO ENFORCE SETTLEMENT TERMS**<br><br>**Properties:**<br>10317 Neopolitan Pl., Las Vegas, NV 89144<br>2861 Marathon Drive, Henderson, NV 89074<br><br>**Hearing Date:** September 01, 2021<br>**Hearing Time:** 9:30 a.m. |
|---|---|

This matter came before the court on the motion for order shortening time on motion to enforce settlement terms. The court having considered the motion and the entire record in this matter hereby grants the motion. Accordingly, the court will consider the motion to enforce

1

59463545;1

settlement terms filed by Rushmore Loan Management Services, LLC at **9 : 30  a** .m. on **September 01**, 2021. Any objections to the motion will be filed on or before  August 23 , 2021. Any response to any objection to the motion will be filed on or before  August 30 , 2021.

Rushmore shall serve a copy of this order to counsel for the debtor on or before  August 16 , 2021. Pursuant to Local Rule 9006(e), notice of the entry of this order together with a copy of the motion to continue must be served in the most expeditious manner possible (e.g. email, facsimile, or hand delivery).

**IT IS SO ORDERED.**

**RESPECTFULLY SUBMITTED BY:**

**AKERMAN LLP**

/s/ *Natalie L. Winslow*
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Rushmore Loan Management Services, LLC*

2

59463545;1