ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>Schulte Properties, LLC,<br><br>Debtor. | Case No.: 18-12734-mkn<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME** |

**NOTICE IS HEREBY GIVEN** that an Order Shortening Time has been entered on August 13, 2021, a copy of which is attached hereto.

Dated this 13th day of August, 2021.

                                **AKERMAN LLP**

                                */s/ Natalie L. Winslow*
                                ARIEL E STERN, ESQ.
                                Nevada Bar No. 8276
                                NATALIE L. WINSLOW, ESQ.
                                Nevada Bar No. 12125
                                1635 Village Center Circle, Suite 200
                                Las Vegas, NV 89134

                                *Attorneys for Rushmore Loan Management Services, LLC*

{59480636}                              1

# CERTIFICATE OF SERVICE

1. On August 13, 2021, I served the following document: **NOTICE OF ENTRY OF ORDER SHORTENING TIME** I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☒ **a. ECF System**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ **b. United States mail, postage fully prepaid**

☐ **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail (as opposed to through the ECF System)**

☐ **e. By fax transmission**

☐ **f. By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: August 13, 2021

| Patricia Larsen | */s/ Patricia Larsen* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

{59480636}                              2

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
August 13, 2021
_____

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>Schulte Properties, LLC,<br><br>                    Debtor. | Case No.: 18-12734-mkn<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME ON MOTION TO ENFORCE SETTLEMENT TERMS**<br><br>**Properties:**<br>10317 Neopolitan Pl., Las Vegas, NV 89144<br>2861 Marathon Drive, Henderson, NV 89074<br><br>**Hearing Date:  September 01, 2021**<br>**Hearing Time:  9:30 a.m.** |
|---|---|

This matter came before the court on the motion for order shortening time on motion to enforce settlement terms. The court having considered the motion and the entire record in this matter hereby grants the motion. Accordingly, the court will consider the motion to enforce

1

59463545;1

settlement terms filed by Rushmore Loan Management Services, LLC at **9 : 30  a** .m. on **September 01**, 2021.  Any objections to the motion will be filed on or before __August 23__, 2021.  Any response to any objection to the motion will be filed on or before __August 30__, 2021.

Rushmore shall serve a copy of this order to counsel for the debtor on or before __August 16__, 2021.  Pursuant to Local Rule 9006(e), notice of the entry of this order together with a copy of the motion to continue must be served in the most expeditious manner possible (e.g. email, facsimile, or hand delivery).

**IT IS SO ORDERED.**

**RESPECTFULLY SUBMITTED BY:**

**AKERMAN LLP**

/s/ *Natalie L. Winslow*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Rushmore Loan Management Services, LLC*

2

59463545;1