ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>Schulte Properties, LLC,<br><br>Debtor. | Case No.: 18-12734-mkn<br><br>Chapter 11<br><br>**CERTIFICATION OF SERVICE** |

On August 13, 2021, I served the Notice of Entry of Order Shortening Time with attached Order Shortening Time along with a copy of the Motion to Dismiss with attached exhibits by email to counsel for Schulte Properties, LLC to the following email addresses:

'annabelle@mjohnsonlaw.com'; 'mjohnson@mjohnsonlaw.com'; 'kelcie@mjohnsonlaw.com'.

On August 16, 2021 I caused the above-referenced documented to be hand delivered to counsel for Schulte Properties, LLC at the following address: 8831 West Sahara Avenue, Las Vegas, NV.

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Patricia Larsen*
An employee of AKERMAN LLP

{59480636}                           1