EDDIE R. JIMENEZ (NV Bar #10376)
ejimenez@aldridgepite.com
GREG P. CAMPBELL
gcampbell@aldridgepite.com
(Admitted Pro Hoc Vice)
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, Nevada 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorney for    CitiMortgage, Inc.

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>SCHULTE PROPERTIES LLC,<br><br><br>Debtor(s). | Bankruptcy Case No. 18-12734-mkn<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF CITIMORTGAGE, INC.'S MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, MOTION FOR MODIFICATION OF SUBPOENA [FED. R. CIV. PROC. 26(c); FED R. BANKR. PROC. 7026; LBR 7037] [DKT NUMBER 861]** |

CitiMortgage, Inc. hereby withdraws its Motion for Protective Order or in the Alternative, Motion for Modification of Subpoena, filed June 11, 2021 Docket Number 861 without prejudice.

Dated: August 18, 2021                     **ALDRIDGE PITE, LLP**


                                           */s/ Greg Campbell*
                                           GREG CAMPBELL
                                           Attorneys for CitiMortgage, Inc.
                                           (Admitted Pro Hoc Vice)

EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorney for CitiMortgage, Inc.

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor. | Bankruptcy Case No. 18-12734-mkn<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, <u>Lauren Timby</u> declare that:

I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On August 18, 2021, I caused the **Notice of Withdrawal of CitiMortgage, Inc.'s Motion For Protective Order or, in the Alternative, Motion for Modification of Subpoena [Fed. R. Civ. Proc. 26 ©; Fed R. Bankr. Proc.7026; LBR 7037]** to be served on the parties listed herein via electronic means through the Court's CM/ECF system or by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows:

Schulte Properties LLC

1  9811 W. Charleston Blvd Ste 2-351
   Las Vegas, NV 89117

2

3  Matthew L. Johnson
   Johnson & Gubler, P.C.
4  8831 West Sahara Avenue
   Las Vegas, NV 89117
5  annabelle@mjohnsonlaw.com

6
   U.S. Trustee
7  Department of Justice
   300 Las Vegas, NV 89101
8  USTPRegion17.LV.ECF@usdoj.gov

9

10  /s/ Lauren Timby