Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| SCHULTE PROPERTIES LLC<br><br>Debtor, | Case No. BK-S-18-12734-MKN<br>Chapter 11<br><br>**OPPOSITION TO MOTION TO ENFORCE SETTLEMENT TERMS**<br><br>Hearing Date: OST<br>Hearing Time: 9:30 a.m. |

SCHULTE PROPERTIES LLC ("Debtor"), by and through its counsel, MATTHEW L. JOHNSON, ESQ. of JOHNSON & GUBLER, P.C., hereby files its Opposition to Rushmore Loan Services, LLC's Motion to Enforce Settlement Terms, and requests an award of attorney's fees and costs for having to respond to this motion when the requested documents were provided and signed for by Rushmore back in May of 2021. To be clear, both properties have always been insured and the taxes are and have been current.

## I.     FACTS

1. Rushmore Loan Services, LLC ("Rushmore") holds loans on two properties owned by the Debtor: 10317 Neopolitan Place, and 2861 Marathon Drive.

2. The Neopolitan property loan was held in the name of Melani Schulte's mother, Leola Brinker, who passed away several years ago.

3. The Marathon Drive property was held in the name of Melani Schulte, personally, and in her ex-husband (who has also passed away), William R. Schulte.

1

4.  In February of this year, the Debtor reached a settlement agreement with Rushmore for each property.  In those agreements, the loans on the two properties were modified to include set monthly payments, with interest at 4%, and the loans being placed into the name of the Debtor.

5.  As part of the Settlement Agreements, the loans would be "de-escrowed," meaning that Schulte would pay all taxes and insurance regarding the two loans. Pursuant to section (1)(B)(iv) of the Settlement Agreements, which are on file with this Court as dockets 797-2 and 797-3, Schulte was to provide proof of payment of taxes and insurance in February and August. The Settlement Agreement signed by Schulte, however, states that Rushmore can make a written request and Schulte has 30 days to provide proof of payment of taxes or insurance.  If Schulte does not do so, Rushmore could seek to compel that information but must provide 30 days notice prior to filing a motion. Either version requires Schulte to provide proof of payment of taxes and/or insurance, either upon written request, or in February and August. The executed copy is attached as Exhibit A.

6.  As part of the Settlement Agreement, Rushmore was to ensure that the monthly mortgage statements correctly reflected the Parties' agreement by showing (1) the correct monthly payment, (2) the correct interest rate, and (3) that no escrow would be charged. The statements were to be corrected no later than May 15, 2021. *See* Exhibit A at section (1)(B)(vii).

### MARATHON PROPERTY

7.  Insurance payments on the Marathon Property are due once a year, starting in June of each year.

8.  At the time of the settlement agreement, the Marathon Property was insured through Century National, with its first bill due in June 2021.

9.  On June 1, 2021, Schulte paid the entire insurance policy for the Marathon property, covering 6/16/2021 through 5/12/2022. A copy of the insurance policy information, as well as the check for $647.00 sent to Century National for the yearly premium, is attached as Exhibit B.

10. The Property taxes for the Marathon Property may be paid in lump sum, or quarterly.

11. The status of the payment of Property taxes are available online for the public, including Rushmore and its counsel, to review. Attached as Exhibit C is a copy of the printout for the Marathon property showing that no taxes are due as of 8/23/2021. This also includes a payment receipt for taxes paid for the 3rd quarter in the amount of $391.86.

12. As of March 5, 2021, Rushmore had not corrected the monthly statements and therefore Schulte contacted Rushmore to let them know that the payment amount and the interest rate had been corrected to properly reflect the agreement, but that it was still showing escrow when there was to be no escrow. *See* Exhibit D. Under the Agreement, Rushmore had until May 15, 2021 to correct the monthly statements.

13. By June 15, 2021, Rushmore's statements had still not been corrected. To date, every statement sent by Rushmore is still incorrect. There are still unapplied funds, which should not happen.

14. Schulte sent correspondence, through counsel, to Rushmore's counsel on June 15, 2021, pointing out those problems. Schulte also pointed out that it had received a request for proof of insurance on Neopolitan, when that had been sent by Certified mail to Rushmore on May 8, 2021. This was received on May 11, 2021 at 5:49 am. *See* Exhibit E.

**NEOPOLITAN PROPERTY**

15. On April 26, 2021, Rushmore sent a letter to Schulte claiming that insurance was about to expire and that they would be putting force-placed insurance on the Property. *See* Exhibit F.

16. On May 8, 2021, Schulte sent, by Certified Mail, return receipt requested, proof that the Property was insured through Century National Insurance. Schulte also sent a copy of the check for $621.00, showing that the policy had been paid in full and would be in effect through May of 2022.  Rushmore ***received*** this proof on May 11, 2021 at 5:49 a.m. *See* Exhibit G.

17. Despite having received proof of insurance by certified mail on May 11, 2021, Rushmore sent another letter to Schulte twenty-days later, on May 31, 2021, again claiming there was no insurance and they would be placing forced placed insurance on the Property. *See* Exhibit H.

18. Schulte then received another similar letter on June 24, 2021, again more than a month after Rushmore had ***received*** proof of insurance on May 11, 2021 by certified mail. *See* Exhibit I.

19. Schulte then received a letter dated July 5, 2021, finally acknowledging, approximately two months after it had already provided proof of insurance, that the Property was, in fact, insured. *See* Exhibit J.

20. All property taxes have been paid on both properties. *See* Exhibits K (Neopolitan) and C (Marathon).

21. All insurance is current on both properties. *See* Exhibits G (Neopolitan) and B (Marathon)

22. Rushmore still has not complied with the Settlement Agreement, as the Statements are still wrong. An Order should be entered requiring compliance with the Settlement Agreement, but it is Rushmore that should be compelled to do so.

**<u>ARGUMENT</u>**

Schulte has complied with the terms of the settlement agreement. It has paid the insurance and the taxes for both properties. At no point while this case has been pending has either the taxes or the insurance not been paid. They have always been paid. Schulte sent, by certified mail, proof of insurance on Neopolitan shortly after it renewed its policy. Despite this, Rushmore took more than two months to acknowledge receipt of this information. The payment of taxes on the properties is available online, free of charge, 24 hours per day to anyone who requests it. The *Elmira Litho, Inc.,* case cited by Rushmore does not apply as there has always been insurance on these properties. To date, Rushmore's statements are still incorrect. Rushmore is still holding funds "in suspense," failing to correctly apply payments, and otherwise making error after error on these loans. Rushmore has failed to apply any of the additional payments paid towards principal reduction as required. This, in turn, causes the Debtor to be charged more interest than should be charged. Schulte, and not Rushmore, should be granted relief, and Rushmore should be required to pay the Debtors' fees and costs in responding to this Motion.

/ / /

/ / /

4

## II.    <u>CONCLUSION</u>

This Motion must be denied, or alternatively, granted in favor of Schulte Properties. Schulte should be awarded its fees and costs for having to respond to this Motion, and this Court should award such other relief as is just.

Respectfully submitted this 23rd day of August, 2021.

JOHNSON & GUBLER, P.C.

<u>/s/ Matthew L. Johnson            .</u>
Matthew L. Johnson (6004)
8831 West Sahara Avenue
Las Vegas, NV  89117
mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

<u>DECLARATION OF MELANI SCHULTE</u>

1.  I am over eighteen years old. I have personal knowledge of the facts set forth in this declaration. I make this declaration in support of the Debtor's Opposition to Rushmore's Motion to enforce settlement terms.

2.  I have reviewed the Opposition, and to the best of my knowledge and belief, those facts are true and correct.

3.  Since the inception of this case, the property taxes on these properties have always been timely paid. Furthermore, the insurance has always been current and in full force and effect since the inception of this case.

4.  The Exhibits attached to the Opposition are true and correct copies of the documents they purport to be, and are provided as they are kept in the ordinary course of Schulte's business.

5. It is my position that Rushmore is in breach of the Settlement Agreement. There are 30 other properties that I am dealing with in assisting the Debtor. Rushmore continues to fail to properly apply payments and to send proper statements. The Debtor requests that Rushmore's Motion be denied and that this Court grant relief to the Debtor.

Stated under penalty of perjury this 23rd day of August, 2021.

/s/ Melanie Schulte

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Johnson & Gubler, PC, and that on August 23, 2021 I caused to be served a true and correct copy of the OPPOSITION TO MOTION TO ENFORCE SETTLEMENT TERMS in the following manner:

[X]    **a.    Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: August 23, 2021.

/s/ Annabelle Nudo                                    .
An Employee of Johnson & Gubler, P.C

Exhibit A

# SETTLEMENT AGREEMENT AND RELEASE

This Confidential Settlement Agreement and Release ("Agreement") is made and entered into by and between debtors Schulte Properties, LLC ("Schulte") and Melani Schulte ("Ms. Schulte") (together "Debtor Parties") and creditor Rushmore Loan Management Services, LLC ("Rushmore"), as of the date on which the Agreement is fully executed by all Parties ("Effective Date"). Rushmore and Debtor Parties are collectively the "Parties," and each individually is a "Party."

## RECITALS

This Agreement is entered into with reference to the following facts and recitals which are true to the best of the Parties' knowledge and belief, and are made part of this Agreement:

WHEREAS, William R. Schulte and Ms. Schulte acquired the property at 2861 Marathon Drive, Henderson, NV 89074 (the "Property") on or about January 28, 1999;

WHEREAS, on or about July 30, 1999, William R. Schulte and Ms. Schulte executed a promissory note in the amount of $113,600.00 in favor of Summit Mortgage Corporation dba Executive Mortgage to finance the Property (the "Note"), which was secured by a deed of trust recorded against the Property with the Clark County Recorder as instrument no. 199907300002896 (the "Deed of Trust"). The Note and Deed of Trust shall be collectively referred to herein as "the Loan";

WHEREAS, U.S. Bank, N.A., as trustee for the RMAC Trust, Series 2016-CTT ("U.S. Bank") is the current beneficiary of the deed of trust by way of an assignment recorded against the property on or about February 12, 2020. Rushmore is the current servicer of the Loan on behalf of U.S. Bank;

WHEREAS, William and Ms. Schulte filed for chapter 11 bankruptcy relief, in the United States Bankruptcy Court, District of Nevada, case number 09-29123-mkn, on October 11, 2009 ("2009 Bankruptcy");

WHEREAS, the court entered an order in the 2009 Bankruptcy on March 8, 2011, confirming William and Ms. Schulte's amended chapter 11 plan of reorganization;

WHEREAS, the plan confirmation order resulted in the Loan being crammed down to $101,274.22, with the interest rate modified to 5.25%;

WHEREAS, William and Ms. Schulte received their discharge in the 2009 Bankruptcy on December 15, 2015;

WHEREAS, the Property was transferred to Schulte Properties, LLC, as allowed by the 2009 Bankruptcy plan confirmation order, on or about April 6, 2018;

WHEREAS, Rushmore alleges Debtor Parties failed to make all payments pursuant to the 2009 Bankruptcy plan confirmation order, resulting in a default under the terms of the Loan;

WHEREAS, Debtor alleges that most, if not all payments on the Loan were not properly applied and accounted for pursuant to the 2009 Bankruptcy plan confirmation order, and that, among other things, servicers did not properly board the loan, change the terms of the loan to conform with the March 8, 2011 Confirmation Order, did not inform the Debtor Parties of changes in servicing, continued to add unauthorized fees and costs to the loan that had been crammed down under the Plan, failed to change the interest rate, and failed to comply with Nevada mortgage servicing laws or rules;

55732681;1

WHEREAS, on May 31, 2017, Schulte Properties, LLC filed for chapter 11 bankruptcy in case no. 17-12883 ("2017 Bankruptcy");

WHEREAS, Schulte filed a motion to dismiss the 2017 Bankruptcy on November 15, 2017, which the court granted on January 16, 2018;

WHEREAS, on May 10, 2018, Schulte filed for chapter 11 bankruptcy relief a second time in the United States Bankruptcy Court, District of Nevada, case number 18-12734-mkn ("2018 Bankruptcy" and together with the 2009 and 2017 bankruptcies the "Bankruptcies");

WHEREAS, Schulte filed an amended proposed chapter 11 plan in the 2018 Bankruptcy on April 10, 2019 (ECF No. 346);

WHEREAS, Rushmore opposed confirmation of Schulte's proposed chapter 11 plan in the 2018 Bankruptcy;

WHEREAS, the court continued the confirmation hearing in the 2018 Bankruptcy to allow discovery and to hold an evidentiary hearing on plan confirmation;

WHEREAS, Ms. Schulte has indicated an intent to file a motion for a finding of civil contempt and sanctions for violation of the confirmation order and discharge injunction against Rushmore in the 2009 Bankruptcy with regard to the Loan and Property; and

WHEREAS, the Parties agree it is in their mutual interests to avoid the uncertainty and expense of further litigation regarding Schulte's proposed chapter 11 plan in the 2018 Bankruptcy and any sanctions or other adverse motion against Rushmore in the 2009 Bankruptcy by reaching a comprehensive settlement of the certain matters encompassed herein, without any admission of law or fact;

NOW, THEREFORE, in consideration of the mutual covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties covenant and agree as follows:

## TERMS AND RELEASES

### 1. SETTLEMENT PROVISIONS

A. **Agreement Execution.** Within seven (7) calendar days from the date of request by Rushmore's Counsel, Debtor Parties shall execute this Agreement and deliver a copy of the executed Agreement to Rushmore's Counsel identified below. Within seven (7) calendar days of Rushmore's receipt of the executed Agreement from Debtor Parties, Rushmore shall execute and deliver a copy of the executed Agreement to Debtor Parties' Counsel identified below.

B. **Loan Modification.** Effective beginning February 1, 2021, Rushmore shall modify the terms of the Loan ("Modified Loan"), as follows:

    i. **Principal Balance.** The principal balance of the Modified Loan shall be $129,509.51, to be paid over a 30-year period beginning February 1, 2021.

    ii. **Interest Rate.** The Modified Loan shall accrue interest at the rate of 4.00% per year.

    iii. **Monthly Payments.** The total monthly payment amount under the Modified Loan shall be

55732681;1

$618.30.

iv.    **Escrow.** Rushmore shall de-escrow the Modified Loan account. Schulte shall be responsible for the payment of all taxes and insurance associated with the Modified Loan, and shall pay the taxes and insurance directly to the applicable taxing authorities and insurance companies. Schulte must provide proof of payment of insurance and/or taxes to Rushmore upon the written request of Rushmore. If Schulte fails to timely provide proof of payment of insurance or taxes within thirty (30) days of written request, Rushmore may seek court intervention to compel Schulte to provide proof of payment of insurance and/or taxes, and shall be entitled to any fees and costs associated with the filing of such motion, in accordance with paragraph 2.Q below. At least 30 days prior to filing any such motion, Rushmore shall provide written notice to Schulte and its counsel that it has not received proof of payment of insurance and/or taxes pursuant to this section 1(B)(iv) of the Agreement ("Rushmore Demand Letter"). Rushmore shall also be entitled to reasonable fees and costs associated with the Rushmore Demand Letter should the court find that Schulte breached this provision of the Agreement.

v.    **Waiver of Late Fees and Past-Due Payments.** Upon implementation of the Modified Loan, Rushmore shall waive all late fees, past-due payments, and any other past-due charges or fees on the Loan through February 1, 2021, bringing the Modified Loan current as of February 1, 2021.

vi.    **Payments Through January 2021.** Schulte shall continue to make regular payments on the Loan through the end of January, 2021 under the terms of the 2009 Bankruptcy confirmed plan. The first monthly payment under the Modified Loan shall be due on February 1, 2021.

vii.    **Monthly Mortgage Statements.** Debtor Parties recognize and understand that the terms of the Modification Agreement and Assumption Agreement (as defined below), and Modified Loan may take time to reflect on the monthly mortgage statements. Rushmore shall use its best efforts to implement the terms of this Agreement by February 1, 2021. By May 15, 2021, the terms of the Modification Agreement and Assumption Agreement (as defined below) and Modified Loan shall be reflected in the monthly mortgage statements. If Rushmore fails to adjust the monthly mortgage statements pursuant to this paragraph, Schulte may provide written notice to Rushmore to adjust such monthly mortgage statement ("Schulte Demand Letter"). If Rushmore fails to adjust the monthly mortgage statement consistent with this paragraph within thirty (30) days of written request, Schulte may seek court intervention to compel Rushmore to adjust such monthly mortgage statement, and shall be entitled to any fees and costs associated with the filing of such motion, in accordance with paragraph 2.Q below. Schulte shall also be entitled to reasonable fees and costs associated with the Schulte Demand Letter should the court find that Rushmore breached this provision of the Agreement.

viii.    **Payments Online.** Schulte may make its monthly mortgage payments through an online payment to Rushmore. Rushmore will utilize its best efforts to offer Schulte an online payment option on or before May 15, 2021.

ix.    **No Pre-Payment Penalty.** There shall be no pre-payment penalty in the event Schulte pays ahead on the Modified Loan. Any additional payments shall be immediately applied and posted to the principal balance, and shall not be held in suspense.

x.    **Unapplied Funds.** Upon execution of this Agreement by Debtor, Rushmore shall apply any unapplied funds which may currently be held in suspense to the outstanding principal balance

55732681;1

of the Modified Loan amount. The current amount of unapplied funds which Rushmore is holding in suspense is $303.17.

xi. **Incorporation of Terms.** With the exception of the modified terms outlined herein or as otherwise outlined in the Modification Agreement (as defined below), all other terms and conditions contained and agreed to in the Note and Deed of Trust remain the same, including but not limited to all remedies in the event of a default.

xii. **Modification Agreement.** The Parties shall execute a written modification agreement, suitable for recording, consistent with the terms expressed herein ("Modification Agreement"). Rushmore shall make its best efforts to deliver the written modification documents to Debtor Parties for execution on or before February 1, 2021. Debtor Parties agree to execute and deliver such documents as reasonably requested by Rushmore with respect to the Property to facilitate the Modification Agreement within 7 calendar days of Rushmore's delivery of the modification documents for execution.

C. **Loan Assumption.** Concurrently with the execution of the Modification Agreement, subject to review of a title report and confirmation of no title issues which would prohibit or materially affect any loan assumption, the Parties shall execute a loan assumption agreement in the form provided by Rushmore ("Assumption Agreement"). The Assumption Agreement shall provide for assumption of the loan by Schulte Properties, LLC. Rushmore shall make its best efforts to deliver the written assumption documents to Debtor Parties for execution on or before February 1, 2021. Debtor Parties agree to execute and deliver such documents as reasonably requested by Rushmore with respect to the Property to facilitate the Assumption Agreement within seven (7) calendar days of Rushmore's delivery of the assumption documents for execution.

D. **Controlling Agreement.** To the extent there is any conflict between this Agreement or the Modification Agreement, this Agreement controls the agreement between the Parties.

E. **Consideration.** The Modification Agreement, Assumption Agreement, and Modified Loan are consideration for this Agreement and the terms herein, including but not limited to the Release (as defined below).

F. **9019 Motion.** Within seven (7) calendar days of the Effective Date, the Parties shall file in the 2018 Bankruptcy a joint motion for approval of this Agreement pursuant to Fed. R. Bankr. P. 9019 (the "9019 motion"). This Agreement shall be contingent upon the court approving the Parties' 9019 motion.

G. **Stipulation to Support Plan.** Rushmore agrees it will stipulate to vote in favor of plan confirmation in the 2018 Bankruptcy, so long as the proposed plan's treatment of the Property and Modified Loan is consistent with the terms of this Agreement.

H. **Full Satisfaction.** The Modification Agreement, Assumption Agreement, and Modified Loan are in full satisfaction of each and every claim and/or allegation within the Bankruptcies which Debtor Parties brought or could have brought against Rushmore and it includes all attorneys' fees and costs that Debtor Parties may have incurred in connection with the Bankruptcies. The Modification Agreement, Assumption Agreement, and Modified Loan are in full satisfaction for any alleged actions by Rushmore through the Effective Date of this Agreement, which Debtor Parties allege is in any way in violation of any part of the 2009 Bankruptcy, including but not limited to Ms. Schulte's discharge injunction and/or plan confirmation order issued in the 2009 Bankruptcy.

55732681:1

I. **Mutual Release**. For and in consideration of this Agreement made by the Parties, the receipt and sufficiency of which is hereby expressly acknowledged, both Parties for themselves and each of their present and former heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouses, attorneys, insurers, agents, representatives, predecessors, successors, assigns and all those who claim through them or could claim through them (collectively, **Releasors**) unconditionally and irrevocably remise, waive, satisfy, release, acquit, and forever discharge each other, and each of its present, former and future parents, predecessors, successors, assigns, assignees, affiliates, divisions, departments, subdivisions, owners, partners, principals, trustees, creditors, shareholders, joint ventures, co-venturers, officers and directors (whether acting in such capacity or individually), attorneys, vendors, accountants, nominees, agents (alleged, apparent or actual), representatives, employees, managers, administrators, and/or each person or entity acting or purporting to act for them or on their behalf, as well as any past, present or future person or any entity that held or holds any interest in the loan, including U.S. Bank, as trustee for the RMAC Trust, Series 2016-CTT and Rushmore (collectively, the **Releasees**), and each of them respectively, from and against any and all past and present claims, counterclaims, actions, defenses, affirmative defenses, suits, rights, causes of action, lawsuits, set-offs, costs, losses, controversies, agreements, promises and demands, or liabilities, of whatever kind or character, direct or indirect, whether known or unknown or capable of being known, whether existing now or to come into existence in the future, arising at law or in equity, by right of action or otherwise, including, but not limited to, suits, debts, accounts, bills, damages, judgments, executions, warranties, attorneys' fees, costs of litigation, expenses, claims and demands whatsoever that the Releasors, or their attorneys, agents, representatives, predecessors, successors and assigns, have or may have against the Releasees, for, upon, or by reason of any matter, cause or thing, whatsoever, in law or equity, including, without limitation, the claims made or which could have been made by Debtor Parties in any of the Bankruptcies, or in connection with the Loan or in any way related to the Property, or any servicing act or omission (collectively, **Released Matters**). Notwithstanding the above, nothing contained in this Agreement shall release any claims that Ms. Schulte or Debtor may have against any person or entity other than the Releasees regarding the Loan on the Marathon Property. This Release is intended to apply only to the Releasees as to the Marathon Loan, and not to any other loan servicers or lenders. This Release shall also not apply to any future servicer that is/are not in compliance with the terms of this Agreement.

J. **Excluded Claims**: This Agreement does not apply to any separate continuing contractual and/or equitable obligations as may currently exist between or among the Parties, except as expressly indicated herein, including, for example, existing loans encumbering other property of Debtor Parties, credit cards held by Debtor Parties or any other banking, credit card or investment relationship with Rushmore, including but not limited to Rushmore and/or its affiliated entities.

## 2.   ADDITIONAL TERMS

A. **Adequate Consideration.** The consideration received in connection with this Agreement is fair, adequate and substantial and consists only of the terms set forth in this Agreement.

B. **Covenant Not to Sue.** Debtor Parties agree not to cause claims to be made in any court or other forum against the Releasees for any matter within the scope of the releases contained herein.

C. **Further Assurances.** Each Party agrees to take all reasonable steps necessary to effectuate the terms of this Agreement.

D. **No Admission of Liability.** Each of the Parties understands and agrees that this Agreement and the

Page 5 of 10

55732681;1

settlement provided for herein, are intended to compromise disputed claims and defenses, to avoid litigation and to buy peace, and that this Agreement and the settlement provided for herein shall not be construed or viewed as an admission by any Party of liability or wrongdoing, such liability being expressly denied. This Agreement, and the settlement provided for herein, shall not be admissible in any lawsuit, administrative action, or any judicial or administrative proceeding if offered to show, demonstrate, evidence or support a contention that any of the Parties acted illegally, improperly, or in breach of law, contract or proper conduct.

E.  **Waiver.**  The failure of either Party to demand from the other Party performance of any act under the Agreement shall not be construed as a waiver of that Party's right to demand, at any subsequent time, such performance.

F.  **Tax Consequences.**  Debtor Parties agree that if it is later determined by the Internal Revenue Service or any other taxing body that taxes of any type should have been paid in connection with any benefit they receive pursuant to this Agreement, they will be solely responsible for paying such taxes.  Rushmore makes no representations or warranties regarding the legal effect or tax consequences of this Agreement, or of any such filing or reporting by Rushmore.  Debtor Parties further expressly acknowledge that they neither received nor relied upon any tax advice from Rushmore or its representatives and attorneys.

G.  **Choice of Law.**  This Agreement shall be construed in accordance with and all disputes hereunder shall be controlled by the laws of the State of Nevada without regard to Nevada's choice of law rules.

H.  **Parties' Counsel.**  As used in this Agreement, the phrase "Debtor Parties' Counsel" means Matthew L. Johnson, Esq. and/or Ashveen Dhillon, Esq., Johnson & Gubler, PC, Lakes Business Park, 8831 W. Sahara Ave., Las Vegas, Nevada 89117, and any and all of their current and former owners, predecessors, successors, partners, shareholders, agents (alleged or actual), representatives, employees and affiliates.  Debtor's Counsel represents and warrants that (i) the term "Debtor Parties' Counsel," as defined above, includes all persons (natural or legal) and entities having any interest in any award of attorneys' fees or litigation costs to Debtor Parties' Counsel in connection with the Bankruptcies; or (ii) that, to the extent there are other persons or entities having any interest in any award of attorneys' fees or litigation costs in connection with the Bankruptcies, they will be satisfied by Debtor Parties' Counsel.  As used in this Agreement, the phrase "Rushmore's Counsel" means Natalie L. Winslow, Esq. and/or Jamie K. Combs, Esq., Akerman, LLP, 1635 Village Center Circle, Suite 200, Las Vegas, Nevada 89134.

I.  **No Interpretation of Captions or Headings.**  The captions and headings within this Agreement are for ease of reference only and are not intended to create any substantive meaning or to modify the terms and clauses either following them or contained in any other provision of this Agreement.

J.  **Severability.**  If any provision of the Agreement or the application thereof is held invalid by a court, arbitrator or government agency of competent jurisdiction, the Parties agree that such a determination of invalidity shall not affect other provisions or applications of the Agreement which can be given effect without the invalid provisions and thus shall remain in full force and effect or application.

K.  **Neutral Interpretation and Counterparts.**  The Parties shall be deemed to have cooperated in the drafting and preparation of this Agreement.  Hence, any construction to be made of this Agreement shall not be construed against any Party.  This Agreement may be executed in counterparts and each executed counterpart shall be effective as the original.  All faxed, emailed, or electronic signatures affirming this Agreement constitute an original signature.

55732681;1

L.  **Integration / Single Agreement.** This Agreement constitutes a single, integrated, written contract expressing the entire understanding and agreement between the Parties, and the terms of the Agreement are contractual and not merely recitals. There is no other agreement, written or oral, expressed or implied between the Parties with respect to the subject matter of this Agreement, except as described within this Agreement, and the Parties declare and represent that no promise, inducement or other agreement not expressly contained in this Agreement has been made conferring any benefit upon them or upon which they have relied in any way. The terms and conditions of this Agreement may not be contradicted by evidence of any prior or contemporaneous agreement, and no extrinsic evidence may be introduced in any judicial proceeding to interpret this Agreement. This provision does not apply either to any other business relations between the Parties (*e.g.*, a credit card, investment or bank account) not related to the subject matter of the release with this Agreement.

M.  **Amendments to the Agreement.** This Agreement shall not be altered, amended or modified by oral representation made before or after the execution of this Agreement. All amendments or changes of any kind must be in writing, executed by all Parties.

N.  **Authority.** Debtor Parties represent and warrant that they have not sold, transferred, conveyed, assigned, or otherwise disposed of any right, title or interest in any of the Released Matters herein to any person or entity, and that Debtor Parties are not aware of any other person or entity who may have or who has asserted or can assert a right, title, or interest in any of the Released Matters covered by this Agreement. Debtor Parties further affirm that they are fully capable of executing this Agreement and understand its contents and further that they have legal counsel of their own choice or that they have had an opportunity to obtain such legal counsel to explain the legal effect of signing this Agreement.

O.  **Advice of Counsel.** Each Party to this Agreement acknowledges that it has had the benefit of advice of competent legal counsel or the opportunity to retain such counsel with respect to its decision to enter into this Agreement. The individuals whose signatures are affixed to this Agreement in a personal or representative capacity represent that they are competent to enter into this Agreement and are doing so freely and without coercion by any other Party or non-party hereto.

P.  **Successors.** This Agreement shall inure to the benefit of the respective heirs, successors, and assigns of the Parties, and each and every one of the Releasees shall be deemed to be intended third-party beneficiaries of this Agreement.

Q.  **Attorneys' Fees.** Unless otherwise expressly set forth herein, Debtor Parties shall bear their own attorneys' fees, costs, and expenses in connection with the matters set forth in the Agreement, including, but not limited to, the negotiations and preparation of this Agreement. However, if any Party institutes legal proceedings over the enforcement of this Agreement or any provision of it, the prevailing Party shall be entitled to recover from the losing Party its costs, including reasonable attorneys' fees, at both the trial and appellate levels.

R.  **Other Accounts/ Future Events.** The Parties understand and agree that this Agreement shall not, under any circumstances, be deemed to prohibit Rushmore (or any other person or entity) from continuing to take any actions with regard to any other mortgage, credit or account obtained by Debtor Parties from Rushmore, including but not limited to such actions as acceleration and foreclosure as may be appropriate in the event of a future default on the at-issue Modified Loan or any other mortgage or credit obtained by Debtor Parties from Rushmore.

S.  **Jurisdiction.** The United States Bankruptcy Court for the District of Nevada shall retain jurisdiction over

55732681;1

this Agreement, and any dispute concerning this Agreement shall first by brought in the United States *Bankruptcy* Court for the District of Nevada.

IN WITNESS WHEREOF, the Parties hereto evidence their agreement as a sealed instrument and have executed this Agreement as of the day and year first below written.

**[SIGNATURES ON FOLLOWING PAGES]**

55732681;1

**Melani Schulte, Individually**

_____

Melani Schulte

Date Executed: __2/1/2021__

**Schulte Properties, LLC**

_____

Authorized Signature

Date Executed: __2/1/2021__

By: __MELANI SCHULTE__

    Print Name

Title: __MANAGER__


State of ( __NEVADA__ )

County of ( __CLARK__ )

      On this, the __1__ day of __February__, 2021, before me, __Melanie Schulte__, a notary public, personally appeared Melani Schulte known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained. In witness hereof, I hereunto set my hand and official seal.

SHAE E. BODE
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 20-9135-01
My Appt. Expires    January 2, 2024

_____

Notary Public

My Commission Expires: __1·2·24__

Page **9** of **10**

55732681;1

**Rushmore Loan Management Services LLC**

_____

Authorized Signature
                    Tim Lightfoot

By:_____
    Print Name
                    Vice President
Title: _____

Date Executed: _____ FEB 0 3 2021 _____

State of (_____ **TEXAS** _____)

County of (_____ **Dallas** _____)

SUBSCRIBED and SWORN to before me on this _____ day of **FEB 0 3 2021**, ~~2021~~,

by ____ Tim Lightfoot ____, ☑ known to me (☐ or satisfactorily proven to me through
    (insert name of signer)

production of ___ PERSONALLY KNOWN as identification) to be the person(s) who appeared before me.
(seal)

_____
(Type or print name below signature)
KIRK P. DUNAR
Notary Public, State of _____ **TEXAS**
Commission No.: 132586352
My Commission Expires: _____ 2 4 JUL 2024

KIRK P. DUNAR
Notary Public, State of Texas
Comm. Expires 07-24-2024
Notary ID 132586352

Page **10 of 10**

55732681;1

Exhibit B




**SCHULTE PROPERTIES LLC**
DEBTOR IN POSSESSION
BANKRUPTCY CASE #18-12734-MKN
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89102
94-169/1212

14023

06/01/2021

PAY TO THE ORDER OF   **CENTURY NATIONAL INSURANCE COMPANY**          $   647.00

**** SIX HUNDRED FORTY-SEVEN AND 00/100 DOLLARS

DOLLARS

🔒 PROTECTED AGAINST FRAUD 🔒

CENTURY NATIONAL INSURANCE
COMPANY
C/O NATIONAL GENERAL INSURANCE
PO BOX 89431
CLEVELAND, OH 44101-6431

VOID AFTER 90 DAYS

MEMO   MARAD - PROPERTY INSURANCE #2006...

Policy # 2006431082

SCHULTE PROPERTIES LLC 2018 OPERATI

⑈0 14023⑈ 1:

---

**SCHULTE PROPERTIES LLC**
Date: 06/01/2021     Check #14023     Account: SCHULTE PROPERTIES LLC 2018
Pay to: CENTURY NATIONAL INSURANCE COMPANY

14023

| Property | Unit | Reference | Description | Amount |
|---|---|---|---|---|
| MARAD - 177-13-210-013 - 2861 MARATHO... | | MARAD - PROPERTY INSURANCE ... | MARAD - PROPERTY INSURANCE ... | 647.00 |
| | | | | 647.00 |

Policy # 2006431082

---

**SCHULTE PROPERTIES LLC**
te: 06/01/2021     Check #14023     Account: SCHULTE PROPERTIES LLC 2018
y to: CENTURY NATIONAL INSURANCE COMPANY

14023

| Property | Unit | Reference | Description | Amount |
|---|---|---|---|---|
| MARAD - 177-13-210-013 - 2861 MARATHO... | | MARAD - PROPERTY INSURANCE ... | MARAD - PROPERTY INSURANCE ... | 647.00 |
| | | | | 647.00 |



MAZAD

## CENTURY-NATIONAL
A NATIONAL GENERAL COMPANY

PO Box 3199 • Winston Salem, NC 27102-3199
SP 05

| | |
|---|---|
| Policy Number: | **2006431082** |
| Account Number: | **2006431082** |
| Product: | **Dwelling Fire** |
| Policy Period: | **6/16/2021 - 6/16/2022** |
| Date | **5/12/2021** |
| Agent: | Westwood Insurance Agency, Inc. |
| | (800) 676-5066 |

MELANI SCHULTE
STE 2-351
9811 W CHARLESTON BLVD
LAS VEGAS, NV 89117

RECEIVED
MAY 2 0 2021
By _____

**go**PAPERLESS

Register at:  www.NatGenPremier.com

Mail your payment with coupon below

This is your renewal bill and your policy documents are enclosed.  Your current policy will expire on 6/16/2021 at 12:01 A.M.  We are pleased to offer to renew your policy for another term.  Your renewal payment must be received by 6/16/2021 in order to maintain continuous coverage.

## PAYMENT OPTIONS

| | | Pay Now |
|---|---|---|
| Pay in full | Save Money! Avoid installment fees by paying your account balance in full. | $647.00 |
| Automatic Payments | Enrollment required.  See reverse side for more information on enrollment. | $647.00 |
| Installment | Due Date 6/16/2021 | $647.00 |

Note:  If received in our office after the due date, a $25.00 late charge may apply.

0041NV (06012012)

- - Please see reverse side for additional information - -
If mailing, please detach the coupon below and return with your payment. Please mail 7 days in advance.

# Payment Coupon

| | |
|---|---|
| **Policy Number:** | **2006431082** |
| Minimum Amount Due | $647.00 |
| Payment Due Date | 6/16/2021 |
| Amount Enclosed: | |

Named Insured:
MELANI SCHULTE
9811 W CHARLESTON BLVD
STE 2-351
LAS VEGAS, NV 89117

☐ Check for address change or paperless enrollment. Please note your changes on reverse side.

Our records show the following:

Email:  Missing, please provide on reverse

Phone: (702) 275-9904

For automated payments please visit www.NatGenPremier.com or call 1-844-582-7974

If mailing, please make check payable to:
   **Century-National Insurance Company**

NATIONAL GENERAL INSURANCE
PO BOX 89431
CLEVELAND OH 44101-6431

**CENTURY·NATIONAL**
A NATIONAL GENERAL COMPANY
PO Box 3199 • Winston Salem, NC 27102-3199

Policy Number:
**2006431082**
Named Insured:
**MELANI SCHULTE**

MELANI SCHULTE
9811 W CHARLESTON BLVD
STE 2-351
LAS VEGAS, NV 89117

Policy Period:                                          12:01 AM
**6/16/2021 - 6/16/2022**
Date of Notice:                                         **5/12/2021**
Policy Underwritten By:
**Century-National Insurance Company**
**24 Hour Claim Reporting: 1 -844-582-7969**
**For Policy Information: 1-844-582-7974**
**www.NatGenPremier.com**

9008288
Westwood Insurance Agency, Inc.
8407 Fallbrook Ave Ste 200
West Hills CA 91304
(800) 676-5066

**DESCRIBED LOCATION/RESIDENCE PREMISES**
2861 Marathon Dr
Henderson, NV 89074-2497

# CENTURY NATIONAL DWELLING FIRE POLICY DECLARATIONS

**TRANSACTION TYPE:**                 **PAYMENT TYPE:**
Renewal                                                DIRECT BILL - 1-Pay

Dear Policyholder,

WESTWOOD INSURANCE AGENCY, INC. and NATIONAL GENERAL INSURANCE are pleased to present you with your Renewal dwelling fire insurance policy.

In the event of a loss, call our toll-free number 1 -844-582-7969 for 24-hour claim reporting. Our dedicated professionals are ready to help 24 hours a day, seven days a week.

Thank you for letting us be of service and if you have any questions, please contact WESTWOOD INSURANCE AGENCY, INC. at (800) 676-5066.

## MESSAGES

PLEASE REFER TO THE "IMPORTANT NOTICES" SECTION OF THIS POLICY FOR IMPORTANT INFORMATION CONCERNING THIS POLICY.

To keep pace with rising replacement costs, your property coverage limits have been upgraded.

## BASIC POLICY COVERAGES

95464 REN F2 F3 P2/22 S382

26422735



| | | |
|---|---|---|
| EXTENDED COVERAGE | $ | Included |
| SPECIAL FORM | $ | 249.00 |
| | | |
| PERSONAL LIABILITY | $ | 20.00 |
| MEDICAL PAYMENTS TO OTHERS | $ | Included |
| | | |
| ADDITIONAL COVERAGES | $ | 5.00 |
| **TOTAL PREMIUM** | $ | 647.00 |

## POLICY CREDITS

Included in the above premium are the following credits:

Premises Alarm or Fire Protection System Credit

## MORTGAGEE/ADDITIONAL INSUREDS/ADDITIONAL INTEREST

**Additional Insured**
SCHULTE PROPERTIES LLC
9811 W CHARLESTON BLVD SUITE 2-351
LAS VEGAS, NV 89117

## RATING INFORMATION

| RISK STATE | OCCUPANCY | USAGE | TERRITORY | TAX CODE | FAMILIES |
|---|---|---|---|---|---|
| NV | TENANT OCCUPIED | RENTAL PROPERTY | 31 | | 1 |

| CONSTRUCTION | YEAR | FEET TO HYDRANT | MILES TO STATION | PROTECTION CLASS |
|---|---|---|---|---|
| FRAME | 1986 | 0 -500 | 0-5 | 1 |

| BUILDING CODE GRADING | ROOF TYPE | ROOF AGE | RATING DATE |
|---|---|---|---|
| 99 | Asphalt or Composition Shingle | | 05-12-2021 |

## IMPORTANT NOTICES

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1988-2022

Exhibit C





*CLARK COUNTY*

---

| RECEIPT NUMBER: 48696575 | | Amount Tendered: | $391.86 |
|---|---|---|---|
| Page 1 of 1 | | Less Change: | $0.00 |
| Entered: | 8/9/2021 11:33 AM | Amount Applied: | $391.86 |
| Interest Date: | 8/9/2021 | | |
| Cashier: | angelat | | |
| Drawer: | 2030 | | |

Receipt Applied To:

| Property Account No. / Reference | Year | District | Amount | Description |
|---|---|---|---|---|
| 177-13-210-013 | 2022 | 505 | $388.80 | Property Tax Principal |
| | 2022 | WATLV | $3.06 | Las Vegas Artesian Basin |
| | | TOTAL: | $391.86 | |

| Form of Payment | | Amount | Reference | Payer |
|---|---|---|---|---|
| Check | | $391.86 | CK 14342 | SCHULTE PROPERTIES L L C |
| | TOTAL: | $391.86 | | |

Thank you for your payment.

*End of Receipt Number 48696575:  1 Page*

SCHULTE PROPERTIES L L C
9811 W CHARLESTON BLVD #2-351
LAS VEGAS NV  89117

## RECEIPT NUMBER: 48696575

[PROD]

Run: 8/9/2021 11:33:27 AM

# Property Account Inquiry - Summary Screen

| **New Search** | **Recorder** | **Treasurer** | **Assessor** | **Clark County Home** |
|---|---|---|---|---|

| Parcel ID | 177-13-210-013 | Tax Year | 2022 | District | 505 | Rate | 2.9603 |
|---|---|---|---|---|---|---|---|

| Situs Address: | 2861 MARATHON DR HENDERSON |
|---|---|
| Legal Description: | ASSESSOR DESCRIPTION: WINDHAM HILL EST UNIT #1 PLAT BOOK 34 PAGE 93 LOT 13 BLOCK 1GEOID: PT SW4 NW4 SEC 13 22 61 |

| Status: | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct. | 7.7 | Land | 25900 | 2018040602400 | 4/6/2018 |
| Taxable | Tax Cap Limit Amount | 1555.17 | Improvements | 35352 | 2013082102196 | 8/21/2013 |
| | | | Total Assessed Value | 61252 | 2010110103383 | 11/1/2010 |
| | Tax Cap Reduction | 258.07 | Net Assessed Value | 61252 | 2007030106438 | 3/1/2007 |
| | | | Exemption Value New Construction | 0 | 2007020103162 | 2/1/2007 |
| | Land Use | 1-10 Single Family Residential | New Construction - Supp Value | 0 | 2004082404149 | 8/24/2004 |
| | | | | | 99073002895 | 7/30/1999 |
| | Cap Type | OTHER | | | | |
| | Acreage | 0.1600 | | | | |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | SCHULTE PROPERTIES L L C | 9811 W CHARLESTON BLVD #2-351 , LAS VEGAS, NV 89117 UNITED STATES | 4/18/2018 | Current |

## Summary

| Item | Amount |
|---|---|
| Taxes as Assessed | $1,813.24 |
| Less Cap Reduction | $258.07 |
| Net Taxes | $1,555.17 |

## PAST AND CURRENT CHARGES DUE TODAY

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| THERE IS NO PAST OR CURRENT AMOUNT DUE as of 8/23/2021 | | $0.00 |

## NEXT INSTALLMENT AMOUNTS

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| 2022 | Property Tax Principal | $388.79 |
| NEXT INSTALLMENT DUE AMOUNT due on 10/4/2021 | | $388.79 |

## TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| 2022 | Property Tax Principal | $1,166.37 |
| 2022 | Las Vegas Artesian Basin | $0.00 |
| TAX YEAR TOTAL AMOUNTS DUE as of 8/23/2021 | | $1,166.37 |

## PAYMENT HISTORY

| | |
|---|---|
| Last Payment Amount | $391.86 |
| Last Payment Date | 8/9/2021 |
| Fiscal Tax Year Payments | $391.86 |
| Prior Calendar Year Payments | $1,446.40 |
| Current Calendar Year Payments | $391.86 |

Exhibit D

| | |
|---|---|
| **From:** | Matthew Johnson |
| **To:** | natalie.winslow@akerman.com |
| **Cc:** | Melani Schulte |
| **Subject:** | Schulte |
| **Date:** | Friday, March 5, 2021 9:46:00 AM |
| **Attachments:** | image001.png |

Hi Natalie:

I wanted to follow up with you on our settlement. I know that your client has until May to make the changes to the monthly statements. We received the February statement. Your client <u>has</u> updated the interest rate to 4%, and <u>has</u> updated the loan amounts. However, they are still pulling money out for escrow for property taxes and insurance, which under the agreement they are not supposed to do. I would request that you contact them and make sure that is corrected, because each payment where this is not corrected it is going to cause less to be applied to principal, and we will be in the same situation that we were in when all of this started. I appreciate you following up on this and making sure that the February payment (and all payments going forward) are properly applied. Thank you.

Matthew L. Johnson

Johnson & Gubler, P.C.

Lakes Business Park

8831 West Sahara Avenue

Las Vegas, Nevada  89117

(702) 471-0065

(702) 471-0075 facsimile

mjohnson@mjohnsonlaw.com

www.johnsongubler.com

*Board Certified in Business Bankruptcy Law, American Board of Certification - Admitted in Nevada, Colorado, Arizona, and Utah. Recognized as a Specialist in Business Bankruptcy Law by the State Bar of Nevada.*

This communication may contain information that is privileged under the attorney-client privilege, or the work product doctrine, and should be read only by the person to whom it is addressed.  If you have received this communication in error, please delete it immediately.  Johnson & Gubler, P.C.







Board Certified in Business
Bankruptcy Law

Exhibit E

# JOHNSON & GUBLER, P.C.

**Attorneys**

MATTHEW L. JOHNSON +
RUSSELL G. GUBLER*
ASHVEEN S. DHILLON
TIMOTHY S. CORY, OF COUNSEL

LAKES BUSINESS PARK
8831 WEST SAHARA AVENUE
LAS VEGAS, NEVADA 89117
e-mail: mjohnson@mjohnsonlaw.com

(702) 471-0065 Office
(702) 471-0075 Facsimile

+ADMITTED IN NEVADA, UTAH AND COLORADO
BOARD CERTIFIED IN BUSINESS BANKRUPTCY LAW BY THE AMERICAN BOARD OF CERTIFICATION
*ADMITTED IN UTAH AND NEVADA

June 15, 2021

*Sent by email at natalie.winslow@akerman.com*

Rushmore Loan Management Services, LLC
c/o Natalie L. Winslow, Esq.
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

RE:    Property Address:    10317 Neopolitan Place, Las Vegas, Nevada 89144
       Account Number:    7601549574
       Mortgagor(s):    Schulte Properties LLC
       Property Owner:    Schulte Properties LLC
       Bankruptcy Case:    18-12734-MKN
       Our File No:    2145-001

       AND

       Property Address:    2861 Marathon Drive, Henderson, Nevada 89074
       Account Number:    7600352275
       Property Owner:    Schulte Properties LLC
       Bankruptcy Case:    18-12734-MKN
       Our File No:    2145-001

Dear Ms. Winslow:

       As you are aware, this office represents Schulte Properties in the above-referenced bankruptcy case. This letter shall serve as a Notice of Default of the Settlement Agreement(s) entered into between Schulte Properties and Rushmore Loan Services regarding the above-referenced properties.

       Pursuant to section 1(B)(vii) of the Settlement Agreement, Rushmore was to use best efforts to properly reflect the terms of the settlement on the monthly mortgage statements of both properties by February 1, 2021, and by May 15, 2021, those terms were to be implemented and the Modified Loan was to be reflected in the monthly mortgage statements. Pursuant to that section, Rushmore has thirty (30) days from the date of this letter to correct the monthly mortgage statements to ensure that the information contained in those statements is accurate. The following inaccuracies still exist:

10317 Neopolitan Place

     The statement for this property now accurately reflects that the interest rate is 4%. It also reflects the correct payment amount.  However, once again, Rushmore has failed to properly apply payments.  It has also improperly threatened to purchase force placed insurance, incorrectly claiming that Schulte Properties has failed to provide proof of insurance upon request.  Schulte Properties has been making the regular payment of $712.83 since February 1, 2021 per the Settlement Agreement. In addition to the regular payment, Schulte Properties, pursuant to paragraph 1(B)(ix) of the Settlement Agreement, has made additional principal reduction payments for April, 2021 in the amount of $600.00, May, 2021 in the amount of $575.00, and June 2021 in the amount of $575.00. The checks were sent in the same envelope each month. Under the Settlement Agreement, any extra payments were to be ***immediately*** applied to the principal balance (which in turn would reduce the interest being charged). Each of the checks for additional principal clearly state on the memo line that the checks are to be applied as a principal balance reduction. None of these payments are properly reflected in the monthly statements. Instead, Rushmore has applied them as regular monthly payments, and as of May 11, 2021, show the next payment due in July of 2021.  Pursuant to paragraph 1(B)(ix) of the Settlement Agreement, "Any additional payments shall be ***immediately*** applied and posted to the principal balance, and shall not be held in suspense." *Id. (emphasis supplied).* Rushmore has failed to apply the three extra payments to principal or to reflect those payments as such in the monthly mortgage statements or to show that the principal balance has been reduced by those payments. Rushmore continues to charge interest on a principal balance that is higher than what it actually should be.

     In addition, on April 26, 2021, Rushmore requested proof of insurance on the Neopolitan Property. Schulte Properties sent proof of insurance by certified mail on May 8, 2021. Schulte not only provided proof of insurance, but it also included a copy of the check to the insurance company so that Rushmore would know that the insurance was, in fact, paid. According to the certified mail tracking from the United States Postal Service, Rushmore received the proof of insurance on May 11, 2021 at 5:49 a.m. at its offices in San Antonio, Texas.  Despite this proof, Rushmore sent a letter entitled "Second and Final Notice" dated May 31, 2021, claiming that Rushmore had not received proof of insurance, when such proof was sent by certified mail and received by Rushmore on May 11, 2021, twenty (20) days earlier. The Second Notice states that Rushmore intends to purchase forced place insurance, which of course, is another violation of the Settlement Agreement.

2861 Marathon Drive

     The statement for this property now accurately reflects that the interest rate is 4%. It also reflects the correct payment amount.  However, once again, Rushmore has failed to properly apply payments.  Schulte Properties has been making the regular payment of $618.30 since February 1, 2021 per the Settlement Agreement. In addition to the regular payment, Schulte Properties, pursuant to paragraph 1(B)(ix) of the Settlement Agreement, has made additional principal reduction payments for April, 2021 in the amount of $500.00, May, 2021 in the amount of $475.00, and June 2021 in the amount of $450.00. The checks were sent in the same envelope each month. Each of the checks clearly state on the memo line that the additional checks are to be applied as a principal balance reduction. None of these payments are properly reflected in the monthly statements. Instead, Rushmore has applied them as regular monthly payments, and as of May 11, 2021, show the next payment due in July of 2021.  Pursuant to paragraph 1(B)(ix) of the Settlement Agreement, "Any additional payments shall be ***immediately*** applied and posted to the principal balance, and shall not be held in suspense." *Id. (emphasis supplied).* Rushmore has

failed to apply the three extra payments to principal or to reflect those payments as such in the monthly mortgage statements or to show that the principal balance has been reduced by these payments. Rushmore continues to charge interest on a principal balance that is higher than what is actually owed.

Please ensure that (1) the payments are properly applied, (2) the monthly mortgage statements reflect the payments properly, and (3) that Rushmore rescinds its notice regarding proof of insurance on the Neopolitan property within thirty (30) days of the date of this letter. Otherwise Schulte will seek court intervention to compel these requests and seek costs and fees pursuant to paragraph 1(B)(vii) of the Settlement Agreement. Finally, Schulte Properties would like to begin making its payments online as allowed under paragraph 1(B)(viii) of the Settlement Agreement. Please provide information as to how Schulte Properties may begin making online payments.  Thank you for your anticipated cooperation.

Very truly yours,

/s/ Matthew L. Johnson

Matthew L. Johnson, Esq.

MLJ:aan
cc: client

Exhibit F

NEOPY



RUSHMORE LOAN MANAGEMENT SERVICES LLC
ISAOA ATIMA
PO BOX 692409
SAN ANTONIO, TX 78269-2409

RECEIVED
APR 3 0 2021
By _____

3613 0.9550 EX 0.000        15 2 34

SCHULTE PROPERTIES LLC
9811 W CHARLESTON BLVD 2-351
LAS VEGAS NV  89117

April 26, 2021

**Property Address:**
**10317 NEOPOLITAN PLACE**
**LAS VEGAS, NV 89144**

**Coverage Type:** FIRE
**Loan Number:** XXXXXXXXXXXXXX9574

**Mortgagee-Payee Clause:**
RUSHMORE LOAN MANAGEMENT SERVICES, LLC
ISAOA/ATIMA
P O BOX 692409
SAN ANTONIO, TX 78269-2409

Dear Schulte Properties LLC:

Our records show that your insurance policy expired, and we do not have evidence that you have obtained new coverage. **Because insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect, but you do not have insurance.

You should immediately provide us with your insurance information. Please ask your agent to provide the documentation by one of the convenient methods listed below. Please ensure that the documentation references your loan number and that the Mortgagee-Payee Clause reads as listed above.

The insurance we buy:

- **May be significantly more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions, please contact us at (866) 735-2998, Monday through Friday, 8:00 AM to 6:00 PM Central Time.

Sincerely,

Insurance Department



(Please see the attached for additional information regarding this request)

RSH430  015983FBND19921031001                                01 EXPIRED INS LTR 1      F 0011210422

**Page 2**
Schulte Properties LLC
XXXXXXXXXXXXX9574

## IMPORTANT INFORMATION REGARDING REQUIRED INSURANCE

If you have already purchased insurance, or if you reside in a condominium or townhouse and are insured under a master insurance policy issued to your Homeowners Association, please provide us with a copy of your current policy. Please ensure the insurance policy you provide includes:

- Full property address matching what is shown on the prior page
- Minimum coverage amount of $148,226
- Coverage period with an effective date of 04/22/21
- Mortgagee-Payee Clause matching what is shown on the prior page
- Named insured
- Deductible amounts

If proof of acceptable insurance is not received within 56 days, we may purchase insurance in order to protect our interest in the property. If purchased, the insurance will remain in effect until you provide us with other acceptable coverage. The insurance we purchase will not provide coverage for liability, contents of the structure, or for personal property, earthquake, or flood. The amount of coverage may not be sufficient to fully rebuild or replace your structure in the event of a loss. The cost of this policy will be charged to you, and you will be responsible for paying for such amounts.



### PLEASE TAKE IMMEDIATE ACTION BY PROVIDING EVIDENCE OF YOUR INSURANCE IN ONE OF THE CONVENIENT METHODS LISTED BELOW.

| | |
|---|---|
| **ONLINE:** www.imcovered.com/rushmore **AND BY ENTERING YOUR UNIQUE IDENTIFIER** 6513230201 | **EMAIL THE DECLARATION PAGE AS AN ATTACHMENT TO:** rushmore@imcovered.com |
| **FAX POLICY DECLARATION PAGE TO:** (866) 257-4121 | **MAIL POLICY DECLARATION TO:** Rushmore Loan Management Services, LLC P O Box 692409 San Antonio, TX 78269-2409 |

RSH429   025983FBND19921031002                    01 EXPIRED INS LTR 1     F 0011210422

Schulte Properties LLC
XXXXXXXXXXXXXX9574

# ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 01/21



Schulte Properties LLC
XXXXXXXXXXXXXX9574

**[THIS PAGE INTENTIONALLY LEFT BLANK]**





RECEIVED
APR 3 0 2021
By _____

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
SAN ANTONIO, TX
PERMIT NO. 561



7 48 BRCSNP1 89117

# Important Homeowners
# Insurance Information



NEOPP Proof of Insurance



**UNITED STATES POSTAL SERVICE.**

RED ROCK VISTA
2449 N TENAYA WAY
LAS VEGAS, NV 89128-9995
(800)275-8777

05/08/2021                          02:05 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.75 |

San Antonio, TX 78269
Weight: 0 lb 1.40 oz
Estimated Delivery Date
Wed 05/12/2021
Certified Mail®                          $3.60
Tracking #:
70202450000002497462
Return Receipt                           $2.85
Tracking #:
9590 9402 5707 9346 4430 44
Total                                    $7.20

---

Grand Total:                             $7.20

Credit Card Remitted                     $7.20
Card Name: VISA
Account #: XXXXXXXX████
Approval #: 014835
Transaction #: 897
AID: A0000000980840              Chip
AL: US DEBIT
PIN: Not Required

---

***************
USSS is experien...
increases
availability
COVID-19. ...

...kiosks of
...out. A..Retail
te can s ow you now.

to ...KI..., ...r to 28777
S ...

Pri...y ur Mail
Track...Package
Sign...for i-REE @

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Antonio, TX 78269

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.60 | |
| | $2.85 | NEOPP Rushmore proof of insurance |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.75 | |
| Total Postage and Fees | $7.20 | 05/08/2021 |

Sent To Rushmore Loan Mgmt
Street and Apt. No., or PO Box No. P.O. Box 692409
City, State, ZIP+4® SAN ANTONIO, TX 78269

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 2450 0000 0249 7462

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70202450000002497462

Remove ✕

Your item was picked up at a postal facility at 5:49 am on May 11, 2021 in SAN ANTONIO, TX 78249.

## ✓ Delivered, Individual Picked Up at Postal Facility

May 11, 2021 at 5:49 am
SAN ANTONIO, TX 78249

Get Updates ∨

---

**Text & Email Updates** ∨

**Tracking History** ∨

**Product Information** ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**Melani Schulte**
**9811 West Charleston Blvd. #2-351**
**Las Vegas, NV 89117**

May 7, 2021

RUSHMORE LOAN MANAGEMENT SERVICES LLC
ITS SUCESSORS AND/OR ASSIGNS
PO BOX 692409
SAN ANTONIO, TX 78269

Property Address:          10317 NEOPOLITAN PLACE LAS VEGAS, NV 89144
Associated Account Numbers:   #XXXXXXXXXXXXX9574

Please see the attached proof of insurance through Century-National on the above-
referenced property.  This policy is paid in full through April 22, 2022 and there is no need
to purchase additional insurance, and/or add any additional charges.


Best regards,



Melani Schulte                          COPY


cc: Matthew Johnson
     Johnson and Gubler, PC
     8831 W. Sahara Ave.
     Las Vegas, NV 89117

NEOPY



RUSHMORE LOAN MANAGEMENT SERVICES LLC
ISAOA ATIMA
PO BOX 692409
SAN ANTONIO, TX 78269-2409

RECEIVED
APR 3 0 2021
By

April 26, 2021

**Property Address:**
**10317 NEOPOLITAN PLACE**
**LAS VEGAS, NV 89144**

3613 0.9550 EX 0.000        15 2 34

**Coverage Type:** FIRE
**Loan Number:** XXXXXXXXXXXXX9574

SCHULTE PROPERTIES LLC
9811 WCHARLESTON BLVD 2-351
LAS VEGAS NV 89117

**Mortgagee-Payee Clause:**
RUSHMORE LOAN MANAGEMENT SERVICES, L
ISAOA/ATIMA
P O BOX 692409
SAN ANTONIO, TX 78269-2409

Dear Schulte Properties LLC:

Our records show that your insurance policy expired, and we do not have evidence that you have obtained new coverage. **Because insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect, but you do not have insurance.

You should immediately provide us with your insurance information. Please ask your agent to provide the documentation by one of the convenient methods listed below. Please ensure that the documentation references your loan number and that the Mortgagee-Payee Clause reads as listed above.

The insurance we buy:

- **May be significantly more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions, please contact us at (866) 735-2998, Monday through Friday, 8:00 AM to 6:00 PM Central Time.

Sincerely,

Insurance Department



(Please see the attached for additional information regarding this request)

RSH430   015983FBND19921031001                                01 EXPIRED INS LTR 1    F 0011210422

Page 2
Schulte Properties LLC
XXXXXXXXXXXXXX9574

## IMPORTANT INFORMATION REGARDING REQUIRED INSURANCE

If you have already purchased insurance, or if you reside in a condominium or townhouse and are insured under a master insurance policy issued to your Homeowners Association, please provide us with a copy of your current policy. Please ensure the insurance policy you provide includes:

- Full property address matching what is shown on the prior page
- Minimum coverage amount of $148,226
- Coverage period with an effective date of 04/22/21
- Mortgagee-Payee Clause matching what is shown on the prior page
- Named insured
- Deductible amounts

If proof of acceptable insurance is not received within 56 days, we may purchase insurance in order to protect our interest in the property. If purchased, the insurance will remain in effect until you provide us with other acceptable coverage. The insurance we purchase will not provide coverage for liability, contents of the structure, or for personal property, earthquake, or flood. The amount of coverage may not be sufficient to fully rebuild or replace your structure in the event of a loss. The cost of this policy will be charged to you, and you will be responsible for paying for such amounts.



| PLEASE TAKE IMMEDIATE ACTION BY PROVIDING EVIDENCE OF YOUR INSURANCE IN ONE OF THE CONVENIENT METHODS LISTED BELOW. | |
|---|---|
| **ONLINE:** www.imcovered.com/rushmore AND BY ENTERING YOUR UNIQUE IDENTIFIER 6513230201 | **EMAIL THE DECLARATION PAGE AS AN ATTACHMENT TO:** rushmore@imcovered.com |
| **FAX POLICY DECLARATION PAGE TO:** (866) 257-4121 | **MAIL POLICY DECLARATION TO:** Rushmore Loan Management Services, LLC P O Box 692409 San Antonio, TX 78269-2409 |

RSH429   025983FBND19921031002                                    01 EXPIRED INS LTR 1    F 0011210422

Schulte Properties LLC
XXXXXXXXXXXXXX9574

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures

The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT

Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 01/21

RSH406  035983FBND19921031003                    01 EXPIRED INS LTR 1    F 0011210422

Schulte Properties LLC
XXXXXXXXXXXXXX9574

**[THIS PAGE INTENTIONALLY LEFT BLANK]**



NEOPP

**CENTURY-NATIONAL**
A NATIONAL GENERAL COMPANY
PO Box 3199 • Winston Salem, NC 27102-3199

MELANI SCHULTE
9811 W CHARLESTON BLVD
STE 2-351
LAS VEGAS, NV 89117

Policy Number:
**2006167498**
Named Insured:
**MELANI SCHULTE**

RECEIVED
APR 1 7 2021
By

Policy Period:                                                    12:01 AM
**4/22/2021 - 4/22/2022**
Date of Notice:                                                    **4/9/2021**
Policy Underwritten By:
**Century-National Insurance Company**
**24 Hour Claim Reporting: 1-844-582-7969**
**For Policy Information: 1-844-582-7974**
**www.NatGenPremier.com**

9008288
Westwood Insurance Agency, Inc.
8407 Fallbrook Ave Ste 200
West Hills CA 91304
(800) 676-5066

**DESCRIBED LOCATION/RESIDENCE PREMISES**
10317 NEOPOLITAN PL
LAS VEGAS, NV 89144

# CENTURY NATIONAL DWELLING FIRE POLICY DECLARATIONS

**TRANSACTION TYPE:**
Endorsement - EFFECTIVE: 4/22/2021

**PAYMENT TYPE:**
DIRECT BILL - 1-Pay

Dear Policyholder,

This declarations page reflects the recent changes made to your dwelling fire policy. Please review the endorsement and keep it with your insurance records.

In the event of a loss, call our toll-free number 1-844-582-7969 for 24-hour claim reporting. Our dedicated professionals are ready to help 24 hours a day, seven days a week.

Thank you for letting us be of service and if you have any questions, please contact WESTWOOD INSURANCE AGENCY, INC. at (800) 676-5066.

PREMIUM ADJUSTMENT: NONE

## CHANGE ENDORSEMENT

Your policy has changed

Changed Applicant Information : Melani Schulte

92286 END PM7/ S3721

26491943

Return

# Find Past Check or Deposit Slip Images

## View Image

Account Checking - 3877
Check Number 13918
Date Processed 4/9/2021
Amount $621.00

Review Back

| Print  | Save

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING
Ngrc MAC. 03012581. 04/09/2021. 13. Kelli. Gonzalez

**SCHULTE PROPERTIES LLC**
DEBTOR IN POSSESSION
BANKRUPTCY CASE #18-12734-MKN
9811 W CHARLESTON BLVD STE 2-351
LAS VEGAS, NV 89117

**U.S. BANK NATIONAL ASSOCIATION**
LAS VEGAS, NV 89102
04-169/1212.

13918

04/06/2021

PAY TO THE ORDER OF  **CENTURY NATIONAL INSURANCE COMPANY**        $  621.00

**** SIX HUNDRED TWENTY-ONE AND 00/100 DOLLARS

DOLLARS

CENTURY NATIONAL INSURANCE
COMPANY
C/O NATIONAL GENERAL INSURANCE
PO BOX 89431
CLEVELAND, OH 44101-6431

VOID AFTER 90 DAYS

MEMO   NEOPP -PROPERTY INSURANCE #20061...

SCHULTE PROPERTIES LLC 2018 OPERATI

⑆013918⑆

Cancel

Done

5/9/2021, 11:33 AM

RUSHMORE LOAN MANAGEMENT SERVICES LLC
ISAOA ATIMA
PO BOX 692409
SAN ANTONIO, TX 78269-2409

May 31, 2021

**Property Address:**
10317 NEOPOLITAN PLACE
LAS VEGAS, NV 89144

**Coverage Type:** FIRE
**Loan Number:** XXXXXXXXXXXXXX9574

3013 0.9550 EX 0.000        13 1 33

SCHULTE PROPERTIES LLC
9811 W CHARLESTON BLVD 2-351
LAS VEGAS NV 89117

**Mortgagee-Payee Clause:**
RUSHMORE LOAN MANAGEMENT SERVICES, LLC
ISAOA/ATIMA
P O BOX 692409
SAN ANTONIO, TX 78269-2409

Dear Schulte Properties LLC:

This is your second and final notice that our records show that your insurance policy expired, and we do not have evidence that you have obtained new coverage. **Because insurance is required on your property, we plan to buy insurance for your property.** You must pay us for any period during which the insurance we buy is in effect, but you do not have insurance.

You should immediately provide us with your insurance information. Please ask your agent to provide the documentation by one of the convenient methods listed below. Please ensure that the documentation references your loan number and that the Mortgagee-Payee Clause reads as listed above.

The insurance we buy:

- **Will cost an estimated $963.48 annually, which may be significantly more expensive than insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If you have any questions, please contact us at (866) 735-2998, Monday through Friday, 8:00 AM to 6:00 PM Central Time.

Sincerely,

Insurance Department



(Please see the attached for additional information regarding this request)

Page 2
Schulte Properties LLC
XXXXXXXXXXXXXX9574

## IMPORTANT INFORMATION REGARDING REQUIRED INSURANCE

If you have already purchased insurance, or if you reside in a condominium or townhouse and are insured under a master insurance policy issued to your Homeowners Association, please provide us with a copy of your current policy. Please ensure the insurance policy you provide includes:

- Full property address matching what is shown on the prior page
- Minimum coverage amount of $148,226
- Coverage period with an effective date of 04/22/21
- Mortgagee-Payee Clause matching what is shown on the prior page
- Named insured
- Deductible amounts

If proof of acceptable insurance is not received within 21 days, we may purchase insurance in order to protect our interest in the property. If purchased, the insurance will remain in effect until you provide us with other acceptable coverage. The insurance we purchase will not provide coverage for liability, contents of the structure or for personal property, earthquake or flood. The amount of coverage may not be sufficient to fully rebuild or replace your structure in the event of a loss. The cost of this policy will be charged to you, and you will be responsible for paying for such amounts.



| PLEASE TAKE IMMEDIATE ACTION BY PROVIDING EVIDENCE OF YOUR INSURANCE IN ONE OF THE CONVENIENT METHODS LISTED BELOW. | |
|---|---|
| **ONLINE: www.imcovered.com/rushmore AND BY ENTERING YOUR UNIQUE IDENTIFIER** 6513230201 | **EMAIL THE DECLARATION PAGE AS AN ATTACHMENT TO:** rushmore@imcovered.com |
| **FAX POLICY DECLARATION PAGE TO:** (866) 257-4121 | **MAIL POLICY DECLARATION TO:** Rushmore Loan Management Services, LLC P O Box 692409 San Antonio, TX 78269-2409 |

RSH427   025983FBND29921031002                                      01 EXPIRED INS LTR 2      F 0011210527

Schulte Properties LLC
XXXXXXXXXXXXXXX9574

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 01/21



Schulte Properties LLC
XXXXXXXXXXXXX9574

**[THIS PAGE INTENTIONALLY LEFT BLANK]**



RSH407  045983FBND29921031004                              01 EXPIRED INS LTR 2      F 0011210527





RECEIVED

JUN 0 8 2021

By _____

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
SAN ANTONIO, TX
PERMIT NO. 561

# Important Homeowners Insurance Information

9  48  DRCSNP1  89117



RUSHMORE LOAN MANAGEMENT SERVICES LLC
ISAOA ATIMA
PO BOX 692409
SAN ANTONIO, TX 78269-2409

RECEIVED
JUN 2 9 2021
By _____

June 24, 2021

**Property Address:**
**10317 NEOPOLITAN PLACE**
**LAS VEGAS, NV 89144**

4915 1.1460 EX 0.000      22 2 75

**Coverage Type:** FIRE
**Loan Number:** XXXXXXXXXXXXXX9574

SCHULTE PROPERTIES LLC
9811 WCHARLESTON BLVD 2-351
LAS VEGAS NV  89117

**Mortgagee-Payee Clause:**
RUSHMORE LOAN MANAGEMENT SERVICES, LLC
ISAOA/ATIMA
P O BOX 692409
SAN ANTONIO, TX 78269-2409

Dear Schulte Properties LLC:

This is your final notice that our records show that your insurance policy expired and we do not have evidence that you have obtained new coverage. **Because insurance is required on your property, we bought insurance for your property.** You must pay us for any period during which the insurance we bought is in effect, but you do not have insurance.

You should immediately provide us with your insurance information. Please ask your agent to provide the documentation by one of the convenient methods listed below. Please ensure that the documentation references your loan number and that the Mortgagee-Payee Clause reads as listed above.

The insurance we bought:

- **Costs $963.48 annually, which may be significantly more expensive than the insurance you can buy yourself.**
- **May not provide as much coverage as an insurance policy you buy yourself.**

If  you have any questions, please contact us at (866) 735-2998, Monday through Friday, 8:00 AM to 6:00 PM Central Time.

Sincerely,

Insurance Department



(Please see the attached for additional information regarding this request)

RSH425   015983FCOVER9921031001                    SW103        07 POLICY COVER LTR       F 0071210617

Page 2
Schulte Properties LLC
XXXXXXXXXXXXXX9574

## IMPORTANT INFORMATION REGARDING REQUIRED INSURANCE

If you have already purchased insurance, or if you reside in a condominium or townhouse and are insured under a master insurance policy issued to your Homeowners Association, please provide us with a copy of your current policy. Please ensure the insurance policy you provide includes:

- Full property address matching what is shown on the prior page
- Minimum coverage amount of $148,226
- Coverage period with an effective date of 04/22/21
- Mortgagee-Payee Clause matching what is shown on the prior page
- Named insured
- Deductible amounts

The insurance we purchased will remain in effect until you provide us with other acceptable coverage. The policy will not provide coverage for liability, contents of the structure or for personal property, earthquake or flood. The amount of coverage may not be sufficient to fully rebuild or replace your structure in the event of a loss. The cost of this policy has been charged to you and you are responsible to pay for such amounts. You may obtain a refund for any unearned portion of these charges if you send us satisfactory proof that you have purchased your own insurance.



**PLEASE TAKE IMMEDIATE ACTION BY PROVIDING EVIDENCE OF YOUR INSURANCE IN ONE OF THE CONVENIENT METHODS LISTED BELOW.**

| | |
|---|---|
| ONLINE: www.imcovered.com/rushmore AND BY ENTERING YOUR UNIQUE IDENTIFIER 6513230201 | EMAIL THE DECLARATION PAGE AS AN ATTACHMENT TO: rushmore@imcovered.com |
| FAX POLICY DECLARATION PAGE TO: (866) 257-4121 | MAIL POLICY DECLARATION TO: Rushmore Loan Management Services, LLC P O Box 692409 San Antonio, TX 78269-2409 |

RSH420   025983FCOVER9921031002                     07 POLICY COVER LTR     F 0071210617

Schulte Properties LLC
XXXXXXXXXXXXX9574

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 01/21

Schulte Properties LLC
XXXXXXXXXXXXXX9574

**[THIS PAGE INTENTIONALLY LEFT BLANK]**



# EVIDENCE OF INSURANCE

| Agency | Company |
|---|---|
| Southwest Business Corporation<br>9311 San Pedro, Suite 600<br>San Antonio, Texas 78216 | GREAT AMERICAN ASSURANCE CO |

| Company | GREAT AMERICAN ASSURANCE CO |
|---|---|
| Certificate Number | GAV0402158 |

| Certificate Effective Date (mm/dd/yy) | Certificate Expiration Date (mm/dd/yy) |
|---|---|
| 04/22/21 | UNTIL CANCELLED |

| Borrower | Master Policy Number |
|---|---|
| SCHULTE PROPERTIES LLC<br>9811 WCHARLESTON BLVD 2-351<br>LAS VEGAS, NV 89117 | E414838 |

| Description of Insured Property |
|---|
| 10317 NEOPOLITAN PLACE<br>LAS VEGAS, NV 89144 |

Co-Borrower

## Coverages and Limits of Liability

| | | | |
|---|---|---|---|
| Described Dwelling/Building | $148,226 | Medical Payments to Others | |
| Other Structures | $14,822 | Each Person | $0.00 |
| Unscheduled Personal Property | $0.00 | Each Accident | $0.00 |
| Personal Liability | | Loss of Rents/Use    (10% only) | $0 |
| Each Occurrence | $0.00 | *Tenant Use Only | |
| Additional Living Expense | $0 | Damage to the Property of Others | $0.00 |
| * Owner Occupied Properties Only | | | |

## Deductibles

| | | Type of Coverage | Type of Property |
|---|---|---|---|
| | | FIRE | RESIDENTIAL |

| If Occupied | |
|---|---|
| Windstorm & Hail | $2,965 |
| Vandalism | $2,500 |
| All Other Covered Perils | $2,500 |
| If Vacant | |
| Windstorm & Hail | $2,965 |
| Vandalism | $2,500 |
| All Other Covered Perils | $2,500 |

Insured/Lender Name & Address

RUSHMORE LOAN MANAGEMENT
SERVICES
15480 LAGUNA CANYON RD STE 100
IRVINE, CA 92618
(866) 735-2998

Lender Loan Number   XXXXXXXXXXXXXX9574

| | |
|---|---|
| Premium | $80.29 |
| Policy Fee | $0.00 |
| Other Fee | $0.00 |
| Surplus Lines Tax | $0.00 |
| Stamping Fee | $0.00 |
| Total            (MONTHLY) | $80.29 |

Other Fees:

THIS COVERAGE IS SUBJECT TO ALL TERMS, CONDITIONS AND EXCLUSIONS OF THE MASTER POLICY. THIS EVIDENCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY. IT IS ISSUED AS A MATTER OF INFORMATION ONLY. THIS COVERAGE IS EXCESS OVER ANY OTHER VALID INSURANCE COVERING THE PROPERTY WHETHER COLLECTIBLE OR NOT. FOR A COMPLETE COPY OF THE MASTER POLICY, CONTACT YOUR LENDER.

ANY CLAIMS ON PROPERTIES INSURED FOR THE PRINCIPAL BALANCE ONLY WILL BE SUBJECT TO THE REPLACEMENT COST PROVISION OF THE MASTER POLICY. ANY LOSS OR DAMAGE INVOLVING MOLD, MILDEW OR FUNGI OF ANY KIND IS EXCLUDED FROM THE MASTER POLICY.

THE PREMIUM ON THIS POLICY IS LIKELY TO BE HIGHER THAN THE PREMIUM ON A POLICY YOU CAN OBTAIN THROUGH YOUR AGENT OR INSURANCE COMPANY. THIS POLICY MAY ALSO PROVIDE LESS COVERAGE THAN THE ONE SECURED THROUGH YOUR AGENT OR INSURANCE COMPANY.



770852    055983FCERT9920061701                                                                 SWBC



O 4B DRCSNP1 89117



RECEIVED
JUN 2 9 2021
By

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
SAN ANTONIO, TX
PERMIT NO. 561

# Important Homeowners
# Insurance Information

NtOPP



RUSHMORE LOAN MANAGEMENT SERVICES LLC
ISAOA ATIMA
PO BOX 692409
SAN ANTONIO, TX 78269-2409

RECEIVED
JUL 1 2 2021
By _____

July 5, 2021

**Property Address:**
10317 NEOPOLITAN PLACE
LAS VEGAS, NV 89144

5229 0.7640 EX 0.000      20 3 67

**Coverage Type:** FIRE
**Certificate Number:** GAV0402158
**Loan Number:** XXXXXXXXXXXXXX9574

SCHULTE PROPERTIES LLC
9811 WCHARLESTON BLVD 2-351
LAS VEGAS NV  89117

Dear Schulte Properties LLC:

Confirmation of acceptable insurance coverage for your property has been received, or your loan has been paid in full. The coverage that we purchased on your behalf has been canceled effective 04/22/21. A premium refund of $240.87 has been credited to your loan. An earned premium of $.00 was charged to your account for the time the policy was in force.

Note: If the above insurance was canceled because you have paid off your loan, we encourage you to maintain adequate insurance to protect your investment.

If you have any questions about this letter or the requirement to provide insurance for your property, please contact us at (866) 735-2998, Monday through Friday, 8:00 AM to 6:00 PM Central Time.

Sincerely,

Insurance Department



Schulte Properties LLC
XXXXXXXXXXXXXX9574

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion. Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 01/21



Schulte Properties LLC
XXXXXXXXXXXXXX9574

**[THIS PAGE INTENTIONALLY LEFT BLANK]**





1 48 FRCSNP1 89117



JUL 1 2 2021

By

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE PAID
SAN ANTONIO, TX
PERMIT NO. 561

# Important Homeowners
# Insurance Information

Exhibit K

*NEOPP*



**CLARK COUNTY**

| | | | |
|---|---|---|---|
| RECEIPT NUMBER: 48440368 | | Amount Tendered: | $528.21 |
| Page 1 of 1 | | Less Change: | $0.00 |
| Entered: | 3/9/2021 1:53 PM | Amount Applied: | $528.21 |
| Interest Date: | 3/9/2021 | | |
| Cashier: | edom | | |
| Drawer: | 2003 | | |

Receipt Applied To:

| Property Account No. / Reference | Year District | Amount | Description |
|---|---|---|---|
| 137-25-612-074 | 2021 200 | $528.21 | Property Tax Principal |
| | TOTAL: | $528.21 | |

| Form of Payment | Amount | Reference | Payer |
|---|---|---|---|
| Check | $528.21 | CK 13800 | SCHULTE PROPERTIES L L C |
| TOTAL: | $528.21 | | |

Thank you for your payment.

*End of Receipt Number 48440368:  1 Page*

.

SCHULTE PROPERTIES L L C
9811 W CHARLESTON BLVD #2-351
LAS VEGAS NV  89117

**RECEIPT NUMBER: 48440368**

[PROD]
Run: 3/9/2021 1:53:57 PM

# Property Account Inquiry - Summary Screen

| **New Search** | **Recorder** | **Treasurer** | **Assessor** | **Clark County Home** |
|---|---|---|---|---|

| Parcel ID | 137-25-612-074 | Tax Year | 2021 | District | 200 | Rate | 3.2782 |
|---|---|---|---|---|---|---|---|

| Situs Address: | 10317 NEOPOLITAN PL LAS VEGAS |
|---|---|
| Legal Description: | ASSESSOR DESCRIPTION: SAN MARINO PLAT BOOK 68 PAGE 29 LOT 73 BLOCK AGEOID: PT S2 NE4 SEC 25 20 59 |

| Status: | Property Characteristics | | Property Values | | Property Documents | |
|---|---|---|---|---|---|---|
| Active | Tax Cap Increase Pct. | 6.7 | Land | 26250 | 2018040602391 | 4/6/2018 |
| Taxable | Tax Cap Limit Amount | 2112.82 | Improvements | 47357 | 2013082102198 | 8/21/2013 |
| | | | Total Assessed Value | 73607 | 2010110103486 | 11/1/2010 |
| | Tax Cap Reduction | 300.16 | Net Assessed Value | 73607 | 2007030106442 | 3/1/2007 |
| | | | Exemption Value New Construction | 0 | 2007020103166 | 2/1/2007 |
| | Land Use | 1-10 Single Family Residential | New Construction - Supp Value | 0 | 2004082404152 | 8/24/2004 |
| | | | | | 01110201501 | 11/2/2001 |
| | Cap Type | OTHER | | | | |
| | Acreage | 0.1300 | | | | |
| | Exemption Amount | 0.00 | | | | |

| Role | Name | Address | Since | To |
|---|---|---|---|---|
| Owner | SCHULTE PROPERTIES L L C | 9811 W CHARLESTON BLVD #2-351 , LAS VEGAS, NV 89117 UNITED STATES | 4/18/2018 | Current |

## Summary

| Item | Amount |
|---|---|
| Taxes as Assessed | $2,412.98 |
| Less Cap Reduction | $300.16 |
| Net Taxes | $2,112.82 |

## PAST AND CURRENT CHARGES DUE TODAY

| Tax Year | Charge Category | Amount Due Today |
|---|---|---|
| 2021 | Property Tax Principal | $528.21 |
| **CURRENT AMOUNTS DUE as of 3/7/2021** | | $528.21 |

## NEXT INSTALLMENT AMOUNTS

| Tax Year | Charge Category | Installment Amount Due |
|---|---|---|
| **THERE IS NO NEXT INSTALLMENT AMOUNT DUE as of 3/7/2021** | | |

## TOTAL AMOUNTS DUE FOR ENTIRE TAX YEAR

| Tax Year | Charge Category | Remaining Balance Due |
|---|---|---|
| 2021 | Property Tax Principal | $528.21 |
| 2021 | Las Vegas Artesian Basin | $0.00 |
| **TAX YEAR TOTAL AMOUNTS DUE as of 3/7/2021** | | $528.21 |

## PAYMENT HISTORY

| | |
|---|---|
| Last Payment Amount | $528.21 |
| Last Payment Date | 12/23/2020 |
| Fiscal Tax Year Payments | $1,587.03 |
| Prior Calendar Year Payments | $2,577.11 |
| Current Calendar Year Payments | $0.00 |