ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.:  18-12734-mkn |
| Schulte Properties, LLC, | Chapter 11 |
| Debtor. | |

## <u>STIPULATION TO VACATE HEARING</u>

Debtor Schulte Properties, LLC and  Rushmore Loan Management Services, by and through the undersigned counsel, hereby jointly submit this stipulation and order to vacate the hearing on the motion to enforce settlement terms currently scheduled for September 15, 2021, at 9:30 a.m.

Each party will bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 30th day of August, 2021.

| **AKERMAN LLP** | **JOHNSON & GUBLER, P.C.** |
|---|---|
| */s/ Natalie L. Winslow* | */s/ Matthew L. Johnson* |
| ARIEL E. STERN, ESQ. | MATTHEW L. JOHNSON, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 6004 |
| NATALIE L. WINSLOW, ESQ. | RUSSELL G. GUBLER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 10889 |
| 1635 Village Center Circle, Suite 200 | 8831 W. Sahara Avenue |
| Las Vegas, Nevada 89134 | Las Vegas, NV 89117 |
| *Attorneys for Rushmore Loan Management Services* | *Attorneys for Debtor* |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**CERTIFICATE OF SERVICE**

On August 30, 2021, I served the following document: **STIPULATION TO VACATE HEARING** I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

☒    **a.    ECF System**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    **b.    United States mail, postage fully prepaid**

☐    **c.    Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    **d.    By direct mail (as opposed to through the ECF System)**

☐    **e.    By fax transmission**

☐    **f.    By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:  August 30, 2021

| | |
|---|---|
| Patricia Larsen | */s/ Patricia Larsen* |
| (Name of Declarant) | (Signature of Declarant) |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

59643147;1

3