B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Nevada (Las Vegas)

In re Schulte Properties LLC,  Case No. 18-12734-mkn

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Carrington Mortgage Services, LLC as Subservicer in trust for JPM N.A. | JPMorgan Chase Bank, National Association c/o Carrington Mortgage Services, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Phone: (800) 561-4567
Last Four Digits of Acct. #: 3199

Court Claim # (if known): 3
Amount of Claim: $109,062.98
Date Claim Filed: July 20, 2018

Phone: 800-561-4567
Last Four Digits of Acct. #: 3199

Name and Address where transferee payments should be sent (if different from above):

Carrington Mortgage Services, LLC
P.O. Box 660586
Dallas, TX 75266-0586

Phone: (800) 561-4567
Last Four Digits of Acct. #: 3199

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ace C. Van Patten (#11731)   Date: August 30, 2021
    Ace C. Van Patten, Esq., Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# TIFFANY & BOSCO
### P.A.

Ace C. Van Patten, Esq.
Nevada Bar No. 11731
Krista J. Nielson, Esq.
Nevada Bar No. 10698
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
**Attorney for Secured Creditor Carrington Mortgage Services, LLC as Subservicer in trust for JPM N.A.**
14-73518

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Schulte Properties LLC<br>        Debtor. | BK Case No.: 18-12734-mkn<br><br>Chapter 11 |

### CERTIFICATE OF MAILING

1. On <u>August 30, 2021</u>, I served the following document(s):

   **Transfer of Claim Other Than For Security**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ **a. ECF System:**

       Matthew L. Johnson
       annabelle@mjohnsonlaw.com
       Attorney for Debtor

|   |   |
|---|---|
| 1 | ■  **b. United States mail, postage fully prepaid:** |
| 2 | Schulte Properties LLC |
|   | 9811 W. Charleston Blvd |
| 3 | Ste 2-351 |
|   | Las Vegas, NV  89117 |
| 4 | Debtors |
| 5 |   |
|   | U.S. TRUSTEE - LV - 11 |
| 6 | 300 LAS VEGAS BOULEVARD S. |
|   | SUITE 4300 |
| 7 | LAS VEGAS, NV 89101 |
| 8 | ☐  c. Personal Service |
| 9 | ☐  For a party represented by an attorney, delivery was made by handing the |
| 10 | document(s) to the attorney's office with a clerk or other person in charge, or if no |
| 11 | one is charge by leaving the document(s) in a conspicuous place in the office. |
| 12 | ☐  For a party, delivery was made by handing the document(s) to the party or by |
| 13 | leaving the document(s) at the person's dwelling house or usual place of abode with |
| 14 | someone of suitable age and discretion residing there. |
| 15 | ☐  **d. By direct mail (as opposed to through the ECF System)** |
| 16 | Based upon the written assignment of the parties to accept service by email or a court |
| 17 | order. I caused the document(s) to be sent to the persons at the mail addresses listed |
| 18 | below. I did not receive, within a reasonable time after the transmission, any |
| 19 | electronic message or other indication that the transmission was unsuccessful. |
| 20 | ☐  **e. By fax transmission**  *(List persons and fax numbers. Attach additional paper if* |
| 21 | *necessary)* |
| 22 | Based upon the written assignment of the parties to accept service by fax transmission |
| 23 | or a court order. I faxed the document(s) to the persons at the fax numbers listed |
| 24 | below. No error was reported by the fax machine that I used. A copy of the record of |
| 25 | the fax transmission is attached. |
| 26 |   |

1
2
3
4
5
6
7
8

☐   **f. By messenger**   *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.   **I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 30th day of August, 2021.

By:   /s/ Billie Portz