_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
August 30, 2021

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.: 18-12734-mkn |
| Schulte Properties, LLC, | Chapter 11 |
| Debtor. | |

### ORDER APPROVING STIPULATION TO VACATE HEARING

Based on the stipulation of the parties and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearing on the motion to enforce settlement terms presently set for September 15, 2021, at 9:30 a.m. is VACATED. Each party will bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

59643183;1

**RESPECTFULLY SUBMITTED BY:**

**AKERMAN LLP**

/s/ *Natalie L. Winslow*
---
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Rushmore Loan Management Services, LLC*

2

59643183;1