United States Bankruptcy Court
District of Nevada

In re:  
SCHULTE PROPERTIES LLC  
    Debtor

Case No. 18-12734-mkn  
Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: youngbloo | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 11269098 | + JPMorgan Chase Bank, National, Association c/o Carrington Mortgage, Services, LLC, P.O. Box 3730, Anaheim, CA 92803-3730 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ACE C VAN PATTEN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER avp@tblaw.com  nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK  N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A. avp@tblaw.com, nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor JPMORGAN CHASE BANK  N.A. avp@tblaw.com, nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor DITECH FINANCIAL LLC avp@tblaw.com  nvbk@tblaw.com |
| ACE C VAN PATTEN | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK  N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB avp@tblaw.com, nvbk@tblaw.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: youngbloo | Page 2 of 6 |
| Date Rcvd: Aug 31, 2021 | Form ID: trc | Total Noticed: 1 |

ACE C VAN PATTEN
on behalf of Creditor WELLS FARGO BANK N.A. avp@tblaw.com, nvbk@tblaw.com

ACE C VAN PATTEN
on behalf of Creditor BAYVIEW LOAN SERVICING LLC avp@tblaw.com, nvbk@tblaw.com

ACE C VAN PATTEN
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB MORTGAGE-BACKED avp@tblaw.com, nvbk@tblaw.com

ACE C VAN PATTEN
on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC AS SUBSERVICER IN TRUST FOR JPM N.A. avp@tblaw.com, nvbk@tblaw.com

ALEXA MARTINI STINSON
on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING astinson@rascrane.com

ALLISON SCHMIDT
on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

ALLISON SCHMIDT
on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF CHALET SERIES III TRUST bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

ALLISON SCHMIDT
on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

ALLISON SCHMIDT
on behalf of Creditor BSI FINANCIAL SERVICES bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

AMBERLEA DAVIS
on behalf of Creditor AMBERLEA DAVIS Amber@SheIsMyLawyer.com

ARNOLD L. GRAFF
on behalf of Creditor WELLS FARGO BANK N.A. agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

ARNOLD L. GRAFF
on behalf of Creditor BAYVIEW LOAN SERVICING LLC., AS SERVICER FOR THE BANK OF NEW YORK, AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

ARNOLD L. GRAFF
on behalf of Creditor THE BANK OF NEW YORK AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

ARNOLD L. GRAFF
on behalf of Creditor CITIMORTGAGE INC. agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

ARNOLD L. GRAFF
on behalf of Creditor BAYVIEW LOAN SERVICING LLC agraff@wrightlegal.net, jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

ARNOLD L. GRAFF
on behalf of Creditor FIFTH THIRD BANK agraff@wrightlegal.net jcraig@wrightlegal.net,nvbkfiling@wrightlegal.net

BLAKELEY E. GRIFFITH
on behalf of Creditor WELLS FARGO BANK N.A. bgriffith@swlaw.com, docket_las@swlaw.com;gkim@swlaw.com;jmath@swlaw.com;jstevenson@swlaw.com;mfull@swlaw.com

CAN GUNER
on behalf of Creditor MTGLQ INVESTORS L.P. cguner@rasflaw.com, cguner@rasflaw.com

CAN GUNER
on behalf of Creditor MTGLQ INVESTORS LP cguner@rasflaw.com, cguner@rasflaw.com

EDDIE R. JIMENEZ
on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB MORTGAGE-BACKED ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ
on behalf of Creditor CENLAR FSB ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

EDDIE R. JIMENEZ
on behalf of Creditor FIFTH THIRD BANK ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com

| | |
|---|---|
| EDDIE R. JIMENEZ | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor CITIMORTGAGE  INC. ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor SHELLPOINT MORTGAGE SERVICING ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor THE BANK OF NEW YORK  AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST ecfnvb@aldridgepite.com, ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDDIE R. JIMENEZ | on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ecfnvb@aldridgepite.com ERJ@ecf.courtdrive.com;ejimenez@aldridgepite.com |
| EDWARD M. MCDONALD | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 edward.m.mcdonald@usdoj.gov |
| FIDELITY BANK (jh) | bankrupt@fidelitybank.com |
| JAMIE COMBS | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC jamie.combs@akerman.com, akermanlas@akerman.com;elizabeth.streible@akerman.com |
| JASON BLUMBERG | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 Jason.blumberg@usdoj.gov |
| JASON C. KOLBE | on behalf of Creditor CITIMORTGAGE  INC. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK N.A.  SUCCESSOR IN INTEREST TO BANK ONE, N.A. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor WELLS FARGO BANK  N.A. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK  N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A., AS TRUSTEE FOR CSFB MORTGAGE-BACKED jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor JPMORGAN CHASE BANK  N.A. jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor DITECH FINANCIAL LLC jck@tblaw.com  nvbk@tblaw.com;awarner@tblaw.com |
| JASON C. KOLBE | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC jck@tblaw.com, nvbk@tblaw.com;awarner@tblaw.com |
| JENNIFER BERGH | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF CHALET SERIES III TRUST jbergh@qslwm.com |
| JENNIFER BERGH | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST jbergh@qslwm.com |
| JENNIFER BERGH | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST jbergh@qslwm.com |
| JENNIFER L. MCBEE | on behalf of Creditor WELLS FARGO BANK  N.A. JMCBEE@SWLAW.COM, jmath@swlaw.com;mfull@swlaw.com;jstevenson@swlaw.com;docket_las@swlaw.com |
| LILITH VALA XARA | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC lilith.xara@akerman.com |
| LINDSEY H MORALES | on behalf of Creditor JPMORGAN CHASE BANK  N.A. LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com |
| LINDSEY H MORALES | on behalf of Creditor SETERUS  INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR, C/O SETERUS, INC. LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com |
| LINDSEY H MORALES | |

| | | |
|---|---|---|
| District/off: 0978-2 | User: youngbloo | Page 4 of 6 |
| Date Rcvd: Aug 31, 2021 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor NATIONSTAR MORTGAGE LLC, DBA AS MR COOPER LINDSEY.MORALES@MCCALLA.COM, mccallaecf@ecf.courtdrive.com

MATTHEW L. JOHNSON
    on behalf of Attorney JOHNSON & GUBLER P.C. annabelle@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com

MATTHEW L. JOHNSON
    on behalf of Debtor SCHULTE PROPERTIES LLC annabelle@mjohnsonlaw.com mjohnson@mjohnsonlaw.com;kelcie@mjohnsonlaw.com

MATTHEW R. CARLYON
    on behalf of Special Counsel MATTHEW CARLYON MCarlyon@fgppr.com jfecteau@fgppr.com

MICHAEL W. CHEN
    on behalf of Creditor FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") CREDITOR C/O SETERUS, INC. bknotice@mccarthyholthus.com, mchen@ecf.courtdrive.com;nvbkcourt@mccarthyholthus.com;mchen@mccarthyholthus.com

MICHELLE RENE GHIDOTTI-GONSALVES
    on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF BUNGALOW SERIES F TRUST ECFNotifications@ghidottilaw.com

MICHELLE RENE GHIDOTTI-GONSALVES
    on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF CHALET SERIES III TRUST ECFNotifications@ghidottilaw.com

NATALIE L. WINSLOW
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST natalie.winslow@akerman.com, ariel.stern@akerman.com;akermanlas@akerman.com

NATALIE L. WINSLOW
    on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES LLC natalie.winslow@akerman.com, ariel.stern@akerman.com;akermanlas@akerman.com

NATALIE L. WINSLOW
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT natalie.winslow@akerman.com, ariel.stern@akerman.com;akermanlas@akerman.com

NATHAN F. SMITH
    on behalf of Creditor FIDELITY BANK nathan@mclaw.org NV_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

NICHOLE L GLOWIN
    on behalf of Creditor SELENE FINANCE LP nvbkfiling@wrightlegal.net

NICHOLE L GLOWIN
    on behalf of Creditor SETERUS INC., AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR, C/O SETERUS, INC. nvbkfiling@wrightlegal.net

NICHOLE L GLOWIN
    on behalf of Creditor SELENE FINANCE LP AS SERVICER AND ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST nvbkfiling@wrightlegal.net

NICHOLE L GLOWIN
    on behalf of Creditor MTGLQ INVESTORS L.P. nvbkfiling@wrightlegal.net

PAUL ROBERT CROCKETT, II
    on behalf of Creditor NATIONSTAR MORTGAGE LLC pcrockett@rascrane.com

RAMIR M. HERNANDEZ
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAMIR M. HERNANDEZ
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAMIR M. HERNANDEZ
    on behalf of Creditor SELENE FINANCE LP rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAMIR M. HERNANDEZ
    on behalf of Creditor SELENE FINANCE LP AS SERVICER AND ATTORNEY-IN-FACT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST rhernandez@wrightlegal.net, jcraig@wrightlegal.net;nvbkfiling@wrightlegal.net

RAYMOND A. JEREZA
    on behalf of Creditor CITIMORTGAGE INC. ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com

RAYMOND A. JEREZA

Case 18-12734-mkn   Doc 902   Entered 09/02/21 21:42:05   Page 5 of 7

| | | |
|---|---|---|
| District/off: 0978-2 | User: youngbloo | Page 5 of 6 |
| Date Rcvd: Aug 31, 2021 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor FIFTH THIRD MORTGAGE COMPANY ecfnvb@aldridgepite.com  RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC ecfnvb@aldridgepite.com  RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE (CWALT 2004-36CB) ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK  N.A., SUCCESSOR IN INTEREST TO BANK ONE, N.A. AS TRUSTEE FOR CSFB MORTGAGE-BACKED ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor CITIMORTGAGE  INC. AND ITS LOAN SERVICER, CENLAR FSB ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FAK THE BANK OF NEW YORK  AS TRUSTEE ON BEHALF OF THE CERTIFICATEHOLDERS CWALT , INC. ecfnvb@aldridgepite.com, RJereza@ecf.courtdrive.com |
| RAYMOND A. JEREZA | |
| | on behalf of Creditor CENLAR FSB ecfnvb@aldridgepite.com  RJereza@ecf.courtdrive.com |
| REGINA A. HABERMAS | |
| | on behalf of Creditor U.S. BANK TRUST N.A.  AS TRUSTEE OF THE BUNGALOW SERIES F TRUST ghabermas@ghidottiberger.com, bknotifications@ghidottiberger.com |
| REGINA A. HABERMAS | |
| | on behalf of Creditor U.S. BANK TRUST N.A. AS TRUSTEE OF THE LODGE SERIES III TRUST ghabermas@ghidottiberger.com  bknotifications@ghidottiberger.com |
| RYAN D. STIBOR | |
| | on behalf of Creditor MTGLQ INVESTORS  L.P. rstibor@zbslaw.com, nvbankruptcy@zbslaw.com |
| RYAN D. STIBOR | |
| | on behalf of Creditor NEW PENN FINANCIAL LLC DBA SHELLPOINT MORTGAGE SERVICING rstibor@zbslaw.com  nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor SHELLPOINT MORTGAGE SERVICING swade@zbslaw.com  shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor NEW PENN FINANCIAL  LLC DBA SHELLPOINT MORTGAGE SERVICING swade@zbslaw.com, shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST swade@zbslaw.com, shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| SHADD A. WADE | |
| | on behalf of Creditor NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING swade@zbslaw.com  shunsaker@zbslaw.com,nvbankruptcy@zbslaw.com |
| U.S. TRUSTEE - LV - 11 | |
| | USTPRegion17.lv.ecf@usdoj.gov |
| WILLIAM S HABDAS | |
| | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC AS SERVICER FOR U.S. BANK N.A., NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST AkermanLAS@Akerman.com |
| WILLIAM S HABDAS | |
| | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT AkermanLAS@Akerman.com |
| WILLIAM S HABDAS | |
| | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC AS SERVICER FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST AkermanLAS@Akerman.com |
| WILLIAM S HABDAS | |
| | on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES  LLC AkermanLAS@Akerman.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: youngbloo | Page 6 of 6 |
| Date Rcvd: Aug 31, 2021 | Form ID: trc | Total Noticed: 1 |

WILLIAM S HABDAS  on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, DBA CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR CARLSBAD FUNDING MORTGAGE TRUST AkermanLAS@Akerman.com

TOTAL: 95

2100 B (12/15)

# United States Bankruptcy Court

District of Nevada
Case No. 18-12734-mkn
Chapter 11

In re: Debtor(s) (including Name and Address)

SCHULTE PROPERTIES LLC
9811 W. CHARLESTON BLVD STE  2-351
LAS VEGAS NV 89117

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/30/2021.

Name and Address of Alleged Transferor(s):

Claim No. 3: JPMorgan Chase Bank, National, Association c/o Carrington Mortgage, Services, LLC, P.O. Box 3730, Anaheim, CA 92806

Name and Address of Transferee:

CARRINGTON MORTGAGE SERVICES, LLC AS SUBSER-VICER
IN TRUST FOR JPM N.A.
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA  92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/02/21

Mary A. Schott
**CLERK OF THE COURT**