EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
7220 South Cimarron Road, Suite 140
Las Vegas, NV 89113
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for Shellpoint Mortgage Servicing

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 18-12734-mkn |
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | **SUPPLEMENTAL DECLARATION OF SHELLPOINT MORTGAGE SERVICING IN SUPPORT OF MOTION FOR PROTECTIVE ORDER OR, IN THE ALTERNATIVE, MOTION FOR MODIFICATION OF SUBPOENA [DKT NO. 862]** |

I, _Daniella Banks_ declare:

1.      I am over the age of 18 and am employed as a/an _bankruptcy manager_ by Shellpoint Mortgage Servicing ("Shellpoint") in this proceeding. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, could and would competently testify thereto.

2      As part of my job responsibilities for Shellpoint, I have personal knowledge of and am familiar with the records maintained by Shellpoint in connection with this matter and the procedures for creating those types of records. I have access to and have reviewed the books, records, and files of Shellpoint that pertain to this matter.

- 1 -
**SUPPLEMENTAL DECLARATION RE: MOTION FOR PROTECTIVE ORDER**

1    3.    The information in this declaration is taken from Shellpoint's business records

2 regarding this case. The records are: (a) made at or near the time of the occurrence of the matters

3 recorded by persons with personal knowledge of the information in the business record, or from

4 information transmitted by persons with personal knowledge; and (b) kept in the course of

5 Shellpoint's regularly conducted business activities. It is the regular practice of Shellpoint to create

6 and maintain such records.

7    4.    Shellpoint acquired servicing rights for ten (10) loans (the "Subject Loans")

8 encumbering the real properties (collectively the "Properties") described below:

9

10

| Loan Number | Property | Law Firm |
|---|---|---|
| xxxx5888 | 2614 Sweet Leilani | Aldridge Pite |
| xxxx3594 | 5609 San Ardo | ZBS Law |
| xxxx5845 | 5709 Ridgetree | Aldridge Pite |
| xxxx2256 | 8216 Peaceful Cyn | Aldridge Pite |
| xxxx6860 | 956 Ostrich Fern | Aldridge Pite |
| xxxx4232 | 1013 Golden Hawk | ZBS Law |
| xxxx5215 | 1701 Empire Mine | Aldridge Pite |
| xxxx6861 | 1392 Echo Falls | Aldridge Pite |
| xxxx7197 | 3729 Discovery Crk | Aldridge Pite |
| xxxx5214 | 3383 Cloverdale | Aldridge Pite |

21    5.    Shellpoint (or its predecessors in interest) filed *Proofs of Claims* in the Bankruptcy

22 Case. The Claims included all loan documents and pre-petition payment histories. To date, the

23 Debtor has yet to object to any of the Claims. As a result, the Debtor is already in possession of

24 all loan documents and pre-petition payment histories for the Subject Loans.

25    6.    During the discovery period, the Debtor served multiple *Requests for Production*

26 *of Documents* ("Discovery Requests") on Shellpoint.

27

28

7.    From January 2020 – June 2020, Shellpoint responded to the Discovery Requests with thousands of pages of documents ("Discovery Responses").[1] Specifically, Shellpoint provided counsel with copies of the loan documents, filed claims, filed pleadings, payment histories, monthly statements, escrow statements, and communications with the borrower for each Loan to serve on the Debtor.

8.    Prior to a court-ordered Judicial Settlement Conference, on February 18, 2021, Shellpoint submitted a copy of its revised accounting spreadsheet to counsel ("Shellpoint Accounting") pursuant to the Amended Settlement Order. Notably, Shellpoint's Accounting reflected all payments received and applied since acquisition of each Subject Loan. Accordingly, the Debtor is already in possession of a detailed accounting for each Subject Loan.

9.    On or about May 28, 2021, the Debtor filed *a Notice of Issuance of Subpoena Duces Tecum ("Subpoena")* requesting production of documents from twenty-seven (27) loan servicers/creditors, including Shellpoint for the Subject Loans.

10.    On June 11, 2021, Shellpoint filed a *Motion for Protective Order or, in the Alternative, Motion for Modification of Subpoena* ("Motion"). (Dkt No. 862). In the Motion Shellpoint asserted the Parties already engaged in extensive discovery, including production of documents, following the hearing on approval of the Disclosure Statement in 2019. Specifically, Shellpoint responded to Requests for Production of Documents, and provided Debtor with hundreds of pages of documents at great time and expense. Further, Shellpoint provided the Debtor with updated reinstatement, payoffs, and accountings prior to the Judicial Settlement Conference in February 2021. The Debtor now seeks production of the same documents. As a result, Shellpoint asserted the documents Debtor requested were either: (i) already produced by Shellpoint; (ii) equally available to the Debtor; or (iii) objectionable as outlined in Shellpoint's Responses to the original production requests.

---

[1] With the exception of the San Ardo Property, Discovery Creek Property, and Peaceful Canyon Property as Shellpoint did not receive Discovery Requests from Debtor.

1    11.    On or about August 13, 2021, Shellpoint provided counsel with additional

2 documents to produce to the Debtor, including updated monthly statements, and monthly

3 statements received from prior servicers on the Subject Loans.

4    12.    Shellpoint believes it produced all available documents listed in the Subpoenas to

5 the Debtor. Further, if Shellpoint sent statements or communications to the Borrower through

6 regular servicing, she should have access to the same. If a given Loan is de-escrowed, escrow

7 statements are unavailable. Finally, Shellpoint provided the Debtor with the monthly statements

8 issued by the prior servicers to the extent said statements are in Shellpoint's possession.

9    13.    Shellpoint has incurred attorneys' fees and costs in responding to the discovery

10 dispute.

11    I declare under penalty of perjury under the law of the United States of America that the

12 foregoing is true and correct and that this declaration was executed at *Greenville* (city),

13 *SC* (state) on *Oct 25*, 2021.

14

15

16

17 Danielle Banks
   **Name**

18

19 Bankruptcy Manager
   **Title**

20

21

22

23

24

25

26

27

28

1  EDDIE R. JIMENEZ (SBN 10376)
   ejimenez@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   7220 South Cimarron Road, Suite 140
3  Las Vegas, NV 89113
   Telephone: (858) 750-7600
4  Facsimile:  (619) 590-1385

5  **Mailing Address**:
   4375 Jutland Drive, Suite 200
6  P.O. Box 17933
   San Diego, California 92177-0933

7

8  Attorneys for Shellpoint Mortgage Servicing

9

10

11                **UNITED STATES BANKRUPTCY COURT**

12                     **DISTRICT OF NEVADA**

13  In re                                    Bankruptcy Case No. 18-12734-mkn
                                             Chapter 11
14  SCHULTE PROPERTIES LLC,
                                             **CERTIFICATE OF SERVICE**
15          Debtor.

16

17          I, <u>Lauren Timby</u> declare that:

18          I am employed by Aldridge Pite, LLP. My business address is: 4375 Jutland Drive, Suite

19  200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a

20  party to this cause.

21          On October 27, 2021, I caused the **Supplemental Declaration of Shellpoint Mortgage**

22  **Servicing in Support of Motion For Protective Order Or, In The Alternative, Motion For**

23  **Modification Of Subpoena [Dkt No. 862]** to be served on the parties listed herein via electronic

24  means through the Court's CM/ECF system or by placing a copy thereof enclosed in a sealed

25  envelope with postage thereon fully prepaid in the United States Mail, addressed as follows:

26  /././

27  /././

28  /././

                                             1                        CASE NO. 18-12734-mkn
                                    **CERTIFICATE OF SERVICE**

1  Schulte Properties LLC                     Matthew L. Johnson
   9811 W. Charleston Blvd Ste 2-351          Johnson & Gubler, P.C.
2  Las Vegas, NV 89117                        8831 West Sahara Avenue
                                              Las Vegas, NV 89117
3                                             annabelle@mjohnsonlaw.com

4
   U.S. Trustee
5  Department of Justice
   300 Las Vegas Boulevard, SO.
6  Suite 4300  Las Vegas, NV 89101
   USTPRegion17.LV.ECF@usdoj.gov
7

8

9  /s/ Lauren Timby

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
CASE NO. 18-12734-mkn
**CERTIFICATE OF SERVICE**