B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Nevada (Las Vegas)

In re  Schulte Properties LLC                ,          Case No.  18-12734-mkn

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust | Federal National Mortgage Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o SN Servicing Corporation
323 5th Street
Eureka, CA 95501
Phone:  800-603-0836
Last Four Digits of Acct #:  1139

Court Claim # (if known):  28
Amount of Claim:  $120,027.77
Date Claim Filed:  09/12/2018

Phone:  
Last Four Digits of Acct. #:  3144

Name and Address where transferee payments should be sent (if different from above):

Phone:  
Last Four Digits of Acct #:  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Regina Habermas                              Date: 12/17/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Inst #: 20200221-0001500
Fees: $42.00
02/21/2020 01:20:02 PM
Receipt #: 3996366
Requestor:
NATIONWIDE TITLE CLEARING I
Recorded By: OSA   Pgs: 2
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**
Src: ERECORD
Ofc: ERECORD

The undersigned does hereby affirm that this document submitted for recording does not contain personal information about any person.

Parcel#: 138-08-810-124

When Recorded Mail To:
Fannie Mae
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

FNMA Loan Number [####]5754



## CORPORATE ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 5600 GRANITE PKWY., BUILDING VII, PLANO, TX 75024, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Deed of Trust together with all interest secured thereby, all liens, and any rights due or to become due thereon to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR THE IGLOO SERIES IV TRUST, WHOSE ADDRESS IS 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, AZ 85251, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**.

Said Deed of Trust made by **MELANI SCHULTE, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY** and recorded as **Instrument # 20041216-0005155**, in the Recorder's office of **CLARK** County, **Nevada**.

**Dated this 21st day of February in the year 2020**
**FEDERAL NATIONAL MORTGAGE ASSOCIATION, by NATIONWIDE TITLE CLEARING, INC., its Attorney-in-Fact**

By: _Angela Pavao_ (signature)
**ANGELA PAVAO**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

FNMA1 407911632 2019-NPL2-PRP-SALE    DOCR T212002-11:34:03 [C-2] EFRMNV1



*DX0040913447*

Parcel#: 138-08-810-124
FNMA Loan Number ▮▮▮▮5754



**STATE OF FLORIDA**
**COUNTY OF PINELLAS**
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 21st day of February in the year 2020, by Angela Pavao as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Karin Chandias* (signature)
**KARIN CHANDIAS**
**COMM EXPIRES: 07/28/2023**

KARIN CHANDIAS
Notary Public - State of Florida
Commission # GG 359792
My Comm. Expires Jul 28, 2023
Bonded through National Notary Assn.

Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
FNMA1 407911632 2019-NPL2-PRP-SALE    DOCR T212002-11:34:03 [C-2] EFRMNV1





*D0046913447*

```
Inst #: 20200615-0000566
Fees: $42.00
06/15/2020 08:02:35 AM
Receipt #: 4102357
Requestor:
MERIDIAN ASSET SERVICES - A
Recorded By: OSA   Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER
Src: ERECORD
Ofc: ERECORD
```

Prepared By and Return To:

Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

APN/PIN# 138-08-810-124

Loan No: ▉4534

Space above for Recorder's use



12321440

## ASSIGNMENT OF DEED OF TRUST

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNOR), does hereby grant, assign and transfer to US BANK TRUST N.A., AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST, whose address is 7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain deed of trust, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Deed of Trust: 12/15/2004
Original Loan Amount: $228,000.00
Executed by (Borrower(s)): MELANI SCHULTE
Original Trustee: CTC REAL ESTATE SERVICES
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., ITS SUCCESSORS AND ASSIGNS
Filed of Record: In Book N/A, Page N/A
Document/Instrument No: 20041216-0005155 in the Recording District of Clark, NV, Recorded on 12/16/2004.

Property more commonly described as: 3322 CHELTENHAM STREET, LAS VEGAS, NEVADA 89129-7227

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 6/4/2020

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: JOSEPH DAY
Title: VICE PRESIDENT

Witness Name: TIFFANY ALMEYDA

3254534 FNMA_Oct19 12321440

> A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of     **FLORIDA**
County of    **PINELLAS**

On 6/4/2020, before me, **JULIE ARENCIBIA**, a Notary Public, personally appeared **JOSEPH DAY, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE IGLOO SERIES IV TRUST**, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of **FLORIDA** that the foregoing paragraph is true and correct. I further certify the foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization and that JOSEPH DAY, signed, sealed, attested and delivered this document as a voluntary act in my presence.

Witness my hand and official seal.

_____
(Notary Name): JULIE ARENCIBIA
My commission expires: 7/18/2022



JULIE ARENCIBIA
Commission # GG 197807
Expires July 18, 2022
Bonded Thru Budget Notary Services

3254534 FNMA_Oct19 12321440