1  Regina A. Habermas, Esq.
   Nevada Bar No. 8481
2  GHIDOTTI | BERGER LLP
3  7251 West Lake Mead Blvd, Ste 470
   Las Vegas, NV 89128
4  Tel: (949) 427-2010
   Fax: (949) 427-2732
5  ghabermas@ghidottiberger.com
   Attorneys for Secured Creditors,
6  U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust,
7  U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust, and
   U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA – LAS VEGAS DIVISION

| In Re: | Case No.: 18-12734-mkn |
|---|---|
| SCHULTE PROPERTIES LLC | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION TO DISMISS OR, IN THE ALTERNATIVE, CONVERT CASE PURSUANT TO 11 U.S.C. § 1112(b)** |
| | Hearing Date: January 19, 2022<br>Hearing Time: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that a Motion to Dismiss or, in the Alternative, Convert Case Pursuant to 11 U.S.C. § 1112(b) was filed on December 17, 2021 by Secured Creditors U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust, U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust, and U.S. Bank Trust National Association as Trustee of the Bungalow Series IV Trust ("Movants"), creditors in this matter. The Motion seeks the following relief: an Order dismissing or converting the above-captioned action. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you

1

must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(C).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Bankruptcy Courtroom Number 2, Las Vegas, Nevada 89101 on January 19, 2022 at the hour of 9:30 a.m.

DATED: December 17, 2021        GHIDOTTI | BERGER LLP

By: /s/Regina A. Habermas, Esq.
Regina A. Habermas, Esq.
Nevada Bar No. 8481
7251 West Lake Mead Blvd, Ste 470
Las Vegas, NV 89128
ghabermas@ghidottiberger.com
Attorneys for Secured Creditors

2