```
 1  Matthew L. Johnson (6004)
    Russell G. Gubler (10889)
 2  JOHNSON & GUBLER, P.C.
    Lakes Business Park
 3  8831 West Sahara Avenue
    Las Vegas, Nevada 89117
 4  Phone: (702) 471-0065
    Fax: (702) 471-0075
 5  e-mail: mjohnson@mjohnsonlaw.com

 6  Attorneys for Debtor
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No: BK-S-18-12734-MKN |
|---|---|
| SCHULTE PROPERTIES LLC, | Chapter 11 |
| Debtor. | |

## **CERTIFICATE OF SERVICE**

1. I caused the following document(s) to be served:

OBJECTION TO CLAIM #16 (Shellpoint Mortgage Servicing/1392 Echo Falls) [Doc 926]

2. I served the above-named document(s) by the following means to the persons listed below:

    [X]    **a.**    **ECF System on January 5, 2022:**

        Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

/ / /

/ / /

1

1  [ ]  **b.**  **United States mail, postage fully prepaid, on August 17, 2020:**

2  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known mailing addresses, on the date above written:

4  See attached list.

6  **I declare under penalty of perjury that the foregoing is true and correct.**

7  Signed on: January 5, 2022

8  Annabelle Nudo                         /s/ Annabelle Nudo
9  Name of Declarant                    Signature of Declarant

2