| | |
|---|---|
| Matthew L. Johnson (6004) <br> Russell G. Gubler (10889) <br> JOHNSON & GUBLER, P.C. <br> Lakes Business Park <br> 8831 West Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Phone: (702) 471-0065 <br> Fax: (702) 471-0075 <br> e-mail: mjohnson@mjohnsonlaw.com <br> *Attorneys for Debtor* | Electronically filed: January 5, 2022 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Case No.: 18-12734-MKN |
| | ) | |
| SCHULTE PROPERTIES LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | **Hearing Date: February 9, 2022** |
| | ) | **Hearing Time: 9:30 AM** |

**NOTICE OF HEARING ON OBJECTION TO CLAIM #16 (Shellpoint Mortgage Servicing/1392 Echo Falls)**

TO:    ALL INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN** that an *Objection to Claim #16 (Shellpoint Mortgage Servicing/1392 Echo Falls)* (the "Objection") was filed on the 5th day of January, 2022. The Objection requests that the Court disallow Claim #16.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Objection, or if you want the Court to consider your views on the Objection, then you must file an opposition with the Court, and serve a copy on the person making the Objection *no later than 14 days* proceeding the hearing date for the application, unless an exception applies (*see* Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by the affidavits or declarations that conform to Local Rule 9014(c).

/ / /

/ / /

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Objection will be held before United States Bankruptcy Judge, Mike K. Nakagawa, courtroom 2, 3rd Floor, in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada on the 9th day of February, 2022, at the hour of 9:30 a.m.

DATED this 5th day of January, 2022.

JOHNSON & GUBLER, P.C.

/s/ Matthew L. Johnson
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com
*Attorneys for Debtor*

- 2 -