Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
Lakes Business Park
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
e-mail: mjohnson@mjohnsonlaw.com

*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>SCHULTE PROPERTIES LLC,<br><br>Debtor. | Case No: BK-S-18-12734-MKN<br>Chapter 11 |

**CERTIFICATE OF SERVICE**

1. I caused the following document(s) to be served:

NOTICE OF HEARING ON OBJECTION TO CLAIM #16 (Shellpoint Mortgage Servicing/1392 Echo Falls) [Doc 928]

2. I served the above-named document(s) by the following means to the persons listed below:

   [X]   a.   **ECF System on January 5, 2022:**

   Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

/ / /

/ / /

1

1     [ ]    **b.**    **United States mail, postage fully prepaid, on August 17, 2020:**

2 By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following parties, at their last known mailing addresses, on the date above written:

4 See attached list.

6     **I declare under penalty of perjury that the foregoing is true and correct.**

7 Signed on: <u>January 5, 2022</u>

8

9 Annabelle Nudo            */s/ Annabelle Nudo*
Name of Declarant           Signature of Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24