# EXHIBIT 3
# Assignment of Deed of Trust

Inst #: 20160629-0000647
Fees: $18.00
N/C Fee: $25.00
06/29/2016 08:42:56 AM
Receipt #: 2804203
Requestor:
CHARLES A BROWN AND ASSOC I
Recorded By: DXI   Pgs: 2
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

Prepared by, Recording Requested By
and Return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928
Parcel: 177-26-211-146

## ASSIGNMENT OF DEED OF TRUST

ShPnt/AOL
Loan #: ▓▓▓▓6861



*FOR VALUE RECEIVED*, **BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, ITS SUCCESSORS AND ASSIGNS**, whose address is c/o New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, 75 Beattie Place, Ste. 110, MS #001, Greenville, SC 29601, does hereby assign and transfer to **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-28CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-28CB** whose address is c/o New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, MS#001, Greenville, SC 29601, all its right, title and interest in and to the following described deed of trust executed by **MELANI SCHULTE, A MARRIED WOMAN AS HER SOLE SEPARATE PROPERTY** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., ITS SUCCESSORS AND ASSIGNS** for **$167,000.00** dated **10/14/2004** of record on **10/18/2004** at Document Number **20041018-0004433**, in the **CLARK** County Clerk's Office, State of **NEVADA**.

Property Address: 1392 Echo Falls Ave, Las Vegas, NEVADA 89123
Legal description: LOT ONE HUNDRED FORTY-SIX (146) IN BLOCK TWO (2) OF SPENCER/PYLE, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 86 OF PLATS, PAGE 43, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA

Executed this 6/22/16
BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP BY NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING AS ATTORNEY IN FACT

By: *(signature)*
     CYNTHIA M. BROCK
Title: MANAGER

## ACKNOWLEDGMENT

STATE OF SOUTH CAROLINA
COUNTY OF Greenville

Before me, the undersigned officer, on this day, personally appeared CYNTHIA M. BROCK the MANAGER of New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing attorney in fact for BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, ITS SUCCESSORS AND ASSIGNS, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this 6/22/16.

_Tonya M Ellis_
Notary Public in and for the State of SOUTH CAROLINA
Notary's Printed Name: Tonya M Ellis
My Commission Expires: 9/8/2020
I hereby affirm that this document submitted for recording does not contain a social security number.

Preparer: J. Kelley

DOT for $167,000.00 dated 10/14/2004

*422888*

(Notary Seal: TONYA M. ELLIS, MY COMMISSION EXPIRES 09/08/2020, NOTARY PUBLIC, SOUTH CAROLINA)