# EXHIBIT 5
# Stipulation for Adequate Protection

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher Hunter, Esq. SBN 8127
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691

E-filed: 9/22/2010

Attorney for: Secured Creditor, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it assignees and/or successors, and the servicing agent Litton Loan Servicing LP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Melani Schulte<br>William R. Schulte,<br><br>        Debtor(s). | ) Case No. 09-29123-BAM<br>)<br>) Chapter  11<br>)<br>) **STIPULATION FOR ADEQUATE**<br>) **PROTECTION**<br>)<br>) DATE: 3/2/2010<br>) TIME:   9:00 AM<br>)<br>) |

   Secured Creditor, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it assignees and/or successors, and the servicing agent Litton Loan Servicing LP ("Secured Creditor"), and Debtor(s), Melani Schulte and William R. Schulte ("Debtor") by and through their respective attorneys of record STIPULATE as follows:

1. This Order affects the real property commonly known as: 1392 Echo Falls Avenue, Las Vegas, NV 89123.
2. Debtor shall make monthly adequate protection payments to the Secured Creditor, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust. Payments shall be consistent with the value set forth for the subject

1

File No. NV-10-20275
Adequate Protection Order, Case No.  09-29123-BAM

Rev 12.09

   property in the Motion to Value Collateral filed in Bankruptcy case 09-29123-BAM on 8/14/2010, docket #541.

3. Payments shall be based upon the determination of value of $132,000.00, over a term of 30 years, amortized at a fixed rate of 5.00%.

4. Commencing 10/1/2010, Debtor shall make regular monthly post-petition payments to Secured Creditor in the amount of $708.60, and continuing on the first day of each month thereafter pursuant to the terms of the Note and Deed of Trust.

5. Payments shall be made directly to:

   Litton Loan Servicing, LP

   Attn: Cash Management

   4828 Loop Central Drive

   Houston, TX 77081,

   with reference to the last four digits of the Loan Number 2478, or as otherwise directed.

6. The Debtor shall timely perform all of their obligations under Secured Creditor's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, and any and all senior liens.

7. In the event Debtor fails to timely perform any of the obligations set forth in this Order, Secured Creditor shall notify Debtor and Debtor's counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default, plus an additional $100.00 for attorneys' fees.

8. If Debtor fails to timely cure the default, Secured Creditor shall be entitled to lodge a Declaration of Default and an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required. Upon disposition of collateral, secured collateral, secured creditor will amend or delete its Proof of Claim and provide Trustee notice of the same.

9. If Debtor defaults on the obligations set forth herein on more than three (3) occasions, Secured Creditor may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Secured Creditor and Secured Creditor may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required. Upon disposition of collateral, secured creditor will amend or delete its Proof of Claim and provide Trustee with notice of the same.

10. If this case is converted to a Chapter 7 proceeding the automatic stay shall be terminated; or the automatic stay is terminated as a matter of law, the repayment terms of this Order shall immediately cease in effect and become null and void.

11. Secured Creditor's Proof of Claim is due and owing and is allowed in full.

IT IS SO ORDERED:

Submitted by:
McCarthy & Holthus, LLP

 _/s/ Christopher Hunter_____
Christopher Hunter, Esq.
9510 West Sahara Avenue, Suite 110
(702) 685-0329
bknotice@mccarthyholthus.com


Approved/Disapproved

 _/s/ Bryan A. Lindsey_____
Bryan A. Lindsey
701 E. Bridger Ave., Ste 120
Las Vegas, NV 89101
(702) 385-2741

3

File No. NV-10-20275
Adequate Protection Order, Case No. 09-29123-BAM

Rev 12.09

1  Kristin A. Schuler-Hintz, Esq. SBN 7171
2  Christopher Hunter, Esq. SBN 8127
   **McCarthy & Holthus, LLP**
3  9510 West Sahara Avenue, Suite 110
   Las Vegas, NV  89117
4  Phone (702) 685-0329
5  Fax (866) 339-5691

6  Attorney for: Secured Creditor,
   The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders
7  CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it assignees and/or successors, and
8  the servicing agent Litton Loan Servicing LP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-29123-BAM |
| | ) |
| Melani Schulte | ) Chapter  11 |
| William R. Schulte, | ) |
| | ) DATE: |
| | ) TIME: |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **STIPULATION FOR ADEQUATE** |
| | ) **PROTECTION** |
| | ) |

<u>**CERTIFICATE OF SERVICE**</u>

On 9/22/2010, I served the foregoing document on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
David A. Riggi
darnvbk@gmail.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                            /s/ Ciprian Scutariu
                                            Ciprian Scutariu

On 9/21/2010, I served the foregoing document described on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Melani Schulte
7201 West Lake Mead Blvd # 550
Las Vegas, NV 89128

William R. Schulte
7201 West Lake Mead Blvd # 550
Las Vegas, NV 89128

SPECIAL NOTICE
5218 Misty Morning LLC
7201 W. Lake Mead Blvd.
Las Vegas, NV 89128

BAC Home Loans Servicing, LP
c/o Polk, Prober & Raphael
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

BAC Home Loans Servicing, L.P. Fka
Countrywide Home Loans Servicing, L.P.
Miles, Bauer, Bergstrom & Winters
2200 Paseo Verde Parkway, Ste 250
Henderson, NV 89052

Americas Servicing Co
Attn: Bankruptcy
1 Home Campus
Des Moines, IA 50328

Countrywide home Lending
Attention: Bankruptcy CA6-919-01-41
PO Box 5170
Simi Valley, CA 93062

America's Servicing Company
c/o McCalla Raymer, LLC Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

///

|   |   |
|---|---|
| 1 | City National Bank |
| 2 | C/O Shawn W. Miller, Esq. |
|   | Shea & Carlyon, Ltd. |
| 3 | 701 Bridger Avenue |
|   | Suite 850 |
| 4 | Las Vegas, NV 89101 |
| 5 |   |
|   | Sylvester & Polednak, LTD |
| 6 | 7371 Prairie Falcon Road Suite 120 |
| 7 | Las Vegas, NV 89128 |
| 8 | Litton Loan Servicing, LP |
|   | P. O. Box 829009 |
| 9 | Dallas, Texas, TX 75382 |
| 10 |   |
|   | Litton Loan Servicing, L.P. |
| 11 | c/o McCalla Raymer, LLC |
|   | Bankruptcy Department |
| 12 | 1544 Old Alabama Road |
| 13 | Roswell, GA 30076 |
| 14 | Chase Home Finance, LLC |
|   | c/o Cooper Castle Law Firm |
| 15 | 820 S. Valley View Blvd. |
| 16 | Las Vegas, NV 89107 |
| 17 |   |
|   | BAC Home Loans Servicing, LP |
| 18 | 1757 Tapo Canyon Road |
|   | Mail Stop: CA6-913-LB-11 |
| 19 | Simi Valley, CA 93063 |
| 20 |   |
|   | Bank of America |
| 21 | PO Box 26237 |
|   | Las Vegas, NV 89126 |
| 22 |   |
| 23 | City National Bank |
|   | 10801 West Charleston Blvd. Suite 250 |
| 24 | Las Vegas, NV 89135 |
| 25 | Midland Mortgage |
|   | Attn: Managing Agent |
| 26 | PO Box 268888 |
| 27 | Oklahoma City, OK 73126 |
| 28 | /// |
| 29 | /// |

|   |   |
|---|---|
| 1 | Wells Fargo Card Services |
| 2 | PO Box 9210 |
|   | Des Moines, IA 50306 |
| 3 |   |
| 4 | Melvin A. Elizer |
|   | 1405 Vegas Valley Drive #306 |
| 5 | Las Vegas, NV 89169 |
| 6 | Wells Fargo |
| 7 | c/o Kravitz, Schnitzer, & Sloane, Chtd. |
|   | Attn: Jeffrey Sloane |
| 8 | 8985 S. Eastern Ave., Ste. 200 |
|   | Las Vegas, NV 89123 |
| 9 |   |
| 10 | Bank of Nevada |
|   | c/o Poli & Ball, PLC |
| 11 | 601 S. Seventh Street |
|   | Second Floor |
| 12 | Las Vegas, NV 89101 |
| 13 |   |
| 14 | Bank of Nevada |
|   | P.O. Box 26237 |
| 15 | Las Vegas, NV 89126 |
| 16 | Shea & Carlyon, LTD |
|   | Shawn W. Miller, Esq |
| 17 | Erika M. Wright, Esq |
| 18 | 701 Bridger Avenue, Suite 850 |
|   | Las Vegas, NV 89101 |
| 19 |   |
| 20 | Green Tree Servicing, LLC. |
|   | 7360 S. Kyrene Road |
| 21 | Recovery Dept. T-120 |
|   | Tempe, AZ 85283 |
| 22 |   |
| 23 | Hot Endeavor LLC |
|   | 7201 W Lake Mead Blvd |
| 24 | Las Vegas, NV 89128 |
| 25 | JPMorgan Chase Bank, National Association |
| 26 | Malcolm Cisneros |
|   | 2112 Business Center Drive |
| 27 | Irvine, CA 92612 |
| 28 | /// |
| 29 | /// |

1  Maxine Llewellyn
2  7213 Raincloud Drive
   Las Vegas, NV 89145
3
4  Mortgage Electronic Registration Systems, Inc.
   C/O Snell & Wilmer L.L.P.
5  Attn: Robert R. Kinas
   3883 Howard Hughes Parkway
6  Suite 1100
   Las Vegas, NV 89169
7
8      **I declare under penalty of perjury under the laws of the United States of America
9  that the foregoing is true and correct.**

10                                               /s/ Hue Banh
11                                               Hue Banh