# EXHIBIT 6
# Order on Stipulation for Adequate Protection



**Entered on Docket
September 24, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

Kristin A. Schuler-Hintz, Esq. SBN 7171
Christopher Hunter, Esq. SBN 8127
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
bknotice@mccarthyholthus.com

Attorney for: Secured Creditor, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Asset-Backed Certificates, Series 2004-28CB, it assignees and/or successors, and the servicing agent Litton Loan Servicing LP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 09-29123-BAM |
| | ) |
| Melani Schulte | ) Chapter  11 |
| William R. Schulte, | ) |
| | ) **ORDER ON STIPULATION** |
| Debtors. | ) |
| | ) DATE: |
| | ) TIME: |
| | ) |

    The parties agreed to the terms set forth in the Adequate Protection Stipulation filed on 9/22/2010 as document #703 and are bound by the terms of their stipulation which shall be the Order of this Court.

**END OF ORDER**

*Rev. 12.09*                                                                                                                               M&H File No. NV-10-20275
                                                                                                                                            09-29123-BAM