# EXHIBIT 10
# Monthly Statement



MS 106