# EXHIBIT 11
# Deposition of Melani Schulte

Page 1

```
 1            UNITED STATES BANKRUPTCY COURT
 2                   DISTRICT OF NEVADA
 3
 4  In re:  MELANI SCHULTE      CASE NO. 09-29123-MKN
    and WILLIAM SCHULTE,
 5
 6  2704 SATTLEY LLC,
    HOT ENDEAVOR LLC,
 7  1341 MINUET LLC
    1708 PLATO PICO LLC,
 8  2228 WARM WALNUT LLC,
    9425 VALLEY HILLS LLC,
 9  9500 ASPEN GLOW LLC,
    5218 MISTY MORNING LLC,
10  CHERISH LLC,
    SABRECO INC.,
11  KEEP SAFE LLC,
    ------------------------
12
13
14
15         DEPOSITION OF MELANI SCHULTE
16       Taken on Tuesday, December 21, 2021
17                At 10:42 a.m.
18     At 7220 South Cimarron Road, Suite 200
19                Las Vegas, Nevada
20
21
22
23
24         KERRIE KELLER, CCR NO. 612
25
```

Page 2

```
 1             APPEARANCES OF COUNSEL
 2
 3  FOR MELANI SCHULTE:
 4     THE LAW OFFICES OF CHRISTOPHER P. BURKE
       BY:  CHRISTOPHER P. BURKE, ESQ.
 5     218 South Maryland Parkway
       Las Vegas, Nevada 89101
 6     702.385.7987
 7
 8  FOR SHELLPOINT MORTGAGE SERVICING:
 9     ALDRIDGE PITE, LLP
       BY:  GREGORY P. CAMPBELL, ESQ.
10     BY:  EDDIE R. JIMENEZ, ESQ. (Via Zoom)
       4375 Jutland Drive
11     Suite 200
       San Diego, California 92117
12     702.858.750.7600
       gcampbell@aldridgepite.com
13     ejimenez@aldridgepite.com
14
15  ALSO PRESENT:
16     MATTHEW JOHNSON, ESQ.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                   I N D E X
 2
 3  WITNESS:  MELANI SCHULTE
 4  EXAMINATION                                    PAGE
 5      BY MR. CAMPBELL                              4
 6
 7              INDEX TO EXHIBITS
 8  NUMBER       DESCRIPTION                      MARKED
 9  Exhibit 1    Note                                9
10  Exhibit 2    Deed of Trust                      10
11  Exhibit 3    Confirmation Order
                 Confirmed Plan                     17
12
    Exhibit 4    Motion for Contempt                24
13
    Exhibit 5    Debtor Declaration                 24
14
    Exhibit 6    Shellpoint's Request for
15               Admissions                         30
16  Exhibit 7    Debtor's Responses to
                 Request for Admissions             30
17
    Exhibit 8    Debtor's Supplemental
18               Responses to Discovery
                 Requests                           36
19
    Exhibit 9    Welcome Letter dated
20               8/21/2015                          43
21  Exhibit 10   Discharge Motion                   66
22  Exhibit 11   Debtor Letter Re:
                 Request for Loan Info
23               dated 3/21/2017                    50
24  Exhibit 12   Loss Mitigation Letter
                 dated 2/2/2016                     65
25
```

Page 4

```
 1        DEPOSITION OF MELANI SCHULTE
 2              December 21, 2021
 3   (Prior to the commencement of the proceedings,
 4   Counsel present agreed to waive statements by the
 5       court reporter, pursuant to
 6   NRCP 30(b)(4) or FRCP 30(b)(5), as applicable.)
 7
 8            MELANI SCHULTE,
 9  having been first duly sworn to testify to the
10  truth, the whole truth, and nothing but the truth,
11  was examined and testified as follows:
12
13             EXAMINATION
14  BY MR. CAMPBELL:
15     Q.  Okay.  Ms. Schulte, can you please spell
16  your name for the record.
17     A.  Melani, M-E-L-A-N-I, Schulte, S-C-H-U-L-T-E.
18     Q.  Would you like to go by Melani or
19  Ms. Schulte today?
20     A.  Melani is fine.
21     Q.  Okay.  So Melani, this deposition is being
22  recorded, and we'll need a verbal answer for each
23  question.
24        Do you understand?
25     A.  Yes.
```



Page 25
1  with your attorney before you signed it?
2    A.  Yes.
3    Q.  Okay.  So you stated earlier the plan
4  provided for principal and interest payments as
5  $708.60 on the loan; is that correct?
6    A.  Yes.
7    Q.  Okay.  So between April 2011 and today, did
8  you make every single monthly principal and interest
9  payment of $708.60?
10   A.  I attempted to do that, yes.  Were they made
11 and did they get to the proper party?  No,
12 obviously.
13   Q.  Okay.  So every single month, you sent in a
14 payment of $708.60?
15   A.  I did until when I got the return envelope
16 back in 2013 saying that there was no forwarding
17 address for Litton Loan Servicing, and that's where
18 my payments were going all this time, to that
19 correct address, and they had been cashed.  Yes.
20   Q.  Okay.
21   A.  I made those payments.
22   Q.  So there was never a time period when you
23 didn't make payments?
24   A.  There was never a time period that I didn't
25 make payments prior to that letter coming back from

Page 26
1  the U.S. Postmaster saying that there was no
2  forwarding address.
3    Q.  Okay.  So during the time that you were not
4  making payments because you didn't have an address
5  to send them to.  Is that an accurate statement?
6    A.  That's correct.
7    Q.  Okay.
8    A.  Uh-huh.
9    Q.  Was the property still producing rental
10 income?
11   A.  Yes.
12   Q.  Okay.  And of the payments you made that
13 were accepted by the servicer, whoever the servicer
14 was at the time, were any of those payments made
15 late?
16   A.  I don't know.  I don't recall.  I don't
17 think they were.  I think they were all on time.
18   Q.  Okay.
19   A.  Uh-huh.
20   Q.  Can you take a look at the Declaration,
21 which is right here in front of you, page ten,
22 paragraph 30.  You stated the following:  After your
23 discharge, you continued making the payments in
24 accordance with the stipulation, including paying
25 the monthly principal and interest payments.

Page 27
1      Is that statement correct?
2    A.  Yes.
3    Q.  So at no time --
4    A.  What date?  What date?  I'm -- I'm sorry.  I
5  don't know about the time period.
6    Q.  Go ahead.
7      So you received your discharge at the end of
8  2015; is that correct?
9    A.  I received the discharge at the end of 2015.
10 Yeah.
11   Q.  And you -- and after --
12   A.  But if I -- if -- I did not have an address
13 after the envelope was returned to me.  That was
14 sometime in 2013.
15   Q.  Okay.
16   A.  I would have to look back at the things
17 here.  So payments from 2013, whenever that letter
18 came back, were probably not made.
19   Q.  Okay.
20   A.  Because I didn't have an address to send
21 them to.
22   Q.  Okay.  So going back to that statement in
23 paragraph 30, you still believe that's an accurate
24 statement after you just said the payments probably
25 weren't made?

Page 28
1    A.  That I continued making payments in
2  accordance with the stipulation, including paying
3  the monthly principal and interest.  I'll restate
4  what I just said.
5    Q.  Okay.
6    A.  All payments were made in a timely manner
7  until 2013, when that envelope came back.
8    Q.  Okay.
9    A.  After the envelope came back with no
10 forwarding address to get to Litton or anybody else,
11 those payments were not made.
12   Q.  Okay.  And so in 2013, after that event
13 happened you just described --
14   A.  Uh-huh.
15   Q.  -- when did you start making payments again?
16   A.  I don't recall.  I have to look back at my
17 roster.
18   Q.  Was it more than a year?
19   A.  Probably.
20   Q.  Was it more than two years?
21   A.  Probably.
22   Q.  More than five years?
23   A.  I don't think so.
24   Q.  Okay.  So somewhere between two and five,
25 you think?



Page 29

1  A. Is what I'm guessing.  Things -- events
2 happened in between there.  Ocwen was sending me
3 statements, but they never sent me a thing saying
4 that they were the owners of the loan --
5  Q. Okay.
6  A. -- or any of that.  I never received that
7 mail, so I didn't believe them.
8  Q. So if Ocwen was sending you statements, did
9 it have a payment address on where you were supposed
10 to send payments?
11  A. They started sending me statements, I'm
12 going to say, sometime in 2014, 2015, something like
13 that.
14  Q. Did it have a payment address on the
15 statements?
16  A. Probably.  Probably.
17  Q. Okay.  And you didn't send money to that
18 payment address?
19  A. I didn't know who these people were.
20  Q. Okay.  You never received a -- what's called
21 a Transfer of Servicing letter from them?
22  A. Correct.  I never got it.  Never got it.
23 That's why I questioned were they really the people
24 who I'm supposed to be sending money off to.
25  Q. At that time was anyone else claiming that

Page 30

1 they were the servicer other than Ocwen?
2  A. I don't recall.
3  Q. Okay.  Let's see.  I'd like to introduce the
4 Request for Admissions, Set One, as Exhibit 6.
5     (Exhibit 6 marked for identification.)
6 BY MR. CAMPBELL:
7  Q. Do you recall receiving this document in the
8 mail and answering it with your attorney?
9  A. Yes.
10  Q. Okay.  And I would like to introduce
11 Exhibit 7, which is your responses to the Request
12 for Admissions, the first set.
13     (Exhibit 7 marked for identification.)
14     THE WITNESS:  Okay.
15 BY MR. CAMPBELL:
16  Q. Do you recognize that document?
17  A. Yes.
18  Q. On or about October 11, 2021, did you sign
19 the Answers to the Requests for Admissions under
20 penalty of perjury?
21  A. Yes.  It has my signature.
22  Q. Can you take a look at page five of that
23 document, which is Request for Admission No. 23.
24  A. Yes.
25  Q. This asked you to admit debtor failed to

Page 31

1 make all principal and interest payments on the loan
2 in the amount of $708.60 from April 1, 2011, to
3 present as required by the terms of the first plan,
4 which you admitted; correct?
5  A. I know that we filed an objection to that.
6 I filed an objection to your listing of all
7 principal and interest because you put "all" in all
8 of these, and I objected to all of them, meaning you
9 put in there all escrow payments, all principal and
10 interest payments.
11  Q. This is just principal and interest
12 payments.
13  A. Well, you did it on all of them, and I
14 objected to all of them.  Anything that said the
15 word "all" in it, I objected to.
16  Q. Did you -- then why did you admit it?
17  A. Must be my error or my -- my lapse,
18 whatever.  I don't know.  But I know that I did not
19 -- I'm not saying that I made all principal and
20 interest.  I'm not saying I made all escrow
21 payments.
22  Q. Okay.  Can you turn to page six, which is
23 Request for Admission No. 26, I would like you to
24 take a look at.
25  A. Uh-huh.

Page 32

1  Q. It asks you to admit you are currently in
2 default on payments under the terms of your first
3 plan from the bankruptcy case, which you denied; is
4 that correct?
5  A. That's correct.
6  Q. So you -- but you just said you haven't made
7 all principal and interest payments.
8  A. I don't feel that I'm in default because I
9 am making the payments.  I've been making the
10 payments.  Once we got all of this documentation, we
11 entered the bankruptcy, so what you claim is a
12 default, I don't feel is a default.
13  Q. You don't believe not making all the
14 payments --
15  A. If I --
16  Q. -- constituted a default?
17  A. I attempted to make all of the payments.
18 Again, I'm restating the same thing all over again.
19  Q. Okay.
20  A. So . . .
21  Q. So earlier we talked about how the plan
22 didn't have any provisions for taxes and insurance.
23 Your position, I believe, was the stipulations
24 provided for taxes and insurance, and you believed
25 it was your responsibility to pay taxes and



Page 109

```
 1            REPORTER'S CERTIFICATE
 2 STATE OF NEVADA    )
                     ) ss
 3 COUNTY OF CLARK    )
 4
 5       I, Kerrie Keller, a duly commissioned Notary
   Public, Clark County, State of Nevada, do hereby
 6 certify:
 7       That I reported the taking of the deposition
   of the witness, MELANI SCHULTE, at the time and
 8 place aforesaid;
 9       That prior to being examined, the witness
   was by me duly sworn to testify to the truth, the
10 whole truth, and nothing but the truth; that before
   the proceedings' completion, that reading and
11 signing of the deposition has been requested by the
   deponent or a party pursuant to NRCP 30(e);
12
         That I thereafter transcribed my said
13 shorthand notes into typewriting and that the
   typewritten transcript is a complete, true, and
14 accurate transcription of testimony provided by the
   witness at said time to the best of my knowledge,
15 skills, and ability;
16       I further certify that I am not a relative
   or employee of counsel of any of the parties, nor a
17 relative or employee of the parties involved in said
   action, nor a person financially interested in the
18 action.
19
20       IN WITNESS WHEREOF, I have set my hand in my
   office in the County of Clark, State of Nevada, this
21 4th day of January, 2022.
22       Kerrie Keller
23
24       Kerrie Keller, CCR No. 612
25
```

Page 110

```
 1            DEPOSITION ERRATA SHEET
 2
 3
 4 Assignment No.:  J7698083
 5 Case Caption:  Re:  MELANI SCHULTE
 6
 7
 8        DECLARATION UNDER PENALTY OF PERJURY
 9    I declare under penalty of perjury
10 that I have read the entire transcript of
11 my Deposition taken in the captioned matter
12 or the same has been read to me, and
13 the same is true and accurate, save and
14 except for changes and/or corrections, if
15 any, as indicated by me on the DEPOSITION ERRATA
16 SHEET hereof, with the understanding that I offer
17 these changes as if still under oath.
18
19        Signed on the _____ day of
20 _____, 2022.
21
22        _____
23              MELANI SCHULTE
24
25
```

Page 111

```
 1            DEPOSITION ERRATA SHEET
 2 Page No._____Line No._____
   Change to:_____
 3 _____
   Reason for
 4 Change:_____
 5 Page No._____Line No._____
   Change to:_____
 6 _____
   Reason for
 7 Change:_____
 8 Page No._____Line No._____
   Change to:_____
 9 _____
   Reason for
10 Change:_____
11 Page No._____Line No._____
   Change to:_____
12 _____
   Reason for
13 Change:_____
14 Page No._____Line No._____
   Change to:_____
15 _____
   Reason for
16 Change:_____
17 Page No._____Line No._____
   Change to:_____
18 _____
   Reason for
19 Change:_____
20 Page No._____Line No._____
   Change to:_____
21 _____
   Reason for
22 Change:_____
23
24 SIGNATURE:_____DATE:_____
              MELANI SCHULTE
25
```

Page 112

```
 1            DEPOSITION ERRATA SHEET
 2 Page No._____Line No._____
   Change to:_____
 3 _____
   Reason for
 4 Change:_____
 5 Page No._____Line No._____
   Change to:_____
 6 _____
   Reason for
 7 Change:_____
 8 Page No._____Line No._____
   Change to:_____
 9 _____
   Reason for
10 Change:_____
11 Page No._____Line No._____
   Change to:_____
12 _____
   Reason for
13 Change:_____
14 Page No._____Line No._____
   Change to:_____
15 _____
   Reason for
16 Change:_____
17 Page No._____Line No._____
   Change to:_____
18 _____
   Reason for
19 Change:_____
20 Page No._____Line No._____
   Change to:_____
21 _____
   Reason for
22 Change:_____
23
24 SIGNATURE:_____DATE:_____
              MELANI SCHULTE
25
```

