# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

4552    IMG    S    Y    ST01

000638879889229 P  2

||||ı|ı·|·ı·||·|ıı|ıı||·|ı|·|·||·|·ıı|ıı|·|·|ıııı|ı||ı||ı||·|ıı|·||ı|ı
ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 1 of 41



☎                    *To Contact U.S. Bank*

*24-Hour Business
Solutions:*                    *800-673-3555*

*U.S. Bank accepts Relay Calls*
*Internet:*                    *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2025.** You can view revised pricing (only those prices that have changes for services you have recently used) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2024. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 32-87AE-18CE-A0A7    _____

Effective January 2, 2025, we would like to inform you of the upcoming changes to the Business Pricing Information document that may impact your account. To obtain a current copy of the Business Pricing Information disclosure, visit your local branch.

Primary pricing updates in your revised *Business Pricing Information* disclosure

All checking and savings account types
- The Account Charge-Off Processing Fee will no longer be charged
- Cash Deposits
  o Coin Deposited (per roll) - $0.25 (increased from $0.20)
- Returned Deposited Items
  o Redeposited Item (per item) - $10.00 (increased from $9.00)
- Statement Services (per statement)
  o Service Analysis Statement - $6.50 (increased from $6.00)
  o Copy of non-Analyzed Statement - $6.50 (increased from $6.00)
- Domestic Wires
  o Voice Wires Non-Repetitive - $50.00 (increased from $45.00)
- SinglePoint® Essentials Online Banking
  o Adding Enhanced Payments by SinglePoint® Monthly Maintenance - $25.00
  o ACH Transactions (per item) - $0.45 (increased from $0.42)
  o Positive Pay Fraud Protection Monthly Maintenance per customer - $23.00 (increased from $20.00)
  o International Wire (per wire) - $35.00 (increased from $32.00)
- Deposit Express
  o Monthly Maintenance - $42.00 (increased from $38.00)
- Check Scanner
  o Check Scanner - $375.00 (increased from $325.00)
- Foreign Check Collection (incoming/outgoing)
  o Removing Checks on Canadian Banks (non-collection) - $0.50
  o Moved Canadian Check Deposited to the Foreign Check Collection (incoming/outgoing) section.
    ▪ Clarification added to include U.S. Dollars and Canadian Dollars

Silver Checking
- Paper Statement (per statement cycle), No Check Images - $6.50 (increased from $6.00)
- Wire Transfers
  o Adding clarification to Wire Monthly PIN Maintenance
    ▪ Silver, Gold, Platinum or Non-Profit Checking – No Charge

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.

**US bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 2 of 41

---

# INFORMATION YOU SHOULD KNOW                    (CONTINUED)

- Business Savings Sweep, Monthly Maintenance Fee - $35.00 (increased from $30.00)

Gold, Platinum or Non-Profit Checking
- Wire Transfers
  - Wire Monthly PIN Maintenance
    - Silver, Gold, Platinum or Non-Profit Checking – No Charge
- Business Savings Sweep, Monthly Maintenance Fee - $35.00 (increased from $30.00)

Premium Business Checking
- Monthly Maintenance Fee - $33.00 (increased from $30.00)
- Debits (per item):
  - Check/Paper - $0.35 (increased from $0.30)
  - Electronic - $0.32 (increased from $0.25)
- Credits (per item):
  - Electronic - $0.45 (increased from $0.35)
- Deposited Items - $0.30 (increased from $0.25)
- Cash Deposit Fee - $0.38 per $100 (increased from $0.37 per $100)
- Paper Statement (per statement cycle)
  - No Check Images - $6.50 (increased from $6.00)
  - Front & Back Check Images - $16.00 plus $0.045 per item > 100 items (increased from $16.00 plus $0.035 per item > 100 items)
- Other/Business Savings Sweep
  - Business Saving Sweep option available for a $70.00 monthly fee (increased from $65.00)
- Cash Deposits
  - Premium Checking Branch Deposit Processing (per deposit) - $3.00 (increased from $2.75)
  - Premium Checking Night Deposit Processing (per deposit) - $3.00 (increased from $2.75)

Premium Business Money Market
- Monthly Deposited Items - $0.30 (increased from $0.25)
- Monthly Cash Deposit Fee - $0.38 per $100 (increased from $0.37 per $100)
- Paper Statement (per statement cycle)
  - No Check Images - $6.50 (increased from $6.00)
  - Front & Back Check Images - $16.00 plus $0.045 per item > 100 items (increased from $16.00 plus $0.035 per item > 100 items)

Premium Business Checking and Premium Business Money Market
- Premium Business Checking and Premium Business Money Market Deposit Coverage Fee - Varies (previously $0.129)
  - Footnote reference is updated to clarify this change
- Wire Transfers
  - Wire Advice - Mail - $20.00 (increased from $15.00)
- Domestic Wires
  - Incoming Fedwire CTP - $17.50 (increased from $16.00)

Beginning January 2, 2025, a copy of the *Business Pricing Information* document will be available by calling 800-673-3555 or by visiting your local branch.

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

———————————————

Effective January 1, 2025, we will increase the monthly Deposit Coverage fee to $0.1498 per $1,000 of monthly average ledger balance in your account. If you have questions, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

———————————————

# U.S. bank

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 3 of 41

---

## PREMIUM BUSINESS CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number   -5929

## Account Summary

|  | # Items | $ |  |
|---|---|---|---|
| Beginning Balance on Dec 2 |  | $ | 6,155.20 |
| Customer Deposits | 36 |  | 77,919.61 |
| Card Withdrawals | 30 |  | 1,627.01- |
| Other Withdrawals | 3 |  | 222.71- |
| Checks Paid | 103 |  | 67,008.43- |
| **Ending Balance on  Dec 31, 2024** |  | $ | 15,216.66 |

## Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
|  | Dec 2 | 8015248476 | 200.00 |  | Dec 2 | 8015607041 | 2,359.00 |
|  | Dec 2 | 8015222130 | 760.36 |  | Dec 2 | 8015607067 | 2,360.00 |
|  | Dec 2 | 8015222104 | 1,885.00 |  | Dec 2 | 8015607057 | 2,365.00 |
|  | Dec 2 | 8015222124 | 2,005.00 |  | Dec 2 | 8015222128 | 2,415.00 |
|  | Dec 2 | 8015222096 | 2,058.00 |  | Dec 2 | 8015222102 | 2,425.00 |
|  | Dec 2 | 8015222092 | 2,075.00 |  | Dec 2 | 8015607063 | 2,450.00 |
|  | Dec 2 | 8015222098 | 2,135.00 |  | Dec 2 | 8015222114 | 2,540.00 |
|  | Dec 2 | 8015607059 | 2,155.00 |  | Dec 2 | 8015607037 | 2,560.00 |
|  | Dec 2 | 8015222126 | 2,165.00 |  | Dec 2 | 8015607065 | 2,775.00 |
|  | Dec 2 | 8015222118 | 2,205.00 |  | Dec 2 | 8015222100 | 2,930.00 |
|  | Dec 2 | 8015222090 | 2,230.00 |  | Dec 2 | 8015222088 | 2,995.00 |
|  | Dec 2 | 8015222120 | 2,240.00 |  | Dec 2 | 8015607045 | 2,995.00 |
|  | Dec 2 | 8015222134 | 2,245.00 |  | Dec 2 | 8015222122 | 3,850.00 |
|  | Dec 2 | 8015222112 | 2,255.00 |  | Dec 9 | 8016177093 | 2,155.00 |
|  | Dec 2 | 8015607055 | 2,270.00 |  | Dec 9 | 8016177087 | 2,300.00 |
|  | Dec 2 | 8015607053 | 2,310.00 |  | Dec 17 | 8314668689 | 100.00 |
|  | Dec 2 | 8015607069 | 2,315.00 |  | Dec 17 | 8314668691 | 106.00 |
|  | Dec 2 | 8015222110 | 2,355.00 |  | Dec 17 | 8314668693 | 2,376.25 |
|  |  |  |  |  | **Total Customer Deposits** | $ | **77,919.61** |

## Card Withdrawals

Card Number: xxxx-xxxx-xxxx-3302

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Dec 5 | Debit Purchase - VISA<br>COSTCO WHSE #068<br>************3302 | On 120424 LAS VEGAS NV<br>REF # 24943004340105946566716 | 0105946566 | $ 32.45- |
| Dec 9 | Recurring Debit Purchase<br>HOME* AHS.COM<br>************3302 | On 120624 FRONTDOORHOM TN<br>REF # 24000774341000016586 US1 | 1000016586 | 100.00- |
| Dec 9 | Debit Purchase<br>387321<br>************3302 | THE HOME DEPOT # LAS VEGAS  NV<br>On 120824 ILK1TERM REF 434319387321 | 2112081303 | 587.11- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 24137464345001725491720 | 5001725491 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 24137464345001725491803 | 5001725491 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 24137464345001725491985 | 5001725491 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 24137464345001725492066 | 5001725492 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 24137464345001725492140 | 5001725492 | 9.68- |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 4 of 41

# PREMIUM BUSINESS CHECKING                                    (CONTINUED)

U.S. Bank National Association                    Account Number        5929

## Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-3302

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|------------|--------|
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492223 | 5001725492 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492306 | 5001725492 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492488 | 5001725492 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492553 | 5001725492 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492637 | 5001725492 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492975 | 5001725492 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725493056 | 5001725493 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725493130 | 5001725493 | 9.68- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492710 | 5001725492 | 9.96- |
| Dec 10 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 120924 LAS VEGAS NV<br>REF # 2413746434 5001725492892 | 5001725492 | 9.96- |
| Dec 12 | Debit Purchase - VISA<br>APPLIANCE PARTS<br>************3302 | On 121124 clover.com NV<br>REF # 2433789434 7179130443801 | 7179130443 | 50.94- |
| Dec 13 | Debit Purchase - VISA<br>NELLIS AUCTION<br>************3302 | On 121124 702-531-1300 NV<br>REF # 2469216434 7105410016428 | 7105410016 | 113.42- |
| Dec 16 | Debit Purchase - VISA<br>THE HOME DEPOT #<br>************3302 | On 121324 LAS VEGAS NV<br>REF # 2494301434 9010194052833 | 9010194052 | 82.69- |
| Dec 16 | Recurring Debit Purchase<br>HOME* AHS.COM<br>************3302 | On 121324 FRONTDOORHOM TN<br>REF # 24000774348000016098 US1 | 8000016098 | 100.00- |
| Dec 16 | Recurring Debit Purchase<br>HOME* AHS.COM<br>************3302 | On 121424 FRONTDOORHOM TN<br>REF # 24000774349000016336 US1 | 9000016336 | 100.00- |
| Dec 16 | Recurring Debit Purchase<br>HOME* AHS.COM<br>************3302 | On 121424 FRONTDOORHOM TN<br>REF # 24000774350000004268 US1 | 0000004268 | 100.00- |
| Dec 18 | Recurring Debit Purchase<br>HOME* AHS.COM<br>************3302 | On 121724 FRONTDOORHOM TN<br>REF # 24000774352000013136 US1 | 2000013136 | 100.00- |
| Dec 20 | Recurring Debit Purchase<br>HOME* AHS.COM<br>************3302 | On 121924 FRONTDOORHOM TN<br>REF # 24000774354000011033 US1 | 4000011033 | 100.00- |

 **U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 5 of 41

## PREMIUM BUSINESS CHECKING (CONTINUED)
U.S. Bank National Association  Account Number 5929

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-3302

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 27 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 122624 LAS VEGAS NV<br>REF # 24137464362001535452316 | 2001535452 | 3.66- |
| Dec 27 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 122624 LAS VEGAS NV<br>REF # 24137464362001535452498 | 2001535452 | 3.66- |
| Dec 27 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 122624 LAS VEGAS NV<br>REF # 24137464362001535452563 | 2001535452 | 3.66- |
| Dec 27 | Debit Purchase - VISA<br>USPS PO 31490900<br>************3302 | On 122624 LAS VEGAS NV<br>REF # 24137464362001535452647 | 2001535452 | 3.66- |

| | | Amount |
|---|---|---|
| Card 3302 Withdrawals Subtotal | $ | 1,627.01- |
| Total Card Withdrawals | $ | 1,627.01- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 13 | Analysis Service Charge | | 1300000000 $ | 138.58- |
| Dec 31 | Electronic Withdrawal<br>REF=243650227177170N00 | To LAS VEGAS VALLEY<br>6886000363LAS VEGAS 130006694 | | 38.74- |
| Dec 31 | Electronic Withdrawal<br>REF=243650227177160N00 | To LAS VEGAS VALLEY<br>6886000363LAS VEGAS 130006678 | | 45.39- |

| | | Amount |
|---|---|---|
| Total Other Withdrawals | $ | 222.71- |

### Checks Presented Conventionally

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 18602 | Dec 3 | 8314154087 | 130.00 | 18714 | Dec 31 | 8315536272 | 59.26 |
| 18603 | Dec 3 | 8314154086 | 120.00 | 18715 | Dec 31 | 8315536273 | 59.26 |
| 18604 | Dec 3 | 8314154085 | 110.00 | 18716 | Dec 31 | 8315536274 | 59.26 |
| 18673* | Dec 20 | 9214225120 | 568.72 | 18717 | Dec 31 | 8315536275 | 59.26 |
| 18677* | Dec 2 | 8015383034 | 789.00 | 18718 | Dec 31 | 8315536276 | 59.26 |
| 18680* | Dec 2 | 8015168871 | 2,465.00 | 18719 | Dec 31 | 8315536277 | 59.26 |
| 18685* | Dec 30 | 8016263482 | 300.00 | 18720 | Dec 9 | 8016071290 | 32.62 |
| 18689* | Dec 12 | 8913551286 | 1,091.00 | 18721 | Dec 9 | 8016071289 | 18.70 |
| 18690 | Dec 24 | 8313925184 | 85.79 | 18722 | Dec 3 | 8313116954 | 12,221.78 |
| 18691 | Dec 24 | 8313921610 | 77.99 | 18723 | Dec 30 | 8014096240 | 5,158.70 |
| 18692 | Dec 24 | 8313921615 | 77.99 | 18724 | Dec 30 | 8014096238 | 741.73 |
| 18693 | Dec 24 | 8313921614 | 77.99 | 18727* | Dec 30 | 8014096237 | 678.25 |
| 18694 | Dec 24 | 8313921613 | 77.99 | 18729* | Dec 30 | 8014096239 | 664.96 |
| 18695 | Dec 24 | 8313921612 | 77.99 | 18730 | Dec 30 | 8014096234 | 661.73 |
| 18696 | Dec 24 | 8313921611 | 77.99 | 18735* | Dec 30 | 8014096235 | 471.95 |
| 18697 | Dec 24 | 8313925183 | 77.99 | 18739* | Dec 30 | 8014096236 | 261.78 |
| 18698 | Dec 24 | 8313925182 | 77.99 | 18740 | Dec 4 | 8612115456 | 7,863.29 |
| 18699 | Dec 24 | 8313925181 | 77.99 | 18741 | Dec 13 | 9214234183 | 215.00 |
| 18700 | Dec 6 | 9212583088 | 123.45 | 18742 | Dec 13 | 9214247410 | 57.00 |
| 18701 | Dec 6 | 9212583087 | 90.32 | 18743 | Dec 13 | 9214234661 | 215.00 |
| 18702 | Dec 6 | 9212583085 | 35.39 | 18744 | Dec 13 | 9214234125 | 580.00 |
| 18706* | Dec 10 | 8315223220 | 1,500.00 | 18746* | Dec 23 | 8016552212 | 28.75 |
| 18707 | Dec 10 | 8315223219 | 125.00 | 18747 | Dec 17 | 8313063406 | 75.00 |
| 18708 | Dec 24 | 8314949079 | 59.26 | 18748 | Dec 17 | 8313063405 | 75.00 |
| 18709 | Dec 24 | 8314949080 | 59.26 | 18749 | Dec 13 | 9214234768 | 112.00 |
| 18710 | Dec 24 | 8314949081 | 59.26 | 18750 | Dec 13 | 9214234592 | 50.00 |
| 18711 | Dec 24 | 8314949082 | 59.26 | 18751 | Dec 13 | 9214234591 | 50.00 |
| 18712 | Dec 24 | 8314949083 | 59.26 | 18752 | Dec 13 | 9214234529 | 51.00 |
| 18713 | Dec 24 | 8314949084 | 59.26 | 18755* | Dec 13 | 9214247407 | 61.00 |

**us bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 6 of 41

## PREMIUM BUSINESS CHECKING                                              (CONTINUED)
U.S. Bank National Association                                        Account Numb        5929

### Checks Presented Conventionally (continued)

| Check | Date | Ref Number | Amount | Check | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| 18756 | Dec 16 | 8016573391 | 65.00 | 18780 | Dec 16 | 8015165620 | 358.13 |
| 18757 | Dec 16 | 8016573392 | 65.00 | 18781 | Dec 16 | 8015165621 | 320.08 |
| 18758 | Dec 16 | 8016573393 | 65.00 | 18782 | Dec 16 | 8015165609 | 932.43 |
| 18759 | Dec 16 | 8016573394 | 65.00 | 18783 | Dec 16 | 8015165612 | 818.33 |
| 18760 | Dec 16 | 8016573385 | 65.00 | 18784 | Dec 16 | 8015165613 | 721.85 |
| 18761 | Dec 16 | 8016573383 | 65.00 | 18785 | Dec 16 | 8015165614 | 708.60 |
| 18762 | Dec 13 | 9212421878 | 788.08 | 18786 | Dec 16 | 8015165615 | 692.72 |
| 18764* | Dec 23 | 8016379108 | 534.17 | 18787 | Dec 16 | 8015165617 | 441.76 |
| 18765 | Dec 16 | 8016382969 | 602.72 | 18788 | Dec 19 | 8912132957 | 764.38 |
| 18766 | Dec 16 | 8016572844 | 572.91 | 18789 | Dec 19 | 8912132950 | 591.75 |
| 18767 | Dec 20 | 9214178027 | 712.83 | 18790 | Dec 19 | 8912132951 | 555.37 |
| 18768 | Dec 18 | 8614224865 | 618.30 | 18791 | Dec 19 | 8912132952 | 551.14 |
| 18769 | Dec 18 | 8614224863 | 395.60 | 18792 | Dec 19 | 8912132953 | 500.12 |
| 18770 | Dec 20 | 9214178028 | 192.00 | 18793 | Dec 19 | 8912132954 | 470.92 |
| 18771 | Dec 18 | 8614224864 | 92.00 | 18794 | Dec 19 | 8912132955 | 467.00 |
| 18772 | Dec 16 | 8016320591 | 760.36 | 18795 | Dec 19 | 8912132956 | 410.31 |
| 18773 | Dec 16 | 8016320592 | 760.36 | 18796 | Dec 16 | 8015206556 | 5,458.82 |
| 18774 | Dec 20 | 9214299267 | 887.52 | 18797 | Dec 18 | 8612884601 | 568.72 |
| 18775 | Dec 23 | 8016911807 | 676.60 | 18798 | Dec 17 | 8315469324 | 49.24 |
| 18776 | Dec 18 | 8614269456 | 602.49 | 18800* | Dec 16 | 8015962893 | 175.00 |
| 18777 | Dec 20 | 9214299266 | 557.35 | 18801 | Dec 18 | 8612109232 | 2,124.11 |
| 18778 | Dec 16 | 8015165618 | 393.03 | 18802 | Dec 30 | 8016693285 | 126.64 |
| 18779 | Dec 16 | 8015165619 | 372.75 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| * Gap in check sequence | | **Conventional Checks Paid (103)** | | **$** | | **67,008.43-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 2 | 73,783.56 | Dec 12 | 53,860.75 | Dec 20 | 27,119.51 |
| Dec 3 | 61,201.78 | Dec 13 | 51,429.67 | Dec 23 | 25,879.99 |
| Dec 4 | 53,338.49 | Dec 16 | 36,567.13 | Dec 24 | 24,736.73 |
| Dec 5 | 53,306.04 | Dec 17 | 38,950.14 | Dec 27 | 24,722.09 |
| Dec 6 | 53,056.88 | Dec 18 | 34,448.92 | Dec 30 | 15,656.35 |
| Dec 9 | 56,773.45 | Dec 19 | 30,137.93 | Dec 31 | 15,216.66 |
| Dec 10 | 55,002.69 | | | | |

Balances only appear for days reflecting change.



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929

Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 7 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT

*Member FDIC*

Account Number                    -5929

| | | |
|---|---|---|
| DEPOSIT TICKET — CASH 200.00 — SCHULTE PROPERTIES LLC — 12/2/2024 — LMMW- Application Fees — Lorusso / McCoy | 1 | 200.00 |
| 0000 | Dec 02 | 200.00 |
| DEPOSIT TICKET — 9/28 760.36 — SCHULTE PROPERTIES LLC — 12/2/2024 — MISTA- Oct 2024 Mtg Check — Cashed after/others | 1 | 760.36 |
| 0000 | Dec 02 | 760.36 |
| DEPOSIT TICKET — 1659 1885.00 — SCHULTE PROPERTIES LLC — 12/4/2024 — RIDGA- Dec 2024 Rent — Lee | 1 | 1885.00 |
| 0000 | Dec 02 | 1,885.00 |
| DEPOSIT TICKET — 469 2005.00 — SCHULTE PROPERTIES LLC — 12/2/2024 — BRIDL- Dec 2024 Rent — REINA | 1 | 2005.00 |
| 0000 | Dec 02 | 2,005.00 |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 8 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          5929

---

DEPOSIT TICKET

SCHULTE PROPERTIES LLC
DIP BK 418-12734-MKN
9811 W CHARLESTON BLVD STE 2 351
LAS VEGAS NV 89117

12/2/2024

US BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

373    2058.00

LAHAN- DEC 2024 Rent
LORUSSO/MCCOY

1          2058.00

0000          Dec 02          2,058.00

---

DEPOSIT TICKET

SCHULTE PROPERTIES LLC
DIP BK 418-12734-MKN
9811 W CHARLESTON BLVD STE 2 351
LAS VEGAS NV 89117

12/2/2024

US BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

235    1000.00
236    1000.00
237    75.00

EHPIM- DEC 2024 Rent
JONES

3          2075.00

0000          Dec 02          2,075.00

---

DEPOSIT TICKET

SCHULTE PROPERTIES LLC
DIP BK 418-12734-MKN
9811 W CHARLESTON BLVD STE 2 351
LAS VEGAS NV 89117

12/2/2024

US BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

207    2135.00

STORV - DEC 2024 Rent
KENNY

1          2135.00

0000          Dec 02          2,135.00

---

DEPOSIT TICKET

SCHULTE PROPERTIES LLC
DIP BK 418-12734-MKN
9811 W CHARLESTON BLVD STE 2 351
LAS VEGAS NV 89117

12/2/2024

US BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

558    1000.00
559    1000.00
560    155.00

RIOKC- DEC 2024 Rent
BENTON

3          2155.00

0000          Dec 02          2,155.00



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 9 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT

**(CONTINUED)**

Account Number          -5929

| | | |
|---|---|---|
| 0000 | Dec 02 | 2,165.00 |
| 0000 | Dec 02 | 2,205.00 |
| 0000 | Dec 02 | 2,230.00 |
| 0000 | Dec 02 | 2,240.00 |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 10 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          -5929

| | | |
|---|---|---|
| DEPOSIT TICKET ... BRENP - DEC 2024 Rent STENCO  -2,245.00 | | |
| 0000 | Dec 02 | 2,245.00 |

| | | |
|---|---|---|
| DEPOSIT TICKET ... PAHPP - DEC 2024 Rent PERKINS  2,255.00 | | |
| 0000 | Dec 02 | 2,255.00 |

| | | |
|---|---|---|
| DEPOSIT TICKET ... GOLDH - DEC 2024 RENT SAENZ  2,270.00 | | |
| 0000 | Dec 02 | 2,270.00 |

| | | |
|---|---|---|
| DEPOSIT TICKET ... NEOPP - DEC 2024 Rent DAVID  2,310.00 | | |
| 0000 | Dec 02 | 2,310.00 |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 11 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT (CONTINUED)

Account Number          -5929

| | | |
|---|---|---|
| VIADA - DEC 2024 RENT TRASCA | | |
| 0000 | Dec 02 | 2,315.00 |

| | | |
|---|---|---|
| LAMBD - DEC 2024 RENT IVERSON | | |
| 0000 | Dec 02 | 2,355.00 |

| | | |
|---|---|---|
| ECHOF - DEC 2024 RENT NICHOLSON | | |
| 0000 | Dec 02 | 2,359.00 |

| | | |
|---|---|---|
| SIERS - DEC 2024 RENT MCNULTY | | |
| 0000 | Dec 02 | 2,360.00 |



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929

Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 12 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number      5929

| | | |
|---|---|---|
| 0000 | Dec 02 | 2,365.00 |
| 0000 | Dec 02 | 2,415.00 |
| 0000 | Dec 02 | 2,425.00 |
| 0000 | Dec 02 | 2,450.00 |



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929

Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 13 of 41

## IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT         (CONTINUED)

Account Number ....-5929

---

**DEPOSIT TICKET**

CASH  1094  2540.00

12/2/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

1    2,540.00

DESEC - DEC 2024 Rent
SALVAGGIO

0000            Dec 02            2,540.00

---

**DEPOSIT TICKET**

CASH  576  1000.00
      577  1000.00
      578   560.00

12/2/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

3    2,560.00

SURH - DEC 2024 Rent
BROWN/MARION

0000            Dec 02            2,560.00

---

**DEPOSIT TICKET**

CASH  1013  2775.00

12/2/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

1    2775.00

MISTH - DEC 2024 Rent
CBEDOZA

0000            Dec 02            2,775.00

---

**DEPOSIT TICKET**

CASH  129  2930.00

12/2/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

1    2930.00

SPLR - DEC 2024 Rent
BLACK

0000            Dec 02            2,930.00



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 14 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          -5929

| | | |
|---|---|---|
| DEPOSIT TICKET — 2995.00 — Latson-Security Deposit LoRusso/McCoy — 2995.00 | | |
| 0000 | Dec 02 | 2,995.00 |
| DEPOSIT TICKET — 2995.00 — Clove-Dec 2024 Rent Jojola — 2995.00 | | |
| 0000 | Dec 02 | 2,995.00 |
| DEPOSIT TICKET — 3850.00 — Canyg-Dec 2024 Rent Pierce — 3850.00 | | |
| 0000 | Dec 02 | 3,850.00 |
| DEPOSIT TICKET — 2155.00 — Saddh-Dec 2024 Rent + Late Chg Pennington — 2155.00 | | |
| 0000 | Dec 09 | 2,155.00 |



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 15 of 41

## IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT              (CONTINUED)

Account Number             -5929

---

DEPOSIT TICKET
SCHULTE PROPERTIES LLC

12/9/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

SWEEL - DEC 2024 Rent
+ Late chg - BARNES

| | 326 | 1000.00 |
| | 327 | 1000.00 |
| | 328 | 300.00 |

2,300.00

0000          Dec 09          2,300.00

---

DEPOSIT TICKET
SCHULTE PROPERTIES LLC

12/17/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

BRIDL - Wendy Deductible
Plumbing #3934 37038

| | 970 | 100.00 |

100.00

0000          Dec 17          100.00

---

DEPOSIT TICKET
SCHULTE PROPERTIES LLC

12/17/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

SATORI - DEC 2024 late fee

| | 152 | 106.00 |

106.00

0000          Dec 17          106.00

---

DEPOSIT TICKET
SCHULTE PROPERTIES LLC

12/17/2024

U.S. BANK NATIONAL ASSOCIATION
LAS VEGAS, NV 89117

OSTRE - DEC 2024 RENT
FISHER + Late Fee

| | 3178 | 2,376.25 |

2,376.25

0000          Dec 17          2,376.25



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 16 of 41

## MAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Numbe          -5929




| 8602 | Dec 03 | 130.00 |




| 8603 | Dec 03 | 120.00 |




| 8604 | Dec 03 | 110.00 |



| 8673* | Dec 20 | 568.72 |

* Gap in check sequence



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 17 of 41

## IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT

**(CONTINUED)**

Account Number        -5929



| 18677* | Dec 02 | 789.00 |




| 18680* | Dec 02 | 2,465.00 |




| 18685* | Dec 30 | 300.00 |



| 18689* | Dec 12 | 1,091.00 |

* Gap in check sequence

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 18 of 41

# MAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          5929



| 8690 | Dec 24 | 85.79 |




| 8691 | Dec 24 | 77.99 |




| 8692 | Dec 24 | 77.99 |




| 8693 | Dec 24 | 77.99 |

* Gap in check sequence



**ESTATE OF SCHULTE PROPERTIES LLC**
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 19 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number          -5929




| 18694 | Dec 24 | 77.99 |




| 18695 | Dec 24 | 77.99 |



| 18696 | Dec 24 | 77.99 |

| 18697 | Dec 24 | 77.99 |

* Gap in check sequence



**U.S. bank**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 20 of 41

## IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT                    (CONTINUED)

Account Number          5929




| 18698 | Dec 24 | 77.99 |




| 18699 | Dec 24 | 77.99 |




| 18700 | Dec 06 | 123.45 |




| 18701 | Dec 06 | 90.32 |

\* Gap in check sequence



**u.s. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 21 of 41

# MAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT                    (CONTINUED)

Account Numl          -5929

| | | |
|---|---|---|
| 8702 | Dec 06 | 35.39 |



| | | |
|---|---|---|
| 8706* | Dec 10 | 1,500.00 |

| | | |
|---|---|---|
| 8707 | Dec 10 | 125.00 |





| | | |
|---|---|---|
| 8708 | Dec 24 | 59.26 |

* Gap in check sequence



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 22 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT  (CONTINUED)

Account Num        -5929

| 18709 | Dec 24 | 59.26 |
| 18710 | Dec 24 | 59.26 |
| 18711 | Dec 24 | 59.26 |
| 18712 | Dec 24 | 59.26 |

* Gap in check sequence



**ESTATE OF SCHULTE PROPERTIES LLC**
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 23 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT (CONTINUED)

Account Number          -5929

| | | |
|---|---|---|
| 18713 | Dec 24 | 59.26 |
| 18714 | Dec 31 | 59.26 |
| 18715 | Dec 31 | 59.26 |
| 18716 | Dec 31 | 59.26 |

\* Gap in check sequence



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 24 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number                5929




18717          Dec 31                    59.26




18718          Dec 31                    59.26




18719          Dec 31                    59.26



18720          Dec 09                    32.62

* Gap in check sequence



**U.S. bank**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 25 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number    -5929



| 18721 | Dec 09 | 18.70 |
|-------|--------|-------|

 

| 18722 | Dec 03 | 12,221.78 |
|-------|--------|-----------|

 

| 18723 | Dec 30 | 5,158.70 |
|-------|--------|----------|

 

| 18724 | Dec 30 | 741.73 |
|-------|--------|--------|

* Gap in check sequence



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929

Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 26 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT        (CONTINUED)

Account Number        -5929

 

18727*            Dec 30            678.25

 

18729*            Dec 30            664.96

 

18730            Dec 30            661.73

 

18735*            Dec 30            471.95

\* Gap in check sequence



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 27 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          5929




| 18739* | Dec 30 | 261.78 |




| 18740 | Dec 04 | 7,863.29 |




| 18741 | Dec 13 | 215.00 |




| 18742 | Dec 13 | 57.00 |

* Gap in check sequence



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929

Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 28 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          -5929

| | | |
|---|---|---|
| 18743 | Dec 13 | 215.00 |



| | | |
|---|---|---|
| 18744 | Dec 13 | 580.00 |




| | | |
|---|---|---|
| 18746* | Dec 23 | 28.75 |




| | | |
|---|---|---|
| 18747 | Dec 17 | 75.00 |

* Gap in check sequence

US bank.

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 29 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT

(CONTINUED)

Account Numl                5929




| 18748 | Dec 17 | 75.00 |




| 18749 | Dec 13 | 112.00 |




| 18750 | Dec 13 | 50.00 |




| 18751 | Dec 13 | 50.00 |

* Gap in check sequence



**US bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 30 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number                -5929



| 18752 | Dec 13 | 51.00 |




| 18755* | Dec 13 | 61.00 |




| 18756 | Dec 16 | 65.00 |




| 18757 | Dec 16 | 65.00 |

\* Gap in check sequence



**[U.S. bank logo]**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 31 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Number          -5929



| 18758 | Dec 16 | 65.00 |
| 18759 | Dec 16 | 65.00 |
| 18760 | Dec 16 | 65.00 |
| 18761 | Dec 16 | 65.00 |

* Gap in check sequence



**ESTATE OF SCHULTE PROPERTIES LLC**
**DEBTOR IN POSSESSION**
**BANKRUPTCY CASE NUMBER 18-12734-MKN**
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 32 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          -5929




| 18762 | Dec 13 | 788.08 |




| 18764* | Dec 23 | 534.17 |




| 18765 | Dec 16 | 602.72 |




| 18766 | Dec 16 | 572.91 |

* Gap in check sequence



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 33 of 41

## IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number:          5929



| 18767 | Dec 20 | 712.83 |
|---|---|---|




| 18768 | Dec 18 | 618.30 |
|---|---|---|




| 18769 | Dec 18 | 395.60 |
|---|---|---|




| 18770 | Dec 20 | 192.00 |
|---|---|---|

* Gap in check sequence



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 34 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT    (CONTINUED)

Account Num -5929




| 18771 | Dec 18 | 92.00 |




| 18772 | Dec 16 | 760.36 |




| 18773 | Dec 16 | 760.36 |




| 18774 | Dec 20 | 887.52 |

* Gap in check sequence



ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929

Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 35 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT     (CONTINUED)

Account Number                          -5929




| 18775 | Dec 23 | 676.60 |




| 18776 | Dec 18 | 602.49 |




| 18777 | Dec 20 | 557.35 |




| 18778 | Dec 16 | 393.03 |

* Gap in check sequence

**US bank**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 36 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT        (CONTINUED)

Account Number                    -5929

 

| 18779 | Dec 16 | 372.75 |

 

| 18780 | Dec 16 | 358.13 |

 

| 18781 | Dec 16 | 320.08 |

 

| 18782 | Dec 16 | 932.43 |

* Gap in check sequence



**US bank**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 37 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT (CONTINUED)

Account Num                     5929

 

18783            Dec 16            818.33

 

18784            Dec 16            721.85

 

18785            Dec 16            708.60

 

18786            Dec 16            692.72

* Gap in check sequence



**ESTATE OF SCHULTE PROPERTIES LLC**
**DEBTOR IN POSSESSION**
**BANKRUPTCY CASE NUMBER 18-12734-MKN**
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 38 of 41

# MAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number                    -5929




8787                    Dec 16                    441.76




8788                    Dec 19                    764.38




8789                    Dec 19                    591.75



8790                    Dec 19                    555.37

* Gap in check sequence

![US Bank logo]

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**
Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 39 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Number          -5929




| 18791 | Dec 19 | 551.14 |




| 18792 | Dec 19 | 500.12 |




| 18793 | Dec 19 | 470.92 |



| 18794 | Dec 19 | 467.00 |

* Gap in check sequence



**U.S. bank**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV  89117-7519

**Business Statement**

Account Number:
5929
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 40 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT

**(CONTINUED)**

Account Numbl    -5929




| 18795 | Dec 19 | 410.31 |




| 18796 | Dec 16 | 5,458.82 |




| 18797 | Dec 18 | 568.72 |



| 18798 | Dec 17 | 49.24 |

\* Gap in check sequence



**U.S. bank.**

ESTATE OF SCHULTE PROPERTIES LLC
DEBTOR IN POSSESSION
BANKRUPTCY CASE NUMBER 18-12734-MKN
STE 2 # 351
9811 W CHARLESTON BLVD
LAS VEGAS NV 89117-7519

**Business Statement**

Account Number:
5929

Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 41 of 41

# IMAGES FOR YOUR PREMIUM BUSINESS CHECKING ACCOUNT          (CONTINUED)

Account Num          -5929




| 18800* | Dec 16 | 175.00 |




| 18801 | Dec 18 | 2,124.11 |



| 18802 | Dec 30 | 126.64 |

\* Gap in check sequence